THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  *ex rel.* INTEGRA MED ANALYTICS LLC,<br><br>               Plaintiff,<br><br>     v.<br><br>ISAAC LAUFER *et al.*,<br><br>               Defendants. | 17 Civ. 9424 (CS)<br><br>**UNDER SEAL**<br><br>**ORDER** |

WHEREAS, the United States of America (the "Government") has intervened in this action pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4):

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

2. All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except as provided for in Paragraph 3 below.

3. The seal shall be lifted as to the Relator's Complaint and the United States' Notice of Election to Intervene, dated May 7, 2021.

Dated: White Plains, New York
          May 28   , 2021

                              SO ORDERED:

                              _____
                              HON. CATHY SEIBEL
                              UNITED STATES DISTRICT JUDGE