# MINIMUM DATA SET (MDS) - Version 3.0
## RESIDENT ASSESSMENT AND CARE SCREENING
### *Nursing Home Comprehensive (NC) Item Set*

| Section A | Identification Information |
|---|---|

### A0050. Type of Record

**Enter Code** [ ]
1. **Add new record** → Continue to A0100, Facility Provider Numbers
2. **Modify existing record** → Continue to A0100, Facility Provider Numbers
3. **Inactivate existing record** → Skip to X0150, Type of Provider

### A0100. Facility Provider Numbers

**A. National Provider Identifier (NPI):** [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**B. CMS Certification Number (CCN):** [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**C. State Provider Number:** [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

### A0200. Type of Provider

**Enter Code** [ ]
Type of provider
1. **Nursing home (SNF/NF)**
2. **Swing Bed**

### A0310. Type of Assessment

**Enter Code** [ ][ ]
**A. Federal OBRA Reason for Assessment**
01. **Admission** assessment (required by day 14)
02. **Quarterly** review assessment
03. **Annual** assessment
04. **Significant change in status** assessment
05. **Significant correction** to **prior comprehensive** assessment
06. **Significant correction** to **prior quarterly** assessment
99. **None of the above**

**Enter Code** [ ][ ]
**B. PPS Assessment**
<u>PPS Scheduled Assessments for a Medicare Part A Stay</u>
01. **5-day** scheduled assessment
02. **14-day** scheduled assessment
03. **30-day** scheduled assessment
04. **60-day** scheduled assessment
05. **90-day** scheduled assessment
<u>PPS Unscheduled Assessments for a Medicare Part A Stay</u>
07. **Unscheduled assessment used for PPS** (OMRA, significant or clinical change, or significant correction assessment)
<u>Not PPS Assessment</u>
99. **None of the above**

**Enter Code** [ ]
**C. PPS Other Medicare Required Assessment - OMRA**
0. **No**
1. **Start of therapy** assessment
2. **End of therapy** assessment
3. **Both Start and End of therapy** assessment
4. **Change of therapy** assessment

**Enter Code** [ ]
**D. Is this a Swing Bed clinical change assessment?** Complete only if A0200 = 2
0. **No**
1. **Yes**

**A0310 continued on next page**

| Section A | Identification Information |
|---|---|

**A0310. Type of Assessment - Continued**

Enter Code ☐  **E. Is this assessment the first assessment** (OBRA, Scheduled PPS, or Discharge) **since the most recent admission/entry or reentry?**
0. **No**
1. **Yes**

Enter Code ☐☐  **F. Entry/discharge reporting**
01. **Entry** tracking record
10. **Discharge** assessment-**return not anticipated**
11. **Discharge** assessment-**return anticipated**
12. **Death in facility** tracking record
99. **None of the above**

Enter Code ☐  **G. Type of discharge** - Complete only if A0310F = 10 or 11
1. **Planned**
2. **Unplanned**

**A0410. Unit Certification or Licensure Designation**

Enter Code ☐  1. **Unit is neither Medicare nor Medicaid certified and MDS data is not required by the State**
2. **Unit is neither Medicare nor Medicaid certified but MDS data is required by the State**
3. **Unit is Medicare and/or Medicaid certified**

**A0500. Legal Name of Resident**

A. First name: ☐☐☐☐☐☐☐☐☐  B. Middle initial: ☐

C. Last name: ☐☐☐☐☐☐☐☐☐☐☐☐  D. Suffix: ☐☐☐

**A0600. Social Security and Medicare Numbers**

A. Social Security Number: ☐☐☐ – ☐☐ – ☐☐☐☐

B. Medicare number (or comparable railroad insurance number): ☐☐☐☐☐☐☐☐☐☐☐☐

**A0700. Medicaid Number** - Enter "+" if pending, "N" if not a Medicaid recipient

☐☐☐☐☐☐☐☐☐☐☐☐☐

**A0800. Gender**

Enter Code ☐  1. **Male**
2. **Female**

**A0900. Birth Date**

☐☐ – ☐☐ – ☐☐☐☐
Month    Day    Year

**A1000. Race/Ethnicity**

↓ Check all that apply

☐  A. **American Indian or Alaska Native**

☐  B. **Asian**

☐  C. **Black or African American**

☐  D. **Hispanic or Latino**

☐  E. **Native Hawaiian or Other Pacific Islander**

☐  F. **White**

| Section A | Identification Information |
|---|---|

### A1100. Language

**Enter Code** ☐

**A.** **Does the resident need or want an interpreter to communicate with a doctor or health care staff?**
- 0. **No** ➡ Skip to A1200, Marital Status
- 1. **Yes** ➡ Specify in A1100B, Preferred language
- 9. **Unable to determine** ➡ Skip to A1200, Marital Status

**B.** **Preferred language:**

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

### A1200. Marital Status

**Enter Code** ☐

1. **Never married**
2. **Married**
3. **Widowed**
4. **Separated**
5. **Divorced**

### A1300. Optional Resident Items

**A.** **Medical record number:**

☐☐☐☐☐☐☐☐☐☐☐☐

**B.** **Room number:**

☐☐☐☐☐☐☐☐☐

**C.** **Name by which resident prefers to be addressed:**

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

**D.** **Lifetime occupation(s)** - put "/" between two occupations**:**

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

### A1500. Preadmission Screening and Resident Review (PASRR)
Complete only if A0310A = 01, 03, 04, or 05

**Enter Code** ☐

**Is the resident currently considered by the state level II PASRR process to have serious mental illness and/or intellectual disability ("mental retardation" in federal regulation) or a related condition?**
- 0. **No** ➡ Skip to A1550, Conditions Related to ID/DD Status
- 1. **Yes** ➡ Continue to A1510, Level II Preadmission Screening and Resident Review (PASRR) Conditions
- 9. **Not a Medicaid-certified unit** ➡ Skip to A1550, Conditions Related to ID/DD Status

### A1510. Level II Preadmission Screening and Resident Review (PASRR) Conditions
Complete only if A0310A = 01, 03, 04, or 05

↓ **Check all that apply**

| ☐ | **A. Serious mental illness** |
|---|---|
| ☐ | **B. Intellectual Disability ("mental retardation" in federal regulation)** |
| ☐ | **C. Other related conditions** |

| Section A | Identification Information |
|---|---|

**A1550. Conditions Related to ID/DD Status**

If the resident is 22 years of age or older, complete only if A0310A = 01

If the resident is 21 years of age or younger, complete only if A0310A = 01, 03, 04, or 05

↓ **Check all conditions that are related to ID/DD status** that were manifested before age 22, and are likely to continue indefinitely

| | ID/DD With Organic Condition |
|---|---|
| ☐ | A. Down syndrome |
| ☐ | B. Autism |
| ☐ | C. Epilepsy |
| ☐ | D. Other organic condition related to ID/DD |
| | **ID/DD Without Organic Condition** |
| ☐ | E. ID/DD with no organic condition |
| | **No ID/DD** |
| ☐ | Z. None of the above |

**Most Recent Admission/Entry or Reentry into this Facility**

**A1600. Entry Date**

☐☐ – ☐☐ – ☐☐☐☐
Month    Day    Year

**A1700. Type of Entry**

Enter Code ☐

1. **Admission**
2. **Reentry**

**A1800. Entered From**

Enter Code ☐☐

01. **Community** (private home/apt., board/care, assisted living, group home)
02. **Another nursing home or swing bed**
03. **Acute hospital**
04. **Psychiatric hospital**
05. **Inpatient rehabilitation facility**
06. **ID/DD facility**
07. **Hospice**
09. **Long Term Care Hospital** (LTCH)
99. **Other**

**A1900. Admission Date (Date this episode of care in this facility began)**

☐☐ – ☐☐ – ☐☐☐☐
Month    Day    Year

**A2000. Discharge Date**

Complete only if A0310F = 10, 11, or 12

☐☐ – ☐☐ – ☐☐☐☐
Month    Day    Year

| Section A | Identification Information |
|---|---|

**A2100. Discharge Status**

Complete only if A0310F = 10, 11, or 12

<table>
<tr>
<td>Enter Code<br>☐☐</td>
<td>01. <b>Community</b> (private home/apt., board/care, assisted living, group home)<br>
02. <b>Another nursing home or swing bed</b><br>
03. <b>Acute hospital</b><br>
04. <b>Psychiatric hospital</b><br>
05. <b>Inpatient rehabilitation facility</b><br>
06. <b>ID/DD facility</b><br>
07. <b>Hospice</b><br>
08. <b>Deceased</b><br>
09. <b>Long Term Care Hospital</b> (LTCH)<br>
99. <b>Other</b></td>
</tr>
</table>

**A2200. Previous Assessment Reference Date for Significant Correction**

Complete only if A0310A = 05 or 06

☐☐ – ☐☐ – ☐☐☐☐
Month — Day — Year

**A2300. Assessment Reference Date**

**Observation end date:**

☐☐ – ☐☐ – ☐☐☐☐
Month — Day — Year

**A2400. Medicare Stay**

Enter Code ☐

**A.** Has the resident had a Medicare-covered stay since the most recent entry?

0. **No** ➞ Skip to B0100, Comatose
1. **Yes** ➞ Continue to A2400B, Start date of most recent Medicare stay

**B.** Start date of most recent Medicare stay:

☐☐ – ☐☐ – ☐☐☐☐
Month — Day — Year

**C.** End date of most recent Medicare stay - Enter dashes if stay is ongoing:

☐☐ – ☐☐ – ☐☐☐☐
Month — Day — Year

## Look back period for all items is 7 days unless another time frame is indicated

| Section B | Hearing, Speech, and Vision |
|---|---|

### B0100. Comatose

Enter Code ☐

**Persistent vegetative state/no discernible consciousness**
0. **No** ➞ Continue to B0200, Hearing
1. **Yes** ➞ Skip to G0110, Activities of Daily Living (ADL) Assistance

### B0200. Hearing

Enter Code ☐

**Ability to hear** (with hearing aid or hearing appliances if normally used)
0. **Adequate** - no difficulty in normal conversation, social interaction, listening to TV
1. **Minimal difficulty** - difficulty in some environments (e.g., when person speaks softly or setting is noisy)
2. **Moderate difficulty** - speaker has to increase volume and speak distinctly
3. **Highly impaired** - absence of useful hearing

### B0300. Hearing Aid

Enter Code ☐

**Hearing aid or other hearing appliance used** in completing B0200, Hearing
0. **No**
1. **Yes**

### B0600. Speech Clarity

Enter Code ☐

**Select best description of speech pattern**
0. **Clear speech** - distinct intelligible words
1. **Unclear speech** - slurred or mumbled words
2. **No speech** - absence of spoken words

### B0700. Makes Self Understood

Enter Code ☐

**Ability to express ideas and wants,** consider both verbal and non-verbal expression
0. **Understood**
1. **Usually understood** - difficulty communicating some words or finishing thoughts **but** is able if prompted or given time
2. **Sometimes understood** - ability is limited to making concrete requests
3. **Rarely/never understood**

### B0800. Ability To Understand Others

Enter Code ☐

**Understanding verbal content, however able** (with hearing aid or device if used)
0. **Understands** - clear comprehension
1. **Usually understands** - misses some part/intent of message **but** comprehends most conversation
2. **Sometimes understands** - responds adequately to simple, direct communication only
3. **Rarely/never understands**

### B1000. Vision

Enter Code ☐

**Ability to see in adequate light** (with glasses or other visual appliances)
0. **Adequate** - sees fine detail, such as regular print in newspapers/books
1. **Impaired** - sees large print, but not regular print in newspapers/books
2. **Moderately impaired** - limited vision; not able to see newspaper headlines but can identify objects
3. **Highly impaired** - object identification in question, but eyes appear to follow objects
4. **Severely impaired** - no vision or sees only light, colors or shapes; eyes do not appear to follow objects

### B1200. Corrective Lenses

Enter Code ☐

**Corrective lenses (contacts, glasses, or magnifying glass) used** in completing B1000, Vision
0. **No**
1. **Yes**

| Section C | Cognitive Patterns |
|---|---|

**C0100. Should Brief Interview for Mental Status (C0200-C0500) be Conducted?**
Attempt to conduct interview with all residents

Enter Code ☐
   0. **No** (resident is rarely/never understood) ➡ Skip to and complete C0700-C1000, Staff Assessment for Mental Status
   1. **Yes** ➡ Continue to C0200, Repetition of Three Words

---

**Brief Interview for Mental Status (BIMS)**

**C0200. Repetition of Three Words**

Enter Code ☐
Ask resident: *"I am going to say three words for you to remember. Please repeat the words after I have said all three. The words are: **sock, blue, and bed.** Now tell me the three words."*
**Number of words repeated after first attempt**
   0. **None**
   1. **One**
   2. **Two**
   3. **Three**
After the resident's first attempt, repeat the words using cues ("*sock, something to wear; blue, a color; bed, a piece of furniture*"). You may repeat the words up to two more times.

**C0300. Temporal Orientation** (orientation to year, month, and day)

Enter Code ☐
Ask resident: "*Please tell me what year it is right now*."
**A. Able to report correct year**
   0. **Missed by > 5 years** or no answer
   1. **Missed by 2-5 years**
   2. **Missed by 1 year**
   3. **Correct**

Enter Code ☐
Ask resident: "*What month are we in right now?*"
**B. Able to report correct month**
   0. **Missed by > 1 month** or no answer
   1. **Missed by 6 days to 1 month**
   2. **Accurate within 5 days**

Enter Code ☐
Ask resident: "*What day of the week is today?*"
**C. Able to report correct day of the week**
   0. **Incorrect** or no answer
   1. **Correct**

**C0400. Recall**

Enter Code ☐
Ask resident: "*Let's go back to an earlier question. What were those three words that I asked you to repeat?*"
If unable to remember a word, give cue (something to wear; a color; a piece of furniture) for that word.
**A. Able to recall "sock"**
   0. **No** - could not recall
   1. **Yes, after cueing** ("something to wear")
   2. **Yes, no cue required**

Enter Code ☐
**B. Able to recall "blue"**
   0. **No** - could not recall
   1. **Yes, after cueing** ("a color")
   2. **Yes, no cue required**

Enter Code ☐
**C. Able to recall "bed"**
   0. **No** - could not recall
   1. **Yes, after cueing** ("a piece of furniture")
   2. **Yes, no cue required**

**C0500. Summary Score**

Enter Score ☐☐
**Add scores** for questions C0200-C0400 and fill in total score (00-15)
**Enter 99 if the resident was unable to complete the interview**

| Section C | Cognitive Patterns |
|---|---|

**C0600. Should the Staff Assessment for Mental Status (C0700 - C1000) be Conducted?**

Enter Code ☐
- 0. **No** (resident was able to complete interview) ➡ Skip to C1300, Signs and Symptoms of Delirium
- 1. **Yes** (resident was unable to complete interview) ➡ Continue to C0700, Short-term Memory OK

**Staff Assessment for Mental Status**

Do not conduct if Brief Interview for Mental Status (C0200-C0500) was completed

**C0700. Short-term Memory OK**

Enter Code ☐
Seems or appears to recall after 5 minutes
- 0. **Memory OK**
- 1. **Memory problem**

**C0800. Long-term Memory OK**

Enter Code ☐
Seems or appears to recall long past
- 0. **Memory OK**
- 1. **Memory problem**

**C0900. Memory/Recall Ability**

↓ Check all that the resident was normally able to recall

- ☐ A. Current season
- ☐ B. Location of own room
- ☐ C. Staff names and faces
- ☐ D. That he or she is in a nursing home
- ☐ Z. **None of the above** were recalled

**C1000. Cognitive Skills for Daily Decision Making**

Enter Code ☐
**Made decisions regarding tasks of daily life**
- 0. **Independent** - decisions consistent/reasonable
- 1. **Modified independence** - some difficulty in new situations only
- 2. **Moderately impaired** - decisions poor; cues/supervision required
- 3. **Severely impaired** - never/rarely made decisions

**Delirium**

**C1300. Signs and Symptoms of Delirium (from CAM©)\***

Code **after completing** Brief Interview for Mental Status or Staff Assessment, and reviewing medical record

**Coding:**
0. **Behavior not present**
1. **Behavior continuously present, does not fluctuate**
2. **Behavior present, fluctuates** (comes and goes, changes in severity)

↓ Enter Codes in Boxes

- ☐ A. **Inattention** - Did the resident have difficulty focusing attention (easily distracted, out of touch or difficulty following what was said)?
- ☐ B. **Disorganized thinking** - Was the resident's thinking disorganized or incoherent (rambling or irrelevant conversation, unclear or illogical flow of ideas, or unpredictable switching from subject to subject)?
- ☐ C. **Altered level of consciousness** - Did the resident have altered level of consciousness (e.g., **vigilant** - startled easily to any sound or touch; **lethargic** - repeatedly dozed off when being asked questions, but responded to voice or touch; **stuporous** - very difficult to arouse and keep aroused for the interview; **comatose** - could not be aroused)?
- ☐ D. **Psychomotor retardation**- Did the resident have an unusually decreased level of activity such as sluggishness, staring into space, staying in one position, moving very slowly?

**C1600. Acute Onset Mental Status Change**

Enter Code ☐
**Is there evidence of an acute change in mental status** from the resident's baseline?
- 0. **No**
- 1. **Yes**

*\* Adapted from Confusion Assessment Method. ©1988, 2003, Hospital Elder Life Program, LLC. Not to be reproduced without permission. All rights reserved.*

| **Section D** | **Mood** |
|---|---|

**D0100. Should Resident Mood Interview be Conducted?** - Attempt to conduct interview with all residents

Enter Code [ ]
0. **No** (resident is rarely/never understood) → Skip to and complete D0500-D0600, Staff Assessment of Resident Mood (PHQ-9-OV)
1. **Yes** → Continue to D0200, Resident Mood Interview (PHQ-9©)

**D0200. Resident Mood Interview (PHQ-9©)**

Say to resident: **"Over the last 2 weeks, have you been bothered by any of the following problems?"**

If symptom is present, enter 1 (yes) in column 1, Symptom Presence.
If yes in column 1, then ask the resident: "*About how often have you been bothered by this?*"
Read and show the resident a card with the symptom frequency choices. Indicate response in column 2, Symptom Frequency.

**1. Symptom Presence**
0. **No** (enter 0 in column 2)
1. **Yes** (enter 0-3 in column 2)
9. **No response** (leave column 2 blank)

**2. Symptom Frequency**
0. **Never or 1 day**
1. **2-6 days** (several days)
2. **7-11 days** (half or more of the days)
3. **12-14 days** (nearly every day)

| | 1. Symptom Presence | 2. Symptom Frequency |
|---|---|---|
| | ↓ Enter Scores in Boxes ↓ | |
| **A.** *Little interest or pleasure in doing things* | [ ] | [ ] |
| **B.** *Feeling down, depressed, or hopeless* | [ ] | [ ] |
| **C.** *Trouble falling or staying asleep, or sleeping too much* | [ ] | [ ] |
| **D.** *Feeling tired or having little energy* | [ ] | [ ] |
| **E.** *Poor appetite or overeating* | [ ] | [ ] |
| **F.** *Feeling bad about yourself - or that you are a failure or have let yourself or your family down* | [ ] | [ ] |
| **G.** *Trouble concentrating on things, such as reading the newspaper or watching television* | [ ] | [ ] |
| **H.** *Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual* | [ ] | [ ] |
| **I.** *Thoughts that you would be better off dead, or of hurting yourself in some way* | [ ] | [ ] |

**D0300. Total Severity Score**

Enter Score [ ]
**Add scores for all frequency responses in Column 2,** Symptom Frequency. Total score must be between 00 and 27. Enter 99 if unable to complete interview (i.e., Symptom Frequency is blank for 3 or more items).

**D0350. Safety Notification** - Complete only if D0200I1 = 1 indicating possibility of resident self harm

Enter Code [ ]
Was responsible staff or provider informed that there is a potential for resident self harm?
0. **No**
1. **Yes**

*Copyright © Pfizer Inc. All rights reserved. Reproduced with permission.*

| Section D | Mood |
|---|---|

### D0500.  Staff Assessment of Resident Mood (PHQ-9-OV*)
Do not conduct if Resident Mood Interview (D0200-D0300) was completed

**Over the last 2 weeks, did the resident have any of the following problems or behaviors?**

If symptom is present, enter 1 (yes) in column 1, Symptom Presence.
Then move to column 2, Symptom Frequency, and indicate symptom frequency.

| | | 1. Symptom Presence | 2. Symptom Frequency |
|---|---|---|---|
| **1. Symptom Presence**<br>0.  **No** (enter 0 in column 2)<br>1.  **Yes** (enter 0-3 in column 2) | **2. Symptom Frequency**<br>0.  **Never or 1 day**<br>1.  **2-6 days** (several days)<br>2.  **7-11 days** (half or more of the days)<br>3.  **12-14 days** (nearly every day) | ↓ Enter Scores in Boxes ↓ | |
| **A.   Little interest or pleasure in doing things** | | ☐ | ☐ |
| **B.   Feeling or appearing down, depressed, or  hopeless** | | ☐ | ☐ |
| **C.   Trouble falling or staying asleep, or sleeping too much** | | ☐ | ☐ |
| **D.   Feeling tired or having little energy** | | ☐ | ☐ |
| **E.   Poor appetite or overeating** | | ☐ | ☐ |
| **F.   Indicating that s/he feels bad about self, is a failure, or has let self or family down** | | ☐ | ☐ |
| **G.   Trouble concentrating on things, such as reading the newspaper or watching television** | | ☐ | ☐ |
| **H.   Moving or speaking so slowly that other people have noticed.  Or the opposite - being so fidgety or restless that s/he has been moving around a lot more than usual** | | ☐ | ☐ |
| **I.   States that life isn't worth living, wishes for death, or attempts to harm self** | | ☐ | ☐ |
| **J.   Being short-tempered, easily annoyed** | | ☐ | ☐ |

### D0600.  Total Severity Score

| Enter Score | |
|---|---|
| ☐☐ | **Add scores for all frequency responses in Column 2**, Symptom Frequency.  Total score must be between 00 and 30. |

### D0650.  Safety Notification - Complete only if D0500I1 = 1 indicating possibility of resident self harm

| Enter Code | |
|---|---|
| ☐ | **Was responsible staff or provider informed that there is a potential for resident self harm?**<br>0.  **No**<br>1.  **Yes** |

*Copyright © Pfizer Inc.  All rights reserved.*

| Section E | Behavior |
|---|---|

### E0100. Potential Indicators of Psychosis

↓ **Check all that apply**

| | |
|---|---|
| ☐ | **A.  Hallucinations** (perceptual experiences in the absence of real external sensory stimuli) |
| ☐ | **B.  Delusions** (misconceptions or beliefs that are firmly held, contrary to reality) |
| ☐ | **Z.  None of the above** |

### Behavioral Symptoms

### E0200. Behavioral Symptom - Presence & Frequency

Note presence of symptoms and their frequency

| Coding: | ↓ Enter Codes in Boxes | |
|---|---|---|
| 0.  **Behavior not exhibited** | ☐ | **A.  Physical behavioral symptoms directed toward others** (e.g., hitting, kicking, pushing, scratching, grabbing, abusing others sexually) |
| 1.  **Behavior of this type occurred 1 to 3 days** | ☐ | **B.  Verbal behavioral symptoms directed toward others** (e.g., threatening others, screaming at others, cursing at others) |
| 2.  **Behavior of this type occurred 4 to 6 days,** but less than daily | ☐ | **C.  Other behavioral symptoms not directed toward others** (e.g., physical symptoms such as hitting or scratching self, pacing, rummaging, public sexual acts, disrobing in public, throwing or smearing food or bodily wastes, or verbal/vocal symptoms like screaming, disruptive sounds) |
| 3.  **Behavior of this type occurred daily** | | |

### E0300. Overall Presence of Behavioral Symptoms

| Enter Code ☐ | **Were any behavioral symptoms in questions E0200 coded 1, 2, or 3?**<br>0.  **No** → Skip to E0800, Rejection of Care<br>1.  **Yes** → Considering all of E0200, Behavioral Symptoms, answer E0500 and E0600 below |
|---|---|

### E0500. Impact on Resident

Did any of the identified symptom(s):

| Enter Code ☐ | **A.  Put the resident at significant risk for physical illness or injury?**<br>0.  **No**<br>1.  **Yes** |
|---|---|
| Enter Code ☐ | **B.  Significantly interfere with the resident's care?**<br>0.  **No**<br>1.  **Yes** |
| Enter Code ☐ | **C.  Significantly interfere with the resident's participation in activities or social interactions?**<br>0.  **No**<br>1.  **Yes** |

### E0600. Impact on Others

Did any of the identified symptom(s):

| Enter Code ☐ | **A.  Put others at significant risk for physical injury?**<br>0.  **No**<br>1.  **Yes** |
|---|---|
| Enter Code ☐ | **B.  Significantly intrude on the privacy or activity of others?**<br>0.  **No**<br>1.  **Yes** |
| Enter Code ☐ | **C.  Significantly disrupt care or living environment?**<br>0.  **No**<br>1.  **Yes** |

### E0800. Rejection of Care - Presence & Frequency

| Enter Code ☐ | **Did the resident reject evaluation or care** (e.g., bloodwork, taking medications, ADL assistance) **that is necessary to achieve the resident's goals for health and well-being?**  Do not include behaviors that have already been addressed (e.g., by discussion or care planning with the resident or family), and determined to be consistent with resident values, preferences, or goals.<br>0.  **Behavior not exhibited**<br>1.  **Behavior of this type occurred 1 to 3 days**<br>2.  **Behavior of this type occurred 4 to 6 days,** but less than daily<br>3.  **Behavior of this type occurred daily** |
|---|---|

| Section E | Behavior |
|---|---|

| **E0900. Wandering - Presence & Frequency** | |
|---|---|
| Enter Code ☐ | **Has the resident wandered?**<br>0. **Behavior not exhibited** ➝ Skip to E1100, Change in Behavioral or Other Symptoms<br>1. **Behavior of this type occurred 1 to 3 days**<br>2. **Behavior of this type occurred 4 to 6 days**, but less than daily<br>3. **Behavior of this type occurred daily** |

| **E1000. Wandering - Impact** | |
|---|---|
| Enter Code ☐ | **A. Does the wandering place the resident at significant risk of getting to a potentially dangerous place** (e.g., stairs, outside of the facility)?<br>0. **No**<br>1. **Yes** |
| Enter Code ☐ | **B. Does the wandering significantly intrude on the privacy or activities of others?**<br>0. **No**<br>1. **Yes** |

| **E1100. Change in Behavior or Other Symptoms**<br>Consider all of the symptoms assessed in items E0100 through E1000 | |
|---|---|
| Enter Code ☐ | How does resident's current behavior status, care rejection, or wandering **compare to prior assessment (OBRA or Scheduled PPS)?**<br>0. **Same**<br>1. **Improved**<br>2. **Worse**<br>3. **N/A** because no prior MDS assessment |

| Section F | Preferences for Customary Routine and Activities |
|---|---|

**F0300. Should Interview for Daily and Activity Preferences be Conducted?** - Attempt to interview all residents able to communicate. If resident is unable to complete, attempt to complete interview with family member or significant other

Enter Code ☐
0. **No** (resident is rarely/never understood <u>and</u> family/significant other not available) ➝ Skip to and complete F0800, Staff Assessment of Daily and Activity Preferences
1. **Yes** ➝ Continue to F0400, Interview for Daily Preferences

---

**F0400. Interview for Daily Preferences**

Show resident the response options and say: "*While you are in this facility...*"

↓ **Enter Codes in Boxes**

**Coding:**
1. **Very important**
2. **Somewhat important**
3. **Not very important**
4. **Not important at all**
5. **Important, but can't do or no choice**
9. **No response or non-responsive**

☐ **A.** how important is it to you to **choose what clothes to wear?**

☐ **B.** how important is it to you to **take care of your personal belongings or things?**

☐ **C.** how important is it to you to **choose between a tub bath, shower, bed bath, or sponge bath?**

☐ **D.** how important is it to you to **have snacks available between meals?**

☐ **E.** how important is it to you to **choose your own bedtime?**

☐ **F.** how important is it to you to **have your family or a close friend involved in discussions about your care?**

☐ **G.** how important is it to you to **be able to use the phone in private?**

☐ **H.** how important is it to you to **have a place to lock your things to keep them safe?**

**F0500. Interview for Activity Preferences**

Show resident the response options and say: "*While you are in this facility...*"

↓ **Enter Codes in Boxes**

**Coding:**
1. **Very important**
2. **Somewhat important**
3. **Not very important**
4. **Not important at all**
5. **Important, but can't do or no choice**
9. **No response or non-responsive**

☐ **A.** how important is it to you to **have books, newspapers, and magazines to read?**

☐ **B.** how important is it to you to **listen to music you like?**

☐ **C.** how important is it to you to **be around animals such as pets?**

☐ **D.** how important is it to you to **keep up with the news?**

☐ **E.** how important is it to you to **do things with groups of people?**

☐ **F.** how important is it to you to **do your favorite activities?**

☐ **G.** how important is it to you to **go outside to get fresh air when the weather is good?**

☐ **H.** how important is it to you to **participate in religious services or practices?**

---

**F0600. Daily and Activity Preferences Primary Respondent**

Enter Code ☐
**Indicate primary respondent** for Daily and Activity Preferences (F0400 and F0500)
1. **Resident**
2. **Family or significant other** (close friend or other representative)
9. **Interview could not be completed** by resident or family/significant other ("No response" to 3 or more items)



| Section F | Preferences for Customary Routine and Activities |
|---|---|

**F0700. Should the Staff Assessment of Daily and Activity Preferences be Conducted?**

Enter Code [ ]
- 0. **No** (because Interview for Daily and Activity Preferences (F0400 and F0500) was completed by resident or family/significant other) ➞ Skip to and complete G0110, Activities of Daily Living (ADL) Assistance
- 1. **Yes** (because 3 or more items in Interview for Daily and Activity Preferences (F0400 and F0500) were not completed by resident or family/significant other) ➞ Continue to F0800, Staff Assessment of Daily and Activity Preferences

**F0800. Staff Assessment of Daily and Activity Preferences**

Do not conduct if Interview for Daily and Activity Preferences (F0400-F0500) was completed

**Resident Prefers:**

↓ **Check all that apply**

- [ ] A. **Choosing clothes to wear**
- [ ] B. **Caring for personal belongings**
- [ ] C. **Receiving tub bath**
- [ ] D. **Receiving shower**
- [ ] E. **Receiving bed bath**
- [ ] F. **Receiving sponge bath**
- [ ] G. **Snacks between meals**
- [ ] H. **Staying up past 8:00 p.m.**
- [ ] I. **Family or significant other involvement in care discussions**
- [ ] J. **Use of phone in private**
- [ ] K. **Place to lock personal belongings**
- [ ] L. **Reading books, newspapers, or magazines**
- [ ] M. **Listening to music**
- [ ] N. **Being around animals such as pets**
- [ ] O. **Keeping up with the news**
- [ ] P. **Doing things with groups of people**
- [ ] Q. **Participating in favorite activities**
- [ ] R. **Spending time away from the nursing home**
- [ ] S. **Spending time outdoors**
- [ ] T. **Participating in religious activities or practices**
- [ ] Z. **None of the above**

| Section G | Functional Status |
|---|---|

**G0110. Activities of Daily Living (ADL) Assistance**
Refer to the ADL flow chart in the RAI manual to facilitate accurate coding

**Instructions for Rule of 3**
- When an activity occurs three times at any one given level, code that level.
- When an activity occurs three times at multiple levels, code the most dependent, exceptions are total dependence (4), activity must require full assist every time, and activity did not occur (8), activity must not have occurred at all. Example, three times extensive assistance (3) and three times limited assistance (2), code extensive assistance (3).
- When an activity occurs at various levels, but not three times at any given level, apply the following:
  - When there is a combination of full staff performance, and extensive assistance, code extensive assistance.
  - When there is a combination of full staff performance, weight bearing assistance and/or non-weight bearing assistance code limited assistance (2).

**If none of the above are met, code supervision.**

**1. ADL Self-Performance**
Code for **resident's performance** over all shifts - not including setup. If the ADL activity occurred 3 or more times at various levels of assistance, code the most dependent - except for total dependence, which requires full staff performance every time

**Coding:**

_Activity Occurred 3 or More Times_
0. **Independent** - no help or staff oversight at any time
1. **Supervision** - oversight, encouragement or cueing
2. **Limited assistance** - resident highly involved in activity; staff provide guided maneuvering of limbs or other non-weight-bearing assistance
3. **Extensive assistance** - resident involved in activity, staff provide weight-bearing support
4. **Total dependence** - full staff performance every time during entire 7-day period

_Activity Occurred 2 or Fewer Times_
7. **Activity occurred only once or twice** - activity did occur but only once or twice
8. **Activity did not occur** - activity did not occur or family and/or non-facility staff provided care 100% of the time for that activity over the entire 7-day period

**2. ADL Support Provided**
Code for **most support provided** over all shifts; code regardless of resident's self-performance classification

**Coding:**
0. **No** setup or physical help from staff
1. **Setup** help only
2. **One** person physical assist
3. **Two+** persons physical assist
8. ADL activity itself **did not occur** or family and/or non-facility staff provided care 100% of the time for that activity over the entire 7-day period

| | 1. Self-Performance | 2. Support |
|---|---|---|
| | ↓ Enter Codes in Boxes ↓ | |
| **A. Bed mobility** - how resident moves to and from lying position, turns side to side, and positions body while in bed or alternate sleep furniture | ☐ | ☐ |
| **B. Transfer** - how resident moves between surfaces including to or from: bed, chair, wheelchair, standing position (**excludes** to/from bath/toilet) | ☐ | ☐ |
| **C. Walk in room** - how resident walks between locations in his/her room | ☐ | ☐ |
| **D. Walk in corridor** - how resident walks in corridor on unit | ☐ | ☐ |
| **E. Locomotion on unit** - how resident moves between locations in his/her room and adjacent corridor on same floor. If in wheelchair, self-sufficiency once in chair | ☐ | ☐ |
| **F. Locomotion off unit** - how resident moves to and returns from off-unit locations (e.g., areas set aside for dining, activities or treatments). **If facility has only one floor**, how resident moves to and from distant areas on the floor. If in wheelchair, self-sufficiency once in chair | ☐ | ☐ |
| **G. Dressing** - how resident puts on, fastens and takes off all items of clothing, including donning/removing a prosthesis or TED hose. Dressing includes putting on and changing pajamas and housedresses | ☐ | ☐ |
| **H. Eating** - how resident eats and drinks, regardless of skill. Do not include eating/drinking during medication pass. Includes intake of nourishment by other means (e.g., tube feeding, total parenteral nutrition, IV fluids administered for nutrition or hydration) | ☐ | ☐ |
| **I. Toilet use** - how resident uses the toilet room, commode, bedpan, or urinal; transfers on/off toilet; cleanses self after elimination; changes pad; manages ostomy or catheter; and adjusts clothes. Do not include emptying of bedpan, urinal, bedside commode, catheter bag or ostomy bag | ☐ | ☐ |
| **J. Personal hygiene** - how resident maintains personal hygiene, including combing hair, brushing teeth, shaving, applying makeup, washing/drying face and hands (**excludes** baths and showers) | ☐ | ☐ |

| Section G | Functional Status |
|-----------|-------------------|

### G0120. Bathing

How resident takes full-body bath/shower, sponge bath, and transfers in/out of tub/shower (**excludes** washing of back and hair). Code for **most dependent** in self-performance and support

Enter Code ☐  **A. Self-performance**
   0. **Independent** - no help provided
   1. **Supervision** - oversight help only
   2. **Physical help limited to transfer only**
   3. **Physical help in part of bathing activity**
   4. **Total dependence**
   8. **Activity itself did not occur** or family and/or non-facility staff provided care 100% of the time for that activity over the entire 7-day period

Enter Code ☐  **B. Support provided**
   (Bathing support codes are as defined in item **G0110 column 2, ADL Support Provided**, above)

### G0300. Balance During Transitions and Walking

After observing the resident, **code the following walking and transition items for most dependent**

Coding:
0. **Steady at all times**
1. **Not steady, but <u>able</u> to stabilize without staff assistance**
2. **Not steady, <u>only able</u> to stabilize with staff assistance**
8. **Activity did not occur**

↓ **Enter Codes in Boxes**

| | |
|---|---|
| ☐ | **A. Moving from seated to standing position** |
| ☐ | **B. Walking** (with assistive device if used) |
| ☐ | **C. Turning around** and facing the opposite direction while walking |
| ☐ | **D. Moving on and off toilet** |
| ☐ | **E. Surface-to-surface transfer** (transfer between bed and chair or wheelchair) |

### G0400. Functional Limitation in Range of Motion

**Code for limitation** that interfered with daily functions or placed resident at risk of injury

Coding:
0. **No impairment**
1. **Impairment on one side**
2. **Impairment on both sides**

↓ **Enter Codes in Boxes**

| | |
|---|---|
| ☐ | **A. Upper extremity** (shoulder, elbow, wrist, hand) |
| ☐ | **B. Lower extremity** (hip, knee, ankle, foot) |

### G0600. Mobility Devices

↓ **Check all that were normally used**

| | |
|---|---|
| ☐ | **A. Cane/crutch** |
| ☐ | **B. Walker** |
| ☐ | **C. Wheelchair** (manual or electric) |
| ☐ | **D. Limb prosthesis** |
| ☐ | **Z. None of the above** were used |

### G0900. Functional Rehabilitation Potential
Complete only if A0310A = 01

Enter Code ☐  **A. Resident believes he or she is capable of increased independence** in at least some ADLs
   0. **No**
   1. **Yes**
   9. **Unable to determine**

Enter Code ☐  **B. Direct care staff believe resident is capable of increased independence** in at least some ADLs
   0. **No**
   1. **Yes**

| Section H | Bladder and Bowel |
|---|---|

### H0100. Appliances

↓ Check all that apply

- ☐ **A. Indwelling catheter** (including suprapubic catheter and nephrostomy tube)
- ☐ **B. External catheter**
- ☐ **C. Ostomy** (including urostomy, ileostomy, and colostomy)
- ☐ **D. Intermittent catheterization**
- ☐ **Z. None of the above**

### H0200. Urinary Toileting Program

Enter Code ☐
**A. Has a trial of a toileting program (e.g., scheduled toileting, prompted voiding, or bladder training)** been attempted on admission/entry or reentry or since urinary incontinence was noted in this facility?
- 0. **No** ➡ Skip to H0300, Urinary Continence
- 1. **Yes** ➡ Continue to H0200B, Response
- 9. **Unable to determine** ➡ Skip to H0200C, Current toileting program or trial

Enter Code ☐
**B. Response -** What was the resident's response to the trial program?
- 0. **No improvement**
- 1. **Decreased wetness**
- 2. **Completely dry** (continent)
- 9. **Unable to determine** or trial in progress

Enter Code ☐
**C. Current toileting program or trial -** Is a toileting program (e.g., scheduled toileting, prompted voiding, or bladder training) currently being used to manage the resident's urinary continence?
- 0. **No**
- 1. **Yes**

### H0300. Urinary Continence

Enter Code ☐
**Urinary continence -** Select the one category that best describes the resident
- 0. **Always continent**
- 1. **Occasionally incontinent** (less than 7 episodes of incontinence)
- 2. **Frequently incontinent** (7 or more episodes of urinary incontinence, but at least one episode of continent voiding)
- 3. **Always incontinent** (no episodes of continent voiding)
- 9. **Not rated,** resident had a catheter (indwelling, condom), urinary ostomy, or no urine output for the entire 7 days

### H0400. Bowel Continence

Enter Code ☐
**Bowel continence -** Select the one category that best describes the resident
- 0. **Always continent**
- 1. **Occasionally incontinent** (one episode of bowel incontinence)
- 2. **Frequently incontinent** (2 or more episodes of bowel incontinence, but at least one continent bowel movement)
- 3. **Always incontinent** (no episodes of continent bowel movements)
- 9. **Not rated,** resident had an ostomy or did not have a bowel movement for the entire 7 days

### H0500. Bowel Toileting Program

Enter Code ☐
**Is a toileting program currently being used to manage the resident's bowel continence?**
- 0. **No**
- 1. **Yes**

### H0600. Bowel Patterns

Enter Code ☐
**Constipation present?**
- 0. **No**
- 1. **Yes**

| Section I | Active Diagnoses |
|---|---|

**Active Diagnoses in the last 7 days** - Check all that apply
Diagnoses listed in parentheses are provided as examples and should not be considered as all-inclusive lists

**Cancer**
- [ ] **I0100.** **Cancer** (with or without metastasis)

**Heart/Circulation**
- [ ] **I0200.** **Anemia** (e.g., aplastic, iron deficiency, pernicious, and sickle cell)
- [ ] **I0300.** **Atrial Fibrillation or Other Dysrhythmias** (e.g., bradycardias and tachycardias)
- [ ] **I0400.** **Coronary Artery Disease (CAD)** (e.g., angina, myocardial infarction, and atherosclerotic heart disease (ASHD))
- [ ] **I0500.** **Deep Venous Thrombosis (DVT), Pulmonary Embolus (PE), or Pulmonary Thrombo-Embolism (PTE)**
- [ ] **I0600.** **Heart Failure** (e.g., congestive heart failure (CHF) and pulmonary edema)
- [ ] **I0700.** **Hypertension**
- [ ] **I0800.** **Orthostatic Hypotension**
- [ ] **I0900.** **Peripheral Vascular Disease (PVD) or Peripheral Arterial Disease (PAD)**

**Gastrointestinal**
- [ ] **I1100.** **Cirrhosis**
- [ ] **I1200.** **Gastroesophageal Reflux Disease (GERD) or Ulcer** (e.g., esophageal, gastric, and peptic ulcers)
- [ ] **I1300.** **Ulcerative Colitis, Crohn's Disease, or Inflammatory Bowel Disease**

**Genitourinary**
- [ ] **I1400.** **Benign Prostatic Hyperplasia (BPH)**
- [ ] **I1500.** **Renal Insufficiency, Renal Failure, or End-Stage Renal Disease (ESRD)**
- [ ] **I1550.** **Neurogenic Bladder**
- [ ] **I1650.** **Obstructive Uropathy**

**Infections**
- [ ] **I1700.** **Multidrug-Resistant Organism (MDRO)**
- [ ] **I2000.** **Pneumonia**
- [ ] **I2100.** **Septicemia**
- [ ] **I2200.** **Tuberculosis**
- [ ] **I2300.** **Urinary Tract Infection (UTI) (LAST 30 DAYS)**
- [ ] **I2400.** **Viral Hepatitis** (e.g., Hepatitis A, B, C, D, and E)
- [ ] **I2500.** **Wound Infection** (other than foot)

**Metabolic**
- [ ] **I2900.** **Diabetes Mellitus (DM)** (e.g., diabetic retinopathy, nephropathy, and neuropathy)
- [ ] **I3100.** **Hyponatremia**
- [ ] **I3200.** **Hyperkalemia**
- [ ] **I3300.** **Hyperlipidemia** (e.g., hypercholesterolemia)
- [ ] **I3400.** **Thyroid Disorder** (e.g., hypothyroidism, hyperthyroidism, and Hashimoto's thyroiditis)

**Musculoskeletal**
- [ ] **I3700.** **Arthritis** (e.g., degenerative joint disease (DJD), osteoarthritis, and rheumatoid arthritis (RA))
- [ ] **I3800.** **Osteoporosis**
- [ ] **I3900.** **Hip Fracture** - any hip fracture that has a relationship to current status, treatments, monitoring (e.g., sub-capital fractures, and fractures of the trochanter and femoral neck)
- [ ] **I4000.** **Other Fracture**

**Neurological**
- [ ] **I4200.** **Alzheimer's Disease**
- [ ] **I4300.** **Aphasia**
- [ ] **I4400.** **Cerebral Palsy**
- [ ] **I4500.** **Cerebrovascular Accident (CVA), Transient Ischemic Attack (TIA), or Stroke**
- [ ] **I4800.** **Non-Alzheimer's Dementia** (e.g. Lewy body dementia, vascular or multi-infarct dementia; mixed dementia; frontotemporal dementia such as Pick's disease; and dementia related to stroke, Parkinson's or Creutzfeldt-Jakob diseases)

**Neurological Diagnoses continued on next page**

| Section I | Active Diagnoses |
|-----------|------------------|

**Active Diagnoses in the last 7 days** - Check all that apply
Diagnoses listed in parentheses are provided as examples and should not be considered as all-inclusive lists

### Neurological - Continued

- [ ] **I4900.  Hemiplegia or Hemiparesis**
- [ ] **I5000.  Paraplegia**
- [ ] **I5100.  Quadriplegia**
- [ ] **I5200.  Multiple Sclerosis (MS)**
- [ ] **I5250.  Huntington's Disease**
- [ ] **I5300.  Parkinson's Disease**
- [ ] **I5350.  Tourette's Syndrome**
- [ ] **I5400.  Seizure Disorder or Epilepsy**
- [ ] **I5500.  Traumatic Brain Injury (TBI)**

### Nutritional

- [ ] **I5600.  Malnutrition** (protein or calorie) or at risk for malnutrition

### Psychiatric/Mood Disorder

- [ ] **I5700.  Anxiety Disorder**
- [ ] **I5800.  Depression** (other than bipolar)
- [ ] **I5900.  Manic Depression** (bipolar disease)
- [ ] **I5950.  Psychotic Disorder** (other than schizophrenia)
- [ ] **I6000.  Schizophrenia** (e.g., schizoaffective and schizophreniform disorders)
- [ ] **I6100.  Post Traumatic Stress Disorder (PTSD)**

### Pulmonary

- [ ] **I6200.  Asthma, Chronic Obstructive Pulmonary Disease (COPD), or Chronic Lung Disease** (e.g., chronic bronchitis and restrictive lung diseases such as asbestosis)
- [ ] **I6300.  Respiratory Failure**

### Vision

- [ ] **I6500.  Cataracts, Glaucoma, or Macular Degeneration**

### None of Above

- [ ] **I7900.  None of the above active diagnoses** within the last 7 days

### Other

**I8000.  Additional active diagnoses**
Enter diagnosis on line and ICD code in boxes.  Include the decimal for the code in the appropriate box.

A. _____  ☐☐☐ . ☐☐☐☐

B. _____  ☐☐☐ . ☐☐☐☐

C. _____  ☐☐☐ . ☐☐☐☐

D. _____  ☐☐☐ . ☐☐☐☐

E. _____  ☐☐☐ . ☐☐☐☐

F. _____  ☐☐☐ . ☐☐☐☐

G. _____  ☐☐☐ . ☐☐☐☐

H. _____  ☐☐☐ . ☐☐☐☐

I. _____  ☐☐☐ . ☐☐☐☐

J. _____  ☐☐☐ . ☐☐☐☐

| Section J | Health Conditions |
|-----------|-------------------|

**J0100. Pain Management** - Complete for all residents, regardless of current pain level

At any time in the last **5** days, has the resident:

Enter Code [ ] 
**A. Received scheduled pain medication regimen?**
   0. **No**
   1. **Yes**

Enter Code [ ] 
**B. Received PRN pain medications OR was offered and declined?**
   0. **No**
   1. **Yes**

Enter Code [ ] 
**C. Received non-medication intervention for pain?**
   0. **No**
   1. **Yes**

**J0200. Should Pain Assessment Interview be Conducted?**
Attempt to conduct interview with all residents. If resident is comatose, skip to J1100, Shortness of Breath (dyspnea)

Enter Code [ ]
   0. **No** (resident is rarely/never understood) → Skip to and complete J0800, Indicators of Pain or Possible Pain
   1. **Yes** → Continue to J0300, Pain Presence

**Pain Assessment Interview**

**J0300. Pain Presence**

Enter Code [ ]
Ask resident: "***Have you had pain or hurting at any time*** in the last 5 days?"
   0. **No** → Skip to J1100, Shortness of Breath
   1. **Yes** → Continue to J0400, Pain Frequency
   9. **Unable to answer** → Skip to J0800, Indicators of Pain or Possible Pain

**J0400. Pain Frequency**

Enter Code [ ]
Ask resident: "***How much of the time have you experienced pain or hurting*** over the last 5 days?"
   1. **Almost constantly**
   2. **Frequently**
   3. **Occasionally**
   4. **Rarely**
   9. **Unable to answer**

**J0500. Pain Effect on Function**

Enter Code [ ]
**A.** Ask resident: "*Over the past 5 days, **has pain made it hard for you to sleep at night**?*"
   0. **No**
   1. **Yes**
   9. **Unable to answer**

Enter Code [ ]
**B.** Ask resident: "*Over the past 5 days, **have you limited your day-to-day activities because of pain**?*"
   0. **No**
   1. **Yes**
   9. **Unable to answer**

**J0600. Pain Intensity** - Administer **ONLY ONE** of the following pain intensity questions (A or B)

Enter Rating [ ][ ]
**A. Numeric Rating Scale (00-10)**
Ask resident: "*Please rate your worst pain over the last 5 days on a zero to ten scale, with zero being no pain and ten as the worst pain you can imagine.*" (Show resident 00 -10 pain scale)
**Enter two-digit response. Enter 99 if unable to answer.**

Enter Code [ ]
**B. Verbal Descriptor Scale**
Ask resident: "*Please rate the intensity of your worst pain over the last 5 days.*" (Show resident verbal scale)
   1. **Mild**
   2. **Moderate**
   3. **Severe**
   4. **Very severe, horrible**
   9. **Unable to answer**

| Section J | Health Conditions |
|---|---|

---

**J0700. Should the Staff Assessment for Pain be Conducted?**

Enter Code

☐

   0.  **No** (J0400 = 1 thru 4) ➟ Skip to J1100, Shortness of Breath (dyspnea)

   1.  **Yes** (J0400 = 9) ➟ Continue to J0800, Indicators of Pain or Possible Pain

---

**Staff Assessment for Pain**

**J0800. Indicators of Pain or Possible Pain** in the last 5 days

  ↓ **Check all that apply**

☐  **A.  Non-verbal sounds** (e.g., crying, whining, gasping, moaning, or groaning)

☐  **B.  Vocal complaints of pain** (e.g., that hurts, ouch, stop)

☐  **C.  Facial expressions** (e.g., grimaces, winces, wrinkled forehead, furrowed brow, clenched teeth or jaw)

☐  **D.  Protective body movements or postures** (e.g., bracing, guarding, rubbing or massaging a body part/area, clutching or holding a body part during movement)

☐  **Z.  None of these signs observed or documented** ➟ If checked, skip to J1100, Shortness of Breath (dyspnea)

**J0850. Frequency of Indicator of Pain or Possible Pain** in the last 5 days

Enter Code

☐

Frequency with which resident complains or shows evidence of pain or possible pain

  1.  **Indicators of pain** or possible pain observed  **1 to 2 days**

  2.  **Indicators of pain** or possible pain observed  **3 to 4 days**

  3.  **Indicators of pain** or possible pain observed  **daily**

---

**Other Health Conditions**

**J1100. Shortness of Breath (dyspnea)**

  ↓ **Check all that apply**

☐  **A.  Shortness of breath** or trouble breathing **with exertion** (e.g., walking, bathing, transferring)

☐  **B.  Shortness of breath** or trouble breathing **when sitting at rest**

☐  **C.  Shortness of breath** or trouble breathing **when lying flat**

☐  **Z.  None of the above**

**J1300. Current Tobacco Use**

Enter Code

☐

**Tobacco use**

  0.  **No**

  1.  **Yes**

**J1400. Prognosis**

Enter Code

☐

Does the resident have a condition or chronic disease that may result in a **life expectancy of less than 6 months?** (Requires physician documentation)

  0.  **No**

  1.  **Yes**

**J1550. Problem Conditions**

  ↓ **Check all that apply**

☐  **A.  Fever**

☐  **B.  Vomiting**

☐  **C.  Dehydrated**

☐  **D.  Internal bleeding**

☐  **Z.  None of the above**

---

| Section J | Health Conditions |
|---|---|

### J1700. Fall History on Admission/Entry or Reentry
Complete only if A0310A = 01 or A0310E = 1

| Enter Code ☐ | **A.** Did the resident have a fall any time in the **last month** prior to admission/entry or reentry?<br>0. **No**<br>1. **Yes**<br>9. **Unable to determine** |
|---|---|
| Enter Code ☐ | **B.** Did the resident have a fall any time in the **last 2-6 months** prior to admission/entry or reentry?<br>0. **No**<br>1. **Yes**<br>9. **Unable to determine** |
| Enter Code ☐ | **C.** Did the resident have any **fracture related to a fall in the 6 months** prior to admission/entry or reentry?<br>0. **No**<br>1. **Yes**<br>9. **Unable to determine** |

### J1800. Any Falls Since Admission/Entry or Reentry or Prior Assessment (OBRA or Scheduled PPS), whichever is more recent

| Enter Code ☐ | Has the resident **had any falls since admission/entry or reentry or the prior assessment** (OBRA or Scheduled PPS), whichever is more recent?<br>0. **No** → Skip to K0100, Swallowing Disorder<br>1. **Yes** → Continue to J1900, Number of Falls Since Admission/Entry or Reentry or Prior Assessment (OBRA or Scheduled PPS) |
|---|---|

### J1900. Number of Falls Since Admission/Entry or Reentry or Prior Assessment (OBRA or Scheduled PPS), whichever is more recent

| Coding:<br>0. **None**<br>1. **One**<br>2. **Two or more** | ↓ **Enter Codes in Boxes** | |
|---|---|---|
| | ☐ | **A.** **No injury** - no evidence of any injury is noted on physical assessment by the nurse or primary care clinician; no complaints of pain or injury by the resident; no change in the resident's behavior is noted after the fall |
| | ☐ | **B.** **Injury (except major)** - skin tears, abrasions, lacerations, superficial bruises, hematomas and sprains; or any fall-related injury that causes the resident to complain of pain |
| | ☐ | **C.** **Major injury** - bone fractures, joint dislocations, closed head injuries with altered consciousness, subdural hematoma |

| Section K | Swallowing/Nutritional Status |
|---|---|

**K0100. Swallowing Disorder**

Signs and symptoms of possible swallowing disorder

↓ **Check all that apply**

- [ ]  A.  Loss of liquids/solids from mouth when eating or drinking
- [ ]  B.  Holding food in mouth/cheeks or residual food in mouth after meals
- [ ]  C.  Coughing or choking during meals or when swallowing medications
- [ ]  D.  Complaints of difficulty or pain with swallowing
- [ ]  Z.  None of the above

**K0200. Height and Weight -** While measuring, if the number is X.1 - X.4 round down; X.5 or greater round up

| | |
|---|---|
| ☐☐ inches | **A.  Height** (in inches).  Record most recent height measure since the most recent admission/entry or reentry |
| ☐☐☐ pounds | **B.  Weight** (in pounds).  Base weight on most recent measure in last 30 days; measure weight consistently, according to standard facility practice (e.g., in a.m. after voiding, before meal, with shoes off, etc.) |

**K0300. Weight Loss**

| Enter Code ☐ | **Loss of 5% or more in the last month or loss of 10% or more in last 6 months**<br>  0.  **No** or unknown<br>  1.  **Yes, on** physician-prescribed weight-loss regimen<br>  2.  **Yes, not on** physician-prescribed weight-loss regimen |
|---|---|

**K0310. Weight Gain**

| Enter Code ☐ | **Gain of 5% or more in the last month or gain of 10% or more in last 6 months**<br>  0.  **No** or unknown<br>  1.  **Yes, on** physician-prescribed weight-gain regimen<br>  2.  **Yes, not on** physician-prescribed weight-gain regimen |
|---|---|

**K0510. Nutritional Approaches**

Check all of the following nutritional approaches that were performed during the last **7 days**

| | 1.<br>While NOT a Resident | 2.<br>While a Resident |
|---|---|---|
| **1.  While NOT a Resident**<br>Performed **while NOT a resident** of this facility and within the **last 7 days**.  Only check column 1 if resident entered (admission or reentry) IN THE LAST 7 DAYS.  If resident last entered 7 or more days ago, leave column 1 blank<br>**2.  While a Resident**<br>Performed **while a resident** of this facility and within the **last 7 days** | ↓ Check all that apply ↓ | |
| **A.  Parenteral/IV feeding** | ☐ | ☐ |
| **B.  Feeding tube** - nasogastric or abdominal (PEG) | ☐ | ☐ |
| **C.  Mechanically altered diet** - require change in texture of food or liquids (e.g., pureed food, thickened liquids) | ☐ | ☐ |
| **D.  Therapeutic diet** (e.g., low salt, diabetic, low cholesterol) | ☐ | ☐ |
| **Z.  None of the above** | ☐ | ☐ |

| Section K | Swallowing/Nutritional Status |
|---|---|

**K0710. Percent Intake by Artificial Route** - Complete K0710 only if Column 1 and/or Column 2 are checked for K0510A and/or K0510B

| | 1. While NOT a Resident | 2. While a Resident | 3. During Entire 7 Days |
|---|---|---|---|
| **1. While NOT a Resident**<br>Performed *while NOT a resident* of this facility and within the *last 7 days*.  Only enter a code in column 1 if resident entered (admission or reentry) IN THE LAST 7 DAYS.  If resident last entered 7 or more days ago, leave column 1 blank<br>**2. While a Resident**<br>Performed *while a resident* of this facility and within the *last 7 days*<br>**3. During Entire 7 Days**<br>Performed during the entire *last 7 days* | Enter Codes ↓ | | |
| **A. Proportion of total calories the resident received through parenteral or tube feeding**<br>  1. **25% or less**<br>  2. **26-50%**<br>  3. **51% or more** | ☐ | ☐ | ☐ |
| **B. Average fluid intake per day by IV or tube feeding**<br>  1. **500 cc/day or less**<br>  2. **501 cc/day or more** | ☐ | ☐ | ☐ |

| Section L | Oral/Dental Status |
|---|---|

**L0200. Dental**

↓ Check all that apply

| | |
|---|---|
| ☐ | **A.  Broken or loosely fitting full or partial denture** (chipped, cracked, uncleanable, or loose) |
| ☐ | **B.  No natural teeth or tooth fragment(s)** (edentulous) |
| ☐ | **C.  Abnormal mouth tissue** (ulcers, masses, oral lesions, including under denture or partial if one is worn) |
| ☐ | **D.  Obvious or likely cavity or broken natural teeth** |
| ☐ | **E.  Inflamed or bleeding gums or loose natural teeth** |
| ☐ | **F.  Mouth or facial pain, discomfort or difficulty with chewing** |
| ☐ | **G.  Unable to examine** |
| ☐ | **Z.  None of the above were present** |

| Section M | Skin Conditions |
|---|---|

## Report based on highest stage of existing ulcer(s) at its worst; do not "reverse" stage

### M0100. Determination of Pressure Ulcer Risk

↓ Check all that apply

| | |
|---|---|
| ☐ | **A.** Resident has a stage 1 or greater, a scar over bony prominence, or a non-removable dressing/device |
| ☐ | **B.** Formal assessment instrument/tool (e.g., Braden, Norton, or other) |
| ☐ | **C.** Clinical assessment |
| ☐ | **Z.** None of the above |

### M0150. Risk of Pressure Ulcers

Enter Code ☐ | **Is this resident at risk of developing pressure ulcers?**
0. **No**
1. **Yes**

### M0210. Unhealed Pressure Ulcer(s)

Enter Code ☐ | **Does this resident have one or more unhealed pressure ulcer(s) at Stage 1 or higher?**
0. **No** → Skip to M0900, Healed Pressure Ulcers
1. **Yes** → Continue to M0300, Current Number of Unhealed Pressure Ulcers at Each Stage

### M0300. Current Number of Unhealed Pressure Ulcers at Each Stage

**A. Number of Stage 1 pressure ulcers**

Enter Number ☐

**Stage 1:** Intact skin with non-blanchable redness of a localized area usually over a bony prominence. Darkly pigmented skin may not have a visible blanching; in dark skin tones only it may appear with persistent blue or purple hues

**B. Stage 2:** Partial thickness loss of dermis presenting as a shallow open ulcer with a red or pink wound bed, without slough. May also present as an intact or open/ruptured blister

Enter Number ☐

**1. Number of Stage 2 pressure ulcers** - If 0 → Skip to M0300C, Stage 3

Enter Number ☐

**2. Number of these Stage 2 pressure ulcers that were present upon admission/entry or reentry** - enter how many were noted at the time of admission/entry or reentry

**3. Date of oldest Stage 2 pressure ulcer** - Enter dashes if date is unknown:

| | | – | | | – | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | | | Day | | | | Year | | |

**C. Stage 3:** Full thickness tissue loss. Subcutaneous fat may be visible but bone, tendon or muscle is not exposed. Slough may be present but does not obscure the depth of tissue loss. May include undermining and tunneling

Enter Number ☐

**1. Number of Stage 3 pressure ulcers** - If 0 → Skip to M0300D, Stage 4

Enter Number ☐

**2. Number of these Stage 3 pressure ulcers that were present upon admission/entry or reentry** - enter how many were noted at the time of admission/entry or reentry

**D. Stage 4:** Full thickness tissue loss with exposed bone, tendon or muscle. Slough or eschar may be present on some parts of the wound bed. Often includes undermining and tunneling

Enter Number ☐

**1. Number of Stage 4 pressure ulcers** - If 0 → Skip to M0300E, Unstageable: Non-removable dressing

Enter Number ☐

**2. Number of these Stage 4 pressure ulcers that were present upon admission/entry or reentry** - enter how many were noted at the time of admission/entry or reentry

**M0300 continued on next page**

| Section M | Skin Conditions |
|---|---|

**M0300. Current Number of Unhealed Pressure Ulcers at Each Stage** - Continued

**E. Unstageable - Non-removable dressing:** Known but not stageable due to non-removable dressing/device

Enter Number [ ]
**1. Number of unstageable pressure ulcers due to non-removable dressing/device** - If 0 ➝ Skip to M0300F, Unstageable: Slough and/or eschar

Enter Number [ ]
**2. Number of these unstageable pressure ulcers that were present upon admission/entry or reentry** - enter how many were noted at the time of admission/entry or reentry

**F. Unstageable - Slough and/or eschar:** Known but not stageable due to coverage of wound bed by slough and/or eschar

Enter Number [ ]
**1. Number of unstageable pressure ulcers due to coverage of wound bed by slough and/or eschar** - If 0 ➝ Skip to M0300G, Unstageable: Deep tissue

Enter Number [ ]
**2. Number of these unstageable pressure ulcers that were present upon admission/entry or reentry** - enter how many were noted at the time of admission/entry or reentry

**G. Unstageable - Deep tissue:** Suspected deep tissue injury in evolution

Enter Number [ ]
**1. Number of unstageable pressure ulcers with suspected deep tissue injury in evolution** - If 0 ➝ Skip to M0610, Dimension of Unhealed Stage 3 or 4 Pressure Ulcers or Eschar

Enter Number [ ]
**2. Number of these unstageable pressure ulcers that were present upon admission/entry or reentry** - enter how many were noted at the time of admission/entry or reentry

**M0610. Dimensions of Unhealed Stage 3 or 4 Pressure Ulcers or Eschar**
Complete only if M0300C1, M0300D1 or M0300F1 is greater than 0

If the resident has one or more unhealed Stage 3 or 4 pressure ulcers or an unstageable pressure ulcer due to slough or eschar, identify the pressure ulcer with the largest surface area (length x width) and record in centimeters:

[ ][ ] . [ ] cm  **A. Pressure ulcer length:** Longest length from head to toe

[ ][ ] . [ ] cm  **B. Pressure ulcer width:** Widest width of the same pressure ulcer, side-to-side perpendicular (90-degree angle) to length

[ ][ ] . [ ] cm  **C. Pressure ulcer depth:** Depth of the same pressure ulcer from the visible surface to the deepest area (if depth is unknown, enter a dash in each box)

**M0700. Most Severe Tissue Type for Any Pressure Ulcer**

Enter Code [ ]
Select the best description of the most severe type of tissue present in any pressure ulcer bed
1. **Epithelial tissue** - new skin growing in superficial ulcer. It can be light pink and shiny, even in persons with darkly pigmented skin
2. **Granulation tissue** - pink or red tissue with shiny, moist, granular appearance
3. **Slough** - yellow or white tissue that adheres to the ulcer bed in strings or thick clumps, or is mucinous
4. **Eschar** - black, brown, or tan tissue that adheres firmly to the wound bed or ulcer edges, may be softer or harder than surrounding skin
9. **None of the Above**

**M0800. Worsening in Pressure Ulcer Status Since Prior Assessment (OBRA or Scheduled PPS) or Last Admission/Entry or Reentry**
Complete only if A0310E = 0

Indicate the number of current pressure ulcers that were **not present or were at a lesser stage** on prior assessment (OBRA or scheduled PPS) or last entry. If no current pressure ulcer at a given stage, enter 0.

Enter Number [ ]
**A. Stage 2**

Enter Number [ ]
**B. Stage 3**

Enter Number [ ]
**C. Stage 4**

| Section M | Skin Conditions |
|---|---|

### M0900. Healed Pressure Ulcers
Complete only if A0310E = 0

| Enter Code ☐ | **A. Were pressure ulcers present on the prior assessment (OBRA or scheduled PPS)?**<br>   0.  **No** ➡ Skip to M1030, Number of Venous and Arterial Ulcers<br>   1.  **Yes** ➡ Continue to M0900B, Stage 2 |
|---|---|
| | Indicate the number of pressure ulcers that were noted on the prior assessment (OBRA or scheduled PPS) that have completely closed (resurfaced with epithelium). If no healed pressure ulcer at a given stage since the prior assessment (OBRA or scheduled PPS), enter 0. |
| Enter Number ☐ | **B. Stage 2** |
| Enter Number ☐ | **C. Stage 3** |
| Enter Number ☐ | **D. Stage 4** |

### M1030. Number of Venous and Arterial Ulcers

| Enter Number ☐ | **Enter the total number of venous and arterial ulcers present** |
|---|---|

### M1040. Other Ulcers, Wounds and Skin Problems
↓ Check all that apply

| | **Foot Problems** |
|---|---|
| ☐ | **A. Infection of the foot** (e.g., cellulitis, purulent drainage) |
| ☐ | **B. Diabetic foot ulcer(s)** |
| ☐ | **C. Other open lesion(s) on the foot** |
| | **Other Problems** |
| ☐ | **D. Open lesion(s) other than ulcers, rashes, cuts** (e.g., cancer lesion) |
| ☐ | **E. Surgical wound(s)** |
| ☐ | **F. Burn(s)** (second or third degree) |
| ☐ | **G. Skin tear(s)** |
| ☐ | **H. Moisture Associated Skin Damage (MASD)** (i.e. incontinence (IAD), perspiration, drainage) |
| | **None of the Above** |
| ☐ | **Z. None of the above** were present |

### M1200. Skin and Ulcer Treatments
↓ Check all that apply

| ☐ | **A. Pressure reducing device for chair** |
|---|---|
| ☐ | **B. Pressure reducing device for bed** |
| ☐ | **C. Turning/repositioning program** |
| ☐ | **D. Nutrition or hydration intervention** to manage skin problems |
| ☐ | **E. Pressure ulcer care** |
| ☐ | **F. Surgical wound care** |
| ☐ | **G. Application of nonsurgical dressings** (with or without topical medications) other than to feet |
| ☐ | **H. Applications of ointments/medications** other than to feet |
| ☐ | **I. Application of dressings to feet** (with or without topical medications) |
| ☐ | **Z. None of the above** were provided |

| Section N | Medications |
|-----------|-------------|

**N0300. Injections**

| Enter Days | **Record the number of days that injections of any type** were received during the last 7 days or since admission/entry or reentry if less than 7 days.  If 0 ➝ Skip to N0410, Medications Received |
|------------|---|
| ☐ | |

**N0350. Insulin**

| Enter Days | **A. Insulin injections - Record the number of days that insulin injections** were received during the last 7 days or since admission/entry or reentry if less than 7 days |
|------------|---|
| ☐ | |
| Enter Days | **B. Orders for insulin - Record the number of days the physician (or authorized assistant or practitioner) changed the resident's insulin orders** during the last 7 days or since admission/entry or reentry if less than 7 days |
| ☐ | |

**N0410. Medications Received**

**Indicate the number of DAYS  the resident received the following medications during the last 7 days or since admission/entry or reentry if less than 7 days**.  Enter "0" if medication was not received by the resident during the last 7 days

| Enter Days | |
|------------|---|
| ☐ | **A. Antipsychotic** |
| Enter Days | |
| ☐ | **B. Antianxiety** |
| Enter Days | |
| ☐ | **C. Antidepressant** |
| Enter Days | |
| ☐ | **D. Hypnotic** |
| Enter Days | |
| ☐ | **E. Anticoagulant** (warfarin, heparin, or low-molecular weight heparin) |
| Enter Days | |
| ☐ | **F. Antibiotic** |
| Enter Days | |
| ☐ | **G. Diuretic** |

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

**O0100. Special Treatments, Procedures, and Programs**

Check all of the following treatments, procedures, and programs that were performed during the last **14 days**

| | 1. While NOT a Resident | 2. While a Resident |
|---|---|---|
| **1. While NOT a Resident** Performed *while NOT a resident* of this facility and within the *last 14 days*. Only check column 1 if resident entered (admission or reentry) IN THE LAST 14 DAYS. If resident last entered 14 or more days ago, leave column 1 blank **2. While a Resident** Performed *while a resident* of this facility and within the *last 14 days* | ↓ Check all that apply ↓ | |
| **Cancer Treatments** | | |
| A. Chemotherapy | ☐ | ☐ |
| B. Radiation | ☐ | ☐ |
| **Respiratory Treatments** | | |
| C. Oxygen therapy | ☐ | ☐ |
| D. Suctioning | ☐ | ☐ |
| E. Tracheostomy care | ☐ | ☐ |
| F. Ventilator or respirator | ☐ | ☐ |
| G. BiPAP/CPAP | ☐ | ☐ |
| **Other** | | |
| H. IV medications | ☐ | ☐ |
| I. Transfusions | ☐ | ☐ |
| J. Dialysis | ☐ | ☐ |
| K. Hospice care | ☐ | ☐ |
| L. Respite care | | ☐ |
| M. Isolation or quarantine for active infectious disease (does not include standard body/fluid precautions) | ☐ | ☐ |
| **None of the Above** | | |
| Z. None of the above | ☐ | ☐ |

**O0250. Influenza Vaccine** - Refer to current version of RAI manual for current influenza vaccination season and reporting period

Enter Code ☐  **A.** Did the **resident receive the influenza vaccine** *in this facility* for this year's influenza vaccination season?
0. **No** → Skip to O0250C, If influenza vaccine not received, state reason
1. **Yes** → Continue to O0250B, Date influenza vaccine received

**B.** Date influenza vaccine received → Complete date and skip to O0300A, Is the resident's Pneumococcal vaccination up to date?
☐☐ – ☐☐ – ☐☐☐☐
Month   Day   Year

Enter Code ☐  **C.** If influenza vaccine not received, state reason:
1. **Resident not in this facility** during this year's influenza vaccination season
2. **Received outside of this facility**
3. **Not eligible** - medical contraindication
4. **Offered and declined**
5. **Not offered**
6. **Inability to obtain influenza vaccine** due to a declared shortage
9. **None of the above**

**O0300. Pneumococcal Vaccine**

Enter Code ☐  **A.** Is the resident's Pneumococcal vaccination up to date?
0. **No** → Continue to O0300B, If Pneumococcal vaccine not received, state reason
1. **Yes** → Skip to O0400, Therapies

Enter Code ☐  **B.** If Pneumococcal vaccine not received, state reason:
1. **Not eligible** - medical contraindication
2. **Offered and declined**
3. **Not offered**

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

**O0400. Therapies**

**A. Speech-Language Pathology and Audiology Services**

Enter Number of Minutes

**1. Individual minutes -** record the total number of minutes this therapy was administered to the resident **individually** in the last 7 days

Enter Number of Minutes

**2. Concurrent minutes -** record the total number of minutes this therapy was administered to the resident **concurrently with one other resident** in the last 7 days

Enter Number of Minutes

**3. Group minutes -** record the total number of minutes this therapy was administered to the resident as **part of a group of residents** in the last 7 days

If the sum of individual, concurrent, and group minutes is zero, → skip to O0400A5, Therapy start date

Enter Number of Minutes

**3A. Co-treatment minutes -** record the total number of minutes this therapy was administered to the resident in **co-treatment sessions** in the last 7 days

Enter Number of Days

**4. Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

**5. Therapy start date -** record the date the most recent therapy regimen (since the most recent entry) started

**6. Therapy end date -** record the date the most recent therapy regimen (since the most recent entry) ended - enter dashes if therapy is ongoing

Month — Day — Year      Month — Day — Year

**B. Occupational Therapy**

Enter Number of Minutes

**1. Individual minutes -** record the total number of minutes this therapy was administered to the resident **individually** in the last 7 days

Enter Number of Minutes

**2. Concurrent minutes -** record the total number of minutes this therapy was administered to the resident **concurrently with one other resident** in the last 7 days

Enter Number of Minutes

**3. Group minutes -** record the total number of minutes this therapy was administered to the resident as **part of a group of residents** in the last 7 days

If the sum of individual, concurrent, and group minutes is zero, → skip to O0400B5, Therapy start date

Enter Number of Minutes

**3A. Co-treatment minutes -** record the total number of minutes this therapy was administered to the resident in **co-treatment sessions** in the last 7 days

Enter Number of Days

**4. Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

**5. Therapy start date -** record the date the most recent therapy regimen (since the most recent entry) started

**6. Therapy end date -** record the date the most recent therapy regimen (since the most recent entry) ended - enter dashes if therapy is ongoing

Month — Day — Year      Month — Day — Year

**O0400 continued on next page**

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

### O0400. Therapies - Continued

**C. Physical Therapy**

Enter Number of Minutes
[ ][ ][ ][ ]

**1. Individual minutes -** record the total number of minutes this therapy was administered to the resident **individually** in the last 7 days

Enter Number of Minutes
[ ][ ][ ][ ]

**2. Concurrent minutes -** record the total number of minutes this therapy was administered to the resident **concurrently with one other resident** in the last 7 days

Enter Number of Minutes
[ ][ ][ ][ ]

**3. Group minutes -** record the total number of minutes this therapy was administered to the resident as **part of a group of residents** in the last 7 days

**If the sum of individual, concurrent, and group minutes is zero, →** skip to O0400C5, Therapy start date

Enter Number of Minutes
[ ][ ][ ][ ]

**3A. Co-treatment minutes -** record the total number of minutes this therapy was administered to the resident in **co-treatment sessions** in the last 7 days

Enter Number of Days
[ ][ ]

**4. Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

**5. Therapy start date -** record the date the most recent therapy regimen (since the most recent entry) started

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month      Day        Year

**6. Therapy end date -** record the date the most recent therapy regimen (since the most recent entry) ended - enter dashes if therapy is ongoing

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month      Day        Year

**D. Respiratory Therapy**

Enter Number of Minutes
[ ][ ][ ][ ]

**1. Total minutes -** record the total number of minutes this therapy was administered to the resident in the last 7 days

If zero, → skip to O0400E, Psychological Therapy

Enter Number of Days
[ ][ ]

**2. Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

**E. Psychological Therapy** (by any licensed mental health professional)

Enter Number of Minutes
[ ][ ][ ][ ]

**1. Total minutes -** record the total number of minutes this therapy was administered to the resident in the last 7 days

If zero, → skip to O0400F, Recreational Therapy

Enter Number of Days
[ ][ ]

**2. Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

**F. Recreational Therapy** (includes recreational and music therapy)

Enter Number of Minutes
[ ][ ][ ][ ]

**1. Total minutes -** record the total number of minutes this therapy was administered to the resident in the last 7 days

If zero, → skip to O0420, Distinct Calendar Days of Therapy

Enter Number of Days
[ ][ ]

**2. Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

### O0420. Distinct Calendar Days of Therapy

Enter Number of Days
[ ][ ]

**Record the number of calendar days that the resident received Speech-Language Pathology and Audiology Services, Occupational Therapy, or Physical Therapy for at least 15 minutes in the past 7 days.**

### O0450. Resumption of Therapy - Complete only if A0310C = 2 or 3 and A0310F = 99

Enter Code
[ ]

**A. Has a previous rehabilitation therapy regimen (speech, occupational, and/or physical therapy) ended, as reported on this End of Therapy OMRA, and has this regimen now resumed at exactly the same level for each discipline?**

0. **No →** Skip to O0500, Restorative Nursing Programs
1. **Yes**

**B. Date on which therapy regimen resumed:**

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month      Day        Year

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

**O0500. Restorative Nursing Programs**

Record the **number of days** each of the following restorative programs was performed (for at least 15 minutes a day) in the last 7 calendar days (enter 0 if none or less than 15 minutes daily)

| Number of Days | Technique |
|---|---|
| ☐ | A.  Range of motion (passive) |
| ☐ | B.  Range of motion (active) |
| ☐ | C.  Splint or brace assistance |

| Number of Days | Training and Skill Practice In: |
|---|---|
| ☐ | D.  Bed mobility |
| ☐ | E.  Transfer |
| ☐ | F.  Walking |
| ☐ | G.  Dressing and/or grooming |
| ☐ | H.  Eating and/or swallowing |
| ☐ | I.  Amputation/prostheses care |
| ☐ | J.  Communication |

**O0600. Physician Examinations**

| Enter Days ☐☐ | Over the last 14 days, **on how many days did the physician (or authorized assistant or practitioner) examine the resident?** |
|---|---|

**O0700. Physician Orders**

| Enter Days ☐☐ | Over the last 14 days, **on how many days did the physician (or authorized assistant or practitioner) change the resident's orders?** |
|---|---|

| Section P | Restraints |
|---|---|

### P0100. Physical Restraints

Physical restraints are any manual method or physical or mechanical device, material or equipment attached or adjacent to the resident's body that the individual cannot remove easily which restricts freedom of movement or normal access to one's body

↓ Enter Codes in Boxes

**Coding:**
- 0. **Not used**
- 1. **Used less than daily**
- 2. **Used daily**

**Used in Bed**

| | |
|---|---|
| ☐ | A. **Bed rail** |
| ☐ | B. **Trunk restraint** |
| ☐ | C. **Limb restraint** |
| ☐ | D. **Other** |

**Used in Chair or Out of Bed**

| | |
|---|---|
| ☐ | E. **Trunk restraint** |
| ☐ | F. **Limb restraint** |
| ☐ | G. **Chair prevents rising** |
| ☐ | H. **Other** |

| Section Q | Participation in Assessment and Goal Setting |
|---|---|

### Q0100. Participation in Assessment

Enter Code ☐
**A. Resident participated in assessment**
- 0. **No**
- 1. **Yes**

Enter Code ☐
**B. Family or significant other participated in assessment**
- 0. **No**
- 1. **Yes**
- 9. **Resident has no family or significant other**

Enter Code ☐
**C. Guardian or legally authorized representative participated in assessment**
- 0. **No**
- 1. **Yes**
- 9. **Resident has no guardian or legally authorized representative**

### Q0300. Resident's Overall Expectation

Complete only if A0310E = 1

Enter Code ☐
**A. Select one for resident's overall goal established during assessment process**
- 1. Expects to be **discharged to the community**
- 2. Expects to **remain in this facility**
- 3. Expects to be **discharged to another facility/institution**
- 9. **Unknown or uncertain**

Enter Code ☐
**B. Indicate information source for Q0300A**
- 1. **Resident**
- 2. If not resident, then **family or significant other**
- 3. If not resident, family, or significant other, then **guardian or legally authorized representative**
- 9. **Unknown or uncertain**

### Q0400. Discharge Plan

Enter Code ☐
**A. Is active discharge planning already occurring for the resident to return to the community?**
- 0. **No**
- 1. **Yes** ➡ Skip to Q0600, Referral

| Section Q | Participation in Assessment and Goal Setting |
|---|---|

**Q0490. Resident's Preference to Avoid Being Asked Question Q0500B**

Complete only if A0310A = 02, 06, or 99

| Enter Code ☐ | **Does the resident's clinical record document a request that this question be asked only on comprehensive assessments?**<br>0. **No**<br>1. **Yes** ⟶ Skip to Q0600, Referral<br>8. **Information not available** |
|---|---|

**Q0500. Return to Community**

| Enter Code ☐ | **B. Ask the resident** (or family or significant other or guardian or legally authorized representative if resident is unable to understand or respond): **"Do you want to talk to someone about the possibility of leaving this facility and returning to live and receive services in the community?"**<br>0. **No**<br>1. **Yes**<br>9. **Unknown or uncertain** |
|---|---|

**Q0550. Resident's Preference to Avoid Being Asked Question Q0500B Again**

| Enter Code ☐ | **A. Does the resident** (or family or significant other or guardian or legally authorized representative if resident is unable to understand or respond) **want to be asked about returning to the community on all assessments?** (Rather than only on comprehensive assessments.)<br>0. **No** - then document in resident's clinical record and ask again only on the next comprehensive assessment<br>1. **Yes**<br>8. **Information not available** |
|---|---|
| Enter Code ☐ | **B. Indicate information source for Q0550A**<br>1. **Resident**<br>2. If not resident, then **family or significant other**<br>3. If not resident, family or significant other, then **guardian or legally authorized representative**<br>8. **No information source available** |

**Q0600. Referral**

| Enter Code ☐ | **Has a referral been made to the Local Contact Agency?** (Document reasons in resident's clinical record)<br>0. **No** - referral not needed<br>1. **No** - referral is or may be needed (For more information see Appendix C, Care Area Assessment Resources #20)<br>2. **Yes** - referral made |
|---|---|

| Section V | Care Area Assessment (CAA) Summary |
|---|---|

**V0100. Items From the Most Recent Prior OBRA or Scheduled PPS Assessment**

Complete only if A0310E = 0 and if the following is true for the **prior assessment**:  A0310A = 01- 06 or A0310B = 01- 06

Enter Code [  ][  ]

**A. Prior Assessment Federal OBRA Reason for Assessment** (A0310A value from prior assessment)
- 01. **Admission** assessment (required by day 14)
- 02. **Quarterly** review assessment
- 03. **Annual** assessment
- 04. **Significant change in status** assessment
- 05. **Significant correction** to **prior comprehensive** assessment
- 06. **Significant correction** to **prior quarterly** assessment
- 99. None of the above

Enter Code [  ][  ]

**B. Prior Assessment PPS Reason for Assessment** (A0310B value from prior assessment)
- 01. **5-day** scheduled assessment
- 02. **14-day** scheduled assessment
- 03. **30-day** scheduled assessment
- 04. **60-day** scheduled assessment
- 05. **90-day** scheduled assessment
- 06. **Readmission/return** assessment
- 07. **Unscheduled assessment used for PPS** (OMRA, significant or clinical change, or significant correction assessment)
- 99. None of the above

**C. Prior Assessment Reference Date** (A2300 value from prior assessment)

[  ][  ] – [  ][  ] – [  ][  ][  ][  ]
Month        Day        Year

Enter Score [  ][  ]

**D. Prior Assessment Brief Interview for Mental Status (BIMS) Summary Score** (C0500 value from prior assessment)

Enter Score [  ][  ]

**E. Prior Assessment Resident Mood Interview (PHQ-9©) Total Severity Score** (D0300 value from prior assessment)

Enter Score [  ][  ]

**F. Prior Assessment Staff Assessment of Resident Mood (PHQ-9-OV) Total Severity Score** (D0600 value from prior assessment)

| Section V | Care Area Assessment (CAA) Summary |
|---|---|

### V0200. CAAs and Care Planning

1. Check column A if Care Area is triggered.
2. For each triggered Care Area, indicate whether a new care plan, care plan revision, or continuation of current care plan is necessary to address the problem(s) identified in your assessment of the care area. The Care Planning Decision column must be completed within 7 days of completing the RAI (MDS and CAA(s)). Check column B if the triggered care area is addressed in the care plan.
3. Indicate in the Location and Date of CAA Documentation column where information related to the CAA can be found. CAA documentation should include information on the complicating factors, risks, and any referrals for this resident for this care area.

#### A. CAA Results

| Care Area | A. Care Area Triggered | B. Care Planning Decision | Location and Date of CAA documentation |
|---|---|---|---|
| | ↓ Check all that apply ↓ | | |
| 01. Delirium | ☐ | ☐ | |
| 02. Cognitive Loss/Dementia | ☐ | ☐ | |
| 03. Visual Function | ☐ | ☐ | |
| 04. Communication | ☐ | ☐ | |
| 05. ADL Functional/Rehabilitation Potential | ☐ | ☐ | |
| 06. Urinary Incontinence and Indwelling Catheter | ☐ | ☐ | |
| 07. Psychosocial Well-Being | ☐ | ☐ | |
| 08. Mood State | ☐ | ☐ | |
| 09. Behavioral Symptoms | ☐ | ☐ | |
| 10. Activities | ☐ | ☐ | |
| 11. Falls | ☐ | ☐ | |
| 12. Nutritional Status | ☐ | ☐ | |
| 13. Feeding Tube | ☐ | ☐ | |
| 14. Dehydration/Fluid Maintenance | ☐ | ☐ | |
| 15. Dental Care | ☐ | ☐ | |
| 16. Pressure Ulcer | ☐ | ☐ | |
| 17. Psychotropic Drug Use | ☐ | ☐ | |
| 18. Physical Restraints | ☐ | ☐ | |
| 19. Pain | ☐ | ☐ | |
| 20. Return to Community Referral | ☐ | ☐ | |

#### B. Signature of RN Coordinator for CAA Process and Date Signed

1. Signature

2. Date ☐☐ – ☐☐ – ☐☐☐☐
   Month   Day    Year

#### C. Signature of Person Completing Care Plan Decision and Date Signed

1. Signature

2. Date ☐☐ – ☐☐ – ☐☐☐☐
   Month   Day    Year

| Section X | Correction Request |
|-----------|--------------------|

**Complete Section X only if A0050 = 2 or 3**

**Identification of Record to be Modified/Inactivated** - The following items identify the existing assessment record that is in error.  In this section, reproduce the information EXACTLY as it appeared on the existing erroneous record, even if the information is incorrect.
This information is necessary to locate the existing record in the National MDS Database.

**X0150.  Type of Provider** (A0200 on existing record to be modified/inactivated)

Enter Code [ ]  **Type of provider**
1. **Nursing home (SNF/NF)**
2. **Swing Bed**

**X0200.  Name of Resident** (A0500 on existing record to be modified/inactivated)

A. **First name:**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

C. **Last name:**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**X0300.  Gender** (A0800 on existing record to be modified/inactivated)

Enter Code [ ]  1. **Male**
2. **Female**

**X0400.  Birth Date** (A0900 on existing record to be modified/inactivated)

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month      Day       Year

**X0500.  Social Security Number** (A0600A on existing record to be modified/inactivated)

[ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

**X0600.  Type of Assessment** (A0310 on existing record to be modified/inactivated)

Enter Code [ ][ ]  A. **Federal OBRA Reason for Assessment**
01. **Admission** assessment (required by day 14)
02. **Quarterly** review assessment
03. **Annual** assessment
04. **Significant change in status** assessment
05. **Significant correction** to **prior comprehensive** assessment
06. **Significant correction** to **prior quarterly** assessment
99. **None of the above**

Enter Code [ ][ ]  B. **PPS Assessment**
**PPS Scheduled Assessments for a Medicare Part A Stay**
01. **5-day** scheduled assessment
02. **14-day** scheduled assessment
03. **30-day** scheduled assessment
04. **60-day** scheduled assessment
05. **90-day** scheduled assessment
**PPS Unscheduled Assessments for a Medicare Part A Stay**
07. **Unscheduled assessment used for PPS** (OMRA, significant or clinical change, or significant correction assessment)
**Not PPS Assessment**
99. **None of the above**

Enter Code [ ]  C. **PPS Other Medicare Required Assessment - OMRA**
0. **No**
1. **Start of therapy** assessment
2. **End of therapy** assessment
3. **Both Start and End of therapy** assessment
4. **Change of therapy** assessment

**X0600 continued on next page**

| Section X | Correction Request |
|---|---|

### X0600. Type of Assessment - Continued

| Enter Code [ ] | **D. Is this a Swing Bed clinical change assessment?** Complete only if X0150 = 2<br>0. **No**<br>1. **Yes** |
|---|---|
| Enter Code [ ][ ] | **F. Entry/discharge reporting**<br>01. **Entry** tracking record<br>10. **Discharge** assessment-**return not anticipated**<br>11. **Discharge** assessment-**return anticipated**<br>12. **Death in facility** tracking record<br>99. **None of the above** |

### X0700. Date on existing record to be modified/inactivated - **Complete one only**

**A. Assessment Reference Date** (A2300 on existing record to be modified/inactivated) - Complete only if X0600F = 99

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month — Day — Year

**B. Discharge Date** (A2000 on existing record to be modified/inactivated) - Complete only if X0600F = 10, 11, or 12

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month — Day — Year

**C. Entry Date** (A1600 on existing record to be modified/inactivated) - Complete only if X0600F = 01

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month — Day — Year

### Correction Attestation Section - Complete this section to explain and attest to the modification/inactivation request

### X0800. Correction Number

| Enter Number [ ][ ] | Enter the number of correction requests to modify/inactivate the existing record, including the present one |
|---|---|

### X0900. Reasons for Modification - Complete only if Type of Record is to modify a record in error (A0050 = 2)

↓ Check all that apply

| [ ] | **A. Transcription error** |
|---|---|
| [ ] | **B. Data entry error** |
| [ ] | **C. Software product error** |
| [ ] | **D. Item coding error** |
| [ ] | **E. End of Therapy - Resumption (EOT-R) date** |
| [ ] | **Z. Other error requiring modification**<br>If "Other" checked, please specify: |

### X1050. Reasons for Inactivation - Complete only if Type of Record is to inactivate a record in error (A0050 = 3)

↓ Check all that apply

| [ ] | **A. Event did not occur** |
|---|---|
| [ ] | **Z. Other error requiring inactivation**<br>If "Other" checked, please specify: |

| Section X | Correction Request |
|-----------|---------------------|

**X1100.  RN Assessment Coordinator Attestation of Completion**

**A.  Attesting individual's first name:**

☐☐☐☐☐☐☐☐☐☐☐☐

**B.  Attesting individual's last name:**

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

**C.  Attesting individual's title:**

**D.  Signature**

**E.  Attestation date**

☐☐ – ☐☐ – ☐☐☐☐
Month     Day     Year

| Section Z | Assessment Administration |
|---|---|

**Z0100. Medicare Part A Billing**

**A. Medicare Part A HIPPS code** (RUG group followed by assessment type indicator)**:**

[ ][ ][ ][ ][ ][ ][ ]

**B. RUG version code:**

[ ][ ][ ][ ][ ][ ][ ][ ][ ]

Enter Code [ ]

**C. Is this a Medicare Short Stay assessment?**
0. **No**
1. **Yes**

**Z0150. Medicare Part A Non-Therapy Billing**

**A. Medicare Part A non-therapy HIPPS code** (RUG group followed by assessment type indicator)**:**

[ ][ ][ ][ ][ ][ ][ ]

**B. RUG version code:**

[ ][ ][ ][ ][ ][ ][ ][ ][ ]

**Z0200. State Medicaid Billing (if required by the state)**

**A. RUG Case Mix group:**

[ ][ ][ ][ ][ ][ ][ ][ ][ ]

**B. RUG version code:**

[ ][ ][ ][ ][ ][ ][ ][ ][ ]

**Z0250. Alternate State Medicaid Billing (if required by the state)**

**A. RUG Case Mix group:**

[ ][ ][ ][ ][ ][ ][ ][ ][ ]

**B. RUG version code:**

[ ][ ][ ][ ][ ][ ][ ][ ][ ]

**Z0300. Insurance Billing**

**A. RUG billing code:**

[ ][ ][ ][ ][ ][ ][ ][ ][ ]

**B. RUG billing version:**

[ ][ ][ ][ ][ ][ ][ ][ ][ ]

| Section Z | Assessment Administration |
|---|---|

**Z0400. Signature of Persons Completing the Assessment or Entry/Death Reporting**

I certify that the accompanying information accurately reflects resident assessment information for this resident and that I collected or coordinated collection of this information on the dates specified. To the best of my knowledge, this information was collected in accordance with applicable Medicare and Medicaid requirements. I understand that this information is used as a basis for ensuring that residents receive appropriate and quality care, and as a basis for payment from federal funds. I further understand that payment of such federal funds and continued participation in the government-funded health care programs is conditioned on the accuracy and truthfulness of this information, and that I may be personally subject to or may subject my organization to substantial criminal, civil, and/or administrative penalties for submitting false information. I also certify that I am authorized to submit this information by this facility on its behalf.

| Signature | Title | Sections | Date Section Completed |
|---|---|---|---|
| A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |

**Z0500. Signature of RN Assessment Coordinator Verifying Assessment Completion**

A. Signature: _____

B. Date RN Assessment Coordinator signed assessment as complete:

☐☐ – ☐☐ – ☐☐☐☐
Month      Day       Year

**Legal Notice Regarding MDS 3.0** - Copyright 2011 United States of America and interRAI. This work may be freely used and distributed solely within the United States. Portions of the MDS 3.0 are under separate copyright protections; Pfizer Inc. holds the copyright for the PHQ-9; Confusion Assessment Method. © 1988, 2003, Hospital Elder Life Program. All rights reserved. Adapted from: Inouye SK et al. Ann Intern Med. 1990; 113:941-8. Both Pfizer Inc. and the Hospital Elder Life Program, LLC have granted permission to use these instruments in association with the MDS 3.0.

# MINIMUM DATA SET (MDS) - Version 3.0
## RESIDENT ASSESSMENT AND CARE SCREENING
### Nursing Home Discharge (ND) Item Set

| Section A | Identification Information |
|---|---|

**A0050. Type of Record**

Enter Code ☐

1. **Add new record** ➝ Continue to A0100, Facility Provider Numbers
2. **Modify existing record** ➝ Continue to A0100, Facility Provider Numbers
3. **Inactivate existing record** ➝ Skip to X0150, Type of Provider

**A0100. Facility Provider Numbers**

**A. National Provider Identifier (NPI):**

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

**B. CMS Certification Number (CCN):**

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

**C. State Provider Number:**

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

**A0200. Type of Provider**

Enter Code ☐

Type of provider
1. **Nursing home (SNF/NF)**
2. **Swing Bed**

**A0310. Type of Assessment**

Enter Code ☐☐

**A. Federal OBRA Reason for Assessment**
01. **Admission** assessment (required by day 14)
02. **Quarterly** review assessment
03. **Annual** assessment
04. **Significant change in status** assessment
05. **Significant correction** to **prior comprehensive** assessment
06. **Significant correction** to **prior quarterly** assessment
99. **None of the above**

Enter Code ☐☐

**B. PPS Assessment**
<u>PPS Scheduled Assessments for a Medicare Part A Stay</u>
01. **5-day** scheduled assessment
02. **14-day** scheduled assessment
03. **30-day** scheduled assessment
04. **60-day** scheduled assessment
05. **90-day** scheduled assessment
<u>PPS Unscheduled Assessments for a Medicare Part A Stay</u>
07. **Unscheduled assessment used for PPS** (OMRA, significant or clinical change, or significant correction assessment)
<u>Not PPS Assessment</u>
99. **None of the above**

Enter Code ☐

**C. PPS Other Medicare Required Assessment - OMRA**
0. **No**
1. **Start of therapy** assessment
2. **End of therapy** assessment
3. **Both Start and End of therapy** assessment
4. **Change of therapy** assessment

Enter Code ☐

**D. Is this a Swing Bed clinical change assessment?** Complete only if A0200 = 2
0. **No**
1. **Yes**

**A0310 continued on next page**

| Section A | Identification Information |
|-----------|---------------------------|

**A0310. Type of Assessment - Continued**

Enter Code ☐

**E. Is this assessment the first assessment** (OBRA, Scheduled PPS, or Discharge) **since the most recent admission/entry or reentry?**
- 0. **No**
- 1. **Yes**

Enter Code ☐☐

**F. Entry/discharge reporting**
- 01. **Entry** tracking record
- 10. **Discharge** assessment-**return not anticipated**
- 11. **Discharge** assessment-**return anticipated**
- 12. **Death in facility** tracking record
- 99. **None of the above**

Enter Code ☐

**G. Type of discharge** - Complete only if A0310F = 10 or 11
- 1. **Planned**
- 2. **Unplanned**

**A0410. Unit Certification or Licensure Designation**

Enter Code ☐

1. **Unit is neither Medicare nor Medicaid certified and MDS data is not required by the State**
2. **Unit is neither Medicare nor Medicaid certified but MDS data is required by the State**
3. **Unit is Medicare and/or Medicaid certified**

**A0500. Legal Name of Resident**

**A. First name:**
☐☐☐☐☐☐☐☐☐

**B. Middle initial:**
☐

**C. Last name:**
☐☐☐☐☐☐☐☐☐☐☐☐

**D. Suffix:**
☐☐☐

**A0600. Social Security and Medicare Numbers**

**A. Social Security Number:**
☐☐☐ – ☐☐ – ☐☐☐☐

**B. Medicare number** (or comparable railroad insurance number)**:**
☐☐☐☐☐☐☐☐☐☐☐☐

**A0700. Medicaid Number** - Enter "+" if pending, "N" if not a Medicaid recipient

☐☐☐☐☐☐☐☐☐☐☐☐

**A0800. Gender**

Enter Code ☐

1. **Male**
2. **Female**

**A0900. Birth Date**

☐☐ – ☐☐ – ☐☐☐☐
Month    Day    Year

**A1000. Race/Ethnicity**

↓ **Check all that apply**

☐  **A. American Indian or Alaska Native**

☐  **B. Asian**

☐  **C. Black or African American**

☐  **D. Hispanic or Latino**

☐  **E. Native Hawaiian or Other Pacific Islander**

☐  **F. White**

| Section A | Identification Information |
|---|---|

### A1100. Language

Enter Code [ ]

A. **Does the resident need or want an interpreter to communicate with a doctor or health care staff?**
  0. **No** ➡ Skip to A1200, Marital Status
  1. **Yes** ➡ Specify in A1100B, Preferred language
  9. **Unable to determine** ➡ Skip to A1200, Marital Status

B. **Preferred language:**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

### A1200. Marital Status

Enter Code [ ]

  1. **Never married**
  2. **Married**
  3. **Widowed**
  4. **Separated**
  5. **Divorced**

### A1300. Optional Resident Items

A. **Medical record number:**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

B. **Room number:**
[ ][ ][ ][ ][ ][ ][ ][ ]

C. **Name by which resident prefers to be addressed:**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

D. **Lifetime occupation(s)** - put "/" between two occupations**:**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

### Most Recent Admission/Entry or Reentry into this Facility

### A1600. Entry Date

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month       Day       Year

### A1700. Type of Entry

Enter Code [ ]

  1. **Admission**
  2. **Reentry**

### A1800. Entered From

Enter Code [ ][ ]

  01. **Community** (private home/apt., board/care, assisted living, group home)
  02. **Another nursing home or swing bed**
  03. **Acute hospital**
  04. **Psychiatric hospital**
  05. **Inpatient rehabilitation facility**
  06. **ID/DD facility**
  07. **Hospice**
  09. **Long Term Care Hospital** (LTCH)
  99. **Other**

### A1900. Admission Date (Date this episode of care in this facility began)

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month       Day       Year

| Section A | Identification Information |
|---|---|

**A2000. Discharge Date**
Complete only if A0310F = 10, 11, or 12

| | Month | – | Day | – | Year |
|---|---|---|---|---|---|

**A2100. Discharge Status**
Complete only if A0310F = 10, 11, or 12

Enter Code

01. **Community** (private home/apt., board/care, assisted living, group home)
02. **Another nursing home or swing bed**
03. **Acute hospital**
04. **Psychiatric hospital**
05. **Inpatient rehabilitation facility**
06. **ID/DD facility**
07. **Hospice**
08. **Deceased**
09. **Long Term Care Hospital** (LTCH)
99. **Other**

**A2300. Assessment Reference Date**

Observation end date:

| | Month | – | Day | – | Year |
|---|---|---|---|---|---|

**A2400. Medicare Stay**

Enter Code

**A.** **Has the resident had a Medicare-covered stay since the most recent entry?**
  0. **No** ➞ Skip to B0100, Comatose
  1. **Yes** ➞ Continue to A2400B, Start date of most recent Medicare stay

**B.** **Start date of most recent Medicare stay:**

| | Month | – | Day | – | Year |
|---|---|---|---|---|---|

**C.** **End date of most recent Medicare stay** - Enter dashes if stay is ongoing:

| | Month | – | Day | – | Year |
|---|---|---|---|---|---|

## Look back period for all items is 7 days unless another time frame is indicated

| Section B | Hearing, Speech, and Vision |
|---|---|

**B0100. Comatose**

Enter Code

**Persistent vegetative state/no discernible consciousness**
  0. **No** ➞ Continue to C0100, Should Brief Interview for Mental Status (C0200-C0500) be Conducted?
  1. **Yes** ➞ Skip to G0110, Activities of Daily Living (ADL) Assistance

| Section C | Cognitive Patterns |
|---|---|

**C0100. Should Brief Interview for Mental Status (C0200-C0500) be Conducted?**
If A0310G = 2 skip to C0700. Otherwise, attempt to conduct interview with all residents

Enter Code ☐

   0.  **No** (resident is rarely/never understood) ➡ Skip to and complete C0700-C1000, Staff Assessment for Mental Status
   1.  **Yes** ➡ Continue to C0200, Repetition of Three Words

---

### Brief Interview for Mental Status (BIMS)

**C0200. Repetition of Three Words**

Enter Code ☐

Ask resident: *"I am going to say three words for you to remember. Please repeat the words after I have said all three. The words are:* **sock, blue, and bed.** *Now tell me the three words."*
**Number of words repeated after first attempt**
   0.  **None**
   1.  **One**
   2.  **Two**
   3.  **Three**
After the resident's first attempt, repeat the words using cues ("*sock, something to wear; blue, a color; bed, a piece of furniture*"). You may repeat the words up to two more times.

**C0300. Temporal Orientation** (orientation to year, month, and day)

Enter Code ☐

Ask resident: "*Please tell me what year it is right now*."
**A.  Able to report correct year**
   0.  **Missed by > 5 years** or no answer
   1.  **Missed by 2-5 years**
   2.  **Missed by 1 year**
   3.  **Correct**

Enter Code ☐

Ask resident: "*What month are we in right now?*"
**B.  Able to report correct month**
   0.  **Missed by > 1 month** or no answer
   1.  **Missed by 6 days to 1 month**
   2.  **Accurate within 5 days**

Enter Code ☐

Ask resident: "*What day of the week is today?*"
**C.  Able to report correct day of the week**
   0.  **Incorrect** or no answer
   1.  **Correct**

**C0400. Recall**

Ask resident: "*Let's go back to an earlier question. What were those three words that I asked you to repeat?*"
If unable to remember a word, give cue (something to wear; a color; a piece of furniture) for that word.

Enter Code ☐

**A.  Able to recall "sock"**
   0.  **No** - could not recall
   1.  **Yes, after cueing** ("something to wear")
   2.  **Yes, no cue required**

Enter Code ☐

**B.  Able to recall "blue"**
   0.  **No** - could not recall
   1.  **Yes, after cueing** ("a color")
   2.  **Yes, no cue required**

Enter Code ☐

**C.  Able to recall "bed"**
   0.  **No** - could not recall
   1.  **Yes, after cueing** ("a piece of furniture")
   2.  **Yes, no cue required**

**C0500. Summary Score**

Enter Score ☐☐

Add scores for questions C0200-C0400 and fill in total score (00-15)
**Enter 99 if the resident was unable to complete the interview**



| Section C | Cognitive Patterns |
|---|---|

**C0600. Should the Staff Assessment for Mental Status (C0700 - C1000) be Conducted?**

Enter Code [ ]
- 0. **No** (resident was able to complete interview ) ➞ Skip to C1300, Signs and Symptoms of Delirium
- 1. **Yes** (resident was unable to complete interview) ➞ Continue to C0700, Short-term Memory OK

---

**Staff Assessment for Mental Status**

Do not conduct if Brief Interview for Mental Status (C0200-C0500) was completed

**C0700. Short-term Memory OK**

Enter Code [ ]  **Seems or appears to recall after 5 minutes**
- 0. **Memory OK**
- 1. **Memory problem**

**C1000. Cognitive Skills for Daily Decision Making**

Enter Code [ ]  **Made decisions regarding tasks of daily life**
- 0. **Independent** - decisions consistent/reasonable
- 1. **Modified independence** - some difficulty in new situations only
- 2. **Moderately impaired** - decisions poor; cues/supervision required
- 3. **Severely impaired** - never/rarely made decisions

---

**Delirium**

**C1300. Signs and Symptoms of Delirium (from CAM©)\***

Code **after completing** Brief Interview for Mental Status or Staff Assessment, and reviewing medical record

| Coding:<br>0. **Behavior not present**<br>1. **Behavior continuously present, does not fluctuate**<br>2. **Behavior present, fluctuates** (comes and goes, changes in severity) | ↓ **Enter Codes in Boxes** | |
|---|---|---|
| | [ ] | **A. Inattention** - Did the resident have difficulty focusing attention (easily distracted, out of touch or difficulty following what was said)? |
| | [ ] | **B. Disorganized thinking** - Was the resident's thinking disorganized or incoherent (rambling or irrelevant conversation, unclear or illogical flow of ideas, or unpredictable switching from subject to subject)? |
| | [ ] | **C. Altered level of consciousness** - Did the resident have altered level of consciousness (e.g., **vigilant** - startled easily to any sound or touch; **lethargic** - repeatedly dozed off when being asked questions, but responded to voice or touch; **stuporous** - very difficult to arouse and keep aroused for the interview; **comatose** - could not be aroused)? |
| | [ ] | **D. Psychomotor retardation** - Did the resident have an unusually decreased level of activity such as sluggishness, staring into space, staying in one position, moving very slowly? |

**C1600. Acute Onset Mental Status Change**

Enter Code [ ]  **Is there evidence of an acute change in mental status** from the resident's baseline?
- 0. **No**
- 1. **Yes**

*\* Adapted from Confusion Assessment Method. ©1988, 2003, Hospital Elder Life Program, LLC. Not to be reproduced without permission. All rights reserved.*

| Section D | Mood |
|---|---|

**D0100.  Should Resident Mood Interview be Conducted?**
If A0310G = 2 skip to E0100.  Otherwise, attempt to conduct interview with all residents

Enter Code [ ]
  0.  **No** (resident is rarely/never understood) → Skip to and complete D0500-D0600, Staff Assessment of Resident Mood (PHQ-9-OV)
  1.  **Yes** → Continue to D0200, Resident Mood Interview (PHQ-9©**)**

**D0200.  Resident Mood Interview (PHQ-9©)**

Say to resident:  *"Over the last 2 weeks, have you been bothered by any of the following problems?"*

If symptom is present, enter 1 (yes) in column 1, Symptom Presence.
If yes in column 1, then ask the resident: "*About **how often** have you been bothered by this?*"
Read and show the resident a card with the symptom frequency choices.  Indicate response in column 2, Symptom Frequency.

**1.  Symptom Presence**
  0.  **No** (enter 0 in column 2)
  1.  **Yes** (enter 0-3 in column 2)
  9.  **No response** (leave column 2 blank)

**2.  Symptom Frequency**
  0.  **Never or 1 day**
  1.  **2-6 days** (several days)
  2.  **7-11 days** (half or more of the days)
  3.  **12-14 days** (nearly every day)

| | 1. Symptom Presence | 2. Symptom Frequency |
|---|---|---|
| | ↓ Enter Scores in Boxes ↓ | |
| A.  *Little interest or pleasure in doing things* | [ ] | [ ] |
| B.  *Feeling down, depressed, or hopeless* | [ ] | [ ] |
| C.  *Trouble falling or staying asleep, or sleeping too much* | [ ] | [ ] |
| D.  *Feeling tired or having little energy* | [ ] | [ ] |
| E.  *Poor appetite or overeating* | [ ] | [ ] |
| F.  *Feeling bad about yourself - or that you are a failure or have let yourself or your family down* | [ ] | [ ] |
| G.  *Trouble concentrating on things, such as reading the newspaper or watching television* | [ ] | [ ] |
| H.  *Moving or speaking so slowly that other people could have noticed.  Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual* | [ ] | [ ] |
| I.  *Thoughts that you would be better off dead, or of hurting yourself in some way* | [ ] | [ ] |

**D0300.  Total Severity Score**
Enter Score [ ][ ]   Add scores for all frequency responses in Column 2, Symptom Frequency.  Total score must be between 00 and 27. Enter 99 if unable to complete interview (i.e., Symptom Frequency is blank for 3 or more items).

**D0350.  Safety Notification** - Complete only if D0200I1 = 1 indicating possibility of resident self harm
Enter Code [ ]   Was responsible staff or provider informed that there is a potential for resident self harm?
  0.  **No**
  1.  **Yes**

*Copyright © Pfizer Inc.  All rights reserved.  Reproduced with permission.*

| Section D | Mood |
|---|---|

**D0500. Staff Assessment of Resident Mood (PHQ-9-OV*)**
Do not conduct if Resident Mood Interview (D0200-D0300) was completed

**Over the last 2 weeks, did the resident have any of the following problems or behaviors?**

If symptom is present, enter 1 (yes) in column 1, Symptom Presence.
Then move to column 2, Symptom Frequency, and indicate symptom frequency.

**1. Symptom Presence**
0. **No** (enter 0 in column 2)
1. **Yes** (enter 0-3 in column 2)

**2. Symptom Frequency**
0. **Never or 1 day**
1. **2-6 days** (several days)
2. **7-11 days** (half or more of the days)
3. **12-14 days** (nearly every day)

|  | 1. Symptom Presence | 2. Symptom Frequency |
|---|---|---|
|  | ↓ Enter Scores in Boxes ↓ | |
| A. Little interest or pleasure in doing things | ☐ | ☐ |
| B. Feeling or appearing down, depressed, or hopeless | ☐ | ☐ |
| C. Trouble falling or staying asleep, or sleeping too much | ☐ | ☐ |
| D. Feeling tired or having little energy | ☐ | ☐ |
| E. Poor appetite or overeating | ☐ | ☐ |
| F. Indicating that s/he feels bad about self, is a failure, or has let self or family down | ☐ | ☐ |
| G. Trouble concentrating on things, such as reading the newspaper or watching television | ☐ | ☐ |
| H. Moving or speaking so slowly that other people have noticed. Or the opposite - being so fidgety or restless that s/he has been moving around a lot more than usual | ☐ | ☐ |
| I. States that life isn't worth living, wishes for death, or attempts to harm self | ☐ | ☐ |
| J. Being short-tempered, easily annoyed | ☐ | ☐ |

**D0600. Total Severity Score**
Enter Score ☐☐    Add scores for all frequency responses in Column 2, Symptom Frequency. Total score must be between 00 and 30.

**D0650. Safety Notification** - Complete only if D0500I1 = 1 indicating possibility of resident self harm
Enter Code ☐    Was responsible staff or provider informed that there is a potential for resident self harm?
0. **No**
1. **Yes**

* Copyright © Pfizer Inc. All rights reserved.

| Section E | Behavior |
|---|---|

### E0100.  Potential Indicators of Psychosis

↓  Check all that apply

| | |
|---|---|
| ☐ | **A.  Hallucinations** (perceptual experiences in the absence of real external sensory stimuli) |
| ☐ | **B.  Delusions** (misconceptions or beliefs that are firmly held, contrary to reality) |
| ☐ | **Z.  None of the above** |

### Behavioral Symptoms

### E0200.  Behavioral Symptom - Presence & Frequency

Note presence of symptoms and their frequency

| Coding:<br>0.  **Behavior not exhibited**<br>1.  **Behavior of this type occurred 1 to 3 days**<br>2.  **Behavior of this type occurred 4 to 6 days,** but less than daily<br>3.  **Behavior of this type occurred daily** | ↓  Enter Codes in Boxes | |
|---|---|---|
| | ☐ | **A.** **Physical behavioral symptoms directed toward others** (e.g., hitting, kicking, pushing, scratching, grabbing, abusing others sexually) |
| | ☐ | **B.** **Verbal behavioral symptoms directed toward others** (e.g., threatening others, screaming at others, cursing at others) |
| | ☐ | **C.** **Other behavioral symptoms not directed toward others** (e.g., physical symptoms such as hitting or scratching self, pacing, rummaging, public sexual acts, disrobing in public, throwing or smearing food or bodily wastes, or verbal/vocal symptoms like screaming, disruptive sounds) |

### E0800.  Rejection of Care - Presence & Frequency

| Enter Code<br>☐ | **Did the resident reject evaluation or care** (e.g., bloodwork, taking medications, ADL assistance) **that is necessary to achieve the resident's goals for health and well-being?**  Do not include behaviors that have already been addressed (e.g., by discussion or care planning with the resident or family), and determined to be consistent with resident values, preferences, or goals.<br>0.  **Behavior not exhibited**<br>1.  **Behavior of this type occurred 1 to 3 days**<br>2.  **Behavior of this type occurred 4 to 6 days,** but less than daily<br>3.  **Behavior of this type occurred daily** |
|---|---|

### E0900.  Wandering - Presence & Frequency

| Enter Code<br>☐ | **Has the resident wandered?**<br>0.  **Behavior not exhibited**<br>1.  **Behavior of this type occurred 1 to 3 days**<br>2.  **Behavior of this type occurred 4 to 6 days,** but less than daily<br>3.  **Behavior of this type occurred daily** |
|---|---|

| Section G | Functional Status |
|---|---|

**G0110. Activities of Daily Living (ADL) Assistance**
Refer to the ADL flow chart in the RAI manual to facilitate accurate coding

**Instructions for Rule of 3**
- When an activity occurs three times at any one given level, code that level.
- When an activity occurs three times at multiple levels, code the most dependent, exceptions are total dependence (4), activity must require full assist every time, and activity did not occur (8), activity must not have occurred at all. Example, three times extensive assistance (3) and three times limited assistance (2), code extensive assistance (3).
- When an activity occurs at various levels, but not three times at any given level, apply the following:
  ○ When there is a combination of full staff performance, and extensive assistance, code extensive assistance.
  ○ When there is a combination of full staff performance, weight bearing assistance and/or non-weight bearing assistance code limited assistance (2).
**If none of the above are met, code supervision.**

**1. ADL Self-Performance**
   Code for **resident's performance** over all shifts - not including setup. If the ADL activity occurred 3 or more times at various levels of assistance, code the most dependent - except for total dependence, which requires full staff performance every time

   **Coding:**
   <u>Activity Occurred 3 or More Times</u>
   0. **Independent** - no help or staff oversight at any time
   1. **Supervision** - oversight, encouragement or cueing
   2. **Limited assistance** - resident highly involved in activity; staff provide guided maneuvering of limbs or other non-weight-bearing assistance
   3. **Extensive assistance** - resident involved in activity, staff provide weight-bearing support
   4. **Total dependence** - full staff performance every time during entire 7-day period
   <u>Activity Occurred 2 or Fewer Times</u>
   7. **Activity occurred only once or twice** - activity did occur but only once or twice
   8. **Activity did not occur** - activity did not occur or family and/or non-facility staff provided care 100% of the time for that activity over the entire 7-day period

**2. ADL Support Provided**
   Code for **most support provided** over all shifts; code regardless of resident's self-performance classification

   **Coding:**
   0. **No** setup or physical help from staff
   1. **Setup** help only
   2. **One** person physical assist
   3. **Two+** persons physical assist
   8. ADL activity itself **did not occur** or family and/or non-facility staff provided care 100% of the time for that activity over the entire 7-day period

| | 1. Self-Performance | 2. Support |
|---|---|---|
| | ↓ Enter Codes in Boxes ↓ | |
| **A. Bed mobility** - how resident moves to and from lying position, turns side to side, and positions body while in bed or alternate sleep furniture | ☐ | |
| **B. Transfer** - how resident moves between surfaces including to or from: bed, chair, wheelchair, standing position (**excludes** to/from bath/toilet) | ☐ | |
| **C. Walk in room** - how resident walks between locations in his/her room | ☐ | |
| **D. Walk in corridor** - how resident walks in corridor on unit | ☐ | |
| **E. Locomotion on unit** - how resident moves between locations in his/her room and adjacent corridor on same floor. If in wheelchair, self-sufficiency once in chair | ☐ | |
| **F. Locomotion off unit** - how resident moves to and returns from off-unit locations (e.g., areas set aside for dining, activities or treatments). **If facility has only one floor**, how resident moves to and from distant areas on the floor. If in wheelchair, self-sufficiency once in chair | ☐ | |
| **G. Dressing** - how resident puts on, fastens and takes off all items of clothing, including donning/removing a prosthesis or TED hose. Dressing includes putting on and changing pajamas and housedresses | ☐ | |
| **H. Eating** - how resident eats and drinks, regardless of skill. Do not include eating/drinking during medication pass. Includes intake of nourishment by other means (e.g., tube feeding, total parenteral nutrition, IV fluids administered for nutrition or hydration) | ☐ | |
| **I. Toilet use** - how resident uses the toilet room, commode, bedpan, or urinal; transfers on/off toilet; cleanses self after elimination; changes pad; manages ostomy or catheter; and adjusts clothes. Do not include emptying of bedpan, urinal, bedside commode, catheter bag or ostomy bag | ☐ | |
| **J. Personal hygiene** - how resident maintains personal hygiene, including combing hair, brushing teeth, shaving, applying makeup, washing/drying face and hands (**excludes** baths and showers) | ☐ | |

| Section G | Functional Status |
|---|---|

### G0120. Bathing

How resident takes full-body bath/shower, sponge bath, and transfers in/out of tub/shower (**excludes** washing of back and hair). Code for **most dependent** in self-performance and support

Enter Code [ ]

**A. Self-performance**
- 0. **Independent** - no help provided
- 1. **Supervision** - oversight help only
- 2. **Physical help limited to transfer only**
- 3. **Physical help in part of bathing activity**
- 4. **Total dependence**
- 8. **Activity itself did not occur** or family and/or non-facility staff provided care 100% of the time for that activity over the entire 7-day period

| Section H | Bladder and Bowel |
|---|---|

### H0100. Appliances

↓ **Check all that apply**

[ ] **A. Indwelling catheter** (including suprapubic catheter and nephrostomy tube)

[ ] **B. External catheter**

[ ] **C. Ostomy** (including urostomy, ileostomy, and colostomy)

[ ] **D. Intermittent catheterization**

[ ] **Z. None of the above**

### H0300. Urinary Continence

Enter Code [ ]

**Urinary continence -** Select the one category that best describes the resident
- 0. **Always continent**
- 1. **Occasionally incontinent** (less than 7 episodes of incontinence)
- 2. **Frequently incontinent** (7 or more episodes of urinary incontinence, but at least one episode of continent voiding)
- 3. **Always incontinent** (no episodes of continent voiding)
- 9. **Not rated,** resident had a catheter (indwelling, condom), urinary ostomy, or no urine output for the entire 7 days

### H0400. Bowel Continence

Enter Code [ ]

**Bowel continence -** Select the one category that best describes the resident
- 0. **Always continent**
- 1. **Occasionally incontinent** (one episode of bowel incontinence)
- 2. **Frequently incontinent** (2 or more episodes of bowel incontinence, but at least one continent bowel movement)
- 3. **Always incontinent** (no episodes of continent bowel movements)
- 9. **Not rated,** resident had an ostomy or did not have a bowel movement for the entire 7 days

| Section I | Active Diagnoses |
|-----------|------------------|

**Active Diagnoses in the last 7 days** - Check all that apply

Diagnoses listed in parentheses are provided as examples and should not be considered as all-inclusive lists

**Heart/Circulation**

☐ I0900.  **Peripheral Vascular Disease (PVD) or Peripheral Arterial Disease (PAD)**

**Genitourinary**

☐ I1550.  **Neurogenic Bladder**

☐ I1650.  **Obstructive Uropathy**

**Infections**

☐ I2300.  **Urinary Tract Infection (UTI) (LAST 30 DAYS)**

**Metabolic**

☐ I2900.  **Diabetes Mellitus (DM)** (e.g., diabetic retinopathy, nephropathy, and neuropathy)

**Neurological**

☐ I5250.  **Huntington's Disease**

☐ I5350.  **Tourette's Syndrome**

**Nutritional**

☐ I5600.  **Malnutrition** (protein or calorie) or at risk for malnutrition

**Psychiatric/Mood Disorder**

☐ I5700.  **Anxiety Disorder**

☐ I5900.  **Manic Depression** (bipolar disease)

☐ I5950.  **Psychotic Disorder** (other than schizophrenia)

☐ I6000.  **Schizophrenia** (e.g., schizoaffective and schizophreniform disorders)

☐ I6100.  **Post Traumatic Stress Disorder (PTSD)**

**Other**

I8000.  **Additional active diagnoses**

Enter diagnosis on line and ICD code in boxes.  Include the decimal for the code in the appropriate box.

A. _____  ☐☐☐☐☐☐☐☐

B. _____  ☐☐☐☐☐☐☐☐

C. _____  ☐☐☐☐☐☐☐☐

D. _____  ☐☐☐☐☐☐☐☐

E. _____  ☐☐☐☐☐☐☐☐

F. _____  ☐☐☐☐☐☐☐☐

G. _____  ☐☐☐☐☐☐☐☐

H. _____  ☐☐☐☐☐☐☐☐

I. _____  ☐☐☐☐☐☐☐☐

J. _____  ☐☐☐☐☐☐☐☐

| Section J | Health Conditions |
|---|---|

**J0100. Pain Management** - Complete for all residents, regardless of current pain level

At any time in the last **5** days, has the resident:

| Enter Code | **A.** **Received scheduled pain medication regimen?** |
|---|---|
| ☐ | 0. **No** |
| | 1. **Yes** |

| Enter Code | **B.** **Received PRN pain medications OR was offered and declined?** |
|---|---|
| ☐ | 0. **No** |
| | 1. **Yes** |

| Enter Code | **C.** **Received non-medication intervention for pain?** |
|---|---|
| ☐ | 0. **No** |
| | 1. **Yes** |

**J0200. Should Pain Assessment Interview be Conducted?**

If resident is comatose or if A0310G = 2 , skip to J1100, Shortness of Breath (dyspnea). Otherwise, attempt to conduct interview with all residents

| Enter Code | |
|---|---|
| ☐ | 0. **No** (resident is rarely/never understood) ➝ Skip to and complete J1100, Shortness of Breath |
| | 1. **Yes** ➝ Continue to J0300, Pain Presence |

## Pain Assessment Interview

**J0300. Pain Presence**

| Enter Code | Ask resident: "***Have you had pain or hurting at any time*** in the last 5 days?" |
|---|---|
| ☐ | 0. **No** ➝ Skip to J1100, Shortness of Breath |
| | 1. **Yes** ➝ Continue to J0400, Pain Frequency |
| | 9. **Unable to answer** ➝ Skip to J1100, Shortness of Breath (dyspnea) |

**J0400. Pain Frequency**

| Enter Code | Ask resident: "***How much of the time have you experienced pain or hurting*** over the last 5 days?" |
|---|---|
| ☐ | 1. **Almost constantly** |
| | 2. **Frequently** |
| | 3. **Occasionally** |
| | 4. **Rarely** |
| | 9. **Unable to answer** |

**J0500. Pain Effect on Function**

| Enter Code | **A.** Ask resident: "*Over the past 5 days, **has pain made it hard for you to sleep at night**?*" |
|---|---|
| ☐ | 0. **No** |
| | 1. **Yes** |
| | 9. **Unable to answer** |

| Enter Code | **B.** Ask resident: "*Over the past 5 days, **have you limited your day-to-day activities because of pain**?*" |
|---|---|
| ☐ | 0. **No** |
| | 1. **Yes** |
| | 9. **Unable to answer** |

**J0600. Pain Intensity** - Administer **ONLY ONE** of the following pain intensity questions (A or B)

| Enter Rating | **A.** **Numeric Rating Scale (00-10)** |
|---|---|
| ☐ | Ask resident: "*Please rate your worst pain over the last 5 days on a zero to ten scale, with zero being no pain and ten as the worst pain you can imagine.*" (Show resident 00 -10 pain scale) |
| | **Enter two-digit response. Enter 99 if unable to answer.** |

| Enter Code | **B.** **Verbal Descriptor Scale** |
|---|---|
| ☐ | Ask resident: "*Please rate the intensity of your worst pain over the last 5 days.*" (Show resident verbal scale) |
| | 1. **Mild** |
| | 2. **Moderate** |
| | 3. **Severe** |
| | 4. **Very severe, horrible** |
| | 9. **Unable to answer** |

| Section J | Health Conditions |
|-----------|-------------------|

**Other Health Conditions**

**J1100. Shortness of Breath (dyspnea)**

↓ Check all that apply

| | |
|---|---|
| ☐ | **A.  Shortness of breath** or trouble breathing **with exertion** (e.g., walking, bathing, transferring) |
| ☐ | **B.  Shortness of breath** or trouble breathing **when sitting at rest** |
| ☐ | **C.  Shortness of breath** or trouble breathing **when lying flat** |
| ☐ | **Z.  None of the above** |

**J1400. Prognosis**

Enter Code ☐  Does the resident have a condition or chronic disease that may result in a **life expectancy of less than 6 months?** (Requires physician documentation)
0.  **No**
1.  **Yes**

**J1550. Problem Conditions**

↓ Check all that apply

| | |
|---|---|
| ☐ | **A.  Fever** |
| ☐ | **B.  Vomiting** |
| ☐ | **C.  Dehydrated** |
| ☐ | **D.  Internal bleeding** |
| ☐ | **Z.  None of the above** |

**J1800. Any Falls Since Admission/Entry or Reentry or Prior Assessment (OBRA or Scheduled PPS),** whichever is more recent

Enter Code ☐  Has the resident **had any falls since admission/entry or reentry or the prior assessment** (OBRA or scheduled PPS), whichever is more recent?
0.  **No** → Skip to K0200, Height and Weight
1.  **Yes** → Continue to J1900, Number of Falls Since Admission/Entry or Reentry or Prior Assessment (OBRA or Scheduled PPS)

**J1900. Number of Falls Since Admission/Entry or Reentry or Prior Assessment (OBRA or Scheduled PPS),** whichever is more recent

↓ Enter Codes in Boxes

| Coding: | | |
|---|---|---|
| 0.  **None**<br>1.  **One**<br>2.  **Two or more** | ☐ | **A.  No injury** - no evidence of any injury is noted on physical assessment by the nurse or primary care clinician; no complaints of pain or injury by the resident; no change in the resident's behavior is noted after the fall |
| | ☐ | **B.  Injury (except major)** - skin tears, abrasions, lacerations, superficial bruises, hematomas and sprains; or any fall-related injury that causes the resident to complain of pain |
| | ☐ | **C.  Major injury** - bone fractures, joint dislocations, closed head injuries with altered consciousness, subdural hematoma |

| Section K | Swallowing/Nutritional Status |
|---|---|

**K0200. Height and Weight** - While measuring, if the number is X.1 - X.4 round down; X.5 or greater round up

|  |  |
|---|---|
| [ ][ ]<br>inches | **A.  Height** (in inches).  Record most recent height measure since admission/entry or reentry |
| [ ][ ][ ]<br>pounds | **B.  Weight** (in pounds).  Base weight on most recent measure in last 30 days; measure weight consistently, according to standard facility practice (e.g., in a.m. after voiding, before meal, with shoes off, etc.) |

**K0300. Weight Loss**

| Enter Code<br>[ ] | **Loss of 5% or more in the last month or loss of 10% or more in last 6 months**<br>0.  **No** or unknown<br>1.  **Yes, on** physician-prescribed weight-loss regimen<br>2.  **Yes, not on** physician-prescribed weight-loss regimen |
|---|---|

**K0310. Weight Gain**

| Enter Code<br>[ ] | **Gain of 5% or more in the last month or gain of 10% or more in last 6 months**<br>0.  **No** or unknown<br>1.  **Yes, on** physician-prescribed weight-gain regimen<br>2.  **Yes, not on** physician-prescribed weight-gain regimen |
|---|---|

**K0510. Nutritional Approaches**

Check all of the following nutritional approaches that were performed during the last **7 days**

| | 1.<br>While NOT a Resident | 2.<br>While a Resident |
|---|---|---|
| **1.  While NOT a Resident**<br>Performed **while NOT a resident** of this facility and within the **last 7 days**.  Only check column 1 if resident entered (admission or reentry) IN THE LAST 7 DAYS.  If resident last entered 7 or more days ago, leave column 1 blank<br>**2.  While a Resident**<br>Performed **while a resident** of this facility and within the **last 7 days** | ↓ Check all that apply ↓ | |
| **A.  Parenteral/IV feeding** | [ ] | [ ] |
| **B.  Feeding tube** - nasogastric or abdominal (PEG) | [ ] | [ ] |
| For the following items, if A0310G = 2, skip to M0100, Determination of Pressure Ulcer Risk | | |
| **C.  Mechanically altered diet** - require change in texture of food or liquids (e.g., pureed food, thickened liquids) | [ ] | [ ] |
| **D.  Therapeutic diet** (e.g., low salt, diabetic, low cholesterol) | [ ] | [ ] |
| **Z.  None of the above** | [ ] | [ ] |

| Section M | Skin Conditions |
|---|---|

## Report based on highest stage of existing ulcer(s) at its worst; do not "reverse" stage

### M0100. Determination of Pressure Ulcer Risk

↓ **Check all that apply**

☐  **A.  Resident has a stage 1 or greater, a scar over bony prominence, or a non-removable dressing/device**

### M0210. Unhealed Pressure Ulcer(s)

**Enter Code** ☐

**Does this resident have one or more unhealed pressure ulcer(s) at Stage 1 or higher?**

0.  **No** → Skip to M0900, Healed Pressure Ulcers
1.  **Yes** → Continue to M0300, Current Number of Unhealed Pressure Ulcers at Each Stage

### M0300. Current Number of Unhealed Pressure Ulcers at Each Stage

**Enter Number** ☐

**B.  Stage 2:**  Partial thickness loss of dermis presenting as a shallow open ulcer with a red or pink wound bed, without slough.  May also present as an intact or open/ruptured blister

    **1.  Number of Stage 2 pressure ulcers**

**Enter Number** ☐

**C.  Stage 3:**  Full thickness tissue loss.  Subcutaneous fat may be visible but bone, tendon or muscle is not exposed.  Slough may be present but does not obscure the depth of tissue loss.  May include undermining and tunneling

    **1.  Number of Stage 3 pressure ulcers**

**Enter Number** ☐

**D.  Stage 4:**  Full thickness tissue loss with exposed bone, tendon or muscle.  Slough or eschar may be present on some parts of the wound bed.  Often includes undermining and tunneling

    **1.  Number of Stage 4 pressure ulcers**

**Enter Number** ☐

**E.  Unstageable - Non-removable dressing:**  Known but not stageable due to non-removable dressing/device

    **1.  Number of unstageable pressure ulcers due to non-removable dressing/device**

**Enter Number** ☐

**F.  Unstageable - Slough and/or eschar:**  Known but not stageable due to coverage of wound bed by slough and/or eschar

    **1.  Number of unstageable pressure ulcers due to coverage of wound bed by slough and/or eschar**

**Enter Number** ☐

**Enter Number** ☐

**G.  Unstageable - Deep tissue:**  Suspected deep tissue injury in evolution

    **1.  Number of unstageable pressure ulcers with suspected deep tissue injury in  evolution** - If 0  → Skip to M0610, Dimension of Unhealed Stage 3 or 4 Pressure Ulcers or Eschar

    **2.  Number of these unstageable pressure ulcers that were present at time of admission/entry or reentry** - enter how many were noted at the time of admission/entry or reentry

### M0610. Dimensions of Unhealed Stage 3 or 4 Pressure Ulcers or Eschar
Complete only if M0300C1, M0300D1 or M0300F1 is greater than 0

If the resident has one or more unhealed Stage 3 or 4 pressure ulcers or an unstageable pressure ulcer due to slough or eschar, identify the pressure ulcer with the largest surface area (length x width) and record in centimeters:

☐☐ . ☐ cm    **A.  Pressure ulcer length:**  Longest length from head to toe

☐☐ . ☐ cm    **B.  Pressure ulcer width:**  Widest width of the same pressure ulcer, side-to-side perpendicular (90-degree angle) to length

☐☐ . ☐ cm    **C.  Pressure ulcer depth:**  Depth of the same pressure ulcer from the visible surface to the deepest area (if depth is unknown, enter a dash in each box)

| Section M | Skin Conditions |
|---|---|

### M0800. Worsening in Pressure Ulcer Status Since Prior Assessment (OBRA or Scheduled PPS) or Last Admission/Entry or Reentry
Complete only if A0310E = 0

Indicate the number of current pressure ulcers that were **not present or were at a lesser stage** on prior assessment (OBRA or scheduled PPS) or last admission/entry or reentry. If no current pressure ulcer at a given stage, enter 0

| | |
|---|---|
| Enter Number ☐ | **A. Stage 2** |
| Enter Number ☐ | **B. Stage 3** |
| Enter Number ☐ | **C. Stage 4** |

### M0900. Healed Pressure Ulcers
Complete only if A0310E = 0

| | |
|---|---|
| Enter Code ☐ | **A. Were pressure ulcers present on the prior assessment (OBRA or Scheduled PPS)?**<br>  0. **No** ⟶ Skip to N0410, Medications Received<br>  1. **Yes** ⟶ Continue to M0900B, Stage 2 |

Indicate the number of pressure ulcers that were noted on the prior assessment (OBRA or Scheduled PPS) that have completely closed (resurfaced with epithelium). If no healed pressure ulcer at a given stage since the prior assessment (OBRA or Scheduled PPS), enter 0

| | |
|---|---|
| Enter Number ☐ | **B. Stage 2** |
| Enter Number ☐ | **C. Stage 3** |
| Enter Number ☐ | **D. Stage 4** |

| Section N | Medications |
|---|---|

### N0410. Medications Received

**Indicate the number of DAYS the resident received the following medications during the last 7 days or since admission/entry or reentry if less than 7 days.** Enter "0" if medication was not received by the resident during the last 7 days

Enter Days [ ]  **A. Antipsychotic**

Enter Days [ ]  **B. Antianxiety**

Enter Days [ ]  **C. Antidepressant**

Enter Days [ ]  **D. Hypnotic**

Enter Days [ ]  **E. Anticoagulant** (warfarin, heparin, or low-molecular weight heparin)

Enter Days [ ]  **F. Antibiotic**

Enter Days [ ]  **G. Diuretic**

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

### O0100. Special Treatments, Procedures, and Programs

Check all of the following treatments, procedures, and programs that were performed during the last **14 days**

| | 1. While NOT a Resident | 2. While a Resident |
|---|---|---|
| **1. While NOT a Resident**<br>Performed *while NOT a resident* of this facility and within the *last 14 days*. Only check column 1 if resident entered (admission or reentry) IN THE LAST 14 DAYS. If resident last entered 14 or more days ago, leave column 1 blank<br>**2. While a Resident**<br>Performed *while a resident* of this facility and within the *last 14 days* | | |
| | ↓ Check all that apply ↓ | |
| **K. Hospice care** | | [ ] |

### O0250. Influenza Vaccine - Refer to current version of RAI manual for current influenza vaccination season and reporting period

Enter Code [ ]  **A.** Did the **resident receive the influenza vaccine *in this facility*** for this year's influenza vaccination season?

    0. **No** ⟶ Skip to O0250C, If influenza vaccine not received, state reason

    1. **Yes** ⟶ Continue to O0250B, Date influenza vaccine received

    **B.** **Date influenza vaccine received** ⟶ Complete date and skip to O0300A, Is the resident's Pneumococcal vaccination up to date?

    [ ][ ] – [ ][ ] – [ ][ ][ ][ ]
    Month    Day    Year

Enter Code [ ]  **C.** **If influenza vaccine not received, state reason:**

    1. **Resident not in this facility** during this year's influenza vaccination season

    2. **Received outside of this facility**

    3. **Not eligible** - medical contraindication

    4. **Offered and declined**

    5. **Not offered**

    6. **Inability to obtain influenza vaccine** due to a declared shortage

    9. **None of the above**

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

**O0300. Pneumococcal Vaccine**

| Enter Code [  ] | A. Is the resident's Pneumococcal vaccination up to date? |
|---|---|
| | 0. **No** → Continue to O0300B, If Pneumococcal vaccine not received, state reason |
| | 1. **Yes** → Skip to O0400, Therapies |
| Enter Code [  ] | B. If Pneumococcal vaccine not received, state reason: |
| | 1. **Not eligible** - medical contraindication |
| | 2. **Offered and declined** |
| | 3. **Not offered** |

**O0400. Therapies**

**A. Speech-Language Pathology and Audiology Services**

**5. Therapy start date** - record the date the most recent therapy regimen (since the most recent entry) started

[  ][  ] – [  ][  ] – [  ][  ][  ][  ]
Month    Day      Year

**6. Therapy end date** - record the date the most recent therapy regimen (since the most recent entry) ended - enter dashes if therapy is ongoing

[  ][  ] – [  ][  ] – [  ][  ][  ][  ]
Month    Day      Year

**B. Occupational Therapy**

**5. Therapy start date** - record the date the most recent therapy regimen (since the most recent entry) started

[  ][  ] – [  ][  ] – [  ][  ][  ][  ]
Month    Day      Year

**6. Therapy end date** - record the date the most recent therapy regimen (since the most recent entry) ended - enter dashes if therapy is ongoing

[  ][  ] – [  ][  ] – [  ][  ][  ][  ]
Month    Day      Year

**C. Physical Therapy**

**5. Therapy start date** - record the date the most recent therapy regimen (since the most recent entry) started

[  ][  ] – [  ][  ] – [  ][  ][  ][  ]
Month    Day      Year

**6. Therapy end date** - record the date the most recent therapy regimen (since the most recent entry) ended - enter dashes if therapy is ongoing

[  ][  ] – [  ][  ] – [  ][  ][  ][  ]
Month    Day      Year

| Section P | Restraints |
|---|---|

**P0100. Physical Restraints**

Physical restraints are any manual method or physical or mechanical device, material or equipment attached or adjacent to the resident's body that the individual cannot remove easily which restricts freedom of movement or normal access to one's body

↓ **Enter Codes in Boxes**

| | **Used in Bed** |
|---|---|
| [  ] | A. **Bed rail** |
| [  ] | B. **Trunk restraint** |
| [  ] | C. **Limb restraint** |
| [  ] | D. **Other** |
| | **Used in Chair or Out of Bed** |
| [  ] | E. **Trunk restraint** |
| [  ] | F. **Limb restraint** |
| [  ] | G. **Chair prevents rising** |
| [  ] | H. **Other** |

**Coding:**
0. **Not used**
1. **Used less than daily**
2. **Used daily**

| Section Q | Participation in Assessment and Goal Setting |
|---|---|

**Q0400.  Discharge Plan**

| Enter Code | A.  **Is active discharge planning already occurring for the resident to return to the community?** |
|---|---|
| [ ] | 0.  **No** |
| | 1.  **Yes** |

**Q0600.  Referral**

| Enter Code | **Has a referral been made to the Local Contact Agency?**  (Document reasons in resident's clinical record) |
|---|---|
| [ ] | 0.  **No** - referral not needed |
| | 1.  **No** - referral is or may be needed (For more information see Appendix C, Care Area Assessment Resources #20) |
| | 2.  **Yes** - referral made |

| Section X | Correction Request |
|---|---|

**Complete Section X only if A0050 = 2 or 3**

**Identification of Record to be Modified/Inactivated** - The following items identify the existing assessment record that is in error. In this section, reproduce the information EXACTLY as it appeared on the existing erroneous record, even if the information is incorrect. This information is necessary to locate the existing record in the National MDS Database.

**X0150. Type of Provider** (A0200 on existing record to be modified/inactivated)

Enter Code [ ]  **Type of provider**
1. **Nursing home (SNF/NF)**
2. **Swing Bed**

**X0200. Name of Resident** (A0500 on existing record to be modified/inactivated)

**A. First name:**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**C. Last name:**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**X0300. Gender** (A0800 on existing record to be modified/inactivated)

Enter Code [ ]
1. **Male**
2. **Female**

**X0400. Birth Date** (A0900 on existing record to be modified/inactivated)

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month      Day       Year

**X0500. Social Security Number** (A0600A on existing record to be modified/inactivated)

[ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

**X0600. Type of Assessment** (A0310 on existing record to be modified/inactivated)

Enter Code [ ][ ]  **A. Federal OBRA Reason for Assessment**
01. **Admission** assessment (required by day 14)
02. **Quarterly** review assessment
03. **Annual** assessment
04. **Significant change in status** assessment
05. **Significant correction** to **prior comprehensive** assessment
06. **Significant correction** to **prior quarterly** assessment
99. **None of the above**

Enter Code [ ][ ]  **B. PPS Assessment**
**PPS Scheduled Assessments for a Medicare Part A Stay**
01. **5-day** scheduled assessment
02. **14-day** scheduled assessment
03. **30-day** scheduled assessment
04. **60-day** scheduled assessment
05. **90-day** scheduled assessment
**PPS Unscheduled Assessments for a Medicare Part A Stay**
07. **Unscheduled assessment used for PPS** (OMRA, significant or clinical change, or significant correction assessment)
**Not PPS Assessment**
99. **None of the above**

Enter Code [ ]  **C. PPS Other Medicare Required Assessment - OMRA**
0. **No**
1. **Start of therapy** assessment
2. **End of therapy** assessment
3. **Both Start and End of therapy** assessment
4. **Change of therapy** assessment

**X0600 continued on next page**

| Section X | Correction Request |
|---|---|

**X0600. Type of Assessment - Continued**

Enter Code [ ]
**D. Is this a Swing Bed clinical change assessment?** Complete only if X0150 = 2
0. **No**
1. **Yes**

Enter Code [ ][ ]
**F. Entry/discharge reporting**
01. **Entry** tracking record
10. **Discharge** assessment-**return not anticipated**
11. **Discharge** assessment-**return anticipated**
12. **Death in facility** tracking record
99. **None of the above**

**X0700. Date** on existing record to be modified/inactivated - **Complete one only**

**A. Assessment Reference Date** (A2300 on existing record to be modified/inactivated) - Complete only if X0600F = 99
[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month — Day — Year

**B. Discharge Date** (A2000 on existing record to be modified/inactivated) - Complete only if X0600F = 10, 11, or 12
[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month — Day — Year

**C. Entry Date** (A1600 on existing record to be modified/inactivated) - Complete only if X0600F = 01
[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month — Day — Year

**Correction Attestation Section** - Complete this section to explain and attest to the modification/inactivation request

**X0800. Correction Number**

Enter Number [ ][ ]
Enter the number of correction requests to modify/inactivate the existing record, including the present one

**X0900. Reasons for Modification** - Complete only if Type of Record is to modify a record in error (A0050 = 2)

↓ Check all that apply
[ ] A. **Transcription error**
[ ] B. **Data entry error**
[ ] C. **Software product error**
[ ] D. **Item coding error**
[ ] E. **End of Therapy - Resumption (EOT-R) date**
[ ] Z. **Other error requiring modification**
If "Other" checked, please specify:

**X1050. Reasons for Inactivation** - Complete only if Type of Record is to inactivate a record in error (A0050 = 3)

↓ Check all that apply
[ ] A. **Event did not occur**
[ ] Z. **Other error requiring inactivation**
If "Other" checked, please specify:

| Section X | Correction Request |
|---|---|

**X1100. RN Assessment Coordinator Attestation of Completion**

**A. Attesting individual's first name:**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**B. Attesting individual's last name:**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**C. Attesting individual's title:**

**D. Signature**

**E. Attestation date**

| | | – | | | – | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | | | Day | | | Year | | | |

| Section Z | Assessment Administration |
|---|---|

**Z0300. Insurance Billing**

**A. RUG billing code:**

☐☐☐☐☐☐☐☐☐

**B. RUG billing version:**

☐☐☐☐☐☐☐☐☐

**Z0400. Signature of Persons Completing the Assessment or Entry/Death Reporting**

I certify that the accompanying information accurately reflects resident assessment information for this resident and that I collected or coordinated collection of this information on the dates specified. To the best of my knowledge, this information was collected in accordance with applicable Medicare and Medicaid requirements. I understand that this information is used as a basis for ensuring that residents receive appropriate and quality care, and as a basis for payment from federal funds. I further understand that payment of such federal funds and continued participation in the government-funded health care programs is conditioned on the accuracy and truthfulness of this information, and that I may be personally subject to or may subject my organization to substantial criminal, civil, and/or administrative penalties for submitting false information. I also certify that I am authorized to submit this information by this facility on its behalf.

| Signature | Title | Sections | Date Section Completed |
|---|---|---|---|
| A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |

**Z0500. Signature of RN Assessment Coordinator Verifying Assessment Completion**

**A. Signature:**

**B. Date RN Assessment Coordinator signed assessment as complete:**

☐☐ – ☐☐ – ☐☐☐☐
Month    Day    Year

**Legal Notice Regarding MDS 3.0** - Copyright 2011 United States of America and interRAI. This work may be freely used and distributed solely within the United States. Portions of the MDS 3.0 are under separate copyright protections; Pfizer Inc. holds the copyright for the PHQ-9; Confusion Assessment Method. © 1988, 2003, Hospital Elder Life Program. All rights reserved. Adapted from: Inouye SK et al. Ann Intern Med. 1990; 113:941-8. Both Pfizer Inc. and the Hospital Elder Life Program, LLC have granted permission to use these instruments in association with the MDS 3.0.

## MINIMUM DATA SET (MDS) - Version 3.0
## RESIDENT ASSESSMENT AND CARE SCREENING
### *Nursing Home and Swing Bed OMRA (NO/SO) Item Set*

| Section A | Identification Information |
|---|---|

### A0050. Type of Record

Enter Code [ ]

1. **Add new record** ➔ Continue to A0100, Facility Provider Numbers
2. **Modify existing record** ➔ Continue to A0100, Facility Provider Numbers
3. **Inactivate existing record** ➔ Skip to X0150, Type of Provider

### A0100. Facility Provider Numbers

**A. National Provider Identifier (NPI):**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**B. CMS Certification Number (CCN):**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**C. State Provider Number:**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

### A0200. Type of Provider

Enter Code [ ]

Type of provider
1. **Nursing home (SNF/NF)**
2. **Swing Bed**

### A0310. Type of Assessment

Enter Code [ ][ ]

**A. Federal OBRA Reason for Assessment**
01. **Admission** assessment (required by day 14)
02. **Quarterly** review assessment
03. **Annual** assessment
04. **Significant change in status** assessment
05. **Significant correction** to **prior comprehensive** assessment
06. **Significant correction** to **prior quarterly** assessment
99. **None of the above**

Enter Code [ ][ ]

**B. PPS Assessment**
<u>PPS Scheduled Assessments for a Medicare Part A Stay</u>
01. **5-day** scheduled assessment
02. **14-day** scheduled assessment
03. **30-day** scheduled assessment
04. **60-day** scheduled assessment
05. **90-day** scheduled assessment
<u>PPS Unscheduled Assessments for a Medicare Part A Stay</u>
07. **Unscheduled assessment used for PPS** (OMRA, significant or clinical change, or significant correction assessment)
<u>Not PPS Assessment</u>
99. **None of the above**

Enter Code [ ]

**C. PPS Other Medicare Required Assessment - OMRA**
0. **No**
1. **Start of therapy** assessment
2. **End of therapy** assessment
3. **Both Start and End of therapy** assessment
4. **Change of therapy** assessment

Enter Code [ ]

**D. Is this a Swing Bed clinical change assessment?** Complete only if A0200 = 2
0. **No**
1. **Yes**

**A0310 continued on next page**

| Section A | Identification Information |
|---|---|

## A0310. Type of Assessment - Continued

**Enter Code** ☐  **E. Is this assessment the first assessment** (OBRA, Scheduled PPS, or Discharge) **since the most recent admission/entry or reentry?**
   0. **No**
   1. **Yes**

**Enter Code** ☐☐  **F. Entry/discharge reporting**
   01. **Entry** tracking record
   10. **Discharge** assessment-**return not anticipated**
   11. **Discharge** assessment-**return anticipated**
   12. **Death in facility** tracking record
   99. **None of the above**

**Enter Code** ☐  **G. Type of discharge** - Complete only if A0310F = 10 or 11
   1. **Planned**
   2. **Unplanned**

## A0410. Unit Certification or Licensure Designation

**Enter Code** ☐
   1. **Unit is neither Medicare nor Medicaid certified and MDS data is not required by the State**
   2. **Unit is neither Medicare nor Medicaid certified but MDS data is required by the State**
   3. **Unit is Medicare and/or Medicaid certified**

## A0500. Legal Name of Resident

**A. First name:** ☐☐☐☐☐☐☐☐☐      **B. Middle initial:** ☐

**C. Last name:** ☐☐☐☐☐☐☐☐☐☐☐☐      **D. Suffix:** ☐☐☐

## A0600. Social Security and Medicare Numbers

**A. Social Security Number:** ☐☐☐ – ☐☐ – ☐☐☐☐

**B. Medicare number** (or comparable railroad insurance number)**:** ☐☐☐☐☐☐☐☐☐☐☐

## A0700. Medicaid Number - Enter "+" if pending, "N" if not a Medicaid recipient

☐☐☐☐☐☐☐☐☐☐☐☐

## A0800. Gender

**Enter Code** ☐
   1. **Male**
   2. **Female**

## A0900. Birth Date

☐☐ – ☐☐ – ☐☐☐☐
Month    Day    Year

## A1000. Race/Ethnicity

↓ Check all that apply

☐ **A. American Indian or Alaska Native**

☐ **B. Asian**

☐ **C. Black or African American**

☐ **D. Hispanic or Latino**

☐ **E. Native Hawaiian or Other Pacific Islander**

☐ **F. White**

| Section A | Identification Information |
|---|---|

## A1100. Language

Enter Code [  ]

**A.** **Does the resident need or want an interpreter to communicate with a doctor or health care staff?**
- 0. **No** → Skip to A1200, Marital Status
- 1. **Yes** → Specify in A1100B, Preferred language
- 9. **Unable to determine** → Skip to A1200, Marital Status

**B.** **Preferred language:**

[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

## A1200. Marital Status

Enter Code [  ]

1. **Never married**
2. **Married**
3. **Widowed**
4. **Separated**
5. **Divorced**

## A1300. Optional Resident Items

**A.** **Medical record number:**

[ ][ ][ ][ ][ ][ ][ ][ ][ ]

**B.** **Room number:**

[ ][ ][ ][ ][ ][ ][ ]

**C.** **Name by which resident prefers to be addressed:**

[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**D.** **Lifetime occupation(s)** - put "/" between two occupations:

[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

### Most Recent Admission/Entry or Reentry into this Facility

## A1600. Entry Date

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month      Day       Year

## A1700. Type of Entry

Enter Code [  ]

1. **Admission**
2. **Reentry**

## A1800. Entered From

Enter Code [ ][ ]

- 01. **Community** (private home/apt., board/care, assisted living, group home)
- 02. **Another nursing home or swing bed**
- 03. **Acute hospital**
- 04. **Psychiatric hospital**
- 05. **Inpatient rehabilitation facility**
- 06. **ID/DD facility**
- 07. **Hospice**
- 09. **Long Term Care Hospital** (LTCH)
- 99. **Other**

## A1900. Admission Date (Date this episode of care in this facility began)

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month      Day       Year

| Section A | Identification Information |
|---|---|

**A2000. Discharge Date**
Complete only if A0310F = 10, 11, or 12

| | Month – Day – Year |
|---|---|

**A2100. Discharge Status**
Complete only if A0310F = 10, 11, or 12

Enter Code ☐☐
- 01. **Community** (private home/apt., board/care, assisted living, group home)
- 02. **Another nursing home or swing bed**
- 03. **Acute hospital**
- 04. **Psychiatric hospital**
- 05. **Inpatient rehabilitation facility**
- 06. **ID/DD facility**
- 07. **Hospice**
- 08. **Deceased**
- 09. **Long Term Care Hospital** (LTCH)
- 99. **Other**

**A2300. Assessment Reference Date**

Observation end date:

| Month – Day – Year |
|---|

**A2400. Medicare Stay**

Enter Code ☐

**A.** Has the resident had a Medicare-covered stay since the most recent entry?
- 0. **No** → Skip to B0100, Comatose
- 1. **Yes** → Continue to A2400B, Start date of most recent Medicare stay

**B.** Start date of most recent Medicare stay:

| Month – Day – Year |
|---|

**C.** End date of most recent Medicare stay - Enter dashes if stay is ongoing:

| Month – Day – Year |
|---|

---

## Look back period for all items is 7 days unless another time frame is indicated

---

| Section B | Hearing, Speech, and Vision |
|---|---|

**B0100. Comatose**

Enter Code ☐

**Persistent vegetative state/no discernible consciousness**
- 0. **No** → Continue to B0700, Makes Self Understood
- 1. **Yes** → Skip to G0110, Activities of Daily Living (ADL) Assistance

**B0700. Makes Self Understood**

Enter Code ☐

**Ability to express ideas and wants,** consider both verbal and non-verbal expression
- 0. **Understood**
- 1. **Usually understood** - difficulty communicating some words or finishing thoughts **but** is able if prompted or given time
- 2. **Sometimes understood** - ability is limited to making concrete requests
- 3. **Rarely/never understood**

| Section C | Cognitive Patterns |
|-----------|--------------------|

**C0100. Should Brief Interview for Mental Status (C0200-C0500) be Conducted?**
Attempt to conduct interview with all residents

Enter Code ☐
    0. **No** (resident is rarely/never understood) ➡ Skip to and complete C0700-C1000, Staff Assessment for Mental Status
    1. **Yes** ➡ Continue to C0200, Repetition of Three Words

---

### Brief Interview for Mental Status (BIMS)

**C0200. Repetition of Three Words**

Enter Code ☐
Ask resident: *"I am going to say three words for you to remember. Please repeat the words after I have said all three. The words are: **sock, blue, and bed.** Now tell me the three words."*
**Number of words repeated after first attempt**
    0. **None**
    1. **One**
    2. **Two**
    3. **Three**
After the resident's first attempt, repeat the words using cues ("*sock, something to wear; blue, a color; bed, a piece of furniture*"). You may repeat the words up to two more times.

**C0300. Temporal Orientation** (orientation to year, month, and day)

Enter Code ☐
Ask resident: "*Please tell me what year it is right now.*"
**A. Able to report correct year**
    0. **Missed by > 5 years** or no answer
    1. **Missed by 2-5 years**
    2. **Missed by 1 year**
    3. **Correct**

Enter Code ☐
Ask resident: "*What month are we in right now?*"
**B. Able to report correct month**
    0. **Missed by > 1 month** or no answer
    1. **Missed by 6 days to 1 month**
    2. **Accurate within 5 days**

Enter Code ☐
Ask resident: "*What day of the week is today?*"
**C. Able to report correct day of the week**
    0. **Incorrect** or no answer
    1. **Correct**

**C0400. Recall**

Enter Code ☐
Ask resident: "*Let's go back to an earlier question. What were those three words that I asked you to repeat?*"
If unable to remember a word, give cue (something to wear; a color; a piece of furniture) for that word.
**A. Able to recall "sock"**
    0. **No** - could not recall
    1. **Yes, after cueing** ("something to wear")
    2. **Yes, no cue required**

Enter Code ☐
**B. Able to recall "blue"**
    0. **No** - could not recall
    1. **Yes, after cueing** ("a color")
    2. **Yes, no cue required**

Enter Code ☐
**C. Able to recall "bed"**
    0. **No** - could not recall
    1. **Yes, after cueing** ("a piece of furniture")
    2. **Yes, no cue required**

**C0500. Summary Score**

Enter Score ☐☐
**Add scores** for questions C0200-C0400 and fill in total score (00-15)
**Enter 99 if the resident was unable to complete the interview**

| Section C | Cognitive Patterns |
|-----------|--------------------|

**C0600. Should the Staff Assessment for Mental Status (C0700 - C1000) be Conducted?**

Enter Code [  ]
- 0. **No** (resident was able to complete interview ) ➡ Skip to D0100, Should Resident Mood Interview be Conducted?
- 1. **Yes** (resident was unable to complete interview) ➡ Continue to C0700, Short-term Memory OK

**Staff Assessment for Mental Status**

Do not conduct if Brief Interview for Mental Status (C0200-C0500) was completed

**C0700. Short-term Memory OK**

Enter Code [  ]    **Seems or appears to recall after 5 minutes**
- 0. **Memory OK**
- 1. **Memory problem**

**C1000. Cognitive Skills for Daily Decision Making**

Enter Code [  ]    **Made decisions regarding tasks of daily life**
- 0. **Independent** - decisions consistent/reasonable
- 1. **Modified independence** - some difficulty in new situations only
- 2. **Moderately impaired** - decisions poor; cues/supervision required
- 3. **Severely impaired** - never/rarely made decisions

| Section D | Mood |
|---|---|

---

**D0100. Should Resident Mood Interview be Conducted?** - Attempt to conduct interview with all residents

Enter Code [ ]

   0. **No** (resident is rarely/never understood) ➜ Skip to and complete D0500-D0600, Staff Assessment of Resident Mood (PHQ-9-OV)

   1. **Yes** ➜ Continue to D0200, Resident Mood Interview (PHQ-9©)

---

**D0200. Resident Mood Interview (PHQ-9©)**

Say to resident: **"Over the last 2 weeks, have you been bothered by any of the following problems?"**

If symptom is present, enter 1 (yes) in column 1, Symptom Presence.
If yes in column 1, then ask the resident: "*About **how often** have you been bothered by this?*"
Read and show the resident a card with the symptom frequency choices. Indicate response in column 2, Symptom Frequency.

**1. Symptom Presence**
  0. **No** (enter 0 in column 2)
  1. **Yes** (enter 0-3 in column 2)
  9. **No response** (leave column 2 blank)

**2. Symptom Frequency**
  0. **Never or 1 day**
  1. **2-6 days** (several days)
  2. **7-11 days** (half or more of the days)
  3. **12-14 days** (nearly every day)

| | 1. Symptom Presence | 2. Symptom Frequency |
|---|---|---|
| | ↓ Enter Scores in Boxes ↓ | |
| **A.** *Little interest or pleasure in doing things* | [ ] | [ ] |
| **B.** *Feeling down, depressed, or hopeless* | [ ] | [ ] |
| **C.** *Trouble falling or staying asleep, or sleeping too much* | [ ] | [ ] |
| **D.** *Feeling tired or having little energy* | [ ] | [ ] |
| **E.** *Poor appetite or overeating* | [ ] | [ ] |
| **F.** *Feeling bad about yourself - or that you are a failure or have let yourself or your family down* | [ ] | [ ] |
| **G.** *Trouble concentrating on things, such as reading the newspaper or watching television* | [ ] | [ ] |
| **H.** *Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual* | [ ] | [ ] |
| **I.** *Thoughts that you would be better off dead, or of hurting yourself in some way* | [ ] | [ ] |

**D0300. Total Severity Score**

Enter Score [ ]  **Add scores for all frequency responses in Column 2,** Symptom Frequency. Total score must be between 00 and 27. Enter 99 if unable to complete interview (i.e., Symptom Frequency is blank for 3 or more items).

---

**D0350. Safety Notification** - Complete only if D0200I1 = 1 indicating possibility of resident self harm

Enter Code [ ]  Was responsible staff or provider informed that there is a potential for resident self harm?
   0. **No**
   1. **Yes**

---

*Copyright © Pfizer Inc. All rights reserved. Reproduced with permission.*

| Section D | Mood |
|---|---|

**D0500. Staff Assessment of Resident Mood (PHQ-9-OV*)**
Do not conduct if Resident Mood Interview (D0200-D0300) was completed

**Over the last 2 weeks, did the resident have any of the following problems or behaviors?**

If symptom is present, enter 1 (yes) in column 1, Symptom Presence.
Then move to column 2, Symptom Frequency, and indicate symptom frequency.

| | **1.** Symptom Presence<br>0. **No** (enter 0 in column 2)<br>1. **Yes** (enter 0-3 in column 2) | **2.** Symptom Frequency<br>0. **Never or 1 day**<br>1. **2-6 days** (several days)<br>2. **7-11 days** (half or more of the days)<br>3. **12-14 days** (nearly every day) | **1.**<br>Symptom<br>Presence | **2.**<br>Symptom<br>Frequency |
|---|---|---|---|---|
| | | | ↓ Enter Scores in Boxes ↓ | |
| **A.** Little interest or pleasure in doing things | | | ☐ | ☐ |
| **B.** Feeling or appearing down, depressed, or hopeless | | | ☐ | ☐ |
| **C.** Trouble falling or staying asleep, or sleeping too much | | | ☐ | ☐ |
| **D.** Feeling tired or having little energy | | | ☐ | ☐ |
| **E.** Poor appetite or overeating | | | ☐ | ☐ |
| **F.** Indicating that s/he feels bad about self, is a failure, or has let self or family down | | | ☐ | ☐ |
| **G.** Trouble concentrating on things, such as reading the newspaper or watching television | | | ☐ | ☐ |
| **H.** Moving or speaking so slowly that other people have noticed.  Or the opposite - being so fidgety or restless that s/he has been moving around a lot more than usual | | | ☐ | ☐ |
| **I.** States that life isn't worth living, wishes for death, or attempts to harm self | | | ☐ | ☐ |
| **J.** Being short-tempered, easily annoyed | | | ☐ | ☐ |

**D0600. Total Severity Score**

Enter Score ☐☐   Add scores for all frequency responses in Column 2, Symptom Frequency.  Total score must be between 00 and 30.

**D0650. Safety Notification** - Complete only if D0500I1 = 1 indicating possibility of resident self harm

Enter Code ☐   **Was responsible staff or provider informed that there is a potential for resident self harm?**
0. **No**
1. **Yes**

*Copyright © Pfizer Inc.  All rights reserved.*

| Section E | Behavior |
|---|---|

**E0100. Potential Indicators of Psychosis**

↓ Check all that apply

| | |
|---|---|
| ☐ | **A. Hallucinations** (perceptual experiences in the absence of real external sensory stimuli) |
| ☐ | **B. Delusions** (misconceptions or beliefs that are firmly held, contrary to reality) |
| ☐ | **Z. None of the above** |

**Behavioral Symptoms**

**E0200. Behavioral Symptom - Presence & Frequency**

Note presence of symptoms and their frequency

| Coding:<br>0. **Behavior not exhibited**<br>1. **Behavior of this type occurred 1 to 3 days**<br>2. **Behavior of this type occurred 4 to 6 days,** but less than daily<br>3. **Behavior of this type occurred daily** | ↓ Enter Codes in Boxes | |
|---|---|---|
| | ☐ | **A. Physical behavioral symptoms directed toward others** (e.g., hitting, kicking, pushing, scratching, grabbing, abusing others sexually) |
| | ☐ | **B. Verbal behavioral symptoms directed toward others** (e.g., threatening others, screaming at others, cursing at others) |
| | ☐ | **C. Other behavioral symptoms not directed toward others** (e.g., physical symptoms such as hitting or scratching self, pacing, rummaging, public sexual acts, disrobing in public, throwing or smearing food or bodily wastes, or verbal/vocal symptoms like screaming, disruptive sounds) |

**E0800. Rejection of Care - Presence & Frequency**

| Enter Code<br>☐ | **Did the resident reject evaluation or care** (e.g., bloodwork, taking medications, ADL assistance) **that is necessary to achieve the resident's goals for health and well-being?** Do not include behaviors that have already been addressed (e.g., by discussion or care planning with the resident or family), and determined to be consistent with resident values, preferences, or goals.<br>0. **Behavior not exhibited**<br>1. **Behavior of this type occurred 1 to 3 days**<br>2. **Behavior of this type occurred 4 to 6 days,** but less than daily<br>3. **Behavior of this type occurred daily** |
|---|---|

**E0900. Wandering - Presence & Frequency**

| Enter Code<br>☐ | **Has the resident wandered?**<br>0. **Behavior not exhibited**<br>1. **Behavior of this type occurred 1 to 3 days**<br>2. **Behavior of this type occurred 4 to 6 days,** but less than daily<br>3. **Behavior of this type occurred daily** |
|---|---|

| Section G | Functional Status |
|---|---|

**G0110. Activities of Daily Living (ADL) Assistance**
Refer to the ADL flow chart in the RAI manual to facilitate accurate coding

**Instructions for Rule of 3**
- When an activity occurs three times at any one given level, code that level.
- When an activity occurs three times at multiple levels, code the most dependent, exceptions are total dependence (4), activity must require full assist every time, and activity did not occur (8), activity must not have occurred at all. Example, three times extensive assistance (3) and three times limited assistance (2), code extensive assistance (3).
- When an activity occurs at various levels, but not three times at any given level, apply the following:
  ○ When there is a combination of full staff performance, and extensive assistance, code extensive assistance.
  ○ When there is a combination of full staff performance, weight bearing assistance and/or non-weight bearing assistance code limited assistance (2).

**If none of the above are met, code supervision.**

**1. ADL Self-Performance**
Code for **resident's performance** over all shifts - not including setup. If the ADL activity occurred 3 or more times at various levels of assistance, code the most dependent - except for total dependence, which requires full staff performance every time

**Coding:**

**Activity Occurred 3 or More Times**
0. **Independent** - no help or staff oversight at any time
1. **Supervision** - oversight, encouragement or cueing
2. **Limited assistance** - resident highly involved in activity; staff provide guided maneuvering of limbs or other non-weight-bearing assistance
3. **Extensive assistance** - resident involved in activity, staff provide weight-bearing support
4. **Total dependence** - full staff performance every time during entire 7-day period

**Activity Occurred 2 or Fewer Times**
7. **Activity occurred only once or twice** - activity did occur but only once or twice
8. **Activity did not occur** - activity did not occur or family and/or non-facility staff provided care 100% of the time for that activity over the entire 7-day period

**2. ADL Support Provided**
Code for **most support provided** over all shifts; code regardless of resident's self-performance classification

**Coding:**
0. **No** setup or physical help from staff
1. **Setup** help only
2. **One** person physical assist
3. **Two+** persons physical assist
8. ADL activity itself **did not occur** or family and/or non-facility staff provided care 100% of the time for that activity over the entire 7-day period

| | 1.<br>Self-Performance | 2.<br>Support |
|---|---|---|
| | ↓ Enter Codes in Boxes ↓ | |
| **A.  Bed mobility** - how resident moves to and from lying position, turns side to side, and positions body while in bed or alternate sleep furniture | ☐ | ☐ |
| **B.  Transfer** - how resident moves between surfaces including to or from: bed, chair, wheelchair, standing position (**excludes** to/from bath/toilet) | ☐ | ☐ |
| **H.  Eating** - how resident eats and drinks, regardless of skill. Do not include eating/drinking during medication pass. Includes intake of nourishment by other means (e.g., tube feeding, total parenteral nutrition, IV fluids administered for nutrition or hydration) | ☐ | ☐ |
| **I.  Toilet use** - how resident uses the toilet room, commode, bedpan, or urinal; transfers on/off toilet; cleanses self after elimination; changes pad; manages ostomy or catheter; and adjusts clothes. Do not include emptying of bedpan, urinal, bedside commode, catheter bag or ostomy bag | ☐ | ☐ |

| Section H | Bladder and Bowel |
|---|---|

**H0200. Urinary Toileting Program**

Enter Code
☐

**A. Has a trial of a toileting program (e.g., scheduled toileting, prompted voiding, or bladder training)** been attempted on admission/entry or reentry or since urinary incontinence was noted in this facility?
0. **No** ⟶ Skip to H0500, Bowel Toileting Program
1. **Yes** ⟶ Continue to H0200C, Current toileting program or trial
9. **Unable to determine** ⟶ Continue to H0200C, Current toileting program or trial

Enter Code
☐

**C. Current toileting program or trial** - Is a toileting program (e.g., scheduled toileting, prompted voiding, or bladder training) currently being used to manage the resident's urinary continence?
0. **No**
1. **Yes**

**H0500. Bowel Toileting Program**

Enter Code
☐

**Is a toileting program currently being used to manage the resident's bowel continence?**
0. **No**
1. **Yes**

| Section I | Active Diagnoses |
|---|---|

**Active Diagnoses in the last 7 days - Check all that apply**

Diagnoses listed in parentheses are provided as examples and should not be considered as all-inclusive lists

**Infections**

- ☐ I2000. **Pneumonia**
- ☐ I2100. **Septicemia**

**Metabolic**

- ☐ I2900. **Diabetes Mellitus (DM)** (e.g., diabetic retinopathy, nephropathy, and neuropathy)

**Neurological**

- ☐ I4400. **Cerebral Palsy**
- ☐ I4900. **Hemiplegia or Hemiparesis**
- ☐ I5100. **Quadriplegia**
- ☐ I5200. **Multiple Sclerosis (MS)**
- ☐ I5300. **Parkinson's Disease**

**Pulmonary**

- ☐ I6200. **Asthma, Chronic Obstructive Pulmonary Disease (COPD), or Chronic Lung Disease** (e.g., chronic bronchitis and restrictive lung diseases such as asbestosis)
- ☐ I6300. **Respiratory Failure**

| Section J | Health Conditions |
|---|---|

**Other Health Conditions**

**J1100. Shortness of Breath (dyspnea)**

↓ **Check all that apply**

- ☐ C. **Shortness of breath** or trouble breathing **when lying flat**

**J1550. Problem Conditions**

↓ **Check all that apply**

- ☐ A. **Fever**
- ☐ B. **Vomiting**

| Section K | Swallowing/Nutritional Status |
|---|---|

**K0300. Weight Loss**

Enter Code ☐

**Loss of 5% or more in the last month or loss of 10% or more in last 6 months**
0. **No** or unknown
1. **Yes, on** physician-prescribed weight-loss regimen
2. **Yes, not on** physician-prescribed weight-loss regimen

**K0310. Weight Gain**

Enter Code ☐

**Gain of 5% or more in the last month or gain of 10% or more in last 6 months**
0. **No** or unknown
1. **Yes, on** physician-prescribed weight-gain regimen
2. **Yes, not on** physician-prescribed weight-gain regimen

| Section K | Swallowing/Nutritional Status |
|---|---|

**K0510. Nutritional Approaches**

Check all of the following nutritional approaches that were performed during the last **7 days**

| | 1. While NOT a Resident | 2. While a Resident |
|---|---|---|
| **1. While NOT a Resident**<br>Performed *while NOT a resident* of this facility and within the *last 7 days*. Only check column 1 if resident entered (admission or reentry) IN THE LAST 7 DAYS. If resident last entered 7 or more days ago, leave column 1 blank<br>**2. While a Resident**<br>Performed *while a resident* of this facility and within the *last 7 days* | | |
| | ↓ Check all that apply ↓ | |
| **A. Parenteral/IV feeding** | ☐ | ☐ |
| **B. Feeding tube** - nasogastric or abdominal (PEG) | ☐ | ☐ |

**K0710. Percent Intake by Artificial Route** - Complete K0710 only if Column 1 and/or Column 2 are checked for K0510A and/or K0510B

| | 1. While NOT a Resident | 2. While a Resident | 3. During Entire 7 Days |
|---|---|---|---|
| **1. While NOT a Resident**<br>Performed *while NOT a resident* of this facility and within the *last 7 days*. Only enter a code in column 1 if resident entered (admission or reentry) IN THE LAST 7 DAYS. If resident last entered 7 or more days ago, leave column 1 blank<br>**2. While a Resident**<br>Performed *while a resident* of this facility and within the *last 7 days*<br>**3. During Entire 7 Days**<br>Performed during the entire *last 7 days* | | | |
| | ↓ Enter Codes ↓ | | |
| **A. Proportion of total calories the resident received through parenteral or tube feeding**<br>1. **25% or less**<br>2. **26-50%**<br>3. **51% or more** | ☐ | ☐ | ☐ |
| **B. Average fluid intake per day by IV or tube feeding**<br>1. **500 cc/day or less**<br>2. **501 cc/day or more** | ☐ | ☐ | ☐ |

| Section M | Skin Conditions |
|---|---|

## Report based on highest stage of existing ulcer(s) at its worst; do not "reverse" stage

**M0210. Unhealed Pressure Ulcer(s)**

Enter Code ☐  **Does this resident have one or more unhealed pressure ulcer(s) at Stage 1 or higher?**
0. **No** → Skip to M1030, Number of Venous and Arterial Ulcers
1. **Yes** → Continue to M0300, Current Number of Unhealed Pressure Ulcers at Each Stage

**M0300. Current Number of Unhealed Pressure Ulcers at Each Stage**

Enter Number ☐  **B. Stage 2:** Partial thickness loss of dermis presenting as a shallow open ulcer with a red or pink wound bed, without slough. May also present as an intact or open/ruptured blister

  1. **Number of Stage 2 pressure ulcers**

Enter Number ☐  **C. Stage 3:** Full thickness tissue loss. Subcutaneous fat may be visible but bone, tendon or muscle is not exposed. Slough may be present but does not obscure the depth of tissue loss. May include undermining and tunneling

  1. **Number of Stage 3 pressure ulcers**

Enter Number ☐  **D. Stage 4:** Full thickness tissue loss with exposed bone, tendon or muscle. Slough or eschar may be present on some parts of the wound bed. Often includes undermining and tunneling

  1. **Number of Stage 4 pressure ulcers**

Enter Number ☐  **F. Unstageable - Slough and/or eschar:** Known but not stageable due to coverage of wound bed by slough and/or eschar

  1. **Number of unstageable pressure ulcers due to coverage of wound bed by slough and/or eschar**

| Section M | Skin Conditions |
|---|---|

### M1030. Number of Venous and Arterial Ulcers

| Enter Number ☐ | Enter the total number of venous and arterial ulcers present |
|---|---|

### M1040. Other Ulcers, Wounds and Skin Problems

↓ Check all that apply

**Foot Problems**

- ☐ A. **Infection of the foot** (e.g., cellulitis, purulent drainage)
- ☐ B. **Diabetic foot ulcer(s)**
- ☐ C. **Other open lesion(s) on the foot**

**Other Problems**

- ☐ D. **Open lesion(s) other than ulcers, rashes, cuts** (e.g., cancer lesion)
- ☐ E. **Surgical wound(s)**
- ☐ F. **Burn(s)** (second or third degree)
- ☐ G. **Skin tear(s)**
- ☐ H. **Moisture Associated Skin Damage (MASD)** (i.e. incontinence (IAD), perspiration, drainage)

**None of the Above**

- ☐ Z. **None of the above** were present

### M1200. Skin and Ulcer Treatments

↓ Check all that apply

- ☐ A. **Pressure reducing device for chair**
- ☐ B. **Pressure reducing device for bed**
- ☐ C. **Turning/repositioning program**
- ☐ D. **Nutrition or hydration intervention** to manage skin problems
- ☐ E. **Pressure ulcer care**
- ☐ F. **Surgical wound care**
- ☐ G. **Application of nonsurgical dressings** (with or without topical medications) other than to feet
- ☐ H. **Applications of ointments/medications** other than to feet
- ☐ I. **Application of dressings to feet** (with or without topical medications)
- ☐ Z. **None of the above** were provided

| Section N | Medications |
|---|---|

### N0300. Injections

| Enter Days ☐ | **Record the number of days that injections of any type** were received during the last 7 days or since admission/entry or reentry if less than 7 days. If 0 → Skip to O0100, Special Treatments, Procedures, and Programs |
|---|---|

### N0350. Insulin

| Enter Days ☐ | A. **Insulin injections - Record the number of days that insulin injections** were received during the last 7 days or since admission/entry or reentry if less than 7 days |
|---|---|
| Enter Days ☐ | B. **Orders for insulin - Record the number of days the physician (or authorized assistant or practitioner) changed the resident's insulin orders** during the last 7 days or since admission/entry or reentry if less than 7 days |

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

## O0100. Special Treatments, Procedures, and Programs

Check all of the following treatments, procedures and programs that were performed during the last **14 days**

| | 1. While NOT a Resident | 2. While a Resident |
|---|---|---|
| **1. While NOT a Resident**<br>Performed **while NOT a resident** of this facility and within the **last 14 days**. Only check column 1 if resident entered (admission or reentry) IN THE LAST 14 DAYS. If resident last entered 14 or more days ago, leave column 1 blank<br>**2. While a Resident**<br>Performed **while a resident** of this facility and within the **last 14 days** | ↓ Check all that apply ↓ | |

**Cancer Treatments**

| | 1 | 2 |
|---|---|---|
| A. Chemotherapy | | ☐ |
| B. Radiation | | ☐ |

**Respiratory Treatments**

| | 1 | 2 |
|---|---|---|
| C. Oxygen therapy | | ☐ |
| E. Tracheostomy care | | ☐ |
| F. Ventilator or respirator | | ☐ |

**Other**

| | 1 | 2 |
|---|---|---|
| H. IV medications | | ☐ |
| I. Transfusions | | ☐ |
| J. Dialysis | | ☐ |
| M. Isolation or quarantine for active infectious disease (does not include standard body/fluid precautions) | | ☐ |

## O0400. Therapies

**A. Speech-Language Pathology and Audiology Services**

Enter Number of Minutes
☐☐☐☐

**1. Individual minutes** - record the total number of minutes this therapy was administered to the resident **individually** in the last 7 days

Enter Number of Minutes
☐☐☐☐

**2. Concurrent minutes** - record the total number of minutes this therapy was administered to the resident **concurrently with one other resident** in the last 7 days

Enter Number of Minutes
☐☐☐☐

**3. Group minutes** - record the total number of minutes this therapy was administered to the resident as **part of a group of residents** in the last 7 days

**If the sum of individual, concurrent, and group minutes is zero,** → skip to O0400A5, Therapy start date

Enter Number of Minutes
☐☐☐☐

**3A. Co-treatment minutes** - record the total number of minutes this therapy was administered to the resident in **co-treatment sessions** in the last 7 days

Enter Number of Days
☐☐

**4. Days** - record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

**5. Therapy start date** - record the date the most recent therapy regimen (since the most recent entry) started

☐☐ – ☐☐ – ☐☐☐☐
Month — Day — Year

**6. Therapy end date** - record the date the most recent therapy regimen (since the most recent entry) ended - enter dashes if therapy is ongoing

☐☐ – ☐☐ – ☐☐☐☐
Month — Day — Year

**O0400 continued on next page**

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

**O0400. Therapies** - Continued

**B. Occupational Therapy**

Enter Number of Minutes
[ ][ ][ ][ ]

1. **Individual minutes -** record the total number of minutes this therapy was administered to the resident **individually** in the last 7 days

Enter Number of Minutes
[ ][ ][ ][ ]

2. **Concurrent minutes -** record the total number of minutes this therapy was administered to the resident **concurrently with one other resident** in the last 7 days

Enter Number of Minutes
[ ][ ][ ][ ]

3. **Group minutes -** record the total number of minutes this therapy was administered to the resident as **part of a group of residents** in the last 7 days

**If the sum of individual, concurrent, and group minutes is zero,** → skip to O0400B5, Therapy start date

Enter Number of Minutes
[ ][ ][ ][ ]

3A. **Co-treatment minutes -** record the total number of minutes this therapy was administered to the resident in **co-treatment sessions** in the last 7 days

Enter Number of Days
[ ]

4. **Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

5. **Therapy start date -** record the date the most recent therapy regimen (since the most recent entry) started

6. **Therapy end date -** record the date the most recent therapy regimen (since the most recent entry) ended - enter dashes if therapy is ongoing

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month    Day    Year

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month    Day    Year

**C. Physical Therapy**

Enter Number of Minutes
[ ][ ][ ][ ]

1. **Individual minutes -** record the total number of minutes this therapy was administered to the resident **individually** in the last 7 days

Enter Number of Minutes
[ ][ ][ ][ ]

2. **Concurrent minutes -** record the total number of minutes this therapy was administered to the resident **concurrently with one other resident** in the last 7 days

Enter Number of Minutes
[ ][ ][ ][ ]

3. **Group minutes -** record the total number of minutes this therapy was administered to the resident as **part of a group of residents** in the last 7 days

**If the sum of individual, concurrent, and group minutes is zero,** → skip to O0400C5, Therapy start date

Enter Number of Minutes
[ ][ ][ ][ ]

3A. **Co-treatment minutes -** record the total number of minutes this therapy was administered to the resident in **co-treatment sessions** in the last 7 days

Enter Number of Days
[ ]

4. **Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

5. **Therapy start date -** record the date the most recent therapy regimen (since the most recent entry) started

6. **Therapy end date -** record the date the most recent therapy regimen (since the most recent entry) ended - enter dashes if therapy is ongoing

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month    Day    Year

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month    Day    Year

**D. Respiratory Therapy**

Enter Number of Days
[ ]

2. **Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

**O0420. Distinct Calendar Days of Therapy**

Enter Number of Days
[ ]

Record the number of calendar days that the resident received Speech-Language Pathology and Audiology Services, Occupational Therapy, or Physical Therapy for at least 15 minutes in the past 7 days.

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

**O0450.  Resumption of Therapy** - Complete only if A0310C  = 2 or 3 and A0310F = 99

| Enter Code | |
|---|---|
| ☐ | **A.  Has a previous rehabilitation therapy regimen (speech, occupational, and/or physical therapy) ended, as reported on this End of Therapy OMRA, and has this regimen now resumed at exactly the same level for each discipline?**<br>0.  **No** ➡ Skip to O0500, Restorative Nursing Programs<br>1.  **Yes**<br><br>**B.  Date on which therapy regimen resumed:**<br>☐☐ – ☐☐ – ☐☐☐☐<br>  Month      Day        Year |

**O0500.  Restorative Nursing Programs**

Record the **number of days** each of the following restorative programs was performed (for at least 15 minutes a day) in the last 7 calendar days (enter 0 if none or less than 15 minutes daily)

| Number of Days | Technique |
|---|---|
| ☐ | **A.  Range of motion (passive)** |
| ☐ | **B.  Range of motion (active)** |
| ☐ | **C.  Splint or brace assistance** |

| Number of Days | Training and Skill Practice In: |
|---|---|
| ☐ | **D.  Bed mobility** |
| ☐ | **E.  Transfer** |
| ☐ | **F.  Walking** |
| ☐ | **G.  Dressing and/or grooming** |
| ☐ | **H.  Eating and/or swallowing** |
| ☐ | **I.  Amputation/prostheses care** |
| ☐ | **J.  Communication** |

| Section Q | Participation in Assessment and Goal Setting |
|---|---|

**Q0100.  Participation in Assessment**

| Enter Code | |
|---|---|
| ☐ | **A.  Resident participated in assessment**<br>0.  **No**<br>1.  **Yes** |
| ☐ | **B.  Family or significant other participated in assessment**<br>0.  **No**<br>1.  **Yes**<br>9.  **Resident has no family or significant other** |
| ☐ | **C.  Guardian or legally authorized representative participated in assessment**<br>0.  **No**<br>1.  **Yes**<br>9.  **Resident has no guardian or legally authorized representative** |

| Section X | Correction Request |
|-----------|--------------------|

**Complete Section X only if A0050 = 2 or 3**

**Identification of Record to be Modified/Inactivated** - The following items identify the existing assessment record that is in error.  In this section, reproduce the information EXACTLY as it appeared on the existing erroneous record, even if the information is incorrect. This information is necessary to locate the existing record in the National MDS Database.

---

**X0150.  Type of Provider** (A0200 on existing record to be modified/inactivated)

Enter Code [   ]   **Type of provider**
1. **Nursing home (SNF/NF)**
2. **Swing Bed**

---

**X0200.  Name of Resident** (A0500 on existing record to be modified/inactivated)

**A.  First name:**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**C.  Last name:**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

---

**X0300.  Gender** (A0800 on existing record to be modified/inactivated)

Enter Code [   ]
1. **Male**
2. **Female**

---

**X0400.  Birth Date** (A0900 on existing record to be modified/inactivated)

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month      Day      Year

---

**X0500.  Social Security Number** (A0600A on existing record to be modified/inactivated)

[ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

---

**X0600.  Type of Assessment** (A0310 on existing record to be modified/inactivated)

Enter Code [   ]   **A.  Federal OBRA Reason for Assessment**
01. **Admission** assessment (required by day 14)
02. **Quarterly** review assessment
03. **Annual** assessment
04. **Significant change in status** assessment
05. **Significant correction** to **prior comprehensive** assessment
06. **Significant correction** to **prior quarterly** assessment
99. **None of the above**

Enter Code [   ]   **B.  PPS Assessment**
**PPS Scheduled Assessments for a Medicare Part A Stay**
01. **5-day** scheduled assessment
02. **14-day** scheduled assessment
03. **30-day** scheduled assessment
04. **60-day** scheduled assessment
05. **90-day** scheduled assessment
**PPS Unscheduled Assessments for a Medicare Part A Stay**
07. **Unscheduled assessment used for PPS** (OMRA, significant or clinical change, or significant correction assessment)
**Not PPS Assessment**
99. **None of the above**

Enter Code [   ]   **C.  PPS Other Medicare Required Assessment - OMRA**
0. **No**
1. **Start of therapy** assessment
2. **End of therapy** assessment
3. **Both Start and End of therapy** assessment
4. **Change of therapy** assessment

| **X0600 continued on next page** |
|---|

---

| Section X | Correction Request |
|---|---|

### X0600. Type of Assessment - Continued

| Enter Code | D. **Is this a Swing Bed clinical change assessment?** Complete only if X0150 = 2 |
|---|---|
| ☐ | 0. **No** |
| | 1. **Yes** |

| Enter Code | F. **Entry/discharge reporting** |
|---|---|
| ☐☐ | 01. **Entry** tracking record |
| | 10. **Discharge** assessment-**return not anticipated** |
| | 11. **Discharge** assessment-**return anticipated** |
| | 12. **Death in facility** tracking record |
| | 99. **None of the above** |

### X0700. Date on existing record to be modified/inactivated - **Complete one only**

A. **Assessment Reference Date** (A2300 on existing record to be modified/inactivated) - Complete only if X0600F = 99

☐☐ – ☐☐ – ☐☐☐☐
Month – Day – Year

B. **Discharge Date** (A2000 on existing record to be modified/inactivated) - Complete only if X0600F = 10, 11, or 12

☐☐ – ☐☐ – ☐☐☐☐
Month – Day – Year

C. **Entry Date** (A1600 on existing record to be modified/inactivated) - Complete only if X0600F = 01

☐☐ – ☐☐ – ☐☐☐☐
Month – Day – Year

### Correction Attestation Section - Complete this section to explain and attest to the modification/inactivation request

### X0800. Correction Number

| Enter Number | |
|---|---|
| ☐☐ | Enter the number of correction requests to modify/inactivate the existing record, including the present one |

### X0900. Reasons for Modification - Complete only if Type of Record is to modify a record in error (A0050 = 2)

↓ Check all that apply

☐ A. **Transcription error**
☐ B. **Data entry error**
☐ C. **Software product error**
☐ D. **Item coding error**
☐ E. **End of Therapy - Resumption (EOT-R) date**
☐ Z. **Other error requiring modification**
  If "Other" checked, please specify:

### X1050. Reasons for Inactivation - Complete only if Type of Record is to inactivate a record in error (A0050 = 3)

↓ Check all that apply

☐ A. **Event did not occur**
☐ Z. **Other error requiring inactivation**
  If "Other" checked, please specify:

| Section X | Correction Request |
|---|---|

**X1100.  RN Assessment Coordinator Attestation of Completion**

**A.  Attesting individual's first name:**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**B.  Attesting individual's last name:**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**C.  Attesting individual's title:**

**D.  Signature**

**E.  Attestation date**

| | | – | | | – | | | | |
|---|---|---|---|---|---|---|---|---|---|

Month    Day    Year

| Section Z | Assessment Administration |
|---|---|

**Z0100. Medicare Part A Billing**

**A. Medicare Part A HIPPS code** (RUG group followed by assessment type indicator)**:**

☐☐☐☐☐☐☐

**B. RUG version code:**

☐☐☐☐☐☐☐☐☐☐

**C. Is this a Medicare Short Stay assessment?**
   0. **No**
   1. **Yes**

Enter Code ☐

**Z0150. Medicare Part A Non-Therapy Billing**

**A. Medicare Part A non-therapy HIPPS code** (RUG group followed by assessment type indicator)**:**

☐☐☐☐☐☐☐

**B. RUG version code:**

☐☐☐☐☐☐☐☐☐☐

**Z0300. Insurance Billing**

**A. RUG billing code:**

☐☐☐☐☐☐☐☐☐

**B. RUG billing version:**

☐☐☐☐☐☐☐☐☐

| Section Z | Assessment Administration |
|---|---|

**Z0400. Signature of Persons Completing the Assessment or Entry/Death Reporting**

I certify that the accompanying information accurately reflects resident assessment information for this resident and that I collected or coordinated collection of this information on the dates specified. To the best of my knowledge, this information was collected in accordance with applicable Medicare and Medicaid requirements. I understand that this information is used as a basis for ensuring that residents receive appropriate and quality care, and as a basis for payment from federal funds. I further understand that payment of such federal funds and continued participation in the government-funded health care programs is conditioned on the accuracy and truthfulness of this information, and that I may be personally subject to or may subject my organization to substantial criminal, civil, and/or administrative penalties for submitting false information. I also certify that I am authorized to submit this information by this facility on its behalf.

| Signature | Title | Sections | Date Section Completed |
|---|---|---|---|
| A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |

**Z0500. Signature of RN Assessment Coordinator Verifying Assessment Completion**

A. Signature: _____

B. Date RN Assessment Coordinator signed assessment as complete:

☐☐ – ☐☐ – ☐☐☐☐
Month    Day    Year

**Legal Notice Regarding MDS 3.0** - Copyright 2011 United States of America and interRAI. This work may be freely used and distributed solely within the United States. Portions of the MDS 3.0 are under separate copyright protections; Pfizer Inc. holds the copyright for the PHQ-9; Confusion Assessment Method. © 1988, 2003, Hospital Elder Life Program. All rights reserved. Adapted from: Inouye SK et al. Ann Intern Med. 1990; 113:941-8. Both Pfizer Inc. and the Hospital Elder Life Program, LLC have granted permission to use these instruments in association with the MDS 3.0.

## MINIMUM DATA SET (MDS) - Version 3.0
## RESIDENT ASSESSMENT AND CARE SCREENING
### *Nursing Home OMRA-Discharge (NOD) Item Set*

| Section A | Identification Information |
|---|---|

**A0050. Type of Record**

Enter Code ☐

1. **Add new record** ➞ Continue to A0100, Facility Provider Numbers
2. **Modify existing record** ➞ Continue to A0100, Facility Provider Numbers
3. **Inactivate existing record** ➞ Skip to X0150, Type of Provider

**A0100. Facility Provider Numbers**

**A. National Provider Identifier (NPI):**

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

**B. CMS Certification Number (CCN):**

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

**C. State Provider Number:**

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

**A0200. Type of Provider**

Enter Code ☐

Type of provider
1. **Nursing home (SNF/NF)**
2. **Swing Bed**

**A0310. Type of Assessment**

Enter Code ☐☐

**A. Federal OBRA Reason for Assessment**
01. **Admission** assessment (required by day 14)
02. **Quarterly** review assessment
03. **Annual** assessment
04. **Significant change in status** assessment
05. **Significant correction** to **prior comprehensive** assessment
06. **Significant correction** to **prior quarterly** assessment
99. **None of the above**

Enter Code ☐☐

**B. PPS Assessment**
<u>PPS Scheduled Assessments for a Medicare Part A Stay</u>
01. **5-day** scheduled assessment
02. **14-day** scheduled assessment
03. **30-day** scheduled assessment
04. **60-day** scheduled assessment
05. **90-day** scheduled assessment
<u>PPS Unscheduled Assessments for a Medicare Part A Stay</u>
07. **Unscheduled assessment used for PPS** (OMRA, significant or clinical change, or significant correction assessment)
<u>Not PPS Assessment</u>
99. **None of the above**

Enter Code ☐

**C. PPS Other Medicare Required Assessment - OMRA**
0. **No**
1. **Start of therapy** assessment
2. **End of therapy** assessment
3. **Both Start and End of therapy** assessment
4. **Change of therapy** assessment

Enter Code ☐

**D. Is this a Swing Bed clinical change assessment?** Complete only if A0200 = 2
0. **No**
1. **Yes**

**A0310 continued on next page**

| Section A | Identification Information |
|---|---|

### A0310. Type of Assessment - Continued

**Enter Code** ☐

**E. Is this assessment the first assessment** (OBRA, Scheduled PPS, or Discharge) **since the most recent admission/entry or reentry?**
- 0. **No**
- 1. **Yes**

**Enter Code** ☐☐

**F. Entry/discharge reporting**
- 01. **Entry** tracking record
- 10. **Discharge** assessment-**return not anticipated**
- 11. **Discharge** assessment-**return anticipated**
- 12. **Death in facility** tracking record
- 99. **None of the above**

**Enter Code** ☐

**G. Type of discharge** - Complete only if A0310F = 10 or 11
- 1. **Planned**
- 2. **Unplanned**

### A0410. Unit Certification or Licensure Designation

**Enter Code** ☐

1. **Unit is neither Medicare nor Medicaid certified and MDS data is not required by the State**
2. **Unit is neither Medicare nor Medicaid certified but MDS data is required by the State**
3. **Unit is  Medicare and/or Medicaid certified**

### A0500. Legal Name of Resident

**A. First name:** ☐☐☐☐☐☐☐☐☐☐        **B. Middle initial:** ☐

**C. Last name:** ☐☐☐☐☐☐☐☐☐☐☐☐        **D. Suffix:** ☐☐☐

### A0600. Social Security and Medicare Numbers

**A. Social Security Number:** ☐☐☐ – ☐☐ – ☐☐☐☐

**B. Medicare number** (or comparable railroad insurance number)**:** ☐☐☐☐☐☐☐☐☐☐☐☐

### A0700. Medicaid Number - Enter "+" if pending, "N" if not a Medicaid recipient

☐☐☐☐☐☐☐☐☐☐☐☐

### A0800. Gender

**Enter Code** ☐

1. **Male**
2. **Female**

### A0900. Birth Date

☐☐ – ☐☐ – ☐☐☐☐
Month    Day    Year

### A1000. Race/Ethnicity

↓ Check all that apply

- ☐ **A. American Indian or Alaska Native**
- ☐ **B. Asian**
- ☐ **C. Black or African American**
- ☐ **D. Hispanic or Latino**
- ☐ **E. Native Hawaiian or Other Pacific Islander**
- ☐ **F. White**

| Section A | Identification Information |
|---|---|

### A1100. Language

**Enter Code** ☐

**A. Does the resident need or want an interpreter to communicate with a doctor or health care staff?**
- 0. **No** → Skip to A1200, Marital Status
- 1. **Yes** → Specify in A1100B, Preferred language
- 9. **Unable to determine** → Skip to A1200, Marital Status

**B. Preferred language:**

☐☐☐☐☐☐☐☐☐☐☐☐☐

### A1200. Marital Status

**Enter Code** ☐

1. **Never married**
2. **Married**
3. **Widowed**
4. **Separated**
5. **Divorced**

### A1300. Optional Resident Items

**A. Medical record number:**

☐☐☐☐☐☐☐☐☐☐

**B. Room number:**

☐☐☐☐☐☐☐☐

**C. Name by which resident prefers to be addressed:**

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

**D. Lifetime occupation(s)** - put "/" between two occupations:

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

---

### Most Recent Admission/Entry or Reentry into this Facility

### A1600. Entry Date

☐☐ – ☐☐ – ☐☐☐☐
Month    Day    Year

### A1700. Type of Entry

**Enter Code** ☐

1. **Admission**
2. **Reentry**

### A1800. Entered From

**Enter Code** ☐☐

- 01. **Community** (private home/apt., board/care, assisted living, group home)
- 02. **Another nursing home or swing bed**
- 03. **Acute hospital**
- 04. **Psychiatric hospital**
- 05. **Inpatient rehabilitation facility**
- 06. **ID/DD facility**
- 07. **Hospice**
- 09. **Long Term Care Hospital** (LTCH)
- 99. **Other**

---

### A1900. Admission Date (Date this episode of care in this facility began)

☐☐ – ☐☐ – ☐☐☐☐
Month    Day    Year

| Section A | Identification Information |
|---|---|

**A2000. Discharge Date**
Complete only if A0310F = 10, 11, or 12

☐☐ – ☐☐ – ☐☐☐☐
Month   Day   Year

**A2100. Discharge Status**
Complete only if A0310F = 10, 11, or 12

Enter Code ☐☐
- 01. **Community** (private home/apt., board/care, assisted living, group home)
- 02. **Another nursing home or swing bed**
- 03. **Acute hospital**
- 04. **Psychiatric hospital**
- 05. **Inpatient rehabilitation facility**
- 06. **ID/DD facility**
- 07. **Hospice**
- 08. **Deceased**
- 09. **Long Term Care Hospital** (LTCH)
- 99. **Other**

**A2300. Assessment Reference Date**

Observation end date:

☐☐ – ☐☐ – ☐☐☐☐
Month   Day   Year

**A2400. Medicare Stay**

Enter Code ☐
**A.** Has the resident had a Medicare-covered stay since the most recent entry?
- 0. **No** → Skip to B0100, Comatose
- 1. **Yes** → Continue to A2400B, Start date of most recent Medicare stay

**B.** Start date of most recent Medicare stay:

☐☐ – ☐☐ – ☐☐☐☐
Month   Day   Year

**C.** End date of most recent Medicare stay - Enter dashes if stay is ongoing:

☐☐ – ☐☐ – ☐☐☐☐
Month   Day   Year

## Look back period for all items is 7 days unless another time frame is indicated

| Section B | Hearing, Speech, and Vision |
|---|---|

**B0100. Comatose**

Enter Code ☐
**Persistent vegetative state/no discernible consciousness**
- 0. **No** → Continue to B0700, Makes Self Understood
- 1. **Yes** → Skip to G0110, Activities of Daily Living (ADL) Assistance

**B0700. Makes Self Understood**

Enter Code ☐
**Ability to express ideas and wants,** consider both verbal and non-verbal expression
- 0. **Understood**
- 1. **Usually understood** - difficulty communicating some words or finishing thoughts **but** is able if prompted or given time
- 2. **Sometimes understood** - ability is limited to making concrete requests
- 3. **Rarely/never understood**

| **Section C** | **Cognitive Patterns** |
|---|---|

**C0100.** Should Brief Interview for Mental Status (C0200-C0500) be Conducted?

Attempt to conduct interview with all residents

Enter Code ☐
- 0. **No** (resident is rarely/never understood) ➜ Skip to and complete C0700-C1000, Staff Assessment for Mental Status
- 1. **Yes** ➜ Continue to C0200, Repetition of Three Words

---

**Brief Interview for Mental Status (BIMS)**

**C0200.** Repetition of Three Words

Enter Code ☐

Ask resident: *"I am going to say three words for you to remember. Please repeat the words after I have said all three. The words are: **sock, blue, and bed.** Now tell me the three words."*

**Number of words repeated after first attempt**
- 0. **None**
- 1. **One**
- 2. **Two**
- 3. **Three**

After the resident's first attempt, repeat the words using cues ("*sock, something to wear; blue, a color; bed, a piece of furniture*"). You may repeat the words up to two more times.

**C0300.** Temporal Orientation (orientation to year, month, and day)

Enter Code ☐

Ask resident: "*Please tell me what year it is right now.*"
**A. Able to report correct year**
- 0. **Missed by > 5 years** or no answer
- 1. **Missed by 2-5 years**
- 2. **Missed by 1 year**
- 3. **Correct**

Enter Code ☐

Ask resident: "*What month are we in right now?*"
**B. Able to report correct month**
- 0. **Missed by > 1 month** or no answer
- 1. **Missed by 6 days to 1 month**
- 2. **Accurate within 5 days**

Enter Code ☐

Ask resident: "*What day of the week is today?*"
**C. Able to report correct day of the week**
- 0. **Incorrect** or no answer
- 1. **Correct**

**C0400.** Recall

Enter Code ☐

Ask resident: "*Let's go back to an earlier question. What were those three words that I asked you to repeat?*"
If unable to remember a word, give cue (something to wear; a color; a piece of furniture) for that word.
**A. Able to recall "sock"**
- 0. **No** - could not recall
- 1. **Yes, after cueing** ("something to wear")
- 2. **Yes, no cue required**

Enter Code ☐

**B. Able to recall "blue"**
- 0. **No** - could not recall
- 1. **Yes, after cueing** ("a color")
- 2. **Yes, no cue required**

Enter Code ☐

**C. Able to recall "bed"**
- 0. **No** - could not recall
- 1. **Yes, after cueing** ("a piece of furniture")
- 2. **Yes, no cue required**

**C0500.** Summary Score

Enter Score ☐☐

**Add scores** for questions C0200-C0400 and fill in total score (00-15)
**Enter 99 if the resident was unable to complete the interview**

| Section C | Cognitive Patterns |
|-----------|--------------------|

**C0600. Should the Staff Assessment for Mental Status (C0700 - C1000) be Conducted?**

Enter Code [ ]
- 0. **No** (resident was able to complete interview ) ➡ Skip to C1300, Signs and Symptoms of Delirium
- 1. **Yes** (resident was unable to complete interview) ➡ Continue to C0700, Short-term Memory OK

---

**Staff Assessment for Mental Status**

Do not conduct if Brief Interview for Mental Status (C0200-C0500) was completed

**C0700. Short-term Memory OK**

Enter Code [ ]   **Seems or appears to recall after 5 minutes**
- 0. **Memory OK**
- 1. **Memory problem**

**C1000. Cognitive Skills for Daily Decision Making**

Enter Code [ ]   **Made decisions regarding tasks of daily life**
- 0. **Independent** - decisions consistent/reasonable
- 1. **Modified independence** - some difficulty in new situations only
- 2. **Moderately impaired** - decisions poor; cues/supervision required
- 3. **Severely impaired** - never/rarely made decisions

---

**Delirium**

**C1300. Signs and Symptoms of Delirium (from CAM©)***

Code **after completing** Brief Interview for Mental Status or Staff Assessment, and reviewing medical record

| Coding: | ↓ **Enter Codes in Boxes** | |
|---------|------|------|
| 0. **Behavior not present**<br>1. **Behavior continuously present, does not fluctuate**<br>2. **Behavior present, fluctuates** (comes and goes, changes in severity) | [ ] | **A. Inattention** - Did the resident have difficulty focusing attention (easily distracted, out of touch or difficulty following what was said)? |
| | [ ] | **B. Disorganized thinking** - Was the resident's thinking disorganized or incoherent (rambling or irrelevant conversation, unclear or illogical flow of ideas, or unpredictable switching from subject to subject)? |
| | [ ] | **C. Altered level of consciousness** - Did the resident have altered level of consciousness (e.g., **vigilant** - startled easily to any sound or touch; **lethargic** - repeatedly dozed off when being asked questions, but responded to voice or touch; **stuporous** - very difficult to arouse and keep aroused for the interview; **comatose** - could not be aroused)? |
| | [ ] | **D. Psychomotor retardation** - Did the resident have an unusually decreased level of activity such as sluggishness, staring into space, staying in one position, moving very slowly? |

**C1600. Acute Onset Mental Status Change**

Enter Code [ ]   **Is there evidence of an acute change in mental status** from the resident's baseline?
- 0. **No**
- 1. **Yes**

*Adapted from Confusion Assessment Method. ©1988, 2003, Hospital Elder Life Program, LLC. Not to be reproduced without permission. All rights reserved.*

| Section D | Mood |
|---|---|

**D0100. Should Resident Mood Interview be Conducted?** - Attempt to conduct interview with all residents

Enter Code [ ]

0. **No** (resident is rarely/never understood) ➔ Skip to and complete D0500-D0600, Staff Assessment of Resident Mood (PHQ-9-OV)
1. **Yes** ➔ Continue to D0200, Resident Mood Interview (PHQ-9©)

**D0200. Resident Mood Interview (PHQ-9©)**

Say to resident: **"Over the last 2 weeks, have you been bothered by any of the following problems?"**

If symptom is present, enter 1 (yes) in column 1, Symptom Presence.
If yes in column 1, then ask the resident: "*About how often have you been bothered by this?*"
Read and show the resident a card with the symptom frequency choices. Indicate response in column 2, Symptom Frequency.

**1. Symptom Presence**
  0. **No** (enter 0 in column 2)
  1. **Yes** (enter 0-3 in column 2)
  9. **No response** (leave column 2 blank)

**2. Symptom Frequency**
  0. **Never or 1 day**
  1. **2-6 days** (several days)
  2. **7-11 days** (half or more of the days)
  3. **12-14 days** (nearly every day)

| | 1. Symptom Presence | 2. Symptom Frequency |
|---|---|---|
| | ↓ Enter Scores in Boxes ↓ | |
| A. *Little interest or pleasure in doing things* | [ ] | [ ] |
| B. *Feeling down, depressed, or hopeless* | [ ] | [ ] |
| C. *Trouble falling or staying asleep, or sleeping too much* | [ ] | [ ] |
| D. *Feeling tired or having little energy* | [ ] | [ ] |
| E. *Poor appetite or overeating* | [ ] | [ ] |
| F. *Feeling bad about yourself - or that you are a failure or have let yourself or your family down* | [ ] | [ ] |
| G. *Trouble concentrating on things, such as reading the newspaper or watching television* | [ ] | [ ] |
| H. *Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual* | [ ] | [ ] |
| I. *Thoughts that you would be better off dead, or of hurting yourself in some way* | [ ] | [ ] |

**D0300. Total Severity Score**

Enter Score [ ]

**Add scores for all frequency responses in Column 2,** Symptom Frequency. Total score must be between 00 and 27. Enter 99 if unable to complete interview (i.e., Symptom Frequency is blank for 3 or more items).

**D0350. Safety Notification** - Complete only if D0200I1 = 1 indicating possibility of resident self harm

Enter Code [ ]

Was responsible staff or provider informed that there is a potential for resident self harm?
  0. **No**
  1. **Yes**

*Copyright © Pfizer Inc. All rights reserved. Reproduced with permission.*

| Section D | Mood |
|---|---|

### D0500.  Staff Assessment of Resident Mood (PHQ-9-OV*)

Do not conduct if Resident Mood Interview (D0200-D0300) was completed

**Over the last 2 weeks, did the resident have any of the following problems or behaviors?**

If symptom is present, enter 1 (yes) in column 1, Symptom Presence.
Then move to column 2, Symptom Frequency, and indicate symptom frequency.

**1.  Symptom Presence**
0.  **No** (enter 0 in column 2)
1.  **Yes** (enter 0-3 in column 2)

**2.  Symptom Frequency**
0.  **Never or 1 day**
1.  **2-6 days** (several days)
2.  **7-11 days** (half or more of the days)
3.  **12-14 days** (nearly every day)

| | 1. Symptom Presence | 2. Symptom Frequency |
|---|---|---|
| | ↓ Enter Scores in Boxes ↓ | |
| A.   Little interest or pleasure in doing things | ☐ | ☐ |
| B.   Feeling or appearing down, depressed, or hopeless | ☐ | ☐ |
| C.   Trouble falling or staying asleep, or sleeping too much | ☐ | ☐ |
| D.   Feeling tired or having little energy | ☐ | ☐ |
| E.   Poor appetite or overeating | ☐ | ☐ |
| F.   Indicating that s/he feels bad about self, is a failure, or has let self or family down | ☐ | ☐ |
| G.   Trouble concentrating on things, such as reading the newspaper or watching television | ☐ | ☐ |
| H.   Moving or speaking so slowly that other people have noticed.  Or the opposite - being so fidgety or restless that s/he has been moving around a lot more than usual | ☐ | ☐ |
| I.   States that life isn't worth living, wishes for death, or attempts to harm self | ☐ | ☐ |
| J.   Being short-tempered, easily annoyed | ☐ | ☐ |

### D0600.  Total Severity Score

| Enter Score | |
|---|---|
| ☐☐ | **Add scores for all frequency responses in Column 2**, Symptom Frequency.  Total score must be between 00 and 30. |

### D0650.  Safety Notification - Complete only if D0500I1 = 1 indicating possibility of resident self harm

| Enter Code | |
|---|---|
| ☐ | **Was responsible staff or provider informed that there is a potential for resident self harm?**<br>0.  **No**<br>1.  **Yes** |

*Copyright © Pfizer Inc.  All rights reserved.*

| Section E | Behavior |
|---|---|

**E0100.  Potential Indicators of Psychosis**

↓ Check all that apply

| | |
|---|---|
| ☐ | **A.  Hallucinations** (perceptual experiences in the absence of real external sensory stimuli) |
| ☐ | **B.  Delusions** (misconceptions or beliefs that are firmly held, contrary to reality) |
| ☐ | **Z.  None of the above** |

**Behavioral Symptoms**

**E0200.  Behavioral Symptom - Presence & Frequency**

Note presence of symptoms and their frequency

| Coding: | ↓ Enter Codes in Boxes | |
|---|---|---|
| 0. **Behavior not exhibited**<br>1. **Behavior of this type occurred 1 to 3 days**<br>2. **Behavior of this type occurred 4 to 6 days,** but less than daily<br>3. **Behavior of this type occurred daily** | ☐ | **A.**  **Physical behavioral symptoms directed toward others** (e.g., hitting, kicking, pushing, scratching, grabbing, abusing others sexually) |
| | ☐ | **B.**  **Verbal behavioral symptoms directed toward others** (e.g., threatening others, screaming at others, cursing at others) |
| | ☐ | **C.**  **Other behavioral symptoms not directed toward others** (e.g., physical symptoms such as hitting or scratching self, pacing, rummaging, public sexual acts, disrobing in public, throwing or smearing food or bodily wastes, or verbal/vocal symptoms like screaming, disruptive sounds) |

**E0800.  Rejection of Care - Presence & Frequency**

| Enter Code<br>☐ | **Did the resident reject evaluation or care** (e.g., bloodwork, taking medications, ADL assistance) **that is necessary to achieve the resident's goals for health and well-being?**  Do not include behaviors that have already been addressed (e.g., by discussion or care planning with the resident or family), and determined to be consistent with resident values, preferences, or goals.<br>0. **Behavior not exhibited**<br>1. **Behavior of this type occurred 1 to 3 days**<br>2. **Behavior of this type occurred 4 to 6 days,** but less than daily<br>3. **Behavior of this type occurred daily** |
|---|---|

**E0900.  Wandering - Presence & Frequency**

| Enter Code<br>☐ | **Has the resident wandered?**<br>0. **Behavior not exhibited**<br>1. **Behavior of this type occurred 1 to 3 days**<br>2. **Behavior of this type occurred 4 to 6 days,** but less than daily<br>3. **Behavior of this type occurred daily** |
|---|---|

| Section G | Functional Status |
|---|---|

**G0110. Activities of Daily Living (ADL) Assistance**
Refer to the ADL flow chart in the RAI manual to facilitate accurate coding

**Instructions for Rule of 3**
- When an activity occurs three times at any one given level, code that level.
- When an activity occurs three times at multiple levels, code the most dependent, exceptions are total dependence (4), activity must require full assist every time, and activity did not occur (8), activity must not have occurred at all. Example, three times extensive assistance (3) and three times limited assistance (2), code extensive assistance (3).
- When an activity occurs at various levels, but not three times at any given level, apply the following:
  ○ When there is a combination of full staff performance, and extensive assistance, code extensive assistance.
  ○ When there is a combination of full staff performance, weight bearing assistance and/or non-weight bearing assistance code limited assistance (2).
**If none of the above are met, code supervision.**

**1. ADL Self-Performance**
Code for **resident's performance** over all shifts - not including setup. If the ADL activity occurred 3 or more times at various levels of assistance, code the most dependent - except for total dependence, which requires full staff performance every time

Coding:

**Activity Occurred 3 or More Times**
0. **Independent** - no help or staff oversight at any time
1. **Supervision** - oversight, encouragement or cueing
2. **Limited assistance** - resident highly involved in activity; staff provide guided maneuvering of limbs or other non-weight-bearing assistance
3. **Extensive assistance** - resident involved in activity, staff provide weight-bearing support
4. **Total dependence** - full staff performance every time during entire 7-day period

**Activity Occurred 2 or Fewer Times**
7. **Activity occurred only once or twice** - activity did occur but only once or twice
8. **Activity did not occur** - activity did not occur or family and/or non-facility staff provided care 100% of the time for that activity over the entire 7-day period

**2. ADL Support Provided**
Code for **most support provided** over all shifts; code regardless of resident's self-performance classification

Coding:
0. **No** setup or physical help from staff
1. **Setup** help only
2. **One** person physical assist
3. **Two+** persons physical assist
8. ADL activity itself **did not occur** or family and/or non-facility staff provided care 100% of the time for that activity over the entire 7-day period

| | 1. Self-Performance | 2. Support |
|---|---|---|
| | ↓ Enter Codes in Boxes ↓ | |
| **A. Bed mobility** - how resident moves to and from lying position, turns side to side, and positions body while in bed or alternate sleep furniture | ☐ | ☐ |
| **B. Transfer** - how resident moves between surfaces including to or from: bed, chair, wheelchair, standing position (**excludes** to/from bath/toilet) | ☐ | ☐ |
| **C. Walk in room** - how resident walks between locations in his/her room | ☐ | |
| **D. Walk in corridor** - how resident walks in corridor on unit | ☐ | |
| **E. Locomotion on unit** - how resident moves between locations in his/her room and adjacent corridor on same floor. If in wheelchair, self-sufficiency once in chair | ☐ | |
| **F. Locomotion off unit** - how resident moves to and returns from off-unit locations (e.g., areas set aside for dining, activities or treatments). **If facility has only one floor**, how resident moves to and from distant areas on the floor. If in wheelchair, self-sufficiency once in chair | ☐ | |
| **G. Dressing** - how resident puts on, fastens and takes off all items of clothing, including donning/removing a prosthesis or TED hose. Dressing includes putting on and changing pajamas and housedresses | ☐ | |
| **H. Eating** - how resident eats and drinks, regardless of skill. Do not include eating/drinking during medication pass. Includes intake of nourishment by other means (e.g., tube feeding, total parenteral nutrition, IV fluids administered for nutrition or hydration) | ☐ | ☐ |
| **I. Toilet use** - how resident uses the toilet room, commode, bedpan, or urinal; transfers on/off toilet; cleanses self after elimination; changes pad; manages ostomy or catheter; and adjusts clothes. Do not include emptying of bedpan, urinal, bedside commode, catheter bag or ostomy bag | ☐ | ☐ |
| **J. Personal hygiene** - how resident maintains personal hygiene, including combing hair, brushing teeth, shaving, applying makeup, washing/drying face and hands (**excludes** baths and showers) | ☐ | |

| Section G | Functional Status |
|---|---|

### G0120. Bathing

How resident takes full-body bath/shower, sponge bath, and transfers in/out of tub/shower (**excludes** washing of back and hair). Code for **most dependent** in self-performance and support

| Enter Code | **A.  Self-performance** |
|---|---|
| | 0.  **Independent** - no help provided |
| | 1.  **Supervision** - oversight help only |
| | 2.  **Physical help limited to transfer only** |
| | 3.  **Physical help in part of bathing activity** |
| | 4.  **Total dependence** |
| | 8.  **Activity itself did not occur** or family and/or non-facility staff provided care 100% of the time for that activity over the entire 7-day period |

| Section H | Bladder and Bowel |
|---|---|

### H0100. Appliances

↓ **Check all that apply**

| ☐ | **A.  Indwelling catheter** (including suprapubic catheter and nephrostomy tube) |
|---|---|
| ☐ | **B.  External catheter** |
| ☐ | **C.  Ostomy** (including urostomy, ileostomy, and colostomy) |
| ☐ | **D.  Intermittent catheterization** |
| ☐ | **Z.  None of the above** |

### H0200. Urinary Toileting Program

| Enter Code | **A.  Has a trial of a toileting program (e.g., scheduled toileting, prompted voiding, or bladder training)** been attempted on admission/entry or reentry or since urinary incontinence was noted in this facility? |
|---|---|
| | 0.  **No** ➞ Skip to H0300, Urinary Continence |
| | 1.  **Yes** ➞ Continue to H0200C, Current toileting program or trial |
| | 9.  **Unable to determine** ➞ Continue to H0200C, Current toileting program or trial |
| Enter Code | **C.  Current toileting program or trial** - Is a toileting program (e.g., scheduled toileting, prompted voiding, or bladder training) currently being used to manage the resident's urinary continence? |
| | 0.  **No** |
| | 1.  **Yes** |

### H0300. Urinary Continence

| Enter Code | **Urinary continence -**  Select the one category that best describes the resident |
|---|---|
| | 0.  **Always continent** |
| | 1.  **Occasionally incontinent** (less than 7 episodes of incontinence) |
| | 2.  **Frequently incontinent** (7 or more episodes of urinary incontinence, but at least one episode of continent voiding) |
| | 3.  **Always incontinent** (no episodes of continent voiding) |
| | 9.  **Not rated**, resident had a catheter (indwelling, condom), urinary ostomy, or no urine output for the entire 7 days |

### H0400. Bowel Continence

| Enter Code | **Bowel continence -**  Select the one category that best describes the resident |
|---|---|
| | 0.  **Always continent** |
| | 1.  **Occasionally incontinent** (one episode of bowel incontinence) |
| | 2.  **Frequently incontinent** (2 or more episodes of bowel incontinence, but at least one continent bowel movement) |
| | 3.  **Always incontinent** (no episodes of continent bowel movements) |
| | 9.  **Not rated**, resident had an ostomy or did not have a bowel movement for the entire 7 days |

### H0500. Bowel Toileting Program

| Enter Code | **Is a toileting program currently being used to manage the resident's bowel continence?** |
|---|---|
| | 0.  **No** |
| | 1.  **Yes** |

| Section I | Active Diagnoses |
|-----------|------------------|

**Active Diagnoses in the last 7 days** - Check all that apply
Diagnoses listed in parentheses are provided as examples and should not be considered as all-inclusive lists

**Heart/Circulation**

- [ ] I0900.  Peripheral Vascular Disease (PVD) or Peripheral Arterial Disease (PAD)

**Genitourinary**

- [ ] I1550.  Neurogenic Bladder
- [ ] I1650.  Obstructive Uropathy

**Infections**

- [ ] I2000.  Pneumonia
- [ ] I2100.  Septicemia
- [ ] I2300.  Urinary Tract Infection (UTI) (LAST 30 DAYS)

**Metabolic**

- [ ] I2900.  Diabetes Mellitus (DM) (e.g., diabetic retinopathy, nephropathy, and neuropathy)

**Neurological**

- [ ] I4400.  Cerebral Palsy
- [ ] I4900.  Hemiplegia or Hemiparesis
- [ ] I5100.  Quadriplegia
- [ ] I5200.  Multiple Sclerosis (MS)
- [ ] I5250.  Huntington's Disease
- [ ] I5300.  Parkinson's Disease
- [ ] I5350.  Tourette's Syndrome

**Nutritional**

- [ ] I5600.  Malnutrition (protein or calorie) or at risk for malnutrition

**Psychiatric/Mood Disorder**

- [ ] I5700.  Anxiety Disorder
- [ ] I5900.  Manic Depression (bipolar disease)
- [ ] I5950.  Psychotic Disorder (other than schizophrenia)
- [ ] I6000.  Schizophrenia (e.g., schizoaffective and schizophreniform disorders)
- [ ] I6100.  Post Traumatic Stress Disorder (PTSD)

**Pulmonary**

- [ ] I6200.  Asthma, Chronic Obstructive Pulmonary Disease (COPD), or Chronic Lung Disease (e.g., chronic bronchitis and restrictive lung diseases such as asbestosis)
- [ ] I6300.  Respiratory Failure

| Section I | Active Diagnoses |
|---|---|

**Active Diagnoses in the last 7 days** - Continued

**Other**

**I8000.   Additional active diagnoses**

Enter diagnosis on line and ICD code in boxes.  Include the decimal for the code in the appropriate box.

A. _____

B. _____

C. _____

D. _____

E. _____

F. _____

G. _____

H. _____

I. _____

J. _____

| Section J | Health Conditions |
|---|---|

**J0100. Pain Management** - Complete for all residents, regardless of current pain level

At any time in the last **5** days, has the resident:

Enter Code ☐
**A. Received scheduled pain medication regimen?**
  0. **No**
  1. **Yes**

Enter Code ☐
**B. Received PRN pain medications OR was offered and declined?**
  0. **No**
  1. **Yes**

Enter Code ☐
**C. Received non-medication intervention for pain?**
  0. **No**
  1. **Yes**

**J0200. Should Pain Assessment Interview be Conducted?**
Attempt to conduct interview with all residents. If resident is comatose, skip to J1100, Shortness of Breath (dyspnea)

Enter Code ☐
  0. **No** (resident is rarely/never understood) ➝ Skip to J1100, Shortness of Breath
  1. **Yes** ➝ Continue to J0300, Pain Presence

**Pain Assessment Interview**

**J0300. Pain Presence**

Enter Code ☐
Ask resident: "***Have you had pain or hurting at any time*** *in the last 5 days?*"
  0. **No** ➝ Skip to J1100, Shortness of Breath
  1. **Yes** ➝ Continue to J0400, Pain Frequency
  9. **Unable to answer** ➝ Skip to J1100, Shortness of Breath

**J0400. Pain Frequency**

Enter Code ☐
Ask resident: "***How much of the time have you experienced pain or hurting*** *over the last 5 days?*"
  1. **Almost constantly**
  2. **Frequently**
  3. **Occasionally**
  4. **Rarely**
  9. **Unable to answer**

**J0500. Pain Effect on Function**

Enter Code ☐
**A.** Ask resident: "*Over the past 5 days,* **has pain made it hard for you to sleep at night**?"
  0. **No**
  1. **Yes**
  9. **Unable to answer**

Enter Code ☐
**B.** Ask resident: "*Over the past 5 days,* **have you limited your day-to-day activities because of pain**?"
  0. **No**
  1. **Yes**
  9. **Unable to answer**

**J0600. Pain Intensity** - Administer **ONLY ONE** of the following pain intensity questions (A or B)

Enter Rating ☐☐
**A. Numeric Rating Scale (00-10)**
  Ask resident: "*Please rate your worst pain over the last 5 days on a zero to ten scale, with zero being no pain and ten as the worst pain you can imagine.*" (Show resident 00 -10 pain scale)
  **Enter two-digit response. Enter 99 if unable to answer.**

Enter Code ☐
**B. Verbal Descriptor Scale**
  Ask resident: "*Please rate the intensity of your worst pain over the last 5 days.*" (Show resident verbal scale)
  1. **Mild**
  2. **Moderate**
  3. **Severe**
  4. **Very severe, horrible**
  9. **Unable to answer**

| Section J | Health Conditions |
|---|---|

**Other Health Conditions**

**J1100. Shortness of Breath (dyspnea)**

↓ Check all that apply

| | |
|---|---|
| ☐ | **A. Shortness of breath** or trouble breathing **with exertion** (e.g., walking, bathing, transferring) |
| ☐ | **B. Shortness of breath** or trouble breathing **when sitting at rest** |
| ☐ | **C. Shortness of breath** or trouble breathing **when lying flat** |
| ☐ | **Z. None of the above** |

**J1400. Prognosis**

| Enter Code ☐ | Does the resident have a condition or chronic disease that may result in a **life expectancy of less than 6 months?** (Requires physician documentation) <br> 0. **No** <br> 1. **Yes** |
|---|---|

**J1550. Problem Conditions**

↓ Check all that apply

| | |
|---|---|
| ☐ | **A. Fever** |
| ☐ | **B. Vomiting** |
| ☐ | **C. Dehydrated** |
| ☐ | **D. Internal bleeding** |
| ☐ | **Z. None of the above** |

**J1800. Any Falls Since Admission/Entry or Reentry or Prior Assessment (OBRA or Scheduled PPS),** whichever is more recent

| Enter Code ☐ | Has the resident **had any falls since admission/entry or reentry or the prior assessment** (OBRA or scheduled PPS), whichever is more recent? <br> 0. **No** → Skip to K0200, Height and Weight <br> 1. **Yes** → Continue to J1900, Number of Falls Since Admission/Entry or Reentry or Prior Assessment (OBRA or Scheduled PPS) |
|---|---|

**J1900. Number of Falls Since Admission/Entry or Reentry or Prior Assessment (OBRA or Scheduled PPS),** whichever is more recent

↓ Enter Codes in Boxes

| Coding: <br> 0. **None** <br> 1. **One** <br> 2. **Two or more** | ☐ | **A. No injury** - no evidence of any injury is noted on physical assessment by the nurse or primary care clinician; no complaints of pain or injury by the resident; no change in the resident's behavior is noted after the fall |
|---|---|---|
| | ☐ | **B. Injury (except major)** - skin tears, abrasions, lacerations, superficial bruises, hematomas and sprains; or any fall-related injury that causes the resident to complain of pain |
| | ☐ | **C. Major injury** - bone fractures, joint dislocations, closed head injuries with altered consciousness, subdural hematoma |

| Section K | Swallowing/Nutritional Status |
|---|---|

### K0200. Height and Weight - While measuring, if the number is X.1 - X.4 round down; X.5 or greater round up

| | |
|---|---|
| ☐☐ inches | **A. Height** (in inches). Record most recent height measure since admission/entry or reentry |
| ☐☐☐ pounds | **B. Weight** (in pounds). Base weight on most recent measure in last 30 days; measure weight consistently, according to standard facility practice (e.g., in a.m. after voiding, before meal, with shoes off, etc.) |

### K0300. Weight Loss

| Enter Code ☐ | **Loss of 5% or more in the last month or loss of 10% or more in last 6 months**<br>0. **No** or unknown<br>1. **Yes, on** physician-prescribed weight-loss regimen<br>2. **Yes, not on** physician-prescribed weight-loss regimen |
|---|---|

### K0310. Weight Gain

| Enter Code ☐ | **Gain of 5% or more in the last month or gain of 10% or more in last 6 months**<br>0. **No** or unknown<br>1. **Yes, on** physician-prescribed weight-gain regimen<br>2. **Yes, not on** physician-prescribed weight-gain regimen |
|---|---|

### K0510. Nutritional Approaches
Check all of the following nutritional approaches that were performed during the last **7 days**

| | 1.<br>While NOT a<br>Resident | 2.<br>While a<br>Resident |
|---|---|---|
| **1. While NOT a Resident**<br>Performed *while NOT a resident* of this facility and within the *last 7 days*. Only check column 1 if resident entered (admission or reentry) IN THE LAST 7 DAYS. If resident last entered 7 or more days ago, leave column 1 blank<br>**2. While a Resident**<br>Performed *while a resident* of this facility and within the *last 7 days* | ↓ Check all that apply ↓ | |
| **A. Parenteral/IV feeding** | ☐ | ☐ |
| **B. Feeding tube** - nasogastric or abdominal (PEG) | ☐ | ☐ |
| **C. Mechanically altered diet** - require change in texture of food or liquids (e.g., pureed food, thickened liquids) | ☐ | ☐ |
| **D. Therapeutic diet** (e.g., low salt, diabetic, low cholesterol) | ☐ | ☐ |
| **Z. None of the above** | ☐ | ☐ |

### K0710. Percent Intake by Artificial Route - Complete K0710 only if Column 1 and/or Column 2 are checked for K0510A and/or K0510B

| | 1.<br>While NOT a<br>Resident | 2.<br>While a<br>Resident | 3.<br>During Entire<br>7 Days |
|---|---|---|---|
| **1. While NOT a Resident**<br>Performed *while NOT a resident* of this facility and within the *last 7 days*. Only enter a code in column 1 if resident entered (admission or reentry) IN THE LAST 7 DAYS. If resident last entered 7 or more days ago, leave column 1 blank<br>**2. While a Resident**<br>Performed *while a resident* of this facility and within the *last 7 days*<br>**3. During Entire 7 Days**<br>Performed during the entire *last 7 days* | ↓ | Enter Codes | ↓ |
| **A. Proportion of total calories the resident received through parenteral or tube feeding**<br>1. **25% or less**<br>2. **26-50%**<br>3. **51% or more** | ☐ | ☐ | ☐ |
| **B. Average fluid intake per day by IV or tube feeding**<br>1. **500 cc/day or less**<br>2. **501 cc/day or more** | ☐ | ☐ | ☐ |

| Section M | Skin Conditions |
|---|---|

## Report based on highest stage of existing ulcer(s) at its worst; do not "reverse" stage

### M0100. Determination of Pressure Ulcer Risk

↓ **Check all that apply**

☐    **A.**   Resident has a stage 1 or greater, a scar over bony prominence, or a non-removable dressing/device

### M0210. Unhealed Pressure Ulcer(s)

*Enter Code*
☐

**Does this resident have one or more unhealed pressure ulcer(s) at Stage 1 or higher?**

    0.   **No** ➔ Skip to M0900, Healed Pressure Ulcers
    1.   **Yes** ➔ Continue to M0300, Current Number of Unhealed Pressure Ulcers at Each Stage

### M0300. Current Number of Unhealed Pressure Ulcers at Each Stage

*Enter Number*
☐

**B. Stage 2:** Partial thickness loss of dermis presenting as a shallow open ulcer with a red or pink wound bed, without slough. May also present as an intact or open/ruptured blister

    **1. Number of Stage 2 pressure ulcers**

*Enter Number*
☐

**C. Stage 3:** Full thickness tissue loss. Subcutaneous fat may be visible but bone, tendon or muscle is not exposed. Slough may be present but does not obscure the depth of tissue loss. May include undermining and tunneling

    **1. Number of Stage 3 pressure ulcers**

*Enter Number*
☐

**D. Stage 4:** Full thickness tissue loss with exposed bone, tendon or muscle. Slough or eschar may be present on some parts of the wound bed. Often includes undermining and tunneling

    **1. Number of Stage 4 pressure ulcers**

*Enter Number*
☐

**E. Unstageable - Non-removable dressing:** Known but not stageable due to non-removable dressing/device

    **1. Number of unstageable pressure ulcers due to non-removable dressing/device**

*Enter Number*
☐

**F. Unstageable - Slough and/or eschar:** Known but not stageable due to coverage of wound bed by slough and/or eschar

    **1. Number of unstageable pressure ulcers due to coverage of wound bed by slough and/or eschar**

*Enter Number*
☐

*Enter Number*
☐

**G. Unstageable - Deep tissue:** Suspected deep tissue injury in evolution

    **1. Number of unstageable pressure ulcers with suspected deep tissue injury in evolution** - If 0 ➔ Skip to M0610, Dimension of Unhealed Stage 3 or 4 Pressure Ulcers or Eschar

    **2. Number of these unstageable pressure ulcers that were present at time of admission/entry or reentry** - enter how many were noted at the time of admission/entry or reentry

### M0610. Dimensions of Unhealed Stage 3 or 4 Pressure Ulcers or Eschar
Complete only if M0300C1, M0300D1 or M0300F1 is greater than 0

If the resident has one or more unhealed Stage 3 or 4 pressure ulcers or an unstageable pressure ulcer due to slough or eschar, identify the pressure ulcer with the largest surface area (length x width) and record in centimeters:

☐☐ . ☐ cm    **A. Pressure ulcer length:** Longest length from head to toe

☐☐ . ☐ cm    **B. Pressure ulcer width:** Widest width of the same pressure ulcer, side-to-side perpendicular (90-degree angle) to length

☐☐ . ☐ cm    **C. Pressure ulcer depth:** Depth of the same pressure ulcer from the visible surface to the deepest area (if depth is unknown, enter a dash in each box)

| Section M | Skin Conditions |
|---|---|

**M0800. Worsening in Pressure Ulcer Status Since Prior Assessment (OBRA or Scheduled PPS) or Last Admission/Entry or Reentry**
Complete only if A0310E = 0

Indicate the number of current pressure ulcers that were **not present or were at a lesser stage** on prior assessment (OBRA or scheduled PPS) or last admission/entry or reentry. If no current pressure ulcer at a given stage, enter 0

| Enter Number | |
|---|---|
| ☐ | **A. Stage 2** |
| ☐ | **B. Stage 3** |
| ☐ | **C. Stage 4** |

**M0900. Healed Pressure Ulcers**
Complete only if A0310E = 0

| Enter Code | **A. Were pressure ulcers present on the prior assessment (OBRA or scheduled PPS)?** |
|---|---|
| ☐ | 0. **No** → Skip to M1030, Number of Venous and Arterial Ulcers |
| | 1. **Yes** → Continue to M0900B, Stage 2 |

Indicate the number of pressure ulcers that were noted on the prior assessment (OBRA or scheduled PPS) that have completely closed (resurfaced with epithelium). If no healed pressure ulcer at a given stage since the prior assessment (OBRA or scheduled PPS), enter 0.

| Enter Number | |
|---|---|
| ☐ | **B. Stage 2** |
| ☐ | **C. Stage 3** |
| ☐ | **D. Stage 4** |

**M1030. Number of Venous and Arterial Ulcers**

| Enter Number | |
|---|---|
| ☐ | **Enter the total number of venous and arterial ulcers present** |

**M1040. Other Ulcers, Wounds and Skin Problems**

↓ **Check all that apply**

| | **Foot Problems** |
|---|---|
| ☐ | **A. Infection of the foot** (e.g., cellulitis, purulent drainage) |
| ☐ | **B. Diabetic foot ulcer(s)** |
| ☐ | **C. Other open lesion(s) on the foot** |
| | **Other Problems** |
| ☐ | **D. Open lesion(s) other than ulcers, rashes, cuts** (e.g., cancer lesion) |
| ☐ | **E. Surgical wound(s)** |
| ☐ | **F. Burn(s)** (second or third degree) |
| ☐ | **G. Skin tear(s)** |
| ☐ | **H. Moisture Associated Skin Damage (MASD)** (i.e. incontinence (IAD), perspiration, drainage) |
| | **None of the Above** |
| ☐ | **Z. None of the above** were present |

| Section M | Skin Conditions |
|---|---|

**M1200.  Skin and Ulcer Treatments**

↓  Check all that apply

| | |
|---|---|
| ☐ | **A.  Pressure reducing device for chair** |
| ☐ | **B.  Pressure reducing device for bed** |
| ☐ | **C.  Turning/repositioning program** |
| ☐ | **D.  Nutrition or hydration intervention** to manage skin problems |
| ☐ | **E.  Pressure ulcer care** |
| ☐ | **F.  Surgical wound care** |
| ☐ | **G.  Application of nonsurgical dressings** (with or without topical medications) other than to feet |
| ☐ | **H.  Applications of ointments/medications** other than to feet |
| ☐ | **I.  Application of dressings to feet** (with or without topical medications) |
| ☐ | **Z.  None of the above** were provided |

| Section N | Medications |
|---|---|

**N0300.  Injections**

| Enter Days | **Record the number of days that injections of any type** were received during the last 7 days or since admission/entry or reentry if less than 7 days.  If 0 ➝ Skip to N0410, Medications Received |
|---|---|

**N0350.  Insulin**

| Enter Days | **A.  Insulin injections - Record the number of days that insulin injections** were received during the last 7 days or since admission/entry or reentry if less than 7 days |
|---|---|
| Enter Days | **B.  Orders for insulin - Record the number of days the physician (or authorized assistant or practitioner) changed the resident's insulin orders** during the last 7 days or since admission/entry or reentry if less than 7 days |

**N0410.  Medications Received**

**Indicate the number of DAYS the resident received the following medications during the last 7 days or since admission/entry or reentry if less than 7 days.** Enter "0" if medication was not received by the resident during the last 7 days

| Enter Days | **A.  Antipsychotic** |
|---|---|
| Enter Days | **B.  Antianxiety** |
| Enter Days | **C.  Antidepressant** |
| Enter Days | **D.  Hypnotic** |
| Enter Days | **E.  Anticoagulant** (warfarin, heparin, or low-molecular weight heparin) |
| Enter Days | **F.  Antibiotic** |
| Enter Days | **G.  Diuretic** |

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

**O0100. Special Treatments, procedures, and Programs**

Check all of the following treatments, procedures, and programs that were performed during the last **14 days**

| | 1. While NOT a Resident | 2. While a Resident |
|---|---|---|
| **1. While NOT a Resident**<br>Performed *while NOT a resident* of this facility and within the *last 14 days*. Only check column 1 if resident entered (admission or reentry) IN THE LAST 14 DAYS. If resident last entered 14 or more days ago, leave column 1 blank<br>**2. While a Resident**<br>Performed *while a resident* of this facility and within the *last 14 days* | | |
| | ↓ Check all that apply ↓ | |
| **Cancer Treatments** | | |
| A. Chemotherapy | | ☐ |
| B. Radiation | | ☐ |
| **Respiratory Treatments** | | |
| C. Oxygen therapy | | ☐ |
| E. Tracheostomy care | | ☐ |
| F. Ventilator or respirator | | ☐ |
| **Other** | | |
| H. IV medications | | ☐ |
| I. Transfusions | | ☐ |
| J. Dialysis | | ☐ |
| K. Hospice care | | ☐ |
| M. Isolation or quarantine for active infectious disease (does not include standard body/fluid precautions) | | ☐ |

**O0250. Influenza Vaccine** - Refer to current version of RAI manual for current influenza vaccination season and reporting period

Enter Code ☐   **A. Did the resident receive the influenza vaccine *in this facility*** for this year's influenza vaccination season?
0. **No** → Skip to O0250C, If influenza vaccine not received, state reason
1. **Yes** → Continue to O0250B, Date influenza vaccine received

**B. Date influenza vaccine received** → Complete date and skip to O0300A, Is the resident's Pneumococcal vaccination up to date?

☐☐ – ☐☐ – ☐☐☐☐
Month    Day    Year

Enter Code ☐   **C. If influenza vaccine not received, state reason:**
1. **Resident not in this facility** during this year's influenza vaccination season
2. **Received outside of this facility**
3. **Not eligible** - medical contraindication
4. **Offered and declined**
5. **Not offered**
6. **Inability to obtain influenza vaccine** due to a declared shortage
9. **None of the above**

**O0300. Pneumococcal Vaccine**

Enter Code ☐   **A. Is the resident's Pneumococcal vaccination up to date?**
0. **No** → Continue to O0300B, If Pneumococcal vaccine not received, state reason
1. **Yes** → Skip to O0400, Therapies

Enter Code ☐   **B. If Pneumococcal vaccine not received, state reason:**
1. **Not eligible** - medical contraindication
2. **Offered and declined**
3. **Not offered**

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

**O0400. Therapies**

**A. Speech-Language Pathology and Audiology Services**

Enter Number of Minutes
[ ][ ][ ][ ]

**1. Individual minutes -** record the total number of minutes this therapy was administered to the resident **individually** in the last 7 days

Enter Number of Minutes
[ ][ ][ ][ ]

**2. Concurrent minutes -** record the total number of minutes this therapy was administered to the resident **concurrently with one other resident** in the last 7 days

Enter Number of Minutes
[ ][ ][ ][ ]

**3. Group minutes -** record the total number of minutes this therapy was administered to the resident as **part of a group of residents** in the last 7 days

**If the sum of individual, concurrent, and group minutes is zero,** → skip to O0400A5, Therapy start date

Enter Number of Minutes
[ ][ ][ ][ ]

**3A. Co-treatment minutes -** record the total number of minutes this therapy was administered to the resident in **co-treatment sessions** in the last 7 days

Enter Number of Days
[ ][ ]

**4. Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

**5. Therapy start date -** record the date the most recent therapy regimen (since the most recent entry) started

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month    Day    Year

**6. Therapy end date -** record the date the most recent therapy regimen (since the most recent entry) ended - enter dashes if therapy is ongoing

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month    Day    Year

**B. Occupational Therapy**

Enter Number of Minutes
[ ][ ][ ][ ]

**1. Individual minutes -** record the total number of minutes this therapy was administered to the resident **individually** in the last 7 days

Enter Number of Minutes
[ ][ ][ ][ ]

**2. Concurrent minutes -** record the total number of minutes this therapy was administered to the resident **concurrently with one other resident** in the last 7 days

Enter Number of Minutes
[ ][ ][ ][ ]

**3. Group minutes -** record the total number of minutes this therapy was administered to the resident as **part of a group of residents** in the last 7 days

**If the sum of individual, concurrent, and group minutes is zero,** → skip to O0400B5, Therapy start date

Enter Number of Minutes
[ ][ ][ ][ ]

**3A. Co-treatment minutes -** record the total number of minutes this therapy was administered to the resident in **co-treatment sessions** in the last 7 days

Enter Number of Days
[ ][ ]

**4. Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

**5. Therapy start date -** record the date the most recent therapy regimen (since the most recent entry) started

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month    Day    Year

**6. Therapy end date -** record the date the most recent therapy regimen (since the most recent entry) ended - enter dashes if therapy is ongoing

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month    Day    Year

**O0400 continued on next page**

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

**O0400. Therapies** - Continued

| | **C. Physical Therapy** |
|---|---|
| Enter Number of Minutes<br>[ ][ ][ ][ ] | **1.** **Individual minutes -** record the total number of minutes this therapy was administered to the resident **individually** in the last 7 days |
| Enter Number of Minutes<br>[ ][ ][ ][ ] | **2.** **Concurrent minutes -** record the total number of minutes this therapy was administered to the resident **concurrently with one other resident** in the last 7 days |
| Enter Number of Minutes<br>[ ][ ][ ][ ] | **3.** **Group minutes -** record the total number of minutes this therapy was administered to the resident as **part of a group of residents** in the last 7 days |
| | **If the sum of individual, concurrent, and group minutes is zero,** ⟶ skip to O0400C5, Therapy start date |
| Enter Number of Minutes<br>[ ][ ][ ][ ] | **3A.** **Co-treatment minutes -** record the total number of minutes this therapy was administered to the resident in **co-treatment sessions** in the last 7 days |
| Enter Number of Days<br>[ ] | **4.** **Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days |
| | **5.** **Therapy start date -** record the date the most recent therapy regimen (since the most recent entry) started    **6.** **Therapy end date -** record the date the most recent therapy regimen (since the most recent entry) ended - enter dashes if therapy is ongoing |
| | [ ][ ] – [ ][ ] – [ ][ ][ ][ ]    [ ][ ] – [ ][ ] – [ ][ ][ ][ ] |
| | Month  Day  Year    Month  Day  Year |
| | **D. Respiratory Therapy** |
| Enter Number of Days<br>[ ] | **2.** **Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days |

**O0420. Distinct Calendar Days of Therapy**

| Enter Number of Days<br>[ ] | **Record the number of calendar days that the resident received Speech-Language Pathology and Audiology Services, Occupational Therapy, or Physical Therapy for at least 15 minutes in the past 7 days.** |
|---|---|

**O0450. Resumption of Therapy** - Complete only if A0310C = 2 or 3 and A0310F = 99

| Enter Code<br>[ ] | **A. Has a previous rehabilitation therapy regimen (speech, occupational, and/or physical therapy) ended, as reported on this End of Therapy OMRA, and has this regimen now resumed at exactly the same level for each discipline?**<br>0. **No** ⟶ Skip to O0500, Restorative Nursing Programs<br>1. **Yes** |
|---|---|
| | **B. Date on which therapy regimen resumed:**<br>[ ][ ] – [ ][ ] – [ ][ ][ ][ ]<br>Month  Day  Year |

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

**O0500. Restorative Nursing Programs**

Record the **number of days** each of the following restorative programs was performed (for at least 15 minutes a day) in the last 7 calendar days (enter 0 if none or less than 15 minutes daily)

| Number of Days | Technique |
|---|---|
| ☐ | **A. Range of motion (passive)** |
| ☐ | **B. Range of motion (active)** |
| ☐ | **C. Splint or brace assistance** |

| Number of Days | Training and Skill Practice In: |
|---|---|
| ☐ | **D. Bed mobility** |
| ☐ | **E. Transfer** |
| ☐ | **F. Walking** |
| ☐ | **G. Dressing and/or grooming** |
| ☐ | **H. Eating and/or swallowing** |
| ☐ | **I. Amputation/prostheses care** |
| ☐ | **J. Communication** |

| Section P | Restraints |
|---|---|

**P0100. Physical Restraints**

Physical restraints are any manual method or physical or mechanical device, material or equipment attached or adjacent to the resident's body that the individual cannot remove easily which restricts freedom of movement or normal access to one's body

↓ **Enter Codes in Boxes**

|  | | Used in Bed |
|---|---|---|
| | ☐ | **A. Bed rail** |
| | ☐ | **B. Trunk restraint** |
| | ☐ | **C. Limb restraint** |
| | ☐ | **D. Other** |
| **Coding:** | | **Used in Chair or Out of Bed** |
| 0. **Not used** | ☐ | **E. Trunk restraint** |
| 1. **Used less than daily** | ☐ | **F. Limb restraint** |
| 2. **Used daily** | ☐ | **G. Chair prevents rising** |
| | ☐ | **H. Other** |

| Section Q | Participation in Assessment and Goal Setting |
|---|---|

**Q0100. Participation in Assessment**

Enter Code
[     ]
**A. Resident participated in assessment**
   0.  **No**
   1.  **Yes**

Enter Code
[     ]
**B. Family or significant other participated in assessment**
   0.  **No**
   1.  **Yes**
   9.  **Resident has no family or significant other**

Enter Code
[     ]
**C. Guardian or legally authorized representative participated in assessment**
   0.  **No**
   1.  **Yes**
   9.  **Resident has no guardian or legally authorized representative**

**Q0400. Discharge Plan**

Enter Code
[     ]
**A. Is active discharge planning already occurring for the resident to return to the community?**
   0.  **No**
   1.  **Yes**

**Q0600. Referral**

Enter Code
[     ]
**Has a referral been made to the Local Contact Agency?** (Document reasons in resident's clinical record)
   0.  **No** - referral not needed
   1.  **No** - referral is or may be needed (For more information see Appendix C, Care Area Assessment Resources #20)
   2.  **Yes** - referral made

| Section X | Correction Request |
|---|---|

**Complete Section X only if A0050 = 2 or 3**

**Identification of Record to be Modified/Inactivated** - The following items identify the existing assessment record that is in error.  In this section, reproduce the information EXACTLY as it appeared on the existing erroneous record, even if the information is incorrect.
This information is necessary to locate the existing record in the National MDS Database.

---

**X0150.  Type of Provider** (A0200 on existing record to be modified/inactivated)

Enter Code [ ]

**Type of provider**
1. **Nursing home (SNF/NF)**
2. **Swing Bed**

---

**X0200.  Name of Resident** (A0500 on existing record to be modified/inactivated)

A. **First name:**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

C. **Last name:**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

---

**X0300.  Gender** (A0800 on existing record to be modified/inactivated)

Enter Code [ ]

1. **Male**
2. **Female**

---

**X0400.  Birth Date** (A0900 on existing record to be modified/inactivated)

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month       Day        Year

---

**X0500.  Social Security Number** (A0600A on existing record to be modified/inactivated)

[ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

---

**X0600.  Type of Assessment** (A0310 on existing record to be modified/inactivated)

Enter Code [ ][ ]

A. **Federal OBRA Reason for Assessment**
01. **Admission** assessment (required by day 14)
02. **Quarterly** review assessment
03. **Annual** assessment
04. **Significant change in status** assessment
05. **Significant correction** to **prior comprehensive** assessment
06. **Significant correction** to **prior quarterly** assessment
99. **None of the above**

Enter Code [ ][ ]

B. **PPS Assessment**
<u>PPS Scheduled Assessments for a Medicare Part A Stay</u>
01. **5-day** scheduled assessment
02. **14-day** scheduled assessment
03. **30-day** scheduled assessment
04. **60-day** scheduled assessment
05. **90-day** scheduled assessment
<u>PPS Unscheduled Assessments for a Medicare Part A Stay</u>
07. **Unscheduled assessment used for PPS** (OMRA, significant or clinical change, or significant correction assessment)
<u>Not PPS Assessment</u>
99. **None of the above**

Enter Code [ ]

C. **PPS Other Medicare Required Assessment - OMRA**
0. **No**
1. **Start of therapy** assessment
2. **End of therapy** assessment
3. **Both Start and End of therapy** assessment
4. **Change of therapy** assessment

| **X0600 continued on next page** |
|---|

| Section X | Correction Request |
|---|---|

**X0600. Type of Assessment - Continued**

Enter Code ☐
**D.** **Is this a Swing Bed clinical change assessment?** Complete only if X0150 = 2
  0. **No**
  1. **Yes**

Enter Code ☐☐
**F.** **Entry/discharge reporting**
  01. **Entry** tracking record
  10. **Discharge** assessment-**return not anticipated**
  11. **Discharge** assessment-**return anticipated**
  12. **Death in facility** tracking record
  99. **None of the above**

**X0700. Date** on existing record to be modified/inactivated - **Complete one only**

**A.** **Assessment Reference Date** (A2300 on existing record to be modified/inactivated) - Complete only if X0600F = 99
☐☐ – ☐☐ – ☐☐☐☐
Month   Day   Year

**B.** **Discharge Date** (A2000 on existing record to be modified/inactivated) - Complete only if X0600F = 10, 11, or 12
☐☐ – ☐☐ – ☐☐☐☐
Month   Day   Year

**C.** **Entry Date** (A1600 on existing record to be modified/inactivated) - Complete only if X0600F = 01
☐☐ – ☐☐ – ☐☐☐☐
Month   Day   Year

**Correction Attestation Section** - Complete this section to explain and attest to the modification/inactivation request

**X0800. Correction Number**

Enter Number ☐☐
Enter the number of correction requests to modify/inactivate the existing record, including the present one

**X0900. Reasons for Modification** - Complete only if Type of Record is to modify a record in error (A0050 = 2)

↓ Check all that apply
☐ **A.** **Transcription error**
☐ **B.** **Data entry error**
☐ **C.** **Software product error**
☐ **D.** **Item coding error**
☐ **E.** **End of Therapy - Resumption (EOT-R) date**
☐ **Z.** **Other error requiring modification**
  If "Other" checked, please specify:

**X1050. Reasons for Inactivation** - Complete only if Type of Record is to inactivate a record in error (A0050 = 3)

↓ Check all that apply
☐ **A.** **Event did not occur**
☐ **Z.** **Other error requiring inactivation**
  If "Other" checked, please specify:

| Section X | Correction Request |
|-----------|--------------------|

**X1100.  RN Assessment Coordinator Attestation of Completion**

**A.  Attesting individual's first name:**

☐☐☐☐☐☐☐☐☐☐☐☐

**B.  Attesting individual's last name:**

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

**C.  Attesting individual's title:**

**D.  Signature**

**E.  Attestation date**

☐☐ – ☐☐ – ☐☐☐☐
Month        Day              Year

| Section Z | Assessment Administration |
|---|---|

**Z0100.  Medicare Part A Billing**

**A.  Medicare Part A HIPPS code** (RUG group followed by assessment type indicator)**:**

**B.  RUG version code:**

Enter Code

**C.  Is this a Medicare Short Stay assessment?**
  0.  **No**
  1.  **Yes**

**Z0150.  Medicare Part A Non-Therapy Billing**

**A.  Medicare Part A non-therapy HIPPS code** (RUG group followed by assessment type indicator)**:**

**B.  RUG version code:**

**Z0300.  Insurance Billing**

**A.  RUG billing code:**

**B.  RUG billing version:**

| Section Z | Assessment Administration |
|---|---|

**Z0400. Signature of Persons Completing the Assessment or Entry Death Reporting**

I certify that the accompanying information accurately reflects resident assessment information for this resident and that I collected or coordinated collection of this information on the dates specified. To the best of my knowledge, this information was collected in accordance with applicable Medicare and Medicaid requirements. I understand that this information is used as a basis for ensuring that residents receive appropriate and quality care, and as a basis for payment from federal funds. I further understand that payment of such federal funds and continued participation in the government-funded health care programs is conditioned on the accuracy and truthfulness of this information, and that I may be personally subject to or may subject my organization to substantial criminal, civil, and/or administrative penalties for submitting false information. I also certify that I am authorized to submit this information by this facility on its behalf.

| Signature | Title | Sections | Date Section Completed |
|---|---|---|---|
| A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |

**Z0500. Signature of RN Assessment Coordinator Verifying Assessment Completion**

A. Signature: _____

B. Date RN Assessment Coordinator signed assessment as complete:

☐☐ – ☐☐ – ☐☐☐☐
Month   Day   Year

**Legal Notice Regarding MDS 3.0** - Copyright 2011 United States of America and interRAI. This work may be freely used and distributed solely within the United States. Portions of the MDS 3.0 are under separate copyright protections; Pfizer Inc. holds the copyright for the PHQ-9; Confusion Assessment Method. © 1988, 2003, Hospital Elder Life Program. All rights reserved. Adapted from: Inouye SK et al. Ann Intern Med. 1990; 113:941-8. Both Pfizer Inc. and the Hospital Elder Life Program, LLC have granted permission to use these instruments in association with the MDS 3.0.

## MINIMUM DATA SET (MDS) - Version 3.0
### RESIDENT ASSESSMENT AND CARE SCREENING
#### *Nursing Home PPS (NP) Item Set*

| Section A | Identification Information |
|---|---|

### A0050. Type of Record

**Enter Code** ☐

1. **Add new record** ➝ Continue to A0100, Facility Provider Numbers
2. **Modify existing record** ➝ Continue to A0100, Facility Provider Numbers
3. **Inactivate existing record** ➝ Skip to X0150, Type of Provider

### A0100. Facility Provider Numbers

**A. National Provider Identifier (NPI):**

☐☐☐☐☐☐☐☐☐☐

**B. CMS Certification Number (CCN):**

☐☐☐☐☐☐☐☐☐☐

**C. State Provider Number:**

☐☐☐☐☐☐☐☐☐☐☐

### A0200. Type of Provider

**Enter Code** ☐

Type of provider
1. **Nursing home (SNF/NF)**
2. **Swing Bed**

### A0310. Type of Assessment

**Enter Code** ☐☐

**A. Federal OBRA Reason for Assessment**
01. **Admission** assessment (required by day 14)
02. **Quarterly** review assessment
03. **Annual** assessment
04. **Significant change in status** assessment
05. **Significant correction** to **prior comprehensive** assessment
06. **Significant correction** to **prior quarterly** assessment
99. **None of the above**

**Enter Code** ☐☐

**B. PPS Assessment**
<u>PPS Scheduled Assessments for a Medicare Part A Stay</u>
01. **5-day** scheduled assessment
02. **14-day** scheduled assessment
03. **30-day** scheduled assessment
04. **60-day** scheduled assessment
05. **90-day** scheduled assessment
<u>PPS Unscheduled Assessments for a Medicare Part A Stay</u>
07. **Unscheduled assessment used for PPS** (OMRA, significant or clinical change, or significant correction assessment)
<u>Not PPS Assessment</u>
99. **None of the above**

**Enter Code** ☐

**C. PPS Other Medicare Required Assessment - OMRA**
0. **No**
1. **Start of therapy** assessment
2. **End of therapy** assessment
3. **Both Start and End of therapy** assessment
4. **Change of therapy** assessment

**Enter Code** ☐

**D. Is this a Swing Bed clinical change assessment?**  Complete only if A0200 = 2
0. **No**
1. **Yes**

**A0310 continued on next page**

| Section A | Identification Information |
|---|---|

**A0310. Type of Assessment - Continued**

Enter Code [ ]
**E.  Is this assessment the first assessment** (OBRA, Scheduled PPS, or Discharge) **since the most recent admission/entry or reentry?**
　　0.  **No**
　　1.  **Yes**

Enter Code [ ]
**F.  Entry/discharge reporting**
　　01.  **Entry** tracking record
　　10.  **Discharge** assessment-**return not anticipated**
　　11.  **Discharge** assessment-**return anticipated**
　　12.  **Death in facility** tracking record
　　99.  **None of the above**

Enter Code [ ]
**G.  Type of discharge**  - Complete only if A0310F = 10 or 11
　　1.  **Planned**
　　2.  **Unplanned**

**A0410. Unit Certification or Licensure Designation**

Enter Code [ ]
　　1.  **Unit is neither Medicare nor Medicaid certified and MDS data is not required by the State**
　　2.  **Unit is neither Medicare nor Medicaid certified but MDS data is required by the State**
　　3.  **Unit is  Medicare and/or Medicaid certified**

**A0500. Legal Name of Resident**

**A.  First name:**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**B.  Middle initial:**
[ ]

**C.  Last name:**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**D.  Suffix:**
[ ][ ][ ]

**A0600. Social Security and Medicare Numbers**

**A.  Social Security Number:**
[ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

**B.  Medicare number** (or comparable railroad insurance number)**:**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**A0700. Medicaid Number** - Enter "+" if pending, "N" if not a Medicaid recipient
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**A0800. Gender**

Enter Code [ ]
　　1.  **Male**
　　2.  **Female**

**A0900. Birth Date**

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month　　　Day　　　Year

**A1000. Race/Ethnicity**

↓ Check all that apply

[ ]　**A.  American Indian or Alaska Native**

[ ]　**B.  Asian**

[ ]　**C.  Black or African American**

[ ]　**D.  Hispanic or Latino**

[ ]　**E.  Native Hawaiian or Other Pacific Islander**

[ ]　**F.  White**

| Section A | Identification Information |
|-----------|---------------------------|

### A1100. Language

Enter Code [  ]

**A. Does the resident need or want an interpreter to communicate with a doctor or health care staff?**
   0. **No** → Skip to A1200, Marital Status
   1. **Yes** → Specify in A1100B, Preferred language
   9. **Unable to determine** → Skip to A1200, Marital Status

**B. Preferred language:**
[  ][  ][  ][  ][  ][  ][  ][  ][  ][  ][  ][  ][  ][  ]

### A1200. Marital Status

Enter Code [  ]

   1. **Never married**
   2. **Married**
   3. **Widowed**
   4. **Separated**
   5. **Divorced**

### A1300. Optional Resident Items

**A. Medical record number:**
[  ][  ][  ][  ][  ][  ][  ][  ][  ][  ]

**B. Room number:**
[  ][  ][  ][  ][  ][  ][  ][  ]

**C. Name by which resident prefers to be addressed:**
[  ][  ][  ][  ][  ][  ][  ][  ][  ][  ][  ][  ][  ][  ][  ]

**D. Lifetime occupation(s)** - put "/" between two occupations**:**
[  ][  ][  ][  ][  ][  ][  ][  ][  ][  ][  ][  ][  ][  ][  ]

---

### Most Recent Admission/Entry or Reentry into this Facility

### A1600. Entry Date

[  ][  ] – [  ][  ] – [  ][  ][  ][  ]
Month      Day       Year

### A1700. Type of Entry

Enter Code [  ]

   1. **Admission**
   2. **Reentry**

### A1800. Entered From

Enter Code [  ][  ]

   01. **Community** (private home/apt., board/care, assisted living, group home)
   02. **Another nursing home or swing bed**
   03. **Acute hospital**
   04. **Psychiatric hospital**
   05. **Inpatient rehabilitation facility**
   06. **ID/DD facility**
   07. **Hospice**
   09. **Long Term Care Hospital** (LTCH)
   99. **Other**

### A1900. Admission Date (Date this episode of care in this facility began)

[  ][  ] – [  ][  ] – [  ][  ][  ][  ]
Month      Day       Year

---

| Section A | Identification Information |
|---|---|

### A2000. Discharge Date
Complete only if A0310F = 10, 11, or 12

| Month | – | Day | – | Year |
|---|---|---|---|---|

### A2100. Discharge Status
Complete only if A0310F = 10, 11, or 12

**Enter Code** ☐☐

01. **Community** (private home/apt., board/care, assisted living, group home)
02. **Another nursing home or swing bed**
03. **Acute hospital**
04. **Psychiatric hospital**
05. **Inpatient rehabilitation facility**
06. **ID/DD facility**
07. **Hospice**
08. **Deceased**
09. **Long Term Care Hospital** (LTCH)
99. **Other**

### A2200. Previous Assessment Reference Date for Significant Correction
Complete only if A0310A = 05 or 06

| Month | – | Day | – | Year |
|---|---|---|---|---|

### A2300. Assessment Reference Date

**Observation end date:**

| Month | – | Day | – | Year |
|---|---|---|---|---|

### A2400. Medicare Stay

**Enter Code** ☐

**A. Has the resident had a Medicare-covered stay since the most recent entry?**
0. **No** → Skip to B0100, Comatose
1. **Yes** → Continue to A2400B, Start date of most recent Medicare stay

**B. Start date of most recent Medicare stay:**

| Month | – | Day | – | Year |
|---|---|---|---|---|

**C. End date of most recent Medicare stay** - Enter dashes if stay is ongoing:

| Month | – | Day | – | Year |
|---|---|---|---|---|

## Look back period for all items is 7 days unless another time frame is indicated

| Section B | Hearing, Speech, and Vision |
|---|---|

### B0100. Comatose

Enter Code [ ]

**Persistent vegetative state/no discernible consciousness**
0. **No** ➞ Continue to B0200, Hearing
1. **Yes** ➞ Skip to G0110, Activities of Daily Living (ADL) Assistance

### B0200. Hearing

Enter Code [ ]

**Ability to hear** (with hearing aid or hearing appliances if normally used)
0. **Adequate** - no difficulty in normal conversation, social interaction, listening to TV
1. **Minimal difficulty** - difficulty in some environments (e.g., when person speaks softly or setting is noisy)
2. **Moderate difficulty** - speaker has to increase volume and speak distinctly
3. **Highly impaired** - absence of useful hearing

### B0300. Hearing Aid

Enter Code [ ]

**Hearing aid or other hearing appliance used** in completing B0200, Hearing
0. **No**
1. **Yes**

### B0600. Speech Clarity

Enter Code [ ]

**Select best description of speech pattern**
0. **Clear speech** - distinct intelligible words
1. **Unclear speech** - slurred or mumbled words
2. **No speech** - absence of spoken words

### B0700. Makes Self Understood

Enter Code [ ]

**Ability to express ideas and wants,** consider both verbal and non-verbal expression
0. **Understood**
1. **Usually understood** - difficulty communicating some words or finishing thoughts **but** is able if prompted or given time
2. **Sometimes understood** - ability is limited to making concrete requests
3. **Rarely/never understood**

### B0800. Ability To Understand Others

Enter Code [ ]

**Understanding verbal content, however able** (with hearing aid or device if used)
0. **Understands** - clear comprehension
1. **Usually understands** - misses some part/intent of message **but** comprehends most conversation
2. **Sometimes understands** - responds adequately to simple, direct communication only
3. **Rarely/never understands**

### B1000. Vision

Enter Code [ ]

**Ability to see in adequate light** (with glasses or other visual appliances)
0. **Adequate** - sees fine detail, such as regular print in newspapers/books
1. **Impaired** - sees large print, but not regular print in newspapers/books
2. **Moderately impaired** - limited vision; not able to see newspaper headlines but can identify objects
3. **Highly impaired** - object identification in question, but eyes appear to follow objects
4. **Severely impaired** - no vision or sees only light, colors or shapes; eyes do not appear to follow objects

### B1200. Corrective Lenses

Enter Code [ ]

**Corrective lenses (contacts, glasses, or magnifying glass) used** in completing B1000, Vision
0. **No**
1. **Yes**

| Section C | Cognitive Patterns |
|---|---|

**C0100. Should Brief Interview for Mental Status (C0200-C0500) be Conducted?**
Attempt to conduct interview with all residents

Enter Code ☐
- 0. **No** (resident is rarely/never understood) ➡ Skip to and complete C0700-C1000, Staff Assessment for Mental Status
- 1. **Yes** ➡ Continue to C0200, Repetition of Three Words

---

**Brief Interview for Mental Status (BIMS)**

**C0200. Repetition of Three Words**

Enter Code ☐

Ask resident: *"I am going to say three words for you to remember. Please repeat the words after I have said all three. The words are: **sock, blue, and bed.** Now tell me the three words."*

**Number of words repeated after first attempt**
- 0. **None**
- 1. **One**
- 2. **Two**
- 3. **Three**

After the resident's first attempt, repeat the words using cues ("*sock, something to wear; blue, a color; bed, a piece of furniture*"). You may repeat the words up to two more times.

**C0300. Temporal Orientation** (orientation to year, month, and day)

Enter Code ☐

Ask resident: "*Please tell me what year it is right now.*"
**A. Able to report correct year**
- 0. **Missed by > 5 years** or no answer
- 1. **Missed by 2-5 years**
- 2. **Missed by 1 year**
- 3. **Correct**

Enter Code ☐

Ask resident: "*What month are we in right now?*"
**B. Able to report correct month**
- 0. **Missed by > 1 month** or no answer
- 1. **Missed by 6 days to 1 month**
- 2. **Accurate within 5 days**

Enter Code ☐

Ask resident: "*What day of the week is today?*"
**C. Able to report correct day of the week**
- 0. **Incorrect** or no answer
- 1. **Correct**

**C0400. Recall**

Enter Code ☐

Ask resident: "*Let's go back to an earlier question. What were those three words that I asked you to repeat?*"
If unable to remember a word, give cue (something to wear; a color; a piece of furniture) for that word.
**A. Able to recall "sock"**
- 0. **No** - could not recall
- 1. **Yes, after cueing** ("something to wear")
- 2. **Yes, no cue required**

Enter Code ☐

**B. Able to recall "blue"**
- 0. **No** - could not recall
- 1. **Yes, after cueing** ("a color")
- 2. **Yes, no cue required**

Enter Code ☐

**C. Able to recall "bed"**
- 0. **No** - could not recall
- 1. **Yes, after cueing** ("a piece of furniture")
- 2. **Yes, no cue required**

**C0500. Summary Score**

Enter Score ☐☐

**Add scores** for questions C0200-C0400 and fill in total score (00-15)
**Enter 99 if the resident was unable to complete the interview**

| Section C | Cognitive Patterns |
|---|---|

**C0600. Should the Staff Assessment for Mental Status (C0700 - C1000) be Conducted?**

Enter Code ☐
0. **No** (resident was able to complete interview) ➡ Skip to C1300, Signs and Symptoms of Delirium
1. **Yes** (resident was unable to complete interview) ➡ Continue to C0700, Short-term Memory OK

---

**Staff Assessment for Mental Status**

Do not conduct if Brief Interview for Mental Status (C0200-C0500) was completed

**C0700. Short-term Memory OK**

Enter Code ☐
**Seems or appears to recall after 5 minutes**
0. **Memory OK**
1. **Memory problem**

**C0800. Long-term Memory OK**

Enter Code ☐
**Seems or appears to recall long past**
0. **Memory OK**
1. **Memory problem**

**C0900. Memory/Recall Ability**

↓ **Check all that the resident was normally able to recall**

☐ A. **Current season**

☐ B. **Location of own room**

☐ C. **Staff names and faces**

☐ D. **That he or she is in a nursing home**

☐ Z. **None of the above** were recalled

**C1000. Cognitive Skills for Daily Decision Making**

Enter Code ☐
**Made decisions regarding tasks of daily life**
0. **Independent** - decisions consistent/reasonable
1. **Modified independence** - some difficulty in new situations only
2. **Moderately impaired** - decisions poor; cues/supervision required
3. **Severely impaired** - never/rarely made decisions

---

**Delirium**

**C1300. Signs and Symptoms of Delirium (from CAM©)\***

Code **after completing** Brief Interview for Mental Status or Staff Assessment, and reviewing medical record

**Coding:**
0. **Behavior not present**
1. **Behavior continuously present, does not fluctuate**
2. **Behavior present, fluctuates** (comes and goes, changes in severity)

↓ **Enter Codes in Boxes**

☐ A. **Inattention** - Did the resident have difficulty focusing attention (easily distracted, out of touch or difficulty following what was said)?

☐ B. **Disorganized thinking** - Was the resident's thinking disorganized or incoherent (rambling or irrelevant conversation, unclear or illogical flow of ideas, or unpredictable switching from subject to subject)?

☐ C. **Altered level of consciousness** - Did the resident have altered level of consciousness (e.g., **vigilant** - startled easily to any sound or touch; **lethargic** - repeatedly dozed off when being asked questions, but responded to voice or touch; **stuporous** - very difficult to arouse and keep aroused for the interview; **comatose** - could not be aroused)?

☐ D. **Psychomotor retardation** - Did the resident have an unusually decreased level of activity such as sluggishness, staring into space, staying in one position, moving very slowly?

**C1600. Acute Onset Mental Status Change**

Enter Code ☐
**Is there evidence of an acute change in mental status** from the resident's baseline?
0. **No**
1. **Yes**

*\* Adapted from Confusion Assessment Method. ©1988, 2003, Hospital Elder Life Program, LLC. Not to be reproduced without permission. All rights reserved.*

| Section D | Mood |
|---|---|

**D0100. Should Resident Mood Interview be Conducted?** - Attempt to conduct interview with all residents

Enter Code ☐

0. **No** (resident is rarely/never understood) → Skip to and complete D0500-D0600, Staff Assessment of Resident Mood (PHQ-9-OV)
1. **Yes** → Continue to D0200, Resident Mood Interview (PHQ-9©**)**

**D0200. Resident Mood Interview (PHQ-9©)**

Say to resident: **"Over the last 2 weeks, have you been bothered by any of the following problems?"**

If symptom is present, enter 1 (yes) in column 1, Symptom Presence.
If yes in column 1, then ask the resident: "*About how often have you been bothered by this?*"
Read and show the resident a card with the symptom frequency choices. Indicate response in column 2, Symptom Frequency.

**1. Symptom Presence**
0. **No** (enter 0 in column 2)
1. **Yes** (enter 0-3 in column 2)
9. **No response** (leave column 2 blank)

**2. Symptom Frequency**
0. **Never or 1 day**
1. **2-6 days** (several days)
2. **7-11 days** (half or more of the days)
3. **12-14 days** (nearly every day)

| | 1. Symptom Presence | 2. Symptom Frequency |
|---|---|---|
| | ↓ Enter Scores in Boxes ↓ | |
| A. *Little interest or pleasure in doing things* | ☐ | ☐ |
| B. *Feeling down, depressed, or hopeless* | ☐ | ☐ |
| C. *Trouble falling or staying asleep, or sleeping too much* | ☐ | ☐ |
| D. *Feeling tired or having little energy* | ☐ | ☐ |
| E. *Poor appetite or overeating* | ☐ | ☐ |
| F. *Feeling bad about yourself - or that you are a failure or have let yourself or your family down* | ☐ | ☐ |
| G. *Trouble concentrating on things, such as reading the newspaper or watching television* | ☐ | ☐ |
| H. *Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual* | ☐ | ☐ |
| I. *Thoughts that you would be better off dead, or of hurting yourself in some way* | ☐ | ☐ |

**D0300. Total Severity Score**

Enter Score ☐ **Add scores for all frequency responses in Column 2,** Symptom Frequency. Total score must be between 00 and 27. Enter 99 if unable to complete interview (i.e., Symptom Frequency is blank for 3 or more items).

**D0350. Safety Notification** - Complete only if D0200I1 = 1 indicating possibility of resident self harm

Enter Code ☐ Was responsible staff or provider informed that there is a potential for resident self harm?
0. **No**
1. **Yes**

*Copyright © Pfizer Inc. All rights reserved. Reproduced with permission.*

| Section D | Mood |
|-----------|------|

### D0500. Staff Assessment of Resident Mood (PHQ-9-OV*)

Do not conduct if Resident Mood Interview (D0200-D0300) was completed

**Over the last 2 weeks, did the resident have any of the following problems or behaviors?**

If symptom is present, enter 1 (yes) in column 1, Symptom Presence.
Then move to column 2, Symptom Frequency, and indicate symptom frequency.

| | | 1. Symptom Presence | 2. Symptom Frequency |
|---|---|---|---|
| **1. Symptom Presence**<br>　0. **No** (enter 0 in column 2)<br>　1. **Yes** (enter 0-3 in column 2) | **2. Symptom Frequency**<br>　0. **Never or 1 day**<br>　1. **2-6 days** (several days)<br>　2. **7-11 days** (half or more of the days)<br>　3. **12-14 days** (nearly every day) | ↓ Enter Scores in Boxes ↓ | |
| A. Little interest or pleasure in doing things | | ☐ | ☐ |
| B. Feeling or appearing down, depressed, or hopeless | | ☐ | ☐ |
| C. Trouble falling or staying asleep, or sleeping too much | | ☐ | ☐ |
| D. Feeling tired or having little energy | | ☐ | ☐ |
| E. Poor appetite or overeating | | ☐ | ☐ |
| F. Indicating that s/he feels bad about self, is a failure, or has let self or family down | | ☐ | ☐ |
| G. Trouble concentrating on things, such as reading the newspaper or watching television | | ☐ | ☐ |
| H. Moving or speaking so slowly that other people have noticed. Or the opposite - being so fidgety or restless that s/he has been moving around a lot more than usual | | ☐ | ☐ |
| I. States that life isn't worth living, wishes for death, or attempts to harm self | | ☐ | ☐ |
| J. Being short-tempered, easily annoyed | | ☐ | ☐ |

### D0600. Total Severity Score

| Enter Score | |
|---|---|
| ☐☐ | **Add scores for all frequency responses in Column 2**, Symptom Frequency. Total score must be between 00 and 30. |

### D0650. Safety Notification - Complete only if D0500I1 = 1 indicating possibility of resident self harm

| Enter Code | |
|---|---|
| ☐ | **Was responsible staff or provider informed that there is a potential for resident self harm?**<br>　0. **No**<br>　1. **Yes** |

*Copyright © Pfizer Inc. All rights reserved.*

| Section E | Behavior |
|---|---|

**E0100. Potential Indicators of Psychosis**

↓ **Check all that apply**

| | |
|---|---|
| ☐ | **A. Hallucinations** (perceptual experiences in the absence of real external sensory stimuli) |
| ☐ | **B. Delusions** (misconceptions or beliefs that are firmly held, contrary to reality) |
| ☐ | **Z. None of the above** |

**Behavioral Symptoms**

**E0200. Behavioral Symptom - Presence & Frequency**

Note presence of symptoms and their frequency

| Coding:<br>0. **Behavior not exhibited**<br>1. **Behavior of this type occurred 1 to 3 days**<br>2. **Behavior of this type occurred 4 to 6 days,** but less than daily<br>3. **Behavior of this type occurred daily** | ↓ **Enter Codes in Boxes** | |
|---|---|---|
| | ☐ | **A. Physical behavioral symptoms directed toward others** (e.g., hitting, kicking, pushing, scratching, grabbing, abusing others sexually) |
| | ☐ | **B. Verbal behavioral symptoms directed toward others** (e.g., threatening others, screaming at others, cursing at others) |
| | ☐ | **C. Other behavioral symptoms not directed toward others** (e.g., physical symptoms such as hitting or scratching self, pacing, rummaging, public sexual acts, disrobing in public, throwing or smearing food or bodily wastes, or verbal/vocal symptoms like screaming, disruptive sounds) |

**E0800. Rejection of Care - Presence & Frequency**

| Enter Code<br>☐ | **Did the resident reject evaluation or care** (e.g., bloodwork, taking medications, ADL assistance) **that is necessary to achieve the resident's goals for health and well-being?** Do not include behaviors that have already been addressed (e.g., by discussion or care planning with the resident or family), and determined to be consistent with resident values, preferences, or goals.<br>0. **Behavior not exhibited**<br>1. **Behavior of this type occurred 1 to 3 days**<br>2. **Behavior of this type occurred 4 to 6 days,** but less than daily<br>3. **Behavior of this type occurred daily** |
|---|---|

**E0900. Wandering - Presence & Frequency**

| Enter Code<br>☐ | **Has the resident wandered?**<br>0. **Behavior not exhibited**<br>1. **Behavior of this type occurred 1 to 3 days**<br>2. **Behavior of this type occurred 4 to 6 days,** but less than daily<br>3. **Behavior of this type occurred daily** |
|---|---|

| Section G | Functional Status |
|---|---|

**G0110.  Activities of Daily Living (ADL) Assistance**
Refer to the ADL flow chart in the RAI manual to facilitate accurate coding

**Instructions for Rule of 3**
- When an activity occurs three times at any one given level, code that level.
- When an activity occurs three times at multiple levels, code the most dependent, exceptions are total dependence (4), activity must require full assist every time, and activity did not occur (8), activity must not have occurred at all. Example, three times extensive assistance (3) and three times limited assistance (2), code extensive assistance (3).
- When an activity occurs at various levels, but not three times at any given level, apply the following:
  ○ When there is a combination of full staff performance, and extensive assistance, code extensive assistance.
  ○ When there is a combination of full staff performance, weight bearing assistance and/or non-weight bearing assistance code limited assistance (2).

**If none of the above are met, code supervision.**

**1.  ADL Self-Performance**
Code for **resident's performance** over all shifts - not including setup.  If the ADL activity occurred 3 or more times at various levels of assistance, code the most dependent - except for total dependence, which requires full staff performance every time

**Coding:**

<u>Activity Occurred 3 or More Times</u>
0.  **Independent** - no help or staff oversight at any time
1.  **Supervision** - oversight, encouragement or cueing
2.  **Limited assistance** - resident highly involved in activity; staff provide guided maneuvering of limbs or other non-weight-bearing assistance
3.  **Extensive assistance** - resident involved in activity, staff provide weight-bearing support
4.  **Total dependence** - full staff performance every time during entire 7-day period

<u>Activity Occurred 2 or Fewer Times</u>
7.  **Activity occurred only once or twice** - activity did occur but only once or twice
8.  **Activity did not occur** - activity did not occur or family and/or non-facility staff provided care 100% of the time for that activity over the entire 7-day period

**2.  ADL Support Provided**
Code for **most support provided** over all shifts; code regardless of resident's self-performance classification

**Coding:**

0.  **No** setup or physical help from staff
1.  **Setup** help only
2.  **One** person physical assist
3.  **Two+** persons physical assist
8.  ADL activity itself **did not occur** or family and/or non-facility staff provided care 100% of the time for that activity over the entire 7-day period

| | 1. Self-Performance | 2. Support |
|---|:---:|:---:|
| | ↓ Enter Codes in Boxes ↓ | |
| **A.  Bed mobility** - how resident moves to and from lying position, turns side to side, and positions body while in bed or alternate sleep furniture | ☐ | ☐ |
| **B.  Transfer** - how resident moves between surfaces including to or from: bed, chair, wheelchair, standing position (**excludes** to/from bath/toilet) | ☐ | ☐ |
| **C.  Walk in room** - how resident walks between locations in his/her room | ☐ | ☐ |
| **D.  Walk in corridor** - how resident walks in corridor on unit | ☐ | ☐ |
| **E.  Locomotion on unit** - how resident moves between locations in his/her room and adjacent corridor on same floor.  If in wheelchair, self-sufficiency once in chair | ☐ | ☐ |
| **F.  Locomotion off unit** - how resident moves to and returns from off-unit locations (e.g., areas set aside for dining, activities or treatments).  **If facility has only one floor**, how resident moves to and from distant areas on the floor.  If in wheelchair, self-sufficiency once in chair | ☐ | ☐ |
| **G.  Dressing** - how resident puts on, fastens and takes off all items of clothing, including donning/removing a prosthesis or TED hose.  Dressing includes putting on and changing pajamas and housedresses | ☐ | ☐ |
| **H.  Eating** - how resident eats and drinks, regardless of skill.  Do not include eating/drinking during medication pass.  Includes intake of nourishment by other means (e.g., tube feeding, total parenteral nutrition, IV fluids administered for nutrition or hydration) | ☐ | ☐ |
| **I.  Toilet use** - how resident uses the toilet room, commode, bedpan, or urinal; transfers on/off toilet; cleanses self after elimination; changes pad; manages ostomy or catheter; and adjusts clothes.  Do not include emptying of bedpan, urinal, bedside commode, catheter bag or ostomy bag | ☐ | ☐ |
| **J.  Personal hygiene** - how resident maintains personal hygiene, including combing hair, brushing teeth, shaving, applying makeup, washing/drying face and hands (**excludes** baths and showers) | ☐ | ☐ |

## Section G    Functional Status

### G0120. Bathing

How resident takes full-body bath/shower, sponge bath, and transfers in/out of tub/shower (**excludes** washing of back and hair).  Code for **most dependent** in self-performance and support

**Enter Code** [   ]

**A.  Self-performance**
- 0.  **Independent** - no help provided
- 1.  **Supervision** - oversight help only
- 2.  **Physical help limited to transfer only**
- 3.  **Physical help in part of bathing activity**
- 4.  **Total dependence**
- 8.  **Activity itself did not occur** or family and/or non-facility staff provided care 100% of the time for that activity over the entire 7-day period

**Enter Code** [   ]

**B.  Support provided**
(Bathing support codes are as defined in item **G0110 column 2, ADL Support Provided**, above)

### G0300. Balance During Transitions and Walking

After observing the resident, **code the following walking and transition items for most dependent**

Coding:
- 0.  **Steady at all times**
- 1.  **Not steady, but <u>able</u> to stabilize without staff assistance**
- 2.  **Not steady, <u>only able</u> to stabilize with staff assistance**
- 8.  **Activity did not occur**

↓ **Enter Codes in Boxes**

| | |
|---|---|
| [   ] | **A.  Moving from seated to standing position** |
| [   ] | **B.  Walking** (with assistive device if used) |
| [   ] | **C.  Turning around** and facing the opposite direction while walking |
| [   ] | **D.  Moving on and off toilet** |
| [   ] | **E.  Surface-to-surface transfer** (transfer between bed and chair or wheelchair) |

### G0400. Functional Limitation in Range of Motion

**Code for limitation** that interfered with daily functions or placed resident at risk of injury

Coding:
- 0.  **No impairment**
- 1.  **Impairment on one side**
- 2.  **Impairment on both sides**

↓ **Enter Codes in Boxes**

| | |
|---|---|
| [   ] | **A.  Upper extremity** (shoulder, elbow, wrist, hand) |
| [   ] | **B.  Lower extremity** (hip, knee, ankle, foot) |

### G0600. Mobility Devices

↓ **Check all that were normally used**

| | |
|---|---|
| [   ] | **A.  Cane/crutch** |
| [   ] | **B.  Walker** |
| [   ] | **C.  Wheelchair** (manual or electric) |
| [   ] | **D.  Limb prosthesis** |
| [   ] | **Z.  None of the above** were used |

| Section H | Bladder and Bowel |
|---|---|

### H0100. Appliances

↓ Check all that apply

| | |
|---|---|
| ☐ | **A. Indwelling catheter** (including suprapubic catheter and nephrostomy tube) |
| ☐ | **B. External catheter** |
| ☐ | **C. Ostomy** (including urostomy, ileostomy, and colostomy) |
| ☐ | **D. Intermittent catheterization** |
| ☐ | **Z. None of the above** |

### H0200. Urinary Toileting Program

| Enter Code ☐ | **A. Has a trial of a toileting program (e.g., scheduled toileting, prompted voiding, or bladder training)** been attempted on admission/entry or reentry or since urinary incontinence was noted in this facility?<br>0. **No** ➞ Skip to H0300, Urinary Continence<br>1. **Yes** ➞ Continue to H0200C, Current toileting program or trial<br>9. **Unable to determine** ➞ Continue to H0200C, Current toileting program or trial |
|---|---|
| Enter Code ☐ | **C. Current toileting program or trial** - Is a toileting program (e.g., scheduled toileting, prompted voiding, or bladder training) currently being used to manage the resident's urinary continence?<br>0. **No**<br>1. **Yes** |

### H0300. Urinary Continence

| Enter Code ☐ | **Urinary continence -** Select the one category that best describes the resident<br>0. **Always continent**<br>1. **Occasionally incontinent** (less than 7 episodes of incontinence)<br>2. **Frequently incontinent** (7 or more episodes of urinary incontinence, but at least one episode of continent voiding)<br>3. **Always incontinent** (no episodes of continent voiding)<br>9. **Not rated,** resident had a catheter (indwelling, condom), urinary ostomy, or no urine output for the entire 7 days |
|---|---|

### H0400. Bowel Continence

| Enter Code ☐ | **Bowel continence -** Select the one category that best describes the resident<br>0. **Always continent**<br>1. **Occasionally incontinent** (one episode of bowel incontinence)<br>2. **Frequently incontinent** (2 or more episodes of bowel incontinence, but at least one continent bowel movement)<br>3. **Always incontinent** (no episodes of continent bowel movements)<br>9. **Not rated,** resident had an ostomy or did not have a bowel movement for the entire 7 days |
|---|---|

### H0500. Bowel Toileting Program

| Enter Code ☐ | **Is a toileting program currently being used to manage the resident's bowel continence?**<br>0. **No**<br>1. **Yes** |
|---|---|

| Section I | Active Diagnoses |
|---|---|

**Active Diagnoses in the last 7 days** - Check all that apply
Diagnoses listed in parentheses are provided as examples and should not be considered as all-inclusive lists

**Heart/Circulation**

- ☐ I0200. **Anemia** (e.g., aplastic, iron deficiency, pernicious, and sickle cell)
- ☐ I0600. **Heart Failure** (e.g., congestive heart failure (CHF) and pulmonary edema)
- ☐ I0700. **Hypertension**
- ☐ I0800. **Orthostatic Hypotension**
- ☐ I0900. **Peripheral Vascular Disease (PVD) or Peripheral Arterial Disease (PAD)**

**Genitourinary**

- ☐ I1550. **Neurogenic Bladder**
- ☐ I1650. **Obstructive Uropathy**

**Infections**

- ☐ I1700. **Multidrug-Resistant Organism (MDRO)**
- ☐ I2000. **Pneumonia**
- ☐ I2100. **Septicemia**
- ☐ I2200. **Tuberculosis**
- ☐ I2300. **Urinary Tract Infection (UTI) (LAST 30 DAYS)**
- ☐ I2400. **Viral Hepatitis** (e.g., Hepatitis A, B, C, D, and E)
- ☐ I2500. **Wound Infection** (other than foot)

**Metabolic**

- ☐ I2900. **Diabetes Mellitus (DM)** (e.g., diabetic retinopathy, nephropathy, and neuropathy)
- ☐ I3100. **Hyponatremia**
- ☐ I3200. **Hyperkalemia**
- ☐ I3300. **Hyperlipidemia** (e.g., hypercholesterolemia)

**Musculoskeletal**

- ☐ I3900. **Hip Fracture** - any hip fracture that has a relationship to current status, treatments, monitoring (e.g., sub-capital fractures, and fractures of the trochanter and femoral neck)
- ☐ I4000. **Other Fracture**

**Neurological**

- ☐ I4200. **Alzheimer's Disease**
- ☐ I4300. **Aphasia**
- ☐ I4400. **Cerebral Palsy**
- ☐ I4500. **Cerebrovascular Accident (CVA), Transient Ischemic Attack (TIA), or Stroke**
- ☐ I4800. **Non-Alzheimer's Dementia** (e.g. Lewy body dementia, vascular or multi-infarct dementia; mixed dementia; frontotemporal dementia such as Pick's disease; and dementia related to stroke, Parkinson's or Creutzfeldt-Jakob diseases)
- ☐ I4900. **Hemiplegia or Hemiparesis**
- ☐ I5000. **Paraplegia**
- ☐ I5100. **Quadriplegia**
- ☐ I5200. **Multiple Sclerosis (MS)**
- ☐ I5250. **Huntington's Disease**
- ☐ I5300. **Parkinson's Disease**
- ☐ I5350. **Tourette's Syndrome**
- ☐ I5400. **Seizure Disorder or Epilepsy**
- ☐ I5500. **Traumatic Brain Injury (TBI)**

**Nutritional**

- ☐ I5600. **Malnutrition** (protein or calorie) or at risk for malnutrition

| Section I | Active Diagnoses |
|-----------|------------------|

**Active Diagnoses in the last 7 days - Check all that apply**
Diagnoses listed in parentheses are provided as examples and should not be considered as all-inclusive lists

**Psychiatric/Mood Disorder**

☐ **I5700.  Anxiety Disorder**

☐ **I5800.  Depression** (other than bipolar)

☐ **I5900.  Manic Depression** (bipolar disease)

☐ **I5950.  Psychotic Disorder** (other than schizophrenia)

☐ **I6000.  Schizophrenia** (e.g., schizoaffective and schizophreniform disorders)

☐ **I6100.  Post Traumatic Stress Disorder (PTSD)**

**Pulmonary**

☐ **I6200.  Asthma, Chronic Obstructive Pulmonary Disease (COPD), or Chronic Lung Disease** (e.g., chronic bronchitis and restrictive lung diseases such as asbestosis)

☐ **I6300.  Respiratory Failure**

**Other**

**I8000.  Additional active diagnoses**
Enter diagnosis on line and ICD code in boxes.  Include the decimal for the code in the appropriate box.

A. _____  ☐☐☐☐☐☐☐☐

B. _____  ☐☐☐☐☐☐☐☐

C. _____  ☐☐☐☐☐☐☐☐

D. _____  ☐☐☐☐☐☐☐☐

E. _____  ☐☐☐☐☐☐☐☐

F. _____  ☐☐☐☐☐☐☐☐

G. _____  ☐☐☐☐☐☐☐☐

H. _____  ☐☐☐☐☐☐☐☐

I. _____  ☐☐☐☐☐☐☐☐

J. _____  ☐☐☐☐☐☐☐☐

| Section J | Health Conditions |
|---|---|

## J0100. Pain Management - Complete for all residents, regardless of current pain level

At any time in the last **5** days, has the resident:

**Enter Code** ☐
**A. Received scheduled pain medication regimen?**
0. **No**
1. **Yes**

**Enter Code** ☐
**B. Received PRN pain medications OR was offered and declined?**
0. **No**
1. **Yes**

**Enter Code** ☐
**C. Received non-medication intervention for pain?**
0. **No**
1. **Yes**

## J0200. Should Pain Assessment Interview be Conducted?

Attempt to conduct interview with all residents. If resident is comatose, skip to J1100, Shortness of Breath (dyspnea)

**Enter Code** ☐
0. **No** (resident is rarely/never understood) ➔ Skip to and complete J0800, Indicators of Pain or Possible Pain
1. **Yes** ➔ Continue to J0300, Pain Presence

## Pain Assessment Interview

### J0300. Pain Presence

**Enter Code** ☐
Ask resident: "***Have you had pain or hurting at any time*** *in the last 5 days?*"
0. **No** ➔ Skip to J1100, Shortness of Breath
1. **Yes** ➔ Continue to J0400, Pain Frequency
9. **Unable to answer** ➔ Skip to J0800, Indicators of Pain or Possible Pain

### J0400. Pain Frequency

**Enter Code** ☐
Ask resident: "***How much of the time have you experienced pain or hurting*** *over the last 5 days?*"
1. **Almost constantly**
2. **Frequently**
3. **Occasionally**
4. **Rarely**
9. **Unable to answer**

### J0500. Pain Effect on Function

**Enter Code** ☐
**A.** Ask resident: "*Over the past 5 days,* **has pain made it hard for you to sleep at night***?*"
0. **No**
1. **Yes**
9. **Unable to answer**

**Enter Code** ☐
**B.** Ask resident: "*Over the past 5 days,* **have you limited your day-to-day activities because of pain***?*"
0. **No**
1. **Yes**
9. **Unable to answer**

### J0600. Pain Intensity - Administer **ONLY ONE** of the following pain intensity questions (A or B)

**Enter Rating** ☐☐
**A. Numeric Rating Scale (00-10)**
Ask resident: "*Please rate your worst pain over the last 5 days on a zero to ten scale, with zero being no pain and ten as the worst pain you can imagine.*" (Show resident 00 -10 pain scale)
**Enter two-digit response. Enter 99 if unable to answer.**

**Enter Code** ☐
**B. Verbal Descriptor Scale**
Ask resident: "*Please rate the intensity of your worst pain over the last 5 days.*" (Show resident verbal scale)
1. **Mild**
2. **Moderate**
3. **Severe**
4. **Very severe, horrible**
9. **Unable to answer**

| Section J | Health Conditions |
|---|---|

**J0700. Should the Staff Assessment for Pain be Conducted?**

Enter Code [  ]
- 0. **No** (J0400 = 1 thru 4) ➡ Skip to J1100, Shortness of Breath (dyspnea)
- 1. **Yes** (J0400 = 9) ➡ Continue to J0800, Indicators of Pain or Possible Pain

**Staff Assessment for Pain**

**J0800. Indicators of Pain or Possible Pain** in the last 5 days

↓ **Check all that apply**

- [  ] **A. Non-verbal sounds** (e.g., crying, whining, gasping, moaning, or groaning)
- [  ] **B. Vocal complaints of pain** (e.g., that hurts, ouch, stop)
- [  ] **C. Facial expressions** (e.g., grimaces, winces, wrinkled forehead, furrowed brow, clenched teeth or jaw)
- [  ] **D. Protective body movements or postures** (e.g., bracing, guarding, rubbing or massaging a body part/area, clutching or holding a body part during movement)
- [  ] **Z. None of these signs observed or documented** ➡ If checked, skip to J1100, Shortness of Breath (dyspnea)

**J0850. Frequency of Indicator of Pain or Possible Pain** in the last 5 days

Enter Code [  ]
Frequency with which resident complains or shows evidence of pain or possible pain
1. **Indicators of pain** or possible pain observed **1 to 2 days**
2. **Indicators of pain** or possible pain observed **3 to 4 days**
3. **Indicators of pain** or possible pain observed **daily**

**Other Health Conditions**

**J1100. Shortness of Breath (dyspnea)**

↓ **Check all that apply**

- [  ] **A. Shortness of breath** or trouble breathing **with exertion** (e.g., walking, bathing, transferring)
- [  ] **B. Shortness of breath** or trouble breathing **when sitting at rest**
- [  ] **C. Shortness of breath** or trouble breathing **when lying flat**
- [  ] **Z. None of the above**

**J1400. Prognosis**

Enter Code [  ]
Does the resident have a condition or chronic disease that may result in a **life expectancy of less than 6 months?** (Requires physician documentation)
- 0. **No**
- 1. **Yes**

**J1550. Problem Conditions**

↓ **Check all that apply**

- [  ] **A. Fever**
- [  ] **B. Vomiting**
- [  ] **C. Dehydrated**
- [  ] **D. Internal bleeding**
- [  ] **Z. None of the above**

| Section J | Health Conditions |
|---|---|

**J1700. Fall History on Admission/Entry or Reentry**
Complete only if A0310A = 01 or A0310E = 1

| Enter Code | A. Did the resident have a fall any time in the **last month** prior to admission/entry or reentry?<br>0. **No**<br>1. **Yes**<br>9. **Unable to determine** |
|---|---|
| Enter Code | B. Did the resident have a fall any time in the **last 2-6 months** prior to admission/entry or reentry?<br>0. **No**<br>1. **Yes**<br>9. **Unable to determine** |
| Enter Code | C. Did the resident have any **fracture related to a fall in the 6 months** prior to admission/entry or reentry?<br>0. **No**<br>1. **Yes**<br>9. **Unable to determine** |

**J1800. Any Falls Since Admission/Entry or Reentry or Prior Assessment (OBRA or Scheduled PPS),** whichever is more recent

| Enter Code | Has the resident **had any falls since admission/entry or reentry or the prior assessment** (OBRA or scheduled PPS), whichever is more recent?<br>0. **No** → Skip to K0100, Swallowing Disorder<br>1. **Yes** → Continue to J1900, Number of Falls Since Admission/Entry or Reentry or Prior Assessment (OBRA or Scheduled PPS) |
|---|---|

**J1900. Number of Falls Since Admission/Entry or Reentry or Prior Assessment (OBRA or Scheduled PPS),** whichever is more recent

| Coding:<br>0. **None**<br>1. **One**<br>2. **Two or more** | ↓ **Enter Codes in Boxes** | |
|---|---|---|
| | ☐ | A. **No injury** - no evidence of any injury is noted on physical assessment by the nurse or primary care clinician; no complaints of pain or injury by the resident; no change in the resident's behavior is noted after the fall |
| | ☐ | B. **Injury (except major)** - skin tears, abrasions, lacerations, superficial bruises, hematomas and sprains; or any fall-related injury that causes the resident to complain of pain |
| | ☐ | C. **Major injury** - bone fractures, joint dislocations, closed head injuries with altered consciousness, subdural hematoma |

| Section K | Swallowing/Nutritional Status |
|---|---|

**K0100. Swallowing Disorder**
Signs and symptoms of possible swallowing disorder

↓ **Check all that apply**

| ☐ | A. **Loss of liquids/solids from mouth when eating or drinking** |
|---|---|
| ☐ | B. **Holding food in mouth/cheeks or residual food in mouth after meals** |
| ☐ | C. **Coughing or choking during meals or when swallowing medications** |
| ☐ | D. **Complaints of difficulty or pain with swallowing** |
| ☐ | Z. **None of the above** |

**K0200. Height and Weight -** While measuring, if the number is X.1 - X.4 round down; X.5 or greater round up

| inches ☐☐ | A. **Height** (in inches). Record most recent height measure since the most recent admission/entry or reentry |
|---|---|
| pounds ☐☐☐ | B. **Weight** (in pounds). Base weight on most recent measure in last 30 days; measure weight consistently, according to standard facility practice (e.g., in a.m. after voiding, before meal, with shoes off, etc.) |

**K0300. Weight Loss**

| Enter Code | **Loss of 5% or more in the last month or loss of 10% or more in last 6 months**<br>0. **No** or unknown<br>1. **Yes, on** physician-prescribed weight-loss regimen<br>2. **Yes, not on** physician-prescribed weight-loss regimen |
|---|---|

## Section K — Swallowing/Nutritional Status

### K0310. Weight Gain

| Enter Code | Gain of 5% or more in the last month or gain of 10% or more in last 6 months |
|---|---|
| ☐ | 0. **No** or unknown |
| | 1. **Yes, on** physician-prescribed weight-gain regimen |
| | 2. **Yes, not on** physician-prescribed weight-gain regimen |

### K0510. Nutritional Approaches

Check all of the following nutritional approaches that were performed during the last **7 days**

| | 1. While NOT a Resident | 2. While a Resident |
|---|---|---|
| **1. While NOT a Resident** Performed **while NOT a resident** of this facility and within the **last 7 days**. Only check column 1 if resident entered (admission or reentry) IN THE LAST 7 DAYS. If resident last entered 7 or more days ago, leave column 1 blank **2. While a Resident** Performed **while a resident** of this facility and within the **last 7 days** | **1. While NOT a Resident** | **2. While a Resident** |
| | ↓ Check all that apply ↓ | |
| A. **Parenteral/IV feeding** | ☐ | ☐ |
| B. **Feeding tube** - nasogastric or abdominal (PEG) | ☐ | ☐ |
| C. **Mechanically altered diet** - require change in texture of food or liquids (e.g., pureed food, thickened liquids) | ☐ | ☐ |
| D. **Therapeutic diet** (e.g., low salt, diabetic, low cholesterol) | ☐ | ☐ |
| Z. **None of the above** | ☐ | ☐ |

### K0710. Percent Intake by Artificial Route - Complete K0710 only if Column 1 and/or Column 2 are checked for K0510A and/or K0510B

| | 1. While NOT a Resident | 2. While a Resident | 3. During Entire 7 Days |
|---|---|---|---|
| **1. While NOT a Resident** Performed **while NOT a resident** of this facility and within the **last 7 days**. Only enter a code in column 1 if resident entered (admission or reentry) IN THE LAST 7 DAYS. If resident last entered 7 or more days ago, leave column 1 blank **2. While a Resident** Performed **while a resident** of this facility and within the **last 7 days** **3. During Entire 7 Days** Performed during the entire **last 7 days** | **1. While NOT a Resident** | **2. While a Resident** | **3. During Entire 7 Days** |
| | ↓ | Enter Codes | ↓ |
| A. **Proportion of total calories the resident received through parenteral or tube feeding** 1. **25% or less** 2. **26-50%** 3. **51% or more** | ☐ | ☐ | ☐ |
| B. **Average fluid intake per day by IV or tube feeding** 1. **500 cc/day or less** 2. **501 cc/day or more** | ☐ | ☐ | ☐ |

## Section L — Oral/Dental Status

### L0200. Dental

↓ Check all that apply

| | |
|---|---|
| ☐ | A. **Broken or loosely fitting full or partial denture** (chipped, cracked, uncleanable, or loose) |
| ☐ | F. **Mouth or facial pain, discomfort or difficulty with chewing** |

| Section M | Skin Conditions |
|---|---|

## Report based on highest stage of existing ulcer(s) at its worst; do not "reverse" stage

**M0100. Determination of Pressure Ulcer Risk**

↓ **Check all that apply**

- [ ] **A. Resident has a stage 1 or greater, a scar over bony prominence, or a non-removable dressing/device**
- [ ] **B. Formal assessment instrument/tool** (e.g., Braden, Norton, or other)
- [ ] **C. Clinical assessment**
- [ ] **Z. None of the above**

**M0150. Risk of Pressure Ulcers**

Enter Code [ ]  **Is this resident at risk of developing pressure ulcers?**
0. **No**
1. **Yes**

**M0210. Unhealed Pressure Ulcer(s)**

Enter Code [ ]  **Does this resident have one or more unhealed pressure ulcer(s) at Stage 1 or higher?**
0. **No** → Skip to M0900, Healed Pressure Ulcers
1. **Yes** → Continue to M0300, Current Number of Unhealed Pressure Ulcers at Each Stage

**M0300. Current Number of Unhealed Pressure Ulcers at Each Stage**

Enter Number [ ]  **A. Number of Stage 1 pressure ulcers**
**Stage 1:** Intact skin with non-blanchable redness of a localized area usually over a bony prominence. Darkly pigmented skin may not have a visible blanching; in dark skin tones only it may appear with persistent blue or purple hues

**B. Stage 2:** Partial thickness loss of dermis presenting as a shallow open ulcer with a red or pink wound bed, without slough. May also present as an intact or open/ruptured blister

Enter Number [ ]  **1. Number of Stage 2 pressure ulcers -** If 0 → Skip to M0300C, Stage 3

Enter Number [ ]  **2. Number of these Stage 2 pressure ulcers that were present upon admission/entry or reentry -** enter how many were noted at the time of admission/entry or reentry

**3. Date of oldest Stage 2 pressure ulcer -** Enter dashes if date is unknown:

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month      Day        Year

**C. Stage 3:** Full thickness tissue loss. Subcutaneous fat may be visible but bone, tendon or muscle is not exposed. Slough may be present but does not obscure the depth of tissue loss. May include undermining and tunneling

Enter Number [ ]  **1. Number of Stage 3 pressure ulcers -** If 0 → Skip to M0300D, Stage 4

Enter Number [ ]  **2. Number of these Stage 3 pressure ulcers that were present upon admission/entry or reentry -** enter how many were noted at the time of admission/entry or reentry

**D. Stage 4:** Full thickness tissue loss with exposed bone, tendon or muscle. Slough or eschar may be present on some parts of the wound bed. Often includes undermining and tunneling

Enter Number [ ]  **1. Number of Stage 4 pressure ulcers -** If 0 → Skip to M0300E, Unstageable: Non-removable dressing

Enter Number [ ]  **2. Number of these Stage 4 pressure ulcers that were present upon admission/entry or reentry -** enter how many were noted at the time of admission/entry or reentry

**M0300 continued on next page**

| **Section M** | **Skin Conditions** |
|---|---|

**M0300. Current Number of Unhealed Pressure Ulcers at Each Stage** - Continued

E. **Unstageable - Non-removable dressing:** Known but not stageable due to non-removable dressing/device

Enter Number ☐ 1. **Number of unstageable pressure ulcers due to non-removable dressing/device** - If 0 ➡ Skip to M0300F, Unstageable: Slough and/or eschar

Enter Number ☐ 2. **Number of these unstageable pressure ulcers that were present upon admission/entry or reentry** - enter how many were noted at the time of admission/entry or reentry

F. **Unstageable - Slough and/or eschar:** Known but not stageable due to coverage of wound bed by slough and/or eschar

Enter Number ☐ 1. **Number of unstageable pressure ulcers due to coverage of wound bed by slough and/or eschar** - If 0 ➡ Skip to M0300G, Unstageable: Deep tissue

Enter Number ☐ 2. **Number of these unstageable pressure ulcers that were present upon admission/entry or reentry** - enter how many were noted at the time of admission/entry or reentry

G. **Unstageable - Deep tissue:** Suspected deep tissue injury in evolution

Enter Number ☐ 1. **Number of unstageable pressure ulcers with suspected deep tissue injury in evolution** - If 0 ➡ Skip to M0610, Dimension of Unhealed Stage 3 or 4 Pressure Ulcers or Eschar

Enter Number ☐ 2. **Number of these unstageable pressure ulcers that were present upon admission/entry or reentry** - enter how many were noted at the time of admission/entry or reentry

**M0610. Dimensions of Unhealed Stage 3 or 4 Pressure Ulcers or Eschar**
Complete only if M0300C1, M0300D1 or M0300F1 is greater than 0

If the resident has one or more unhealed Stage 3 or 4 pressure ulcers or an unstageable pressure ulcer due to slough or eschar, identify the pressure ulcer with the largest surface area (length x width) and record in centimeters:

☐☐.☐ cm  A. **Pressure ulcer length:** Longest length from head to toe

☐☐.☐ cm  B. **Pressure ulcer width:** Widest width of the same pressure ulcer, side-to-side perpendicular (90-degree angle) to length

☐☐.☐ cm  C. **Pressure ulcer depth:** Depth of the same pressure ulcer from the visible surface to the deepest area (if depth is unknown, enter a dash in each box)

**M0700. Most Severe Tissue Type for Any Pressure Ulcer**

Enter Code ☐  Select the best description of the most severe type of tissue present in any pressure ulcer bed
1. **Epithelial tissue** - new skin growing in superficial ulcer. It can be light pink and shiny, even in persons with darkly pigmented skin
2. **Granulation tissue** - pink or red tissue with shiny, moist, granular appearance
3. **Slough** - yellow or white tissue that adheres to the ulcer bed in strings or thick clumps, or is mucinous
4. **Eschar** - black, brown, or tan tissue that adheres firmly to the wound bed or ulcer edges, may be softer or harder than surrounding skin
9. **None of the above**

**M0800. Worsening in Pressure Ulcer Status Since Prior Assessment (OBRA or Scheduled PPS) or Last Admission/Entry or Reentry**
Complete only if A0310E = 0

Indicate the number of current pressure ulcers that were **not present or were at a lesser stage** on prior assessment (OBRA or scheduled PPS) or last admission/entry or reentry. If no current pressure ulcer at a given stage, enter 0

Enter Number ☐  A. **Stage 2**

Enter Number ☐  B. **Stage 3**

Enter Number ☐  C. **Stage 4**

| Section M | Skin Conditions |
|---|---|

### M0900. Healed Pressure Ulcers
Complete only if A0310E = 0

| Enter Code ☐ | **A. Were pressure ulcers present on the prior assessment (OBRA or scheduled PPS)?**<br>   0.  **No** ➞ Skip to M1030, Number of Venous and Arterial Ulcers<br>   1.  **Yes** ➞ Continue to M0900B, Stage 2 |
|---|---|
|  | Indicate the number of pressure ulcers that were noted on the prior assessment (OBRA or scheduled PPS) that have completely closed (resurfaced with epithelium). If no healed pressure ulcer at a given stage since the prior assessment (OBRA or scheduled PPS), enter 0. |
| Enter Number ☐ | **B. Stage 2** |
| Enter Number ☐ | **C. Stage 3** |
| Enter Number ☐ | **D. Stage 4** |

### M1030. Number of Venous and Arterial Ulcers

| Enter Number ☐ | **Enter the total number of venous and arterial ulcers present** |
|---|---|

### M1040. Other Ulcers, Wounds and Skin Problems
↓ Check all that apply

| | **Foot Problems** |
|---|---|
| ☐ | **A. Infection of the foot** (e.g., cellulitis, purulent drainage) |
| ☐ | **B. Diabetic foot ulcer(s)** |
| ☐ | **C. Other open lesion(s) on the foot** |
| | **Other Problems** |
| ☐ | **D. Open lesion(s) other than ulcers, rashes, cuts** (e.g., cancer lesion) |
| ☐ | **E. Surgical wound(s)** |
| ☐ | **F. Burn(s)** (second or third degree) |
| ☐ | **G. Skin tear(s)** |
| ☐ | **H. Moisture Associated Skin Damage (MASD)** (i.e. incontinence (IAD), perspiration, drainage) |
| | **None of the Above** |
| ☐ | **Z. None of the above** were present |

### M1200. Skin and Ulcer Treatments
↓ Check all that apply

| ☐ | **A. Pressure reducing device for chair** |
|---|---|
| ☐ | **B. Pressure reducing device for bed** |
| ☐ | **C. Turning/repositioning program** |
| ☐ | **D. Nutrition or hydration intervention** to manage skin problems |
| ☐ | **E. Pressure ulcer care** |
| ☐ | **F. Surgical wound care** |
| ☐ | **G. Application of nonsurgical dressings** (with or without topical medications) other than to feet |
| ☐ | **H. Applications of ointments/medications** other than to feet |
| ☐ | **I. Application of dressings to feet** (with or without topical medications) |
| ☐ | **Z. None of the above** were provided |

| Section N | Medications |
|-----------|-------------|

**N0300. Injections**

| Enter Days | |
|:---:|---|
| ☐ | **Record the number of days that injections of any type** were received during the last 7 days or since admission/entry or reentry if less than 7 days.  If 0 ➝ Skip to N0410, Medications Received |

**N0350. Insulin**

| Enter Days | |
|:---:|---|
| ☐ | **A.  Insulin injections - Record the number of days that insulin injections** were received during the last 7 days or since admission/entry or reentry if less than 7 days |
| ☐ | **B.  Orders for insulin - Record the number of days the physician (or authorized assistant or practitioner) changed the resident's insulin orders** during the last 7 days or since admission/entry or reentry if less than 7 days |

**N0410. Medications Received**

**Indicate the number of DAYS  the resident received the following medications during the last 7 days or since admission/entry or reentry if less than 7 days**.  Enter "0" if medication was not received by the resident during the last 7 days

| Enter Days | |
|:---:|---|
| ☐ | **A.  Antipsychotic** |
| ☐ | **B.  Antianxiety** |
| ☐ | **C.  Antidepressant** |
| ☐ | **D.  Hypnotic** |
| ☐ | **E.  Anticoagulant** (warfarin, heparin, or low-molecular weight heparin) |
| ☐ | **F.  Antibiotic** |
| ☐ | **G.  Diuretic** |

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

**O0100. Special Treatments, Procedures, and Programs**

Check all of the following treatments, procedures, and programs that were performed during the last **14 days**

| | 1. While NOT a Resident | 2. While a Resident |
|---|:---:|:---:|
| **1. While NOT a Resident** Performed **while NOT a resident** of this facility and within the **last 14 days**. Only check column 1 if resident entered (admission or reentry) IN THE LAST 14 DAYS. If resident last entered 14 or more days ago, leave column 1 blank **2. While a Resident** Performed **while a resident** of this facility and within the **last 14 days** | | |
| | ↓ Check all that apply ↓ | |
| **Cancer Treatments** | | |
| A. Chemotherapy | ☐ | ☐ |
| B. Radiation | ☐ | ☐ |
| **Respiratory Treatments** | | |
| C. Oxygen therapy | ☐ | ☐ |
| D. Suctioning | ☐ | ☐ |
| E. Tracheostomy care | ☐ | ☐ |
| F. Ventilator or respirator | ☐ | ☐ |
| **Other** | | |
| H. IV medications | ☐ | ☐ |
| I. Transfusions | ☐ | ☐ |
| J. Dialysis | ☐ | ☐ |
| K. Hospice care | | ☐ |
| M. Isolation or quarantine for active infectious disease (does not include standard body/fluid precautions) | | ☐ |

**O0250. Influenza Vaccine** - Refer to current version of RAI manual for current influenza vaccination season and reporting period

Enter Code ☐   **A.** Did the **resident receive the influenza vaccine in this facility** for this year's influenza vaccination season?
     0. **No** → Skip to O0250C, If influenza vaccine not received, state reason
     1. **Yes** → Continue to O0250B, Date influenza vaccine received

     **B.** Date influenza vaccine received → Complete date and skip to O0300A, Is the resident's Pneumococcal vaccination up to date?
       ☐☐ – ☐☐ – ☐☐☐☐
       Month    Day     Year

Enter Code ☐   **C.** If influenza vaccine not received, state reason:
     1. **Resident not in this facility** during this year's influenza vaccination season
     2. **Received outside of this facility**
     3. **Not eligible** - medical contraindication
     4. **Offered and declined**
     5. **Not offered**
     6. **Inability to obtain influenza vaccine** due to a declared shortage
     9. **None of the above**

**O0300. Pneumococcal Vaccine**

Enter Code ☐   **A.** Is the resident's Pneumococcal vaccination up to date?
     0. **No** → Continue to O0300B, If Pneumococcal vaccine not received, state reason
     1. **Yes** → Skip to O0400, Therapies

Enter Code ☐   **B.** If Pneumococcal vaccine not received, state reason:
     1. **Not eligible** - medical contraindication
     2. **Offered and declined**
     3. **Not offered**

| Section O | Special Treatments, Procedures, and Programs |
|-----------|-----------------------------------------------|

**O0400. Therapies**

**A. Speech-Language Pathology and Audiology Services**

Enter Number of Minutes

**1. Individual minutes -** record the total number of minutes this therapy was administered to the resident **individually** in the last 7 days

Enter Number of Minutes

**2. Concurrent minutes -** record the total number of minutes this therapy was administered to the resident **concurrently with one other resident** in the last 7 days

Enter Number of Minutes

**3. Group minutes -** record the total number of minutes this therapy was administered to the resident as **part of a group of residents** in the last 7 days

**If the sum of individual, concurrent, and group minutes is zero,** ➔ skip to O0400A5, Therapy start date

Enter Number of Minutes

**3A. Co-treatment minutes -** record the total number of minutes this therapy was administered to the resident in **co-treatment sessions** in the last 7 days

Enter Number of Days

**4. Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

**5. Therapy start date -** record the date the most recent therapy regimen (since the most recent entry) started

Month – Day – Year

**6. Therapy end date -** record the date the most recent therapy regimen (since the most recent entry) ended - enter dashes if therapy is ongoing

Month – Day – Year

**B. Occupational Therapy**

Enter Number of Minutes

**1. Individual minutes -** record the total number of minutes this therapy was administered to the resident **individually** in the last 7 days

Enter Number of Minutes

**2. Concurrent minutes -** record the total number of minutes this therapy was administered to the resident **concurrently with one other resident** in the last 7 days

Enter Number of Minutes

**3. Group minutes -** record the total number of minutes this therapy was administered to the resident as **part of a group of residents** in the last 7 days

**If the sum of individual, concurrent, and group minutes is zero,** ➔ skip to O0400B5, Therapy start date

Enter Number of Minutes

**3A. Co-treatment minutes -** record the total number of minutes this therapy was administered to the resident in **co-treatment sessions** in the last 7 days

Enter Number of Days

**4. Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

**5. Therapy start date -** record the date the most recent therapy regimen (since the most recent entry) started

Month – Day – Year

**6. Therapy end date -** record the date the most recent therapy regimen (since the most recent entry) ended - enter dashes if therapy is ongoing

Month – Day – Year

**O0400 continued on next page**

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

**O0400. Therapies** - Continued

**C. Physical Therapy**

Enter Number of Minutes
[     ]

1. **Individual minutes -** record the total number of minutes this therapy was administered to the resident **individually** in the last 7 days

Enter Number of Minutes
[     ]

2. **Concurrent minutes -** record the total number of minutes this therapy was administered to the resident **concurrently with one other resident** in the last 7 days

Enter Number of Minutes
[     ]

3. **Group minutes -** record the total number of minutes this therapy was administered to the resident as **part of a group of residents** in the last 7 days

**If the sum of individual, concurrent, and group minutes is zero,** → skip to O0400C5, Therapy start date

Enter Number of Minutes
[     ]

3A. **Co-treatment minutes -** record the total number of minutes this therapy was administered to the resident in **co-treatment sessions** in the last 7 days

Enter Number of Days
[  ]

4. **Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

5. **Therapy start date -** record the date the most recent therapy regimen (since the most recent entry) started

6. **Therapy end date -** record the date the most recent therapy regimen (since the most recent entry) ended - enter dashes if therapy is ongoing

[  ] [  ] – [  ] [  ] – [  ] [  ] [  ] [  ]
Month      Day          Year

[  ] [  ] – [  ] [  ] – [  ] [  ] [  ] [  ]
Month      Day          Year

**D. Respiratory Therapy**

Enter Number of Days
[  ]

2. **Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

**E. Psychological Therapy** (by any licensed mental health professional)

Enter Number of Days
[  ]

2. **Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

**O0420. Distinct Calendar Days of Therapy**

Enter Number of Days
[  ]

**Record the number of calendar days that the resident received Speech-Language Pathology and Audiology Services, Occupational Therapy, or Physical Therapy for at least 15 minutes in the past 7 days.**

**O0450. Resumption of Therapy -** Complete only if A0310C = 2 or 3 and A0310F = 99

Enter Code
[  ]

A. **Has a previous rehabilitation therapy regimen (speech, occupational, and/or physical therapy) ended, as reported on this End of Therapy OMRA, and has this regimen now resumed at exactly the same level for each discipline?**

0. **No** → Skip to O0500, Restorative Nursing Programs
1. **Yes**

B. **Date on which therapy regimen resumed:**

[  ] [  ] – [  ] [  ] – [  ] [  ] [  ] [  ]
Month      Day          Year

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

**O0500. Restorative Nursing Programs**

Record the **number of days** each of the following restorative programs was performed (for at least 15 minutes a day) in the last 7 calendar days (enter 0 if none or less than 15 minutes daily)

| Number of Days | Technique |
|---|---|
| ☐ | **A. Range of motion (passive)** |
| ☐ | **B. Range of motion (active)** |
| ☐ | **C. Splint or brace assistance** |

| Number of Days | Training and Skill Practice In: |
|---|---|
| ☐ | **D. Bed mobility** |
| ☐ | **E. Transfer** |
| ☐ | **F. Walking** |
| ☐ | **G. Dressing and/or grooming** |
| ☐ | **H. Eating and/or swallowing** |
| ☐ | **I. Amputation/prostheses care** |
| ☐ | **J. Communication** |

**O0600. Physician Examinations**

| Enter Days ☐☐ | Over the last 14 days, **on how many days did the physician (or authorized assistant or practitioner) examine the resident?** |
|---|---|

**O0700. Physician Orders**

| Enter Days ☐☐ | Over the last 14 days, **on how many days did the physician (or authorized assistant or practitioner) change the resident's orders?** |
|---|---|

| Section P | Restraints |
|---|---|

### P0100. Physical Restraints

Physical restraints are any manual method or physical or mechanical device, material or equipment attached or adjacent to the resident's body that the individual cannot remove easily which restricts freedom of movement or normal access to one's body

**↓ Enter Codes in Boxes**

**Coding:**
0. **Not used**
1. **Used less than daily**
2. **Used daily**

**Used in Bed**

[ ] A. Bed rail

[ ] B. Trunk restraint

[ ] C. Limb restraint

[ ] D. Other

**Used in Chair or Out of Bed**

[ ] E. Trunk restraint

[ ] F. Limb restraint

[ ] G. Chair prevents rising

[ ] H. Other

| Section Q | Participation in Assessment and Goal Setting |
|---|---|

### Q0100. Participation in Assessment

Enter Code [ ]
A. **Resident participated in assessment**
0. **No**
1. **Yes**

Enter Code [ ]
B. **Family or significant other participated in assessment**
0. **No**
1. **Yes**
9. **Resident has no family or significant other**

Enter Code [ ]
C. **Guardian or legally authorized representative participated in assessment**
0. **No**
1. **Yes**
9. **Resident has no guardian or legally authorized representative**

### Q0300. Resident's Overall Expectation

Complete only if A0310E = 1

Enter Code [ ]
A. **Select one for resident's overall goal established during assessment process**
1. Expects to be **discharged to the community**
2. Expects to **remain in this facility**
3. Expects to be **discharged to another facility/institution**
9. **Unknown or uncertain**

Enter Code [ ]
B. **Indicate information source for Q0300A**
1. **Resident**
2. If not resident, then **family or significant other**
3. If not resident, family, or significant other, then **guardian or legally authorized representative**
9. **Unknown or uncertain**

### Q0400. Discharge Plan

Enter Code [ ]
A. **Is active discharge planning already occurring for the resident to return to the community?**
0. **No**
1. **Yes** ➞ Skip to Q0600, Referral

| Section Q | Participation in Assessment and Goal Setting |
|---|---|

**Q0490.  Resident's Preference to Avoid Being Asked Question Q0500B**

Complete only if A0310A = 02, 06, or 99

| Enter Code | **Does the resident's clinical record document a request that this question be asked only on comprehensive assessments?** |
|---|---|
| | 0.  **No** |
| | 1.  **Yes** ⟶ Skip to Q0600, Referral |
| | 8.  **Information not available** |

**Q0500.  Return to Community**

| Enter Code | **B.  Ask the resident** (or family or significant other or guardian or legally authorized representative if resident is unable to understand or respond): **"Do you want to talk to someone about the possibility of leaving this facility and returning to live and receive services in the community?"** |
|---|---|
| | 0.  **No** |
| | 1.  **Yes** |
| | 9.  **Unknown or uncertain** |

**Q0550.  Resident's Preference to Avoid Being Asked Question Q0500B Again**

| Enter Code | **A.  Does the resident** (or family or significant other or guardian or legally authorized representative if resident is unable to understand or respond) **want to be asked about returning to the community on all assessments?**  (Rather than only on comprehensive assessments.) |
|---|---|
| | 0.  **No** - then document in resident's clinical record and ask again only on the next comprehensive assessment |
| | 1.  **Yes** |
| | 8.  **Information not available** |

| Enter Code | **B.  Indicate information source for Q0550A** |
|---|---|
| | 1.  **Resident** |
| | 2.  If not resident, then **family or significant other** |
| | 3.  If not resident, family or significant other, then **guardian or legally authorized representative** |
| | 8.  **No information source available** |

**Q0600.  Referral**

| Enter Code | **Has a referral been made to the Local Contact Agency?** (Document reasons in resident's clinical record) |
|---|---|
| | 0.  **No** - referral not needed |
| | 1.  **No** - referral is or may be needed (For more information see Appendix C, Care Area Assessment Resources #20) |
| | 2.  **Yes** - referral made |

| Section X | Correction Request |
|---|---|

**Complete Section X only if A0050 = 2 or 3**

**Identification of Record to be Modified/Inactivated** - The following items identify the existing assessment record that is in error. In this section, reproduce the information EXACTLY as it appeared on the existing erroneous record, even if the information is incorrect. This information is necessary to locate the existing record in the National MDS Database.

**X0150. Type of Provider** (A0200 on existing record to be modified/inactivated)

Enter Code ☐
**Type of provider**
1. **Nursing home (SNF/NF)**
2. **Swing Bed**

**X0200. Name of Resident** (A0500 on existing record to be modified/inactivated)

**A. First name:**
☐☐☐☐☐☐☐☐☐☐☐☐☐☐

**C. Last name:**
☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

**X0300. Gender** (A0800 on existing record to be modified/inactivated)

Enter Code ☐
1. **Male**
2. **Female**

**X0400. Birth Date** (A0900 on existing record to be modified/inactivated)

☐☐ – ☐☐ – ☐☐☐☐
Month   Day    Year

**X0500. Social Security Number** (A0600A on existing record to be modified/inactivated)

☐☐☐ – ☐☐ – ☐☐☐☐

**X0600. Type of Assessment** (A0310 on existing record to be modified/inactivated)

Enter Code ☐☐
**A. Federal OBRA Reason for Assessment**
01. **Admission** assessment (required by day 14)
02. **Quarterly** review assessment
03. **Annual** assessment
04. **Significant change in status** assessment
05. **Significant correction** to **prior comprehensive** assessment
06. **Significant correction** to **prior quarterly** assessment
99. **None of the above**

Enter Code ☐☐
**B. PPS Assessment**
**PPS Scheduled Assessments for a Medicare Part A Stay**
01. **5-day** scheduled assessment
02. **14-day** scheduled assessment
03. **30-day** scheduled assessment
04. **60-day** scheduled assessment
05. **90-day** scheduled assessment
**PPS Unscheduled Assessments for a Medicare Part A Stay**
07. **Unscheduled assessment used for PPS** (OMRA, significant or clinical change, or significant correction assessment)
**Not PPS Assessment**
99. **None of the above**

Enter Code ☐
**C. PPS Other Medicare Required Assessment - OMRA**
0. **No**
1. **Start of therapy** assessment
2. **End of therapy** assessment
3. **Both Start and End of therapy** assessment
4. **Change of therapy** assessment

**X0600 continued on next page**

| Section X | Correction Request |
|---|---|

### X0600. Type of Assessment - Continued

| Enter Code | D. **Is this a Swing Bed clinical change assessment?** Complete only if X0150 = 2 |
|---|---|
| ☐ | 0. **No** |
| | 1. **Yes** |

| Enter Code | F. **Entry/discharge reporting** |
|---|---|
| ☐☐ | 01. **Entry** tracking record |
| | 10. **Discharge** assessment-**return not anticipated** |
| | 11. **Discharge** assessment-**return anticipated** |
| | 12. **Death in facility** tracking record |
| | 99. **None of the above** |

### X0700. Date on existing record to be modified/inactivated - **Complete one only**

A. **Assessment Reference Date** (A2300 on existing record to be modified/inactivated) - Complete only if X0600F = 99

☐☐ – ☐☐ – ☐☐☐☐
Month — Day — Year

B. **Discharge Date** (A2000 on existing record to be modified/inactivated) - Complete only if X0600F = 10, 11, or 12

☐☐ – ☐☐ – ☐☐☐☐
Month — Day — Year

C. **Entry Date** (A1600 on existing record to be modified/inactivated) - Complete only if X0600F = 01

☐☐ – ☐☐ – ☐☐☐☐
Month — Day — Year

### Correction Attestation Section - Complete this section to explain and attest to the modification/inactivation request

### X0800. Correction Number

| Enter Number | |
|---|---|
| ☐☐ | Enter the number of correction requests to modify/inactivate the existing record, including the present one |

### X0900. Reasons for Modification - Complete only if Type of Record is to modify a record in error (A0050 = 2)

↓ **Check all that apply**

| ☐ | A. **Transcription error** |
|---|---|
| ☐ | B. **Data entry error** |
| ☐ | C. **Software product error** |
| ☐ | D. **Item coding error** |
| ☐ | E. **End of Therapy - Resumption (EOT-R) date** |
| ☐ | Z. **Other error requiring modification** |
| | If "Other" checked, please specify: |

### X1050. Reasons for Inactivation - Complete only if Type of Record is to inactivate a record in error (A0050 = 3)

↓ **Check all that apply**

| ☐ | A. **Event did not occur** |
|---|---|
| ☐ | Z. **Other error requiring inactivation** |
| | If "Other" checked, please specify: |

| Section X | Correction Request |
|-----------|--------------------|

**X1100. RN Assessment Coordinator Attestation of Completion**

**A.** **Attesting individual's first name:**

⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

**B.** **Attesting individual's last name:**

⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

**C.** **Attesting individual's title:**

**D.** **Signature**

**E.** **Attestation date**

⬚⬚ – ⬚⬚ – ⬚⬚⬚⬚
Month    Day    Year

| Section Z | Assessment Administration |
|---|---|

**Z0100. Medicare Part A Billing**

**A. Medicare Part A HIPPS code** (RUG group followed by assessment type indicator)**:**

☐ ☐ ☐ ☐ ☐ ☐ ☐

**B. RUG version code:**

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

Enter Code

☐

**C. Is this a Medicare Short Stay assessment?**
   0. **No**
   1. **Yes**

**Z0150. Medicare Part A Non-Therapy Billing**

**A. Medicare Part A non-therapy HIPPS code** (RUG group followed by assessment type indicator)**:**

☐ ☐ ☐ ☐ ☐ ☐ ☐

**B. RUG version code:**

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

**Z0200. State Medicaid Billing (if required by the state)**

**A. RUG Case Mix group:**

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

**B. RUG version code:**

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

**Z0250. Alternate State Medicaid Billing (if required by the state)**

**A. RUG Case Mix group:**

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

**B. RUG version code:**

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

**Z0300. Insurance Billing**

**A. RUG billing code:**

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

**B. RUG billing version:**

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

| Section Z | Assessment Administration |
|---|---|

**Z0400. Signature of Persons Completing the Assessment or Entry/Death Reporting**

I certify that the accompanying information accurately reflects resident assessment information for this resident and that I collected or coordinated collection of this information on the dates specified. To the best of my knowledge, this information was collected in accordance with applicable Medicare and Medicaid requirements. I understand that this information is used as a basis for ensuring that residents receive appropriate and quality care, and as a basis for payment from federal funds. I further understand that payment of such federal funds and continued participation in the government-funded health care programs is conditioned on the accuracy and truthfulness of this information, and that I may be personally subject to or may subject my organization to substantial criminal, civil, and/or administrative penalties for submitting false information. I also certify that I am authorized to submit this information by this facility on its behalf.

| Signature | Title | Sections | Date Section Completed |
|---|---|---|---|
| A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |

**Z0500. Signature of RN Assessment Coordinator Verifying Assessment Completion**

A. Signature: _____

B. Date RN Assessment Coordinator signed assessment as complete:

☐☐ – ☐☐ – ☐☐☐☐
Month    Day    Year

**Legal Notice Regarding MDS 3.0** - Copyright 2011 United States of America and interRAI. This work may be freely used and distributed solely within the United States. Portions of the MDS 3.0 are under separate copyright protections; Pfizer Inc. holds the copyright for the PHQ-9; Confusion Assessment Method. © 1988, 2003, Hospital Elder Life Program. All rights reserved. Adapted from: Inouye SK et al. Ann Intern Med. 1990; 113:941-8. Both Pfizer Inc. and the Hospital Elder Life Program, LLC have granted permission to use these instruments in association with the MDS 3.0.

## MINIMUM DATA SET (MDS) – Version 3.0
## RESIDENT ASSESSMENT AND CARE SCREENING
### *Nursing Home Quarterly (NQ) Item Set*

| Section A | Identification Information |
|---|---|

**A0050. Type of Record**

Enter Code [ ]
1. **Add new record** → Continue to A0100, Facility Provider Numbers
2. **Modify existing record** → Continue to A0100, Facility Provider Numbers
3. **Inactivate existing record** → Skip to X0150, Type of Provider

**A0100. Facility Provider Numbers**

**A.** National Provider Identifier (NPI): [ ][ ][ ][ ][ ][ ][ ][ ]

**B.** CMS Certification Number (CCN): [ ][ ][ ][ ][ ][ ][ ][ ]

**C.** State Provider Number: [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**A0200. Type of Provider**

Enter Code [ ]
Type of provider
1. **Nursing home (SNF/NF)**
2. **Swing Bed**

**A0310. Type of Assessment**

Enter Code [ ][ ]
**A. Federal OBRA Reason for Assessment**
01. **Admission** assessment (required by day 14)
02. **Quarterly** review assessment
03. **Annual** assessment
04. **Significant change in status** assessment
05. **Significant correction** to **prior comprehensive** assessment
06. **Significant correction** to **prior quarterly** assessment
99. **None of the above**

Enter Code [ ][ ]
**B. PPS Assessment**
<u>PPS Scheduled Assessments for a Medicare Part A Stay</u>
01. **5-day** scheduled assessment
02. **14-day** scheduled assessment
03. **30-day** scheduled assessment
04. **60-day** scheduled assessment
05. **90-day** scheduled assessment
<u>PPS Unscheduled Assessments for a Medicare Part A Stay</u>
07. **Unscheduled assessment used for PPS** (OMRA, significant or clinical change, or significant correction assessment)
<u>Not PPS Assessment</u>
99. **None of the above**

Enter Code [ ]
**C. PPS Other Medicare Required Assessment - OMRA**
0. **No**
1. **Start of therapy** assessment
2. **End of therapy** assessment
3. **Both Start and End of therapy** assessment
4. **Change of therapy** assessment

Enter Code [ ]
**D. Is this a Swing Bed clinical change assessment?** Complete only if A0200 = 2
0. **No**
1. **Yes**

**A0310 continued on next page**

| Section A | Identification Information |
|---|---|

### A0310. Type of Assessment - Continued

**Enter Code** [ ]
**E. Is this assessment the first assessment** (OBRA, Scheduled PPS, or Discharge) **since the most recent admission/entry or reentry?**
0. **No**
1. **Yes**

**Enter Code** [ ]
**F. Entry/discharge reporting**
01. **Entry** tracking record
10. **Discharge** assessment-**return not anticipated**
11. **Discharge** assessment-**return anticipated**
12. **Death in facility** tracking record
99. **None of the above**

**Enter Code** [ ]
**G. Type of discharge** - Complete only if A0310F = 10 or 11
1. **Planned**
2. **Unplanned**

### A0410. Unit Certification or Licensure Designation

**Enter Code** [ ]
1. **Unit is neither Medicare nor Medicaid certified and MDS data is not required by the State**
2. **Unit is neither Medicare nor Medicaid certified but MDS data is required by the State**
3. **Unit is Medicare and/or Medicaid certified**

### A0500. Legal Name of Resident

**A. First name:** [ ][ ][ ][ ][ ][ ][ ][ ][ ]   **B. Middle initial:** [ ]

**C. Last name:** [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]   **D. Suffix:** [ ][ ][ ]

### A0600. Social Security and Medicare Numbers

**A. Social Security Number:** [ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

**B. Medicare number** (or comparable railroad insurance number)**:** [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

### A0700. Medicaid Number - Enter "+" if pending, "N" if not a Medicaid recipient
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

### A0800. Gender

**Enter Code** [ ]
1. **Male**
2. **Female**

### A0900. Birth Date
[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month — Day — Year

### A1000. Race/Ethnicity
↓ **Check all that apply**
[ ] **A. American Indian or Alaska Native**
[ ] **B. Asian**
[ ] **C. Black or African American**
[ ] **D. Hispanic or Latino**
[ ] **E. Native Hawaiian or Other Pacific Islander**
[ ] **F. White**

| Section A | Identification Information |
|---|---|

### A1100. Language

Enter Code [ ]

**A. Does the resident need or want an interpreter to communicate with a doctor or health care staff?**
- 0. **No** → Skip to A1200, Marital Status
- 1. **Yes** → Specify in A1100B, Preferred language
- 9. **Unable to determine** → Skip to A1200, Marital Status

**B. Preferred language:**

[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

### A1200. Marital Status

Enter Code [ ]

1. **Never married**
2. **Married**
3. **Widowed**
4. **Separated**
5. **Divorced**

### A1300. Optional Resident Items

**A. Medical record number:**

[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**B. Room number:**

[ ][ ][ ][ ][ ][ ][ ][ ]

**C. Name by which resident prefers to be addressed:**

[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**D. Lifetime occupation(s)** - put "/" between two occupations**:**

[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

---

### Most Recent Admission/Entry or Reentry into this Facility

### A1600. Entry Date

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month    Day    Year

### A1700. Type of Entry

Enter Code [ ]

1. **Admission**
2. **Reentry**

### A1800. Entered From

Enter Code [ ][ ]

- 01. **Community** (private home/apt., board/care, assisted living, group home)
- 02. **Another nursing home or swing bed**
- 03. **Acute hospital**
- 04. **Psychiatric hospital**
- 05. **Inpatient rehabilitation facility**
- 06. **ID/DD facility**
- 07. **Hospice**
- 09. **Long Term Care Hospital** (LTCH)
- 99. **Other**

### A1900. Admission Date (Date this episode of care in this facility began)

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month    Day    Year

| Section A | Identification Information |
|---|---|

### A2000. Discharge Date
Complete only if A0310F = 10, 11, or 12

| | |
|---|---|
| | ☐☐ – ☐☐ – ☐☐☐☐ |
| | Month   Day   Year |

### A2100. Discharge Status
Complete only if A0310F = 10, 11, or 12

**Enter Code** ☐☐

01. **Community** (private home/apt., board/care, assisted living, group home)
02. **Another nursing home or swing bed**
03. **Acute hospital**
04. **Psychiatric hospital**
05. **Inpatient rehabilitation facility**
06. **ID/DD facility**
07. **Hospice**
08. **Deceased**
09. **Long Term Care Hospital** (LTCH)
99. **Other**

### A2200. Previous Assessment Reference Date for Significant Correction
Complete only if A0310A = 05 or 06

| | |
|---|---|
| | ☐☐ – ☐☐ – ☐☐☐☐ |
| | Month   Day   Year |

### A2300. Assessment Reference Date

**Observation end date:**

☐☐ – ☐☐ – ☐☐☐☐
Month   Day   Year

### A2400. Medicare Stay

**Enter Code** ☐

**A. Has the resident had a Medicare-covered stay since the most recent entry?**
0. **No** → Skip to B0100, Comatose
1. **Yes** → Continue to A2400B, Start date of most recent Medicare stay

**B. Start date of most recent Medicare stay:**

☐☐ – ☐☐ – ☐☐☐☐
Month   Day   Year

**C. End date of most recent Medicare stay** - Enter dashes if stay is ongoing:

☐☐ – ☐☐ – ☐☐☐☐
Month   Day   Year

## Look back period for all items is 7 days unless another time frame is indicated

| Section B | Hearing, Speech, and Vision |
|---|---|

### B0100. Comatose

| Enter Code | **Persistent vegetative state/no discernible consciousness** |
|---|---|
| ☐ | 0. **No** ➡ Continue to B0200, Hearing<br>1. **Yes** ➡ Skip to G0110, Activities of Daily Living (ADL) Assistance |

### B0200. Hearing

| Enter Code | **Ability to hear** (with hearing aid or hearing appliances if normally used) |
|---|---|
| ☐ | 0. **Adequate** - no difficulty in normal conversation, social interaction, listening to TV<br>1. **Minimal difficulty** - difficulty in some environments (e.g., when person speaks softly or setting is noisy)<br>2. **Moderate difficulty** - speaker has to increase volume and speak distinctly<br>3. **Highly impaired** - absence of useful hearing |

### B0300. Hearing Aid

| Enter Code | **Hearing aid or other hearing appliance used** in completing B0200, Hearing |
|---|---|
| ☐ | 0. **No**<br>1. **Yes** |

### B0600. Speech Clarity

| Enter Code | **Select best description of speech pattern** |
|---|---|
| ☐ | 0. **Clear speech** - distinct intelligible words<br>1. **Unclear speech** - slurred or mumbled words<br>2. **No speech** - absence of spoken words |

### B0700. Makes Self Understood

| Enter Code | **Ability to express ideas and wants,** consider both verbal and non-verbal expression |
|---|---|
| ☐ | 0. **Understood**<br>1. **Usually understood** - difficulty communicating some words or finishing thoughts **but** is able if prompted or given time<br>2. **Sometimes understood** - ability is limited to making concrete requests<br>3. **Rarely/never understood** |

### B0800. Ability To Understand Others

| Enter Code | **Understanding verbal content, however able** (with hearing aid or device if used) |
|---|---|
| ☐ | 0. **Understands** - clear comprehension<br>1. **Usually understands** - misses some part/intent of message **but** comprehends most conversation<br>2. **Sometimes understands** - responds adequately to simple, direct communication only<br>3. **Rarely/never understands** |

### B1000. Vision

| Enter Code | **Ability to see in adequate light** (with glasses or other visual appliances) |
|---|---|
| ☐ | 0. **Adequate** - sees fine detail, such as regular print in newspapers/books<br>1. **Impaired** - sees large print, but not regular print in newspapers/books<br>2. **Moderately impaired** - limited vision; not able to see newspaper headlines but can identify objects<br>3. **Highly impaired** - object identification in question, but eyes appear to follow objects<br>4. **Severely impaired** - no vision or sees only light, colors or shapes; eyes do not appear to follow objects |

### B1200. Corrective Lenses

| Enter Code | **Corrective lenses (contacts, glasses, or magnifying glass) used** in completing B1000, Vision |
|---|---|
| ☐ | 0. **No**<br>1. **Yes** |

| Section C | Cognitive Patterns |
|---|---|

**C0100. Should Brief Interview for Mental Status (C0200-C0500) be Conducted?**
Attempt to conduct interview with all residents

Enter Code [ ]
- 0. **No** (resident is rarely/never understood) ➔ Skip to and complete C0700-C1000, Staff Assessment for Mental Status
- 1. **Yes** ➔ Continue to C0200, Repetition of Three Words

---

### Brief Interview for Mental Status (BIMS)

**C0200. Repetition of Three Words**

Enter Code [ ]
Ask resident: *"I am going to say three words for you to remember. Please repeat the words after I have said all three. The words are: **sock, blue, and bed.** Now tell me the three words."*
**Number of words repeated after first attempt**
- 0. **None**
- 1. **One**
- 2. **Two**
- 3. **Three**

After the resident's first attempt, repeat the words using cues ("*sock, something to wear; blue, a color; bed, a piece of furniture*"). You may repeat the words up to two more times.

**C0300. Temporal Orientation** (orientation to year, month, and day)

Enter Code [ ]
Ask resident: "*Please tell me what year it is right now*."
**A. Able to report correct year**
- 0. **Missed by > 5 years** or no answer
- 1. **Missed by 2-5 years**
- 2. **Missed by 1 year**
- 3. **Correct**

Enter Code [ ]
Ask resident: "*What month are we in right now?*"
**B. Able to report correct month**
- 0. **Missed by > 1 month** or no answer
- 1. **Missed by 6 days to 1 month**
- 2. **Accurate within 5 days**

Enter Code [ ]
Ask resident: "*What day of the week is today?*"
**C. Able to report correct day of the week**
- 0. **Incorrect** or no answer
- 1. **Correct**

**C0400. Recall**

Ask resident: "*Let's go back to an earlier question. What were those three words that I asked you to repeat?*"
If unable to remember a word, give cue (something to wear; a color; a piece of furniture) for that word.

Enter Code [ ]
**A. Able to recall "sock"**
- 0. **No** - could not recall
- 1. **Yes, after cueing** ("something to wear")
- 2. **Yes, no cue required**

Enter Code [ ]
**B. Able to recall "blue"**
- 0. **No** - could not recall
- 1. **Yes, after cueing** ("a color")
- 2. **Yes, no cue required**

Enter Code [ ]
**C. Able to recall "bed"**
- 0. **No** - could not recall
- 1. **Yes, after cueing** ("a piece of furniture")
- 2. **Yes, no cue required**

**C0500. Summary Score**

Enter Score [ ][ ]
**Add scores** for questions C0200-C0400 and fill in total score (00-15)
**Enter 99 if the resident was unable to complete the interview**

| **Section C** | **Cognitive Patterns** |
|---|---|

---

**C0600. Should the Staff Assessment for Mental Status (C0700 - C1000) be Conducted?**

Enter Code [ ]
- 0. **No** (resident was able to complete interview) ➜ Skip to C1300, Signs and Symptoms of Delirium
- 1. **Yes** (resident was unable to complete interview) ➜ Continue to C0700, Short-term Memory OK

---

**Staff Assessment for Mental Status**

Do not conduct if Brief Interview for Mental Status (C0200-C0500) was completed

**C0700. Short-term Memory OK**

Enter Code [ ]
**Seems or appears to recall after 5 minutes**
- 0. **Memory OK**
- 1. **Memory problem**

**C0800. Long-term Memory OK**

Enter Code [ ]
**Seems or appears to recall long past**
- 0. **Memory OK**
- 1. **Memory problem**

**C0900. Memory/Recall Ability**

↓ **Check all that the resident was normally able to recall**

[ ]  **A.** Current season

[ ]  **B.** Location of own room

[ ]  **C.** Staff names and faces

[ ]  **D.** That he or she is in a nursing home

[ ]  **Z. None of the above** were recalled

**C1000. Cognitive Skills for Daily Decision Making**

Enter Code [ ]
**Made decisions regarding tasks of daily life**
- 0. **Independent** - decisions consistent/reasonable
- 1. **Modified independence** - some difficulty in new situations only
- 2. **Moderately impaired** - decisions poor; cues/supervision required
- 3. **Severely impaired** - never/rarely made decisions

---

**Delirium**

**C1300. Signs and Symptoms of Delirium (from CAM©)\***

Code **after completing** Brief Interview for Mental Status or Staff Assessment, and reviewing medical record

| **Coding:**<br>0. **Behavior not present**<br>1. **Behavior continuously present, does not fluctuate**<br>2. **Behavior present, fluctuates** (comes and goes, changes in severity) | ↓ Enter Codes in Boxes | |
|---|---|---|
| | [ ] | **A. Inattention** - Did the resident have difficulty focusing attention (easily distracted, out of touch or difficulty following what was said)? |
| | [ ] | **B. Disorganized thinking** - Was the resident's thinking disorganized or incoherent (rambling or irrelevant conversation, unclear or illogical flow of ideas, or unpredictable switching from subject to subject)? |
| | [ ] | **C. Altered level of consciousness** - Did the resident have altered level of consciousness (e.g., **vigilant** - startled easily to any sound or touch; **lethargic** - repeatedly dozed off when being asked questions, but responded to voice or touch; **stuporous** - very difficult to arouse and keep aroused for the interview; **comatose** - could not be aroused)? |
| | [ ] | **D. Psychomotor retardation** - Did the resident have an unusually decreased level of activity such as sluggishness, staring into space, staying in one position, moving very slowly? |

**C1600. Acute Onset Mental Status Change**

Enter Code [ ]
**Is there evidence of an acute change in mental status** from the resident's baseline?
- 0. **No**
- 1. **Yes**

---

*\* Adapted from Confusion Assessment Method. ©1988, 2003, Hospital Elder Life Program, LLC. Not to be reproduced without permission. All rights reserved.*

| Section D | Mood |
|---|---|

**D0100. Should Resident Mood Interview be Conducted?** - Attempt to conduct interview with all residents

Enter Code [ ]
   0. **No** (resident is rarely/never understood) → Skip to and complete D0500-D0600, Staff Assessment of Resident Mood (PHQ-9-OV)
   1. **Yes** → Continue to D0200, Resident Mood Interview (PHQ-9©)

**D0200. Resident Mood Interview (PHQ-9©)**

Say to resident: **"Over the last 2 weeks, have you been bothered by any of the following problems?"**

If symptom is present, enter 1 (yes) in column 1, Symptom Presence.
If yes in column 1, then ask the resident: "*About how often have you been bothered by this?*"
Read and show the resident a card with the symptom frequency choices. Indicate response in column 2, Symptom Frequency.

**1. Symptom Presence**
  0. **No** (enter 0 in column 2)
  1. **Yes** (enter 0-3 in column 2)
  9. **No response** (leave column 2 blank)

**2. Symptom Frequency**
  0. **Never or 1 day**
  1. **2-6 days** (several days)
  2. **7-11 days** (half or more of the days)
  3. **12-14 days** (nearly every day)

| | 1. Symptom Presence | 2. Symptom Frequency |
|---|:---:|:---:|
| | ↓ Enter Scores in Boxes ↓ | |
| A. *Little interest or pleasure in doing things* | [ ] | [ ] |
| B. *Feeling down, depressed, or hopeless* | [ ] | [ ] |
| C. *Trouble falling or staying asleep, or sleeping too much* | [ ] | [ ] |
| D. *Feeling tired or having little energy* | [ ] | [ ] |
| E. *Poor appetite or overeating* | [ ] | [ ] |
| F. *Feeling bad about yourself - or that you are a failure or have let yourself or your family down* | [ ] | [ ] |
| G. *Trouble concentrating on things, such as reading the newspaper or watching television* | [ ] | [ ] |
| H. *Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual* | [ ] | [ ] |
| I. *Thoughts that you would be better off dead, or of hurting yourself in some way* | [ ] | [ ] |

**D0300. Total Severity Score**

Enter Score [ ]
**Add scores for all frequency responses in Column 2**, Symptom Frequency. Total score must be between 00 and 27. Enter 99 if unable to complete interview (i.e., Symptom Frequency is blank for 3 or more items).

**D0350. Safety Notification** - Complete only if D0200I1 = 1 indicating possibility of resident self harm

Enter Code [ ]
**Was responsible staff or provider informed that there is a potential for resident self harm?**
  0. **No**
  1. **Yes**

*Copyright © Pfizer Inc. All rights reserved. Reproduced with permission.*

| Section D | Mood |
|---|---|

**D0500. Staff Assessment of Resident Mood (PHQ-9-OV\*)**

Do not conduct if Resident Mood Interview (D0200-D0300) was completed

**Over the last 2 weeks, did the resident have any of the following problems or behaviors?**

If symptom is present, enter 1 (yes) in column 1, Symptom Presence.
Then move to column 2, Symptom Frequency, and indicate symptom frequency.

| 1. **Symptom Presence**<br>0. **No** (enter 0 in column 2)<br>1. **Yes** (enter 0-3 in column 2) | 2. **Symptom Frequency**<br>0. **Never or 1 day**<br>1. **2-6 days** (several days)<br>2. **7-11 days** (half or more of the days)<br>3. **12-14 days** (nearly every day) | 1.<br>Symptom<br>Presence | 2.<br>Symptom<br>Frequency |
|---|---|---|---|
| | | ↓ Enter Scores in Boxes ↓ | |
| A. Little interest or pleasure in doing things | | ☐ | ☐ |
| B. Feeling or appearing down, depressed, or hopeless | | ☐ | ☐ |
| C. Trouble falling or staying asleep, or sleeping too much | | ☐ | ☐ |
| D. Feeling tired or having little energy | | ☐ | ☐ |
| E. Poor appetite or overeating | | ☐ | ☐ |
| F. Indicating that s/he feels bad about self, is a failure, or has let self or family down | | ☐ | ☐ |
| G. Trouble concentrating on things, such as reading the newspaper or watching television | | ☐ | ☐ |
| H. Moving or speaking so slowly that other people have noticed. Or the opposite - being so fidgety or restless that s/he has been moving around a lot more than usual | | ☐ | ☐ |
| I. States that life isn't worth living, wishes for death, or attempts to harm self | | ☐ | ☐ |
| J. Being short-tempered, easily annoyed | | ☐ | ☐ |

**D0600. Total Severity Score**

| Enter Score | |
|---|---|
| ☐☐ | **Add scores for all frequency responses in Column 2**, Symptom Frequency. Total score must be between 00 and 30. |

**D0650. Safety Notification** - Complete only if D0500I1 = 1 indicating possibility of resident self harm

| Enter Code | |
|---|---|
| ☐ | **Was responsible staff or provider informed that there is a potential for resident self harm?**<br>0. **No**<br>1. **Yes** |

\* Copyright © Pfizer Inc. All rights reserved.

| **Section E** | **Behavior** |
| --- | --- |

### E0100. Potential Indicators of Psychosis

↓ **Check all that apply**

| | |
| --- | --- |
| ☐ | **A. Hallucinations** (perceptual experiences in the absence of real external sensory stimuli) |
| ☐ | **B. Delusions** (misconceptions or beliefs that are firmly held, contrary to reality) |
| ☐ | **Z. None of the above** |

**Behavioral Symptoms**

### E0200. Behavioral Symptom - Presence & Frequency

Note presence of symptoms and their frequency

| Coding:<br>0. **Behavior not exhibited**<br>1. **Behavior of this type occurred 1 to 3 days**<br>2. **Behavior of this type occurred 4 to 6 days,** but less than daily<br>3. **Behavior of this type occurred daily** | ↓ **Enter Codes in Boxes** | |
| --- | --- | --- |
| | ☐ | **A. Physical behavioral symptoms directed toward others** (e.g., hitting, kicking, pushing, scratching, grabbing, abusing others sexually) |
| | ☐ | **B. Verbal behavioral symptoms directed toward others** (e.g., threatening others, screaming at others, cursing at others) |
| | ☐ | **C. Other behavioral symptoms not directed toward others** (e.g., physical symptoms such as hitting or scratching self, pacing, rummaging, public sexual acts, disrobing in public, throwing or smearing food or bodily wastes, or verbal/vocal symptoms like screaming, disruptive sounds) |

### E0800. Rejection of Care - Presence & Frequency

| Enter Code<br>☐ | **Did the resident reject evaluation or care** (e.g., bloodwork, taking medications, ADL assistance) **that is necessary to achieve the resident's goals for health and well-being?** Do not include behaviors that have already been addressed (e.g., by discussion or care planning with the resident or family), and determined to be consistent with resident values, preferences, or goals.<br>0. **Behavior not exhibited**<br>1. **Behavior of this type occurred 1 to 3 days**<br>2. **Behavior of this type occurred 4 to 6 days,** but less than daily<br>3. **Behavior of this type occurred daily** |
| --- | --- |

### E0900. Wandering - Presence & Frequency

| Enter Code<br>☐ | **Has the resident wandered?**<br>0. **Behavior not exhibited**<br>1. **Behavior of this type occurred 1 to 3 days**<br>2. **Behavior of this type occurred 4 to 6 days,** but less than daily<br>3. **Behavior of this type occurred daily** |
| --- | --- |

| Section G | Functional Status |
|---|---|

**G0110. Activities of Daily Living (ADL) Assistance**
Refer to the ADL flow chart in the RAI manual to facilitate accurate coding

**Instructions for Rule of 3**
- When an activity occurs three times at any one given level, code that level.
- When an activity occurs three times at multiple levels, code the most dependent, exceptions are total dependence (4), activity must require full assist every time, and activity did not occur (8), activity must not have occurred at all. Example, three times extensive assistance (3) and three times limited assistance (2), code extensive assistance (3).
- When an activity occurs at various levels, but not three times at any given level, apply the following:
  ○ When there is a combination of full staff performance, and extensive assistance, code extensive assistance.
  ○ When there is a combination of full staff performance, weight bearing assistance and/or non-weight bearing assistance code limited assistance (2).

**If none of the above are met, code supervision.**

**1. ADL Self-Performance**
Code for **resident's performance** over all shifts - not including setup. If the ADL activity occurred 3 or more times at various levels of assistance, code the most dependent - except for total dependence, which requires full staff performance every time

**Coding:**

**Activity Occurred 3 or More Times**
0. **Independent** - no help or staff oversight at any time
1. **Supervision** - oversight, encouragement or cueing
2. **Limited assistance** - resident highly involved in activity; staff provide guided maneuvering of limbs or other non-weight-bearing assistance
3. **Extensive assistance** - resident involved in activity, staff provide weight-bearing support
4. **Total dependence** - full staff performance every time during entire 7-day period

**Activity Occurred 2 or Fewer Times**
7. **Activity occurred only once or twice** - activity did occur but only once or twice
8. **Activity did not occur** - activity did not occur or family and/or non-facility staff provided care 100% of the time for that activity over the entire 7-day period

**2. ADL Support Provided**
Code for **most support provided** over all shifts; code regardless of resident's self-performance classification

**Coding:**
0. **No** setup or physical help from staff
1. **Setup** help only
2. **One** person physical assist
3. **Two+** persons physical assist
8. ADL activity itself **did not occur** or family and/or non-facility staff provided care 100% of the time for that activity over the entire 7-day period

| | 1. Self-Performance | 2. Support |
|---|---|---|
| | ↓ Enter Codes in Boxes ↓ | |
| **A.** **Bed mobility** - how resident moves to and from lying position, turns side to side, and positions body while in bed or alternate sleep furniture | ☐ | ☐ |
| **B.** **Transfer** - how resident moves between surfaces including to or from: bed, chair, wheelchair, standing position (**excludes** to/from bath/toilet) | ☐ | ☐ |
| **C.** **Walk in room** - how resident walks between locations in his/her room | ☐ | ☐ |
| **D.** **Walk in corridor** - how resident walks in corridor on unit | ☐ | ☐ |
| **E.** **Locomotion on unit** - how resident moves between locations in his/her room and adjacent corridor on same floor. If in wheelchair, self-sufficiency once in chair | ☐ | ☐ |
| **F.** **Locomotion off unit** - how resident moves to and returns from off-unit locations (e.g., areas set aside for dining, activities or treatments). **If facility has only one floor**, how resident moves to and from distant areas on the floor. If in wheelchair, self-sufficiency once in chair | ☐ | ☐ |
| **G.** **Dressing** - how resident puts on, fastens and takes off all items of clothing, including donning/removing a prosthesis or TED hose. Dressing includes putting on and changing pajamas and housedresses | ☐ | ☐ |
| **H.** **Eating** - how resident eats and drinks, regardless of skill. Do not include eating/drinking during medication pass. Includes intake of nourishment by other means (e.g., tube feeding, total parenteral nutrition, IV fluids administered for nutrition or hydration) | ☐ | ☐ |
| **I.** **Toilet use** - how resident uses the toilet room, commode, bedpan, or urinal; transfers on/off toilet; cleanses self after elimination; changes pad; manages ostomy or catheter; and adjusts clothes. Do not include emptying of bedpan, urinal, bedside commode, catheter bag or ostomy bag | ☐ | ☐ |
| **J.** **Personal hygiene** - how resident maintains personal hygiene, including combing hair, brushing teeth, shaving, applying makeup, washing/drying face and hands (**excludes** baths and showers) | ☐ | ☐ |

| Section G | Functional Status |
|---|---|

### G0120. Bathing

How resident takes full-body bath/shower, sponge bath, and transfers in/out of tub/shower (**excludes** washing of back and hair).  Code for **most dependent** in self-performance and support

| Enter Code | **A.  Self-performance** |
|---|---|
| ☐ | 0.  **Independent** - no help provided |
| | 1.  **Supervision** - oversight help only |
| | 2.  **Physical help limited to transfer only** |
| | 3.  **Physical help in part of bathing activity** |
| | 4.  **Total dependence** |
| | 8.  **Activity itself did not occur** or family and/or non-facility staff provided care 100% of the time for that activity over the entire 7-day period |

| Enter Code | **B.  Support provided** |
|---|---|
| ☐ | (Bathing support codes are as defined in item **G0110 column 2, ADL Support Provided**, above) |

### G0300. Balance During Transitions and Walking

After observing the resident, **code the following walking and transition items for most dependent**

| Coding: | ↓ **Enter Codes in Boxes** |
|---|---|
| 0.  **Steady at all times** | ☐  **A.  Moving from seated to standing position** |
| 1.  **Not steady, but able to stabilize without staff assistance** | ☐  **B.  Walking** (with assistive device if used) |
| 2.  **Not steady, only able to stabilize with staff assistance** | ☐  **C.  Turning around** and facing the opposite direction while walking |
| 8.  **Activity did not occur** | ☐  **D.  Moving on and off toilet** |
| | ☐  **E.  Surface-to-surface transfer** (transfer between bed and chair or wheelchair) |

### G0400. Functional Limitation in Range of Motion

**Code for limitation** that interfered with daily functions or placed resident at risk of injury

| Coding: | ↓ **Enter Codes in Boxes** |
|---|---|
| 0.  **No impairment** | ☐  **A.  Upper extremity** (shoulder, elbow, wrist, hand) |
| 1.  **Impairment on one side** | ☐  **B.  Lower extremity** (hip, knee, ankle, foot) |
| 2.  **Impairment on both sides** | |

### G0600. Mobility Devices

↓ **Check all that were normally used**

| | |
|---|---|
| ☐ | **A.  Cane/crutch** |
| ☐ | **B.  Walker** |
| ☐ | **C.  Wheelchair** (manual or electric) |
| ☐ | **D.  Limb prosthesis** |
| ☐ | **Z.  None of the above** were used |

| Section H | Bladder and Bowel |
|---|---|

**H0100. Appliances**

↓ **Check all that apply**

| | |
|---|---|
| ☐ | **A. Indwelling catheter** (including suprapubic catheter and nephrostomy tube) |
| ☐ | **B. External catheter** |
| ☐ | **C. Ostomy** (including urostomy, ileostomy, and colostomy) |
| ☐ | **D. Intermittent catheterization** |
| ☐ | **Z. None of the above** |

**H0200. Urinary Toileting Program**

Enter Code ☐ **A. Has a trial of a toileting program (e.g., scheduled toileting, prompted voiding, or bladder training)** been attempted on admission/entry or reentry or since urinary incontinence was noted in this facility?
0. **No** ➝ Skip to H0300, Urinary Continence
1. **Yes** ➝ Continue to H0200C, Current toileting program or trial
9. **Unable to determine** ➝ Continue to H0200C, Current toileting program or trial

Enter Code ☐ **C. Current toileting program or trial** - Is a toileting program (e.g., scheduled toileting, prompted voiding, or bladder training) currently being used to manage the resident's urinary continence?
0. **No**
1. **Yes**

**H0300. Urinary Continence**

Enter Code ☐ **Urinary continence -** Select the one category that best describes the resident
0. **Always continent**
1. **Occasionally incontinent** (less than 7 episodes of incontinence)
2. **Frequently incontinent** (7 or more episodes of urinary incontinence, but at least one episode of continent voiding)
3. **Always incontinent** (no episodes of continent voiding)
9. **Not rated,** resident had a catheter (indwelling, condom), urinary ostomy, or no urine output for the entire 7 days

**H0400. Bowel Continence**

Enter Code ☐ **Bowel continence -** Select the one category that best describes the resident
0. **Always continent**
1. **Occasionally incontinent** (one episode of bowel incontinence)
2. **Frequently incontinent** (2 or more episodes of bowel incontinence, but at least one continent bowel movement)
3. **Always incontinent** (no episodes of continent bowel movements)
9. **Not rated,** resident had an ostomy or did not have a bowel movement for the entire 7 days

**H0500. Bowel Toileting Program**

Enter Code ☐ **Is a toileting program currently being used to manage the resident's bowel continence?**
0. **No**
1. **Yes**

| Section I | Active Diagnoses |
|---|---|

**Active Diagnoses in the last 7 days** - Check all that apply

Diagnoses listed in parentheses are provided as examples and should not be considered as all-inclusive lists

### Heart/Circulation

- [ ] **I0200. Anemia** (e.g., aplastic, iron deficiency, pernicious, and sickle cell)
- [ ] **I0600. Heart Failure** (e.g., congestive heart failure (CHF) and pulmonary edema)
- [ ] **I0700. Hypertension**
- [ ] **I0800. Orthostatic Hypotension**
- [ ] **I0900. Peripheral Vascular Disease (PVD) or Peripheral Arterial Disease (PAD)**

### Genitourinary

- [ ] **I1550. Neurogenic Bladder**
- [ ] **I1650. Obstructive Uropathy**

### Infections

- [ ] **I1700. Multidrug-Resistant Organism (MDRO)**
- [ ] **I2000. Pneumonia**
- [ ] **I2100. Septicemia**
- [ ] **I2200. Tuberculosis**
- [ ] **I2300. Urinary Tract Infection (UTI) (LAST 30 DAYS)**
- [ ] **I2400. Viral Hepatitis** (e.g., Hepatitis A, B, C, D, and E)
- [ ] **I2500. Wound Infection** (other than foot)

### Metabolic

- [ ] **I2900. Diabetes Mellitus (DM)** (e.g., diabetic retinopathy, nephropathy, and neuropathy)
- [ ] **I3100. Hyponatremia**
- [ ] **I3200. Hyperkalemia**
- [ ] **I3300. Hyperlipidemia** (e.g., hypercholesterolemia)

### Musculoskeletal

- [ ] **I3900. Hip Fracture** - any hip fracture that has a relationship to current status, treatments, monitoring (e.g., sub-capital fractures, and fractures of the trochanter and femoral neck)
- [ ] **I4000. Other Fracture**

### Neurological

- [ ] **I4200. Alzheimer's Disease**
- [ ] **I4300. Aphasia**
- [ ] **I4400. Cerebral Palsy**
- [ ] **I4500. Cerebrovascular Accident (CVA), Transient Ischemic Attack (TIA), or Stroke**
- [ ] **I4800. Non-Alzheimer's Dementia** (e.g. Lewy body dementia, vascular or multi-infarct dementia; mixed dementia; frontotemporal dementia such as Pick's disease; and dementia related to stroke, Parkinson's or Creutzfeldt-Jakob diseases)
- [ ] **I4900. Hemiplegia or Hemiparesis**
- [ ] **I5000. Paraplegia**
- [ ] **I5100. Quadriplegia**
- [ ] **I5200. Multiple Sclerosis (MS)**
- [ ] **I5250. Huntington's Disease**
- [ ] **I5300. Parkinson's Disease**
- [ ] **I5350. Tourette's Syndrome**
- [ ] **I5400. Seizure Disorder or Epilepsy**
- [ ] **I5500. Traumatic Brain Injury (TBI)**

### Nutritional

- [ ] **I5600. Malnutrition** (protein or calorie) or at risk for malnutrition

| Section I | Active Diagnoses |
|---|---|

**Active Diagnoses in the last 7 days - Check all that apply**
Diagnoses listed in parentheses are provided as examples and should not be considered as all-inclusive lists

**Psychiatric/Mood Disorder**

☐ **I5700. Anxiety Disorder**

☐ **I5800. Depression** (other than bipolar)

☐ **I5900. Manic Depression** (bipolar disease)

☐ **I5950. Psychotic Disorder** (other than schizophrenia)

☐ **I6000. Schizophrenia** (e.g., schizoaffective and schizophreniform disorders)

☐ **I6100. Post Traumatic Stress Disorder (PTSD)**

**Pulmonary**

☐ **I6200. Asthma, Chronic Obstructive Pulmonary Disease (COPD), or Chronic Lung Disease** (e.g., chronic bronchitis and restrictive lung diseases such as asbestosis)

☐ **I6300. Respiratory Failure**

**Other**

**I8000. Additional active diagnoses**
Enter diagnosis on line and ICD code in boxes. Include the decimal for the code in the appropriate box.

A. _____ ☐☐☐☐ ☐☐☐☐

B. _____ ☐☐☐☐ ☐☐☐☐

C. _____ ☐☐☐☐ ☐☐☐☐

D. _____ ☐☐☐☐ ☐☐☐☐

E. _____ ☐☐☐☐ ☐☐☐☐

F. _____ ☐☐☐☐ ☐☐☐☐

G. _____ ☐☐☐☐ ☐☐☐☐

H. _____ ☐☐☐☐ ☐☐☐☐

I. _____ ☐☐☐☐ ☐☐☐☐

J. _____ ☐☐☐☐ ☐☐☐☐

| Section J | Health Conditions |
|---|---|

### J0100. Pain Management - Complete for all residents, regardless of current pain level

At any time in the last **5** days, has the resident:

| Enter Code [  ] | **A.** **Received scheduled pain medication regimen?**<br>0. **No**<br>1. **Yes** |
|---|---|
| Enter Code [  ] | **B.** **Received PRN pain medications OR was offered and declined?**<br>0. **No**<br>1. **Yes** |
| Enter Code [  ] | **C.** **Received non-medication intervention for pain?**<br>0. **No**<br>1. **Yes** |

### J0200. Should Pain Assessment Interview be Conducted?

Attempt to conduct interview with all residents. If resident is comatose, skip to J1100, Shortness of Breath (dyspnea)

| Enter Code [  ] | 0. **No** (resident is rarely/never understood) ➜ Skip to and complete J0800, Indicators of Pain or Possible Pain<br>1. **Yes** ➜ Continue to J0300, Pain Presence |
|---|---|

## Pain Assessment Interview

### J0300. Pain Presence

| Enter Code [  ] | Ask resident: "***Have you had pain or hurting at any time*** *in the last 5 days?*"<br>0. **No** ➜ Skip to J1100, Shortness of Breath<br>1. **Yes** ➜ Continue to J0400, Pain Frequency<br>9. **Unable to answer** ➜ Skip to J0800, Indicators of Pain or Possible Pain |
|---|---|

### J0400. Pain Frequency

| Enter Code [  ] | Ask resident: "***How much of the time have you experienced pain or hurting*** *over the last 5 days?*"<br>1. **Almost constantly**<br>2. **Frequently**<br>3. **Occasionally**<br>4. **Rarely**<br>9. **Unable to answer** |
|---|---|

### J0500. Pain Effect on Function

| Enter Code [  ] | **A.** Ask resident: "*Over the past 5 days,* **has pain made it hard for you to sleep at night***?*"<br>0. **No**<br>1. **Yes**<br>9. **Unable to answer** |
|---|---|
| Enter Code [  ] | **B.** Ask resident: "*Over the past 5 days,* **have you limited your day-to-day activities because of pain***?*"<br>0. **No**<br>1. **Yes**<br>9. **Unable to answer** |

### J0600. Pain Intensity - Administer **ONLY ONE** of the following pain intensity questions (A or B)

| Enter Rating [  ][  ] | **A.** **Numeric Rating Scale (00-10)**<br>Ask resident: "*Please rate your worst pain over the last 5 days on a zero to ten scale, with zero being no pain and ten as the worst pain you can imagine.*" (Show resident 00 -10 pain scale)<br>**Enter two-digit response. Enter 99 if unable to answer.** |
|---|---|
| Enter Code [  ] | **B.** **Verbal Descriptor Scale**<br>Ask resident: "*Please rate the intensity of your worst pain over the last 5 days.*" (Show resident verbal scale)<br>1. **Mild**<br>2. **Moderate**<br>3. **Severe**<br>4. **Very severe, horrible**<br>9. **Unable to answer** |

| Section J | Health Conditions |
|---|---|

**J0700. Should the Staff Assessment for Pain be Conducted?**

Enter Code [ ]
- 0. **No** (J0400 = 1 thru 4) ➡ Skip to J1100, Shortness of Breath (dyspnea)
- 1. **Yes** (J0400 = 9) ➡ Continue to J0800, Indicators of Pain or Possible Pain

---

**Staff Assessment for Pain**

**J0800. Indicators of Pain or Possible Pain** in the last 5 days

↓ **Check all that apply**

- [ ] **A. Non-verbal sounds** (e.g., crying, whining, gasping, moaning, or groaning)
- [ ] **B. Vocal complaints of pain** (e.g., that hurts, ouch, stop)
- [ ] **C. Facial expressions** (e.g., grimaces, winces, wrinkled forehead, furrowed brow, clenched teeth or jaw)
- [ ] **D. Protective body movements or postures** (e.g., bracing, guarding, rubbing or massaging a body part/area, clutching or holding a body part during movement)
- [ ] **Z. None of these signs observed or documented** ➡ If checked, skip to J1100, Shortness of Breath (dyspnea)

**J0850. Frequency of Indicator of Pain or Possible Pain** in the last 5 days

Enter Code [ ]

Frequency with which resident complains or shows evidence of pain or possible pain
1. **Indicators of pain** or possible pain observed **1 to 2 days**
2. **Indicators of pain** or possible pain observed **3 to 4 days**
3. **Indicators of pain** or possible pain observed **daily**

---

**Other Health Conditions**

**J1100. Shortness of Breath (dyspnea)**

↓ **Check all that apply**

- [ ] **A. Shortness of breath** or trouble breathing **with exertion** (e.g., walking, bathing, transferring)
- [ ] **B. Shortness of breath** or trouble breathing **when sitting at rest**
- [ ] **C. Shortness of breath** or trouble breathing **when lying flat**
- [ ] **Z. None of the above**

**J1400. Prognosis**

Enter Code [ ]

Does the resident have a condition or chronic disease that may result in a **life expectancy of less than 6 months?** (Requires physician documentation)
- 0. **No**
- 1. **Yes**

**J1550. Problem Conditions**

↓ **Check all that apply**

- [ ] **A. Fever**
- [ ] **B. Vomiting**
- [ ] **C. Dehydrated**
- [ ] **D. Internal bleeding**
- [ ] **Z. None of the above**

| Section J | Health Conditions |
|---|---|

**J1700.  Fall History on Admission/Entry or Reentry**
Complete only if A0310A = 01 or A0310E = 1

Enter Code [ ]  **A.** Did the resident have a fall any time in the **last month** prior to admission/entry or reentry?
  0.  **No**
  1.  **Yes**
  9.  **Unable to determine**

Enter Code [ ]  **B.** Did the resident have a fall any time in the **last 2-6 months** prior to admission/entry or reentry?
  0.  **No**
  1.  **Yes**
  9.  **Unable to determine**

Enter Code [ ]  **C.** Did the resident have any **fracture related to a fall in the 6 months** prior to admission/entry or reentry?
  0.  **No**
  1.  **Yes**
  9.  **Unable to determine**

**J1800.  Any Falls Since Admission/Entry or Reentry or Prior Assessment (OBRA or Scheduled PPS),** whichever is more recent

Enter Code [ ]  Has the resident **had any falls since admission/entry or reentry or the prior assessment** (OBRA or scheduled PPS), whichever is more recent?
  0.  **No** ➞ Skip to K0100, Swallowing Disorder
  1.  **Yes** ➞ Continue to J1900, Number of Falls Since Admission/Entry or Reentry or Prior Assessment (OBRA or Scheduled PPS)

**J1900.  Number of Falls Since Admission/Entry or Reentry or Prior Assessment (OBRA or Scheduled  PPS),** whichever is more recent

↓ **Enter Codes in Boxes**

Coding:
0.  **None**
1.  **One**
2.  **Two or more**

[ ]  **A.  No injury** - no evidence of any injury is noted on physical assessment by the nurse or primary care clinician; no complaints of pain or injury by the resident; no change in the resident's behavior is noted after the fall

[ ]  **B.  Injury (except major)** - skin tears, abrasions, lacerations, superficial bruises, hematomas and sprains; or any fall-related injury that causes the resident to complain of pain

[ ]  **C.  Major injury** - bone fractures, joint dislocations, closed head injuries with altered consciousness, subdural hematoma

| Section K | Swallowing/Nutritional Status |
|---|---|

**K0100.  Swallowing Disorder**
Signs and symptoms of possible swallowing disorder
↓ **Check all that apply**
[ ]  **A.  Loss of liquids/solids from mouth when eating or drinking**
[ ]  **B.  Holding food in mouth/cheeks or residual food in mouth after meals**
[ ]  **C.  Coughing or choking during meals or when swallowing medications**
[ ]  **D.  Complaints of difficulty or pain with swallowing**
[ ]  **Z.  None of the above**

**K0200.  Height and Weight -** While measuring, if the number is X.1 - X.4 round down; X.5 or greater round up

[ ][ ] inches   **A.  Height** (in inches).  Record most recent height measure since the most recent admission/entry or reentry

[ ][ ][ ] pounds   **B.  Weight** (in pounds).  Base weight on most recent measure in last 30 days; measure weight consistently, according to standard facility practice (e.g., in a.m. after voiding, before meal, with shoes off, etc.)

**K0300.  Weight Loss**

Enter Code [ ]  **Loss of 5% or more in the last month or loss of 10% or more in last 6 months**
  0.  **No** or unknown
  1.  **Yes, on** physician-prescribed weight-loss regimen
  2.  **Yes, not on** physician-prescribed weight-loss regimen

| Section K | Swallowing/Nutritional Status |
|---|---|

**K0310. Weight Gain**

| Enter Code | Gain of 5% or more in the last month or gain of 10% or more in last 6 months |
|---|---|
| ☐ | 0. **No** or unknown<br>1. **Yes, on** physician-prescribed weight-gain regimen<br>2. **Yes, not on** physician-prescribed weight-gain regimen |

**K0510. Nutritional Approaches**

Check all of the following nutritional approaches that were performed during the last **7 days**

|  | 1.<br>While NOT a<br>Resident | 2.<br>While a<br>Resident |
|---|---|---|
| **1. While NOT a Resident**<br>Performed **while NOT a resident** of this facility and within the **last 7 days**. Only check column 1 if resident entered (admission or reentry) IN THE LAST 7 DAYS. If resident last entered 7 or more days ago, leave column 1 blank<br>**2. While a Resident**<br>Performed **while a resident** of this facility and within the **last 7 days** | ↓ Check all that apply ↓ | |
| **A. Parenteral/IV feeding** | ☐ | ☐ |
| **B. Feeding tube** - nasogastric or abdominal (PEG) | ☐ | ☐ |
| **C. Mechanically altered diet** - require change in texture of food or liquids (e.g., pureed food, thickened liquids) | ☐ | ☐ |
| **D. Therapeutic diet** (e.g., low salt, diabetic, low cholesterol) | ☐ | ☐ |
| **Z. None of the above** | ☐ | ☐ |

**K0710. Percent Intake by Artificial Route** - Complete K0710 only if Column 1 and/or Column 2 are checked for K0510A and/or K0510B

|  | 1.<br>While NOT a<br>Resident | 2.<br>While a<br>Resident | 3.<br>During Entire<br>7 Days |
|---|---|---|---|
| **1. While NOT a Resident**<br>Performed **while NOT a resident** of this facility and within the **last 7 days**. Only enter a code in column 1 if resident entered (admission or reentry) IN THE LAST 7 DAYS. If resident last entered 7 or more days ago, leave column 1 blank<br>**2. While a Resident**<br>Performed **while a resident** of this facility and within the **last 7 days**<br>**3. During Entire 7 Days**<br>Performed during the entire **last 7 days** | ↓ Enter Codes ↓ | | |
| **A. Proportion of total calories the resident received through parenteral or tube feeding**<br>1. **25% or less**<br>2. **26-50%**<br>3. **51% or more** | ☐ | ☐ | ☐ |
| **B. Average fluid intake per day by IV or tube feeding**<br>1. **500 cc/day or less**<br>2. **501 cc/day or more** | ☐ | ☐ | ☐ |

| Section L | Oral/Dental Status |
|---|---|

**L0200. Dental**

| ↓ Check all that apply | |
|---|---|
| ☐ | **A. Broken or loosely fitting full or partial denture** (chipped, cracked, uncleanable, or loose) |
| ☐ | **F. Mouth or facial pain, discomfort or difficulty with chewing** |

| **Section M** | **Skin Conditions** |
|---|---|

## Report based on highest stage of existing ulcer(s) at its worst; do not "reverse" stage

**M0100. Determination of Pressure Ulcer Risk**

↓ **Check all that apply**

- [ ] **A.** Resident has a stage 1 or greater, a scar over bony prominence, or a non-removable dressing/device
- [ ] **B.** Formal assessment instrument/tool (e.g., Braden, Norton, or other)
- [ ] **C.** Clinical assessment
- [ ] **Z.** None of the above

**M0150. Risk of Pressure Ulcers**

Enter Code [ ] **Is this resident at risk of developing pressure ulcers?**
0. **No**
1. **Yes**

**M0210. Unhealed Pressure Ulcer(s)**

Enter Code [ ] **Does this resident have one or more unhealed pressure ulcer(s) at Stage 1 or higher?**
0. **No** → Skip to M0900, Healed Pressure Ulcers
1. **Yes** → Continue to M0300, Current Number of Unhealed Pressure Ulcers at Each Stage

**M0300. Current Number of Unhealed Pressure Ulcers at Each Stage**

Enter Number [ ] **A. Number of Stage 1 pressure ulcers**
**Stage 1:** Intact skin with non-blanchable redness of a localized area usually over a bony prominence. Darkly pigmented skin may not have a visible blanching; in dark skin tones only it may appear with persistent blue or purple hues

**B. Stage 2:** Partial thickness loss of dermis presenting as a shallow open ulcer with a red or pink wound bed, without slough. May also present as an intact or open/ruptured blister

Enter Number [ ] **1. Number of Stage 2 pressure ulcers -** If 0 → Skip to M0300C, Stage 3

Enter Number [ ] **2. Number of these Stage 2 pressure ulcers that were present upon admission/entry or reentry -** enter how many were noted at the time of admission/entry or reentry

**3. Date of oldest Stage 2 pressure ulcer -** Enter dashes if date is unknown:

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month       Day        Year

**C. Stage 3:** Full thickness tissue loss. Subcutaneous fat may be visible but bone, tendon or muscle is not exposed. Slough may be present but does not obscure the depth of tissue loss. May include undermining and tunneling

Enter Number [ ] **1. Number of Stage 3 pressure ulcers -** If 0 → Skip to M0300D, Stage 4

Enter Number [ ] **2. Number of these Stage 3 pressure ulcers that were present upon admission/entry or reentry -** enter how many were noted at the time of admission/entry or reentry

**D. Stage 4:** Full thickness tissue loss with exposed bone, tendon or muscle. Slough or eschar may be present on some parts of the wound bed. Often includes undermining and tunneling

Enter Number [ ] **1. Number of Stage 4 pressure ulcers -** If 0 → Skip to M0300E, Unstageable: Non-removable dressing

Enter Number [ ] **2. Number of these Stage 4 pressure ulcers that were present upon admission/entry or reentry -** enter how many were noted at the time of admission/entry or reentry

**M0300 continued on next page**

| Section M | Skin Conditions |
|---|---|

**M0300. Current Number of Unhealed Pressure Ulcers at Each Stage** - Continued

**E. Unstageable - Non-removable dressing:** Known but not stageable due to non-removable dressing/device

Enter Number ☐  **1. Number of unstageable pressure ulcers due to non-removable dressing/device** - If 0 ➔ Skip to M0300F, Unstageable: Slough and/or eschar

Enter Number ☐  **2. Number of _these_ unstageable pressure ulcers that were present upon admission/entry or reentry** - enter how many were noted at the time of admission/entry or reentry

**F. Unstageable - Slough and/or eschar:** Known but not stageable due to coverage of wound bed by slough and/or eschar

Enter Number ☐  **1. Number of unstageable pressure ulcers due to coverage of wound bed by slough and/or eschar** - If 0 ➔ Skip to M0300G, Unstageable: Deep tissue

Enter Number ☐  **2. Number of _these_ unstageable pressure ulcers that were present upon admission/entry or reentry** - enter how many were noted at the time of admission/entry or reentry

**G. Unstageable - Deep tissue:** Suspected deep tissue injury in evolution

Enter Number ☐  **1. Number of unstageable pressure ulcers with suspected deep tissue injury in evolution** - If 0 ➔ Skip to M0610, Dimension of Unhealed Stage 3 or 4 Pressure Ulcers or Eschar

Enter Number ☐  **2. Number of _these_ unstageable pressure ulcers that were present upon admission/entry or reentry** - enter how many were noted at the time of admission/entry or reentry

**M0610. Dimensions of Unhealed Stage 3 or 4 Pressure Ulcers or Eschar**
Complete only if M0300C1, M0300D1 or M0300F1 is greater than 0

If the resident has one or more unhealed Stage 3 or 4 pressure ulcers or an unstageable pressure ulcer due to slough or eschar, identify the pressure ulcer with the largest surface area (length x width) and record in centimeters:

☐☐.☐ cm  **A. Pressure ulcer length:** Longest length from head to toe

☐☐.☐ cm  **B. Pressure ulcer width:** Widest width of the same pressure ulcer, side-to-side perpendicular (90-degree angle) to length

☐☐.☐ cm  **C. Pressure ulcer depth:** Depth of the same pressure ulcer from the visible surface to the deepest area (if depth is unknown, enter a dash in each box)

**M0700. Most Severe Tissue Type for Any Pressure Ulcer**

Enter Code ☐  Select the best description of the most severe type of tissue present in any pressure ulcer bed
1. **Epithelial tissue** - new skin growing in superficial ulcer. It can be light pink and shiny, even in persons with darkly pigmented skin
2. **Granulation tissue** - pink or red tissue with shiny, moist, granular appearance
3. **Slough** - yellow or white tissue that adheres to the ulcer bed in strings or thick clumps, or is mucinous
4. **Eschar** - black, brown, or tan tissue that adheres firmly to the wound bed or ulcer edges, may be softer or harder than surrounding skin
9. **None of the above**

**M0800. Worsening in Pressure Ulcer Status Since Prior Assessment (OBRA or Scheduled PPS) or Last Admission/Entry or Reentry**
Complete only if A0310E = 0

Indicate the number of current pressure ulcers that were **not present or were at a lesser stage** on prior assessment (OBRA or scheduled PPS) or last admission/entry or reentry. If no current pressure ulcer at a given stage, enter 0

Enter Number ☐  **A. Stage 2**

Enter Number ☐  **B. Stage 3**

Enter Number ☐  **C. Stage 4**

| Section M | Skin Conditions |
|---|---|

**M0900. Healed Pressure Ulcers**
Complete only if A0310E = 0

| Enter Code | **A. Were pressure ulcers present on the prior assessment (OBRA or scheduled PPS)?** |
|---|---|
| ☐ |     0.   **No** → Skip to M1030, Number of Venous and Arterial Ulcers |
| |     1.   **Yes** → Continue to M0900B, Stage 2 |

| | Indicate the number of pressure ulcers that were noted on the prior assessment (OBRA or scheduled PPS) that have completely closed (resurfaced with epithelium). If no healed pressure ulcer at a given stage since the prior assessment (OBRA or scheduled PPS), enter 0. |
|---|---|
| Enter Number ☐ | **B. Stage 2** |
| Enter Number ☐ | **C. Stage 3** |
| Enter Number ☐ | **D. Stage 4** |

**M1030. Number of Venous and Arterial Ulcers**

| Enter Number ☐ | **Enter the total number of venous and arterial ulcers present** |
|---|---|

**M1040. Other Ulcers, Wounds and Skin Problems**
↓ Check all that apply

| | **Foot Problems** |
|---|---|
| ☐ | **A. Infection of the foot** (e.g., cellulitis, purulent drainage) |
| ☐ | **B. Diabetic foot ulcer(s)** |
| ☐ | **C. Other open lesion(s) on the foot** |
| | **Other Problems** |
| ☐ | **D. Open lesion(s) other than ulcers, rashes, cuts** (e.g., cancer lesion) |
| ☐ | **E. Surgical wound(s)** |
| ☐ | **F. Burn(s)** (second or third degree) |
| ☐ | **G. Skin tear(s)** |
| ☐ | **H. Moisture Associated Skin Damage (MASD)** (i.e. incontinence (IAD), perspiration, drainage) |
| | **None of the Above** |
| ☐ | **Z. None of the above** were present |

**M1200. Skin and Ulcer Treatments**
↓ Check all that apply

| | |
|---|---|
| ☐ | **A. Pressure reducing device for chair** |
| ☐ | **B. Pressure reducing device for bed** |
| ☐ | **C. Turning/repositioning program** |
| ☐ | **D. Nutrition or hydration intervention** to manage skin problems |
| ☐ | **E. Pressure ulcer care** |
| ☐ | **F. Surgical wound care** |
| ☐ | **G. Application of nonsurgical dressings** (with or without topical medications) other than to feet |
| ☐ | **H. Applications of ointments/medications** other than to feet |
| ☐ | **I. Application of dressings to feet** (with or without topical medications) |
| ☐ | **Z. None of the above** were provided |

| Section N | Medications |
|---|---|

### N0300. Injections

| Enter Days [ ] | **Record the number of days that injections of any type** were received during the last 7 days or since admission/entry or reentry if less than 7 days.  If 0 ⟶ Skip to N0410, Medications Received |
|---|---|

### N0350. Insulin

| Enter Days [ ] | **A.  Insulin injections - Record the number of days that insulin injections** were received during the last 7 days or since admission/entry or reentry if less than 7 days |
|---|---|
| Enter Days [ ] | **B.  Orders for insulin - Record the number of days the physician (or authorized assistant or practitioner) changed the resident's insulin orders** during the last 7 days or since admission/entry or reentry if less than 7 days |

### N0410. Medications Received

**Indicate the number of DAYS  the resident received the following medications during the last 7 days or since admission/entry or reentry if less than 7 days**.  Enter "0" if medication was not received by the resident during the last 7 days

| Enter Days [ ] | **A.  Antipsychotic** |
|---|---|
| Enter Days [ ] | **B.  Antianxiety** |
| Enter Days [ ] | **C.  Antidepressant** |
| Enter Days [ ] | **D.  Hypnotic** |
| Enter Days [ ] | **E.  Anticoagulant** (warfarin, heparin, or low-molecular weight heparin) |
| Enter Days [ ] | **F.  Antibiotic** |
| Enter Days [ ] | **G.  Diuretic** |

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

**O0100. Special Treatments, Procedures, and Programs**

Check all of the following treatments, procedures, and programs that were performed during the last **14 days**

| | 1. While NOT a Resident | 2. While a Resident |
|---|---|---|
| **1. While NOT a Resident**<br>Performed *while NOT a resident* of this facility and within the *last 14 days*. Only check column 1 if resident entered (admission or reentry) IN THE LAST 14 DAYS. If resident last entered 14 or more days ago, leave column 1 blank<br>**2. While a Resident**<br>Performed *while a resident* of this facility and within the *last 14 days* | | |
| | ↓ Check all that apply ↓ | |
| **Cancer Treatments** | | |
| A. Chemotherapy | ☐ | ☐ |
| B. Radiation | ☐ | ☐ |
| **Respiratory Treatments** | | |
| C. Oxygen therapy | ☐ | ☐ |
| D. Suctioning | ☐ | ☐ |
| E. Tracheostomy care | ☐ | ☐ |
| F. Ventilator or respirator | ☐ | ☐ |
| **Other** | | |
| H. IV medications | ☐ | ☐ |
| I. Transfusions | ☐ | ☐ |
| J. Dialysis | ☐ | ☐ |
| K. Hospice care | | ☐ |
| M. Isolation or quarantine for active infectious disease (does not include standard body/fluid precautions) | | ☐ |

**O0250. Influenza Vaccine** - Refer to current version of RAI manual for current influenza vaccination season and reporting period

Enter Code ☐

**A.** Did the **resident receive the influenza vaccine *in this facility*** for this year's influenza vaccination season?
- 0. **No** ➞ Skip to O0250C, If influenza vaccine not received, state reason
- 1. **Yes** ➞ Continue to O0250B, Date influenza vaccine received

**B.** Date influenza vaccine received ➞ Complete date and skip to O0300A, Is the resident's Pneumococcal vaccination up to date?

☐☐ – ☐☐ – ☐☐☐☐
Month — Day — Year

Enter Code ☐

**C.** If influenza vaccine not received, state reason:
1. **Resident not in this facility** during this year's influenza vaccination season
2. **Received outside of this facility**
3. **Not eligible** - medical contraindication
4. **Offered and declined**
5. **Not offered**
6. **Inability to obtain influenza vaccine** due to a declared shortage
9. **None of the above**

**O0300. Pneumococcal Vaccine**

Enter Code ☐

**A.** Is the resident's Pneumococcal vaccination up to date?
- 0. **No** ➞ Continue to O0300B, If Pneumococcal vaccine not received, state reason
- 1. **Yes** ➞ Skip to O0400, Therapies

Enter Code ☐

**B.** If Pneumococcal vaccine not received, state reason:
1. **Not eligible** - medical contraindication
2. **Offered and declined**
3. **Not offered**

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

**O0400. Therapies**

**A. Speech-Language Pathology and Audiology Services**

Enter Number of Minutes
[ ][ ][ ][ ]

**1. Individual minutes -** record the total number of minutes this therapy was administered to the resident **individually** in the last 7 days

Enter Number of Minutes
[ ][ ][ ][ ]

**2. Concurrent minutes -** record the total number of minutes this therapy was administered to the resident **concurrently with one other resident** in the last 7 days

Enter Number of Minutes
[ ][ ][ ][ ]

**3. Group minutes -** record the total number of minutes this therapy was administered to the resident as **part of a group of residents** in the last 7 days

**If the sum of individual, concurrent, and group minutes is zero,** → skip to O0400A5, Therapy start date

Enter Number of Minutes
[ ][ ][ ][ ]

**3A. Co-treatment minutes -** record the total number of minutes this therapy was administered to the resident in **co-treatment sessions** in the last 7 days

Enter Number of Days
[ ]

**4. Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

**5. Therapy start date -** record the date the most recent therapy regimen (since the most recent entry) started

**6. Therapy end date -** record the date the most recent therapy regimen (since the most recent entry) ended - enter dashes if therapy is ongoing

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month      Day        Year

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month      Day        Year

**B. Occupational Therapy**

Enter Number of Minutes
[ ][ ][ ][ ]

**1. Individual minutes -** record the total number of minutes this therapy was administered to the resident **individually** in the last 7 days

Enter Number of Minutes
[ ][ ][ ][ ]

**2. Concurrent minutes -** record the total number of minutes this therapy was administered to the resident **concurrently with one other resident** in the last 7 days

Enter Number of Minutes
[ ][ ][ ][ ]

**3. Group minutes -** record the total number of minutes this therapy was administered to the resident as **part of a group of residents** in the last 7 days

**If the sum of individual, concurrent, and group minutes is zero,** → skip to O0400B5, Therapy start date

Enter Number of Minutes
[ ][ ][ ][ ]

**3A. Co-treatment minutes -** record the total number of minutes this therapy was administered to the resident in **co-treatment sessions** in the last 7 days

Enter Number of Days
[ ]

**4. Days -** record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

**5. Therapy start date -** record the date the most recent therapy regimen (since the most recent entry) started

**6. Therapy end date -** record the date the most recent therapy regimen (since the most recent entry) ended - enter dashes if therapy is ongoing

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month      Day        Year

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month      Day        Year

**O0400 continued on next page**

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

**O0400. Therapies** - Continued

**C. Physical Therapy**

Enter Number of Minutes

**1. Individual minutes** - record the total number of minutes this therapy was administered to the resident **individually** in the last 7 days

Enter Number of Minutes

**2. Concurrent minutes** - record the total number of minutes this therapy was administered to the resident **concurrently with one other resident** in the last 7 days

Enter Number of Minutes

**3. Group minutes** - record the total number of minutes this therapy was administered to the resident as **part of a group of residents** in the last 7 days

**If the sum of individual, concurrent, and group minutes is zero,** ➔ skip to O0400C5, Therapy start date

Enter Number of Minutes

**3A. Co-treatment minutes** - record the total number of minutes this therapy was administered to the resident in **co-treatment sessions** in the last 7 days

Enter Number of Days

**4. Days** - record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

**5. Therapy start date** - record the date the most recent therapy regimen (since the most recent entry) started

**6. Therapy end date** - record the date the most recent therapy regimen (since the most recent entry) ended - enter dashes if therapy is ongoing

| | | — | | | — | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | | | Day | | | Year | | | |

| | | — | | | — | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | | | Day | | | Year | | | |

**D. Respiratory Therapy**

Enter Number of Days

**2. Days** - record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

**E. Psychological Therapy** (by any licensed mental health professional)

Enter Number of Days

**2. Days** - record the **number of days** this therapy was administered for **at least 15 minutes** a day in the last 7 days

**O0420. Distinct Calendar Days of Therapy**

Enter Number of Days

**Record the number of calendar days that the resident received Speech-Language Pathology and Audiology Services, Occupational Therapy, or Physical Therapy for at least 15 minutes in the past 7 days.**

**O0450. Resumption of Therapy** - Complete only if A0310C = 2 or 3 and A0310F = 99

Enter Code

**A. Has a previous rehabilitation therapy regimen (speech, occupational, and/or physical therapy) ended, as reported on this End of Therapy OMRA, and has this regimen now resumed at exactly the same level for each discipline?**

0. **No** ➔ Skip to O0500, Restorative Nursing Programs
1. **Yes**

**B. Date on which therapy regimen resumed:**

| | | — | | | — | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | | | Day | | | Year | | | |

| Section O | Special Treatments, Procedures, and Programs |
|---|---|

**O0500. Restorative Nursing Programs**

Record the **number of days** each of the following restorative programs was performed (for at least 15 minutes a day) in the last 7 calendar days (enter 0 if none or less than 15 minutes daily)

| Number of Days | Technique |
|---|---|
| ☐ | A. Range of motion (passive) |
| ☐ | B. Range of motion (active) |
| ☐ | C. Splint or brace assistance |

| Number of Days | Training and Skill Practice In: |
|---|---|
| ☐ | D. Bed mobility |
| ☐ | E. Transfer |
| ☐ | F. Walking |
| ☐ | G. Dressing and/or grooming |
| ☐ | H. Eating and/or swallowing |
| ☐ | I. Amputation/prostheses care |
| ☐ | J. Communication |

**O0600. Physician Examinations**

| Enter Days | |
|---|---|
| ☐☐ | Over the last 14 days, **on how many days did the physician (or authorized assistant or practitioner) examine the resident?** |

**O0700. Physician Orders**

| Enter Days | |
|---|---|
| ☐☐ | Over the last 14 days, **on how many days did the physician (or authorized assistant or practitioner) change the resident's orders?** |

| Section P | Restraints |
|---|---|

**P0100. Physical Restraints**

Physical restraints are any manual method or physical or mechanical device, material or equipment attached or adjacent to the resident's body that the individual cannot remove easily which restricts freedom of movement or normal access to one's body

↓ **Enter Codes in Boxes**

**Coding:**
  0. **Not used**
  1. **Used less than daily**
  2. **Used daily**

| | **Used in Bed** |
|---|---|
| ☐ | **A. Bed rail** |
| ☐ | **B. Trunk restraint** |
| ☐ | **C. Limb restraint** |
| ☐ | **D. Other** |
| | **Used in Chair or Out of Bed** |
| ☐ | **E. Trunk restraint** |
| ☐ | **F. Limb restraint** |
| ☐ | **G. Chair prevents rising** |
| ☐ | **H. Other** |

| Section Q | Participation in Assessment and Goal Setting |
|---|---|

**Q0100. Participation in Assessment**

Enter Code ☐
  **A. Resident participated in assessment**
    0. **No**
    1. **Yes**

Enter Code ☐
  **B. Family or significant other participated in assessment**
    0. **No**
    1. **Yes**
    9. **Resident has no family or significant other**

Enter Code ☐
  **C. Guardian or legally authorized representative participated in assessment**
    0. **No**
    1. **Yes**
    9. **Resident has no guardian or legally authorized representative**

**Q0300. Resident's Overall Expectation**

Complete only if A0310E = 1

Enter Code ☐
  **A. Select one for resident's overall goal established during assessment process**
    1. Expects to be **discharged to the community**
    2. Expects to **remain in this facility**
    3. Expects to be **discharged to another facility/institution**
    9. **Unknown or uncertain**

Enter Code ☐
  **B. Indicate information source for Q0300A**
    1. **Resident**
    2. If not resident, then **family or significant other**
    3. If not resident, family, or significant other, then **guardian or legally authorized representative**
    9. **Unknown or uncertain**

**Q0400. Discharge Plan**

Enter Code ☐
  **A. Is active discharge planning already occurring for the resident to return to the community?**
    0. **No**
    1. **Yes** ➡ Skip to Q0600, Referral

| Section Q | Participation in Assessment and Goal Setting |
|---|---|

**Q0490. Resident's Preference to Avoid Being Asked Question Q0500B**

Complete only if A0310A = 02, 06, or 99

| Enter Code | **Does the resident's clinical record document a request that this question be asked only on comprehensive assessments?** |
|---|---|
| ☐ | 0. **No** |
|  | 1. **Yes** → Skip to Q0600, Referral |
|  | 8. **Information not available** |

**Q0500. Return to Community**

| Enter Code | **B. Ask the resident** (or family or significant other or guardian or legally authorized representative if resident is unable to understand or respond): **"Do you want to talk to someone about the possibility of leaving this facility and returning to live and receive services in the community?"** |
|---|---|
| ☐ | 0. **No** |
|  | 1. **Yes** |
|  | 9. **Unknown or uncertain** |

**Q0550. Resident's Preference to Avoid Being Asked Question Q0500B Again**

| Enter Code | **A. Does the resident** (or family or significant other or guardian or legally authorized representative if resident is unable to understand or respond) **want to be asked about returning to the community on all assessments?** (Rather than only on comprehensive assessments.) |
|---|---|
| ☐ | 0. **No** - then document in resident's clinical record and ask again only on the next comprehensive assessment |
|  | 1. **Yes** |
|  | 8. **Information not available** |

| Enter Code | **B. Indicate information source for Q0550A** |
|---|---|
| ☐ | 1. **Resident** |
|  | 2. If not resident, then **family or significant other** |
|  | 3. If not resident, family or significant other, then **guardian or legally authorized representative** |
|  | 8. **No information source available** |

**Q0600. Referral**

| Enter Code | **Has a referral been made to the Local Contact Agency?** (Document reasons in resident's clinical record) |
|---|---|
| ☐ | 0. **No** - referral not needed |
|  | 1. **No** - referral is or may be needed (For more information see Appendix C, Care Area Assessment Resources #20) |
|  | 2. **Yes** - referral made |

| Section X | Correction Request |
|-----------|--------------------|

**Complete Section X only if A0050 = 2 or 3**

**Identification of Record to be Modified/Inactivated** - The following items identify the existing assessment record that is in error.  In this section, reproduce the information EXACTLY as it appeared on the existing erroneous record, even if the information is incorrect.
This information is necessary to locate the existing record in the National MDS Database.

**X0150.  Type of Provider** (A0200 on existing record to be modified/inactivated)

Enter Code [   ]
**Type of provider**
1. **Nursing home (SNF/NF)**
2. **Swing Bed**

**X0200.  Name of Resident** (A0500 on existing record to be modified/inactivated)

**A.  First name:**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**C.  Last name:**
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**X0300.  Gender** (A0800 on existing record to be modified/inactivated)

Enter Code [   ]
1. **Male**
2. **Female**

**X0400.  Birth Date** (A0900 on existing record to be modified/inactivated)

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month       Day        Year

**X0500.  Social Security Number** (A0600A on existing record to be modified/inactivated)

[ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

**X0600.  Type of Assessment** (A0310 on existing record to be modified/inactivated)

Enter Code [   ][   ]
**A.  Federal OBRA Reason for Assessment**
01. **Admission** assessment (required by day 14)
02. **Quarterly** review assessment
03. **Annual** assessment
04. **Significant change in status** assessment
05. **Significant correction** to **prior comprehensive** assessment
06. **Significant correction** to **prior quarterly** assessment
99. **None of the above**

Enter Code [   ][   ]
**B.  PPS Assessment**
**PPS Scheduled Assessments for a Medicare Part A Stay**
01. **5-day** scheduled assessment
02. **14-day** scheduled assessment
03. **30-day** scheduled assessment
04. **60-day** scheduled assessment
05. **90-day** scheduled assessment
**PPS Unscheduled Assessments for a Medicare Part A Stay**
07. **Unscheduled assessment used for PPS** (OMRA, significant or clinical change, or significant correction assessment)
**Not PPS Assessment**
99. **None of the above**

Enter Code [   ]
**C.  PPS Other Medicare Required Assessment - OMRA**
0. **No**
1. **Start of therapy** assessment
2. **End of therapy** assessment
3. **Both Start and End of therapy** assessment
4. **Change of therapy** assessment

**X0600 continued on next page**

| Section X | Correction Request |
|---|---|

**X0600. Type of Assessment - Continued**

Enter Code ☐
**D. Is this a Swing Bed clinical change assessment?** Complete only if X0150 = 2
  0. **No**
  1. **Yes**

Enter Code ☐☐
**F. Entry/discharge reporting**
  01. **Entry** tracking record
  10. **Discharge** assessment-**return not anticipated**
  11. **Discharge** assessment-**return anticipated**
  12. **Death in facility** tracking record
  99. **None of the above**

**X0700. Date** on existing record to be modified/inactivated - **Complete one only**

**A. Assessment Reference Date** (A2300 on existing record to be modified/inactivated) - Complete only if X0600F = 99
☐☐ – ☐☐ – ☐☐☐☐
Month   Day   Year

**B. Discharge Date** (A2000 on existing record to be modified/inactivated) - Complete only if X0600F = 10, 11, or 12
☐☐ – ☐☐ – ☐☐☐☐
Month   Day   Year

**C. Entry Date** (A1600 on existing record to be modified/inactivated) - Complete only if X0600F = 01
☐☐ – ☐☐ – ☐☐☐☐
Month   Day   Year

**Correction Attestation Section** - Complete this section to explain and attest to the modification/inactivation request

**X0800. Correction Number**

Enter Number ☐☐
**Enter the number of correction requests to modify/inactivate the existing record, including the present one**

**X0900. Reasons for Modification** - Complete only if Type of Record is to modify a record in error (A0050 = 2)

↓ Check all that apply
☐ **A. Transcription error**
☐ **B. Data entry error**
☐ **C. Software product error**
☐ **D. Item coding error**
☐ **E. End of Therapy - Resumption (EOT-R) date**
☐ **Z. Other error requiring modification**
    If "Other" checked, please specify:

**X1050. Reasons for Inactivation** - Complete only if Type of Record is to inactivate a record in error (A0050 = 3)

↓ Check all that apply
☐ **A. Event did not occur**
☐ **Z. Other error requiring inactivation**
    If "Other" checked, please specify:

| Section X | Correction Request |
|-----------|--------------------|

**X1100.  RN Assessment Coordinator Attestation of Completion**

**A.  Attesting individual's first name:**

☐☐☐☐☐☐☐☐☐☐☐☐

**B.  Attesting individual's last name:**

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

**C.  Attesting individual's title:**

**D.  Signature**

**E.  Attestation date**

☐☐ – ☐☐ – ☐☐☐☐
Month — Day — Year

| Section Z | Assessment Administration |
|---|---|

**Z0100.  Medicare Part A Billing**

Enter Code ☐

A. **Medicare Part A HIPPS code** (RUG group followed by assessment type indicator)**:**

☐☐☐☐☐☐☐

B. **RUG version code:**

☐☐☐☐☐☐☐☐☐☐

C. **Is this a Medicare Short Stay assessment?**
   0. **No**
   1. **Yes**

**Z0150.  Medicare Part A Non-Therapy Billing**

A. **Medicare Part A non-therapy HIPPS code** (RUG group followed by assessment type indicator)**:**

☐☐☐☐☐☐☐

B. **RUG version code:**

☐☐☐☐☐☐☐☐☐☐

**Z0200.  State Medicaid Billing (if required by the state)**

A. **RUG Case Mix group:**

☐☐☐☐☐☐☐☐☐☐

B. **RUG version code:**

☐☐☐☐☐☐☐☐☐☐

**Z0250.  Alternate State Medicaid Billing (if required by the state)**

A. **RUG Case Mix group:**

☐☐☐☐☐☐☐☐☐☐

B. **RUG version code:**

☐☐☐☐☐☐☐☐☐☐

**Z0300.  Insurance Billing**

A. **RUG billing code:**

☐☐☐☐☐☐☐☐☐☐

B. **RUG billing version:**

☐☐☐☐☐☐☐☐☐☐

| Section Z | Assessment Administration |
|---|---|

**Z0400. Signature of Persons Completing the Assessment or Entry/Death Reporting**

I certify that the accompanying information accurately reflects resident assessment information for this resident and that I collected or coordinated collection of this information on the dates specified. To the best of my knowledge, this information was collected in accordance with applicable Medicare and Medicaid requirements. I understand that this information is used as a basis for ensuring that residents receive appropriate and quality care, and as a basis for payment from federal funds. I further understand that payment of such federal funds and continued participation in the government-funded health care programs is conditioned on the accuracy and truthfulness of this information, and that I may be personally subject to or may subject my organization to substantial criminal, civil, and/or administrative penalties for submitting false information. I also certify that I am authorized to submit this information by this facility on its behalf.

| Signature | Title | Sections | Date Section Completed |
|---|---|---|---|
| A. | | | |
| B. | | | |
| C. | | | |
| D. | | | |
| E. | | | |
| F. | | | |
| G. | | | |
| H. | | | |
| I. | | | |
| J. | | | |
| K. | | | |
| L. | | | |

**Z0500. Signature of RN Assessment Coordinator Verifying Assessment Completion**

A. Signature: _____

B. Date RN Assessment Coordinator signed assessment as complete:

☐☐ – ☐☐ – ☐☐☐☐
Month — Day — Year

**Legal Notice Regarding MDS 3.0** - Copyright 2011 United States of America and interRAI. This work may be freely used and distributed solely within the United States. Portions of the MDS 3.0 are under separate copyright protections; Pfizer Inc. holds the copyright for the PHQ-9; Confusion Assessment Method. © 1988, 2003, Hospital Elder Life Program. All rights reserved. Adapted from: Inouye SK et al. Ann Intern Med. 1990; 113:941-8. Both Pfizer Inc. and the Hospital Elder Life Program, LLC have granted permission to use these instruments in association with the MDS 3.0.