# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. INTEGRA MED ANALYTICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ISAAC LAUFER et al.,<br><br>Defendants. | 17 Civ. 9424 (CS)<br><br>**UNDER SEAL**<br><br>**UNITED STATES' NOTICE OF ELECTION TO INTERVENE** |

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States of America notifies the Court of its intention to intervene in the above-referenced action with respect to allegations that the defendants knowingly submitted, or caused to be submitted, false claims to federal healthcare programs for services that were unreasonable, unnecessary, or unskilled.

Dated: New York, New York
May 7, 2021

                                      AUDREY STRAUSS
                                      United States Attorney

                By:    */s/ Jacob M. Bergman*
                        JACOB M. BERGMAN
                        RACHAEL L. DOUD
                        Assistant United States Attorneys
                        86 Chambers Street, Third Floor
                        New York, New York 10007