THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA<br>*ex rel.* INTEGRA MED ANALYTICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ISAAC LAUFER *et al.*,<br><br>Defendants. | 17 Civ. 9424 (CS)<br><br>**UNDER SEAL**<br><br>[PROPOSED] ORDER |
|---|---|

IT IS HEREBY ORDERED, that for good cause shown pursuant to 31 U.S.C. § 3730(b)(3), the complaint, orders, and all other documents submitted to the Court shall remain under seal until May 28, 2021, except to the extent the seal was partially lifted pursuant to the Court's prior Order dated September 8, 2020.

Dated: White Plains, New York
5/10, 2021

SO ORDERED:

_____
HON. CATHY SEIBEL
UNITED STATES DISTRICT JUDGE