AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America, ex rel. Intergra Med Analytic )<br>*Plaintiff* )<br>v. )<br>Issac Laufer et al. )<br>*Defendant* ) | Case No.   17-cv-09424-CS |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tami Whitney                                                                                                      .

Date:   07/12/2021                                               /s/ Edward E. Shapiro
                                                                              *Attorney's signature*

                                                                    Edward E. Shapiro (Bar No. 5169503)
                                                                    *Printed name and bar number*
                                                                    Glenn Agre Bergman & Fuentes LLP
                                                                    55 Hudson Yards
                                                                    20th Floor
                                                                    New York, NY 10001
                                                                    *Address*

                                                                    eshapiro@glennagre.com
                                                                    *E-mail address*

                                                                    (212) 358-5600
                                                                    *Telephone number*

                                                                    (332) 233-5784
                                                                    *FAX number*