

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

September 9, 2021

**BY ECF**

Honorable Cathy Seibel
United States District Judge
Charles L. Brieant U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re:   *U.S.* ex rel. *Integra Med Analytics LLC v. Isaac Laufer* et al*.,* 17 Civ. 9424 (CS)

Dear Judge Seibel:

    I write respectfully to inform the Court that I will be leaving the United States Attorney's Office. Accordingly, I request the entry of an order terminating my appearance in this matter. My colleague AUSA Jacob Bergman will be entering an appearance on behalf of the United States and will continue to handle the case.

    I thank the Court for its consideration of this submission.

    Respectfully,

    AUDREY STRAUSS
    United States Attorney for the
    Southern District of New York

By:   /s/ *Rachael L. Doud*
    RACHAEL L. DOUD
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-3274
    Facsimile: (212) 637-2786
    E-mail: rachael.doud@usdoj.gov