# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17 Civ. 9424 (CS) |
| Issac Laufer, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 10/12/2021

/s/ Danielle J. Levine
*Attorney's signature*

Danielle J. Levine
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street, Third Floor
New York, NY 10007
*Address*

danielle.levine@usdoj.gov
*E-mail address*

(212) 637-2689
*Telephone number*

(212) 637-2786
*FAX number*