**Brad Robertson**
brobertson@bradley.com
205.521.8188 direct



Via ECF

The Honorable Cathy Seibel
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

RE: *United States of America ex rel. Integra Med Analytics LLC. v. Isaac Laufer, et al.*, No. 7:17 Civ. 9424–CS

Dear Judge Seibel:

Pursuant to this Court's Individual Practice Rule 1(E), Defendants respectfully request a seven-day extension of the deadline for filing Defendants' motions to dismiss in this case. As explained in more detail below, the 11 facility defendants intend to coordinate and consolidate their arguments into a single brief and request the Court increase the page limit to 33 pages for their memorandum in support of their motion to dismiss.

There are 14 defendants in this case. 11 of the defendants are skilled nursing facilities, two are individual persons, and one is a third party service company. Defendants are preparing motions to dismiss and accompanying memoranda of law. The 11 facility defendants wish to coordinate and consolidate their arguments into a single memorandum of law in support of their motions to dismiss. Defendants request that the current deadline for the motions to dismiss of October 21, 2021 be extended to October 28, 2021, to afford the 11 facility defendants the time to coordinate and consolidate their arguments into a single brief and to make the deadline for the other three defendants co-extensive with the deadline for the 11 facility defendants. The 11 facility defendants further request that the Court increase the page limit for their consolidated memorandum to 33 pages—three pages per defendant—so that they can address all of the arguments that would otherwise be addressed in separate briefs.

There have been no previous requests for extension in this case. Undersigned counsel has conferred with counsel for the Government and the Government takes no position on the appropriate number of briefs in this case but consents to the request for extension of time and the increase in the page limit for the consolidated memorandum of the 11 facility defendants. The Defendants ask that all other current deadlines for briefing the motions to dismiss also be extended by seven days so that the Government's opposition would be due December 9, 2021, and the Defendants' replies due December 23, 2021. The Government has asked to reserve its right to seek an extension of time to file its opposition to Defendants' motions to dismiss and request additional pages for its brief(s), if needed.

Sincerely,

*/s/ J. Bradley Robertson*

Bradley Arant Boult Cummings LLP | One Federal Place | 1819 Fifth Avenue North | Birmingham, AL 35203-2119 | 205.521.8000 | bradley.com

**DRAFT – PRIVILEGED AND CONFIDENTIAL**
**SUBJECT TO JOINT DEFENSE AGREEMENT**

BRADLEY ARANT BOULT CUMMINGS LLP
Jack W. Selden (admitted pro hac vice)
J. Bradley Robertson (admitted pro hac vice)
1819 Fifth Avenue South
Birmingham, AL 35203
Phone: 205.521.8000
Fax: 205.521.8800
brobertson@bradley.com

Lyndsay E. Medlin (admitted pro hac vice)
Truist Center
214 North Tryon Street, Ste 3700
Charlotte, NC 28202
Phone: 704.338.6000
Fax: 704.332.8858
lmedlin@bradley.com

*Counsel for Defendants Excel at Woodbury for Rehabilitation and Nursing LLC; East Rockaway Center LLC d/b/a Lynbrook Restorative Therapy and Nursing; Oasis Rehabilitation and Nursing LLC; Suffolk Restorative Therapy & Nursing LLC d/b/a Momentum at South Bay for Rehabilitation and Nursing; Treetops Rehabilitation & Care Center LLC d/b/a North Westchester Restorative Therapy and Nursing Center; Quantum Rehabilitation and Nursing LLC; and Surge Rehabilitation and Nursing LLC*

*/s/ Miranda Hooker*
Miranda Hooker, Esquire (MA BBO #661569)
Troutman Pepper Hamilton Sanders LLP
19th Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
(617) 204-5160
Miranda.Hooker@Troutman.com

*Counsel for Defendants Long Island Care Center, Inc. and Forest Manor Care Center, Inc.*


*/s/ Abby Pendleton*
The Health Law Partners, P.C. d/b/a
The Dresevic, Iwrey, Kalmowitz &
Pendleton Law Group
Abby Pendleton
Clinton Mikel
Jonathan C. Messina
15 West 38th Street, 4th Floor, Ste. 735
New York, NY 10018
Phone: 516.492.3390
Fax: 516.492.3389
Email: apendleton@thehlp.com

*Counsel for Defendant*
*Sutton Park Center for Nursing &*
*Rehabilitation, LLC*

*/s/ Brendan M. Goodhouse*
Brendan M. Goodhouse
Cuddy & Feder LLP
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
Phone: 914-761-1300
Fax: 914-761-5372
BGoodhouse@cuddyfeder.com

*Counsel for Defendant Montclair Care Center Inc.*

*/s/ Aaron Lichtman*
Aaron Lichtman
Lichtman Law
56 Westchester Avenue
Pound Ridge, NY 10576
Phone: 516-570-9998
Fax: 516-570-3434
litchman@outsidetbb.com

*Counsel for Defendant Paragon Management SNF LLC*

**DRAFT – PRIVILEGED AND CONFIDENTIAL
SUBJECT TO JOINT DEFENSE AGREEMENT**

<u>*/s/ Aaron M. Katz*</u>
Aaron M. Katz (pro hac vice forthcoming)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
Phone: 617-951-7117
aaron.katz@ropesgray.com

*Counsel for Defendant Issac Laufer*

<u>*/s/ Michael Paul Bowen*</u>
Michael Paul Bowen
Edward E. Shapiro
GLENN AGRE BERGMAN & FUENTES LLP
55 Hudson Yards, 20th Floor
New York, New York 10001
Phone: 212-358-5600
mbowen@glennagre.com

*Counsel for the Defendant Tami Whitney*