Brad Robertson
brobertson@bradley.com
205.521.8188 direct



<u>Via ECF</u>

The Honorable Cathy Seibel
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

RE: *United States of America ex rel. Integra Med Analytics LLC. v. Isaac Laufer, et al.*, No. 7:17 Civ. 9424–CS

Dear Judge Seibel:

After the pre-motion conference with the Court regarding the proposed motion to unseal the sealed docket entries [Doc. 87], counsel for the Defendants[1] conferred with counsel for the Government. Counsel for the Government represented to counsel for the Defendants that the under-seal material does not contain information that would clarify the allegations in the complaint or provide additional details pertinent to the complaint, such as the identities of witnesses to whom the complaint refers only by employment position. In light of Government counsel's representation, the Defendants have determined that there is no need to file the motion to unseal.

Sincerely,

*/s/ J. Bradley Robertson*
BRADLEY ARANT BOULT CUMMINGS LLP
Jack W. Selden
J. Bradley Robertson
1819 Fifth Avenue South
Birmingham, AL 35203
Phone: 205.521.8000
Fax: 205.521.8800

---

[1] For purposes of this letter, "Defendants" means Excel at Woodbury for Rehabilitation and Nursing LLC; East Rockaway Center LLC d/b/a Lynbrook Restorative Therapy and Nursing; Oasis Rehabilitation and Nursing LLC; Suffolk Restorative Therapy & Nursing LLC d/b/a Momentum at South Bay for Rehabilitation and Nursing; Treetops Rehabilitation & Care Center LLC d/b/a North Westchester Restorative Therapy and Nursing Center; Quantum Rehabilitation and Nursing LLC; and Surge Rehabilitation and Nursing LLC.

Bradley Arant Boult Cummings LLP | One Federal Place | 1819 Fifth Avenue North | Birmingham, AL 35203-2119 | 205.521.8000 | bradley.com

Jonathan H. Ferry
Lyndsay E. Medlin
Truist Center
214 North Tryon Street, Ste 3700
Charlotte, NC 28202
Phone: 704.338.6000
Fax: 704.332.8858

*Counsel for Defendants Excel at Woodbury for Rehabilitation and Nursing LLC; East Rockaway Center LLC d/b/a Lynbrook Restorative Therapy and Nursing; Oasis Rehabilitation and Nursing LLC; Suffolk Restorative Therapy & Nursing LLC d/b/a Momentum at South Bay for Rehabilitation and Nursing; Treetops Rehabilitation & Care Center LLC d/b/a North Westchester Restorative Therapy and Nursing Center; Quantum Rehabilitation and Nursing LLC; and Surge Rehabilitation and Nursing LLC*