

February 7, 2022

The Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *U.S. x rel. Integra Med. Analytics LLC v. Isaac Laufer et al.*;
              Case No. 7:17-CIV-09424 (CS)

Dear Judge Seibel:

      With the consent of all parties, Defendants respectfully request a seven-day extension of the deadline for filing Defendants' replies in support of their motions to dismiss. This is Defendants' first request for an extension for this reply briefing.

      Defendants previously asked for a seven-day extension to file their opening briefs in support of their motions to dismiss in order to allow the eleven facility defendants time to coordinate and consolidate their arguments into a single, joint brief. [Doc. 80.] The Court granted that motion and set a briefing schedule for Defendants' motions to dismiss, making opening briefs due on October 28, 2021, the Government's opposition due on December 9, 2021, and Defendants' replies due on December 23, 2021. [Doc. 81.] On October 28, 2021, the eleven facility defendants served one consolidated opening brief and each of the other three defendants served separate opening briefs. The Government then requested and was granted an extension of time to serve its omnibus opposition in order to allow the parties time to explore mediation, and the Court amended the schedule to make the Government's opposition due on January 28, 2022, and the Defendants' replies due on February 11, 2022. [Doc. 86.] The Government served its 49-page omnibus opposition brief on January 28, 2022.

      In the interest of judicial economy, the eleven facility defendants again intend to coordinate and jointly file one reply brief. Given the Government's lengthy omnibus opposition and the time needed for the eleven facility defendants to coordinate briefing among numerous defense counsel, the Defendants respectfully request one additional week—until February 18, 2022—to file their reply briefs. We thank the Court for its consideration of this request.

                                                    Respectfully submitted,

                                                    */s/ J. Bradley Robertson*

BRADLEY ARANT BOULT CUMMINGS LLP
Jack W. Selden (admitted pro hac vice)
J. Bradley Robertson (admitted pro hac vice)
1819 Fifth Avenue South
Birmingham, AL 35203
Phone: 205.521.8000
Fax: 205.521.8800
brobertson@bradley.com

Jonathan H. Ferry
Lyndsay E. Medlin (admitted pro hac vice)
Truist Center
214 North Tryon Street, Ste 3700
Charlotte, NC 28202
Phone: 704.338.6000
Fax: 704.332.8858
jferry@bradley.com

*Counsel for Defendants Excel at Woodbury for Rehabilitation and Nursing LLC; East Rockaway Center LLC d/b/a Lynbrook Restorative Therapy and Nursing; Oasis Rehabilitation and Nursing LLC; Suffolk Restorative Therapy & Nursing LLC d/b/a Momentum at South Bay for Rehabilitation and Nursing; Treetops Rehabilitation & Care Center LLC d/b/a North Westchester Restorative Therapy and Nursing Center; Quantum Rehabilitation and Nursing LLC; and Surge Rehabilitation and Nursing LLC*

<u>/s/ Miranda Hooker</u>
Miranda Hooker, Esquire (MA BBO #661569)
Troutman Pepper Hamilton Sanders LLP
19th Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
(617) 204-5160
Miranda.Hooker@Troutman.com

*Counsel for Defendants Long Island Care Center, Inc. and Forest Manor Care Center, Inc.*

*/s/ Abby Pendleton*
The Health Law Partners, P.C. d/b/a
The Dresevic, Iwrey, Kalmowitz &
Pendleton Law Group
Abby Pendleton
Clinton Mikel
Jonathan C. Messina
15 West 38th Street, 4th Floor, Ste. 735
New York, NY 10018
Phone: 516.492.3390
Fax: 516.492.3389
Email: apendleton@thehlp.com

*Counsel for Defendant*
*Sutton Park Center for Nursing &*
*Rehabilitation, LLC*

*/s/ Brendan M. Goodhouse*
Brendan M. Goodhouse
Cuddy & Feder LLP
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
Phone: 914-761-1300
Fax: 914-761-5372
BGoodhouse@cuddyfeder.com

*Counsel for Defendant Montclair Care Center Inc.*

*/s/ Aaron Lichtman*
Aaron Lichtman
Lichtman Law
56 Westchester Avenue
Pound Ridge, NY 10576
Phone: 516-570-9998
Fax: 516-570-3434
lichtman@outsidetbb.com

*Counsel for Defendant Paragon Management SNF*
*LLC*

*/s/ Aaron M. Katz*
Aaron M. Katz (admitted pro hac vice)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
Phone: 617-951-7117
aaron.katz@ropesgray.com

*Counsel for Defendant Issac Laufer*

*/s/ Michael Paul Bowen*
Michael Paul Bowen
Edward E. Shapiro
GLENN AGRE BERGMAN & FUENTES LLP
55 Hudson Yards, 20th Floor
New York, New York 10001
Phone: 212-358-5600
mbowen@glennagre.com

*Counsel for the Defendant Tami Whitney*
