| From: | Tami Allison <tamimac8203@hotmail.com> |
|---|---|
| Sent: | Friday, November 22, 2013 11:34 AM |
| To: | Issac Laufer <issaclaufer@yahoo.com> |
| Subject: | Woodbury and Long Island Care |

Hi Issac,

I went to visit both facilities this week, both with positive results. At Woodbury, we identified that the ADL levels seem appropriate and maximized. As far as rehab levels, they are well balanced, however, there is still room for improving and prolonging dropping residents down a category. I will stay on top of this. As a whole, I feel the reason their rate is lower than the other buildings is because they did not have (nor do they for November) any isolation residents or HIV. This brings the rate up tremendously.

At Long Island Care, I met with Mr. Morris, the MDS coordinator and the Rehab Director. I do not sense there is any sabotage going on by Bridget. After speaking with Nina, it seems she is very "old school" when it comes to her approach to Medicare and putting long term residents on rehab for CMI. She was very open to working with me and learning the new Medicare guidelines and documentation requirements. She invited me back to inservice both her and her staff on these issues. I will be going there again the week after Thanksgiving. Mr. Morris was informed of all findings.

Hope you are having a nice vacation and maybe when you get a chance we can touch base when you get back.

Tami