UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* INTEGRA MED ANALYTICS LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>ISAAC LAUFER, *ET AL*,<br><br>       Defendants. | **Case No. 17 Civ. 9424 (CS)** |
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>ISSAC LAUFER, *ET AL*,<br><br>       Defendants. | |

## NOTICE OF MOTION TO DISMISS THE COMPLAINT

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of law in Support of its Motion to Dismiss the Complaint dated October 28, 2021, Defendant Paragon Management SNF LLC will move this Court, before the Honorable Cathy Seibel, United States Judge for the Southern District of New York, on a date to be determined by the Court for an Order to Dismiss the Government's Complaint-in-Intervention (Docket No. 13) under Fed. R. Civ. P. Rules 8. 9(b), and 12(b)(6) and that the claim is in part barred by the applicable statute of limitations.

Dated: Pound Ridge, NY
   October 28, 2021        Respectfully submitted,

               THE LICHTMAN LAW FIRM

         By:  */s/ Aaron Lichtman*
            Aaron Lichtman (lichtman@outsidetbb.com)
            P.O. Box 370, 56 Westchester Avenue
            Pound Ridge, New York 10576
            Tel: (914) 232-1005
            *Attorneys for Defendant Paragon Management SNF LLC*

CC:

Jacob Bergman
Phone: 212-637-2776
Danielle Levine
Phone: 212-637-2689
United States District Attorney's Office, Southern District of New York
86 Chambers Street
New York, NY  10007
Jacob.bergman@usdoj.gov
Danielle.levine@usdoj.gov
*Counsel for Intervenor Plaintiff*

Michael Bowen
Edward Shapiro
Glenn Agre Bergman & Fuentes, LLP
55 Hudson Yards
New York, NY  10001
Phone: 212-358-5600
mbowen@glennagre.com
eshapiro@glennagre.com
*Counsel for Intervenor Defendant*

Phillip Collins
Phone: 512-647-6106
Jeremy Wells
Phone: 512-647-6120
Reid Collins & Tsai LLP
1301 S. Capital of Texas Hwy
Ste C-300
Austin, TX  78746
Fax: 512-647-6129
jcollins@rctlegal.com
jwells@reidcollins.com

Yonah Jaffe
Reid Collins & Tsai LLP
810 Seventh Avenue, Suite 410
New York, NY  10019
Phone: 212-946-9340
yjaffe@rctlegal.com
*Counsel for United States of America, ex rel. Integra Med Analytics, LLC, Plaintiff*

Jack W. Selden
Phone: 205-521-8472
J. Bradley Robertson
Phone: 205-521-8000
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue South
Birmingham, AL 35203
Fax: 205-521-8800
brobertson@bradley.com
jselden@bradley.com

Lyndsay E. Medlin
214 North Tryon Street, Ste 3700
Truist Center
Charlotte, NC 28202
Phone: 704-338-6000
Fax: 704-332-8858
lmedlin@bradley.com

Jonathan J. Ferry
Bradley Arant Boult Cummings
214 North Tryon Street, Suite 3700
Truist Center
Charlotte, NC  28202
Phone: 704-338-6011
jferry@bradley.com

Kristina Reliford
Bradley Arant Boult Cummings
1600 Division Suite 700
Nashville, TN  37203
Phone: 615-252-3573
Fax: 615-252-6380
kreliford@bradley.com
*Counsel for Defendants Excel at Woodbury for Rehabilitation and Nursing LLC; East Rockaway Center LLC d/b/a Lynbrook Restorative Therapy and Nursing; Oasis Rehabilitation and Nursing LLC; Suffolk Restorative Therapy & Nursing LLC d/b/a Momentum at South Bay for Rehabilitation and Nursing; Treetops Rehabilitation & Care Center LLC d/b/a North Westchester Restorative Therapy and Nursing Center; Quantum Rehabilitation and Nursing LLC; and Surge Rehabilitation and Nursing LLC*

Miranda Hooker
Troutman Pepper Hamilton Sanders LLP
19th Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
(617) 204-5160
Miranda.Hooker@Troutman.com

Karli Cozen
Troutman Pepper
3000 Two Logan Square
18th And Arch Streets
Philadelphia, PA  19103
Phone: 215-981-4601
Karli.cozen@troutman.com
*Counsel for Defendants Long Island Care Center, Inc. and Forest Manor Care Center, Inc.*

The Health Law Partners, P.C. d/b/a
The Dresevic, Iwrey, Kalmowitz &
Pendleton Law Group
Jonathan C. Messina
15 West 38th Street, 4th Floor, Ste. 735
New York, NY 10018
Phone: 516-492-3390
Fax: 516-492-3389
jmessina@thehlp.com

Abby Pendleton
Clinton Mikel
The Health Law Partners, P.C.
32000 Northwestern Highway, Suite 240
Farmington Hills, MI  48334
Phone: 248-996-8510
Fax: 248-996-8525
apendleton@thehlp.com
cmikel@thehlp.com
*Counsel for Defendant*
*Sutton Park Center for Nursing &*
*Rehabilitation, LLC*

Jordan Brooks
Cuddy & Feder LLP
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
Phone: 914-761-1300
Fax: 914-761-5372
JBrooks@cuddyfeder.com

Brendan Goodhouse
Cuddy & Feder LLP
445 Hamilton Avenue
White Plains, NY  10601
Phone: 914-761-1300
Fax: 914-761-5372
bgoodhouse@cuddyfeder.com
*Counsel for Defendant Montclair Care Center Inc.*

Aaron M. Katz
Ropes & Gray LLP
800 Boylston Street
Boston, MA  02199
Phone: 617-951-7117
Aaron.katz@ropesgray.com
*Counsel for Isaac Laufer, Intervenor Defendant*