**Brad Robertson**
brobertson@bradley.com
205.521.8188 direct



<u>Via ECF</u>

The Honorable Cathy Seibel
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

February 23, 2022

**RE:** *United States of America ex rel. Integra Med Analytics LLC. v. Isaac Laufer, et al.*, No. 7:17 Civ. 9424–CS

Dear Judge Seibel:

Pursuant to this Court's Individual Practice Rule 2(D), Defendants respectfully request oral argument on Defendants' motions to dismiss in this case. As explained in more detail below, Defendants believe oral argument will assist the Court in resolving the motions.

This matter involves the United States False Claims Act ("FCA"), 31 U.S.C. § 3730(b)(2). There are fourteen separate defendants in this case: eleven of the defendants are independently operated skilled nursing facilities, two are individual persons, and one is a third-party service company. The eleven facility defendants, defendant Issac Laufer, defendant Tami Whitney, and defendant Paragon Management SNF LLC ("Paragon") have each filed a motion to dismiss respective to their unique circumstances, to which the government has filed a forty-nine-page opposition. Today, the eleven facilities, Laufer, Whitney, and Paragon have each submitted a reply in support of their respective motions.

Given the nature of the case, the number of parties involved, and the extensive briefing, Defendants respectfully submit that oral argument will assist the Court in its analysis of the motions to dismiss.

Sincerely,

*/s/ J. Bradley Robertson*

4866-4594-1775.2

Bradley Arant Boult Cummings LLP | One Federal Place | 1819 Fifth Avenue North | Birmingham, AL 35203-2119 | 205.521.8000 | bradley.com

BRADLEY ARANT BOULT CUMMINGS LLP
Jack W. Selden (admitted pro hac vice)
J. Bradley Robertson (admitted pro hac vice)
1819 Fifth Avenue South
Birmingham, AL 35203
Phone: 205.521.8000
Fax: 205.521.8800
brobertson@bradley.com

Jonathan H. Ferry
Lyndsay E. Medlin (admitted pro hac vice)
Truist Center
214 North Tryon Street, Ste 3700
Charlotte, NC 28202
Phone: 704.338.6000
Fax: 704.332.8858
jferry@bradley.com
lmedlin@bradley.com

*Counsel for Defendants Excel at Woodbury for Rehabilitation and Nursing LLC; East Rockaway Center LLC d/b/a Lynbrook Restorative Therapy and Nursing; Oasis Rehabilitation and Nursing LLC; Suffolk Restorative Therapy & Nursing LLC d/b/a Momentum at South Bay for Rehabilitation and Nursing; Treetops Rehabilitation & Care Center LLC d/b/a North Westchester Restorative Therapy and Nursing Center; Quantum Rehabilitation and Nursing LLC; and Surge Rehabilitation and Nursing LLC*

*/s/ Miranda Hooker*
Miranda Hooker, Esquire (MA BBO #661569)
Troutman Pepper Hamilton Sanders LLP
19th Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
(617) 204-5160
Miranda.Hooker@Troutman.com

*Counsel for Defendants Long Island Care Center, Inc. and Forest Manor Care Center, Inc.*

*/s/ Abby Pendleton*
The Health Law Partners, P.C. d/b/a
The Dresevic, Iwrey, Kalmowitz &
Pendleton Law Group
Abby Pendleton
Clinton Mikel
Jonathan C. Messina
15 West 38th Street, 4th Floor, Ste. 735
New York, NY 10018
Phone: 516.492.3390
Fax: 516.492.3389
Email: apendleton@thehlp.com

*Counsel for Defendant*
*Sutton Park Center for Nursing &*
*Rehabilitation, LLC*

*/s/ Brendan M. Goodhouse*
Brendan M. Goodhouse
Cuddy & Feder LLP
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
Phone: 914-761-1300
Fax: 914-761-5372
BGoodhouse@cuddyfeder.com

*Counsel for Defendant Montclair Care Center Inc.*

*/s/ Aaron Lichtman*
Aaron Lichtman
Lichtman Law
56 Westchester Avenue
Pound Ridge, NY 10576
Phone: 516-570-9998
Fax: 516-570-3434
litchman@outsidetbb.com

*Counsel for Defendant Paragon Management SNF LLC*

3

<u>/s/ Aaron M. Katz</u>
Aaron M. Katz (pro hac vice forthcoming)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199
Phone: 617-951-7117
aaron.katz@ropesgray.com

*Counsel for Defendant Issac Laufer*

<u>/s/ Michael Paul Bowen</u>
Michael Paul Bowen
Edward E. Shapiro
GLENN AGRE BERGMAN & FUENTES LLP
55 Hudson Yards, 20th Floor
New York, New York 10001
Phone: 212-358-5600
mbowen@glennagre.com

*Counsel for the Defendant Tami Whitney*