UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* INTEGRA MED ANALYTICS LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>ISAAC LAUFER, *et al.*,<br><br>      Defendants. | **Case No. 17 Civ. 9424 (CS)** |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ISSAC LAUFER, *et al.*,<br><br>      Defendants. | |

## NOTICE OF MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law submitted by Defendant Tami Whitney in Support of Motion to Dismiss the Complaint, dated October 28, 2021, Defendant Tami Whitney will move this Court, before the Honorable Cathy Seibel, United States Judge for the Southern District of New York, on a date to be determined by the Court for an Order to dismiss the Government's Complaint-in-Intervention (Dkt. No. 13) under Fed. R. Civ. P. 9(b) and 12(b)(6).

Dated: New York, New York  
October 28, 2021

Respectfully submitted,

**GLENN AGRE BERGMAN & FUENTES LLP**

By:     */s/ Michael Paul Bowen*  
Michael Paul Bowen (mbowen@glennagre.com)  
Edward E. Shapiro (eshapiro@glennagre.com)  
55 Hudson Yards  
New York, New York 10001  
Tel: (212) 358-5600

*Attorneys for Defendant Tami Whitney*

CC:

| | |
|---|---|
| Jacob Bergman<br>Phone: 212-637-2776<br>Danielle Levine<br>Phone: 212-637-2689<br>United States District Attorney's Office,<br>Southern District of New York<br>86 Chambers Street<br>New York, NY 10007<br>Jacob.bergman@usdoj.gov<br>Danielle.levine@usdoj.gov<br><br>*Counsel for Intervenor Plaintiff* | Phillip Collins<br>Phone: 512-647-6106<br>Jeremy Wells<br>Phone: 512-647-6120<br>Reid Collins & Tsai LLP<br>1301 S. Capital of Texas Hwy<br>Ste C-300<br>Austin, TX 78746<br>Fax: 512-647-6129<br>jcollins@rctlegal.com<br>jwells@reidcollins.com<br><br>Yonah Jaffe<br>Reid Collins & Tsai LLP<br>810 Seventh Avenue, Suite 410<br>New York, NY 10019<br>Phone: 212-946-9340<br>yjaffe@rctlegal.com<br><br>*Counsel for United States of America, ex rel. Integra Med Analytics, LLC, Plaintiff* |
| Jack W. Selden<br>Phone: 205-521-8472<br>J. Bradley Robertson<br>Phone: 205-521-8000<br>Bradley Arant Boult Cummings LLP<br>1819 Fifth Avenue South<br>Birmingham, AL 35203<br>Fax: 205-521-8800<br>brobertson@bradley.com<br>jselden@bradley.com | Miranda Hooker<br>Troutman Pepper Hamilton Sanders LLP<br>19th Floor, High Street Tower<br>125 High Street<br>Boston, MA 02110-2736<br>(617) 204-5160<br>Miranda.Hooker@Troutman.com |

| | |
|---|---|
| Lyndsay E. Medlin<br>214 North Tryon Street, Ste 3700<br>Truist Center<br>Charlotte, NC 28202<br>Phone: 704-338-6000<br>Fax: 704-332-8858<br>lmedlin@bradley.com<br><br>Jonathan J. Ferry<br>Bradley Arant Boult Cummings<br>214 North Tryon Street, Suite 3700<br>Truist Center<br>Charlotte, NC 28202<br>Phone: 704-338-6011<br>jferry@bradley.com<br><br>Kristina Reliford<br>Bradley Arant Boult Cummings<br>1600 Division Suite 700<br>Nashville, TN 37203<br>Phone: 615-252-3573<br>Fax: 615-252-6380<br>kreliford@bradley.com<br><br>*Counsel for Defendants Excel at Woodbury for Rehabilitation and Nursing LLC; East Rockaway Center LLC d/b/a Lynbrook Restorative Therapy and Nursing; Oasis Rehabilitation and Nursing LLC; Suffolk Restorative Therapy & Nursing LLC d/b/a Momentum at South Bay for Rehabilitation and Nursing; Treetops Rehabilitation & Care Center LLC d/b/a North Westchester Restorative Therapy and Nursing Center; Quantum Rehabilitation and Nursing LLC; and Surge Rehabilitation and Nursing LLC* | Karli Cozen<br>Troutman Pepper<br>3000 Two Logan Square<br>18th And Arch Streets<br>Philadelphia, PA 19103<br>Phone: 215-981-4601<br>Karli.cozen@troutman.com<br><br>*Counsel for Defendants Long Island Care Center, Inc. and Forest Manor Care Center, Inc.* |
| The Health Law Partners, P.C. d/b/a<br>The Dresevic, Iwrey, Kalmowitz &<br>Pendleton Law Group<br>Jonathan C. Messina<br>15 West 38th Street, 4th Floor, Ste. 735<br>New York, NY 10018<br>Phone: 516-492-3390<br>Fax: 516-492-3389<br>jmessina@thehlp.com | Jordan Brooks<br>Cuddy & Feder LLP<br>445 Hamilton Avenue, 14th Floor<br>White Plains, New York 10601<br>Phone: 914-761-1300<br>Fax: 914-761-5372<br>JBrooks@cuddyfeder.com |

| | |
|---|---|
| Abby Pendleton<br>Clinton Mikel<br>The Health Law Partners, P.C.<br>32000 Northwestern Highway, Suite 240<br>Farmington Hills, MI 48334<br>Phone: 248-996-8510<br>Fax: 248-996-8525<br>apendleton@thehlp.com<br>cmikel@thehlp.com<br><br>*Counsel for Defendant Sutton Park Center for Nursing & Rehabilitation, LLC* | Brendan Goodhouse<br>Cuddy & Feder LLP<br>445 Hamilton Avenue<br>White Plains, NY 10601<br>Phone: 914-761-1300<br>Fax: 914-761-5372<br>bgoodhouse@cuddyfeder.com<br><br>*Counsel for Defendant Montclair Care Center Inc.* |
| Aaron M. Katz<br>Ropes & Gray LLP<br>800 Boylston Street<br>Boston, MA 02199<br>Phone: 617-951-7117<br>Aaron.katz@ropesgray.com<br><br>*Counsel for Isaac Laufer, Intervenor Defendant* | Aaron Lichtman<br>P.O. Box 370, 56 Westchester Avenue<br>Pound Ridge, New York 10576<br>Tel: (914) 232-1005<br>lichtman@outsidetbb.com<br><br>*Counsel for Defendant Paragon Management SNF LLC* |