UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* INTEGRA MED ANALYTICS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>ISAAC LAUFER, MONTCLAIR CARE CENTER, INC., EAST ROCKAWAY CENTER LLC, EXCEL AT WOODBURY FOR REHABILITATION AND NURSING, LLC, LONG ISLAND CARE CENTER INC., TREETOPS REHABILITATION & CARE, SUTTON PARK CENTER FOR NURSING & REHABILITATION, LLC, SUFFOLK RESTORATIVE THERAPY & NURSING, LLC, OASIS REHABILITATION AND NURSING, LLC, and FOREST MANOR CARE CENTER, INC.,<br><br>        Defendants. | **17 Civ. 9424 (CS)**<br><br>**NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL FOR LONG ISLAND CARE CENTER, INC. AND FOREST MANOR CARE CENTER, INC.** |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ISSAC LAUFER, TAMI WHITNEY, PARAGON MANAGEMENT SNF LLC, MONTCLAIR CARE CENTER, INC., EAST ROCKAWAY CENTER LLC, EXCEL AT WOODBURY FOR REHABILITATION AND NURSING, LLC, LONG ISLAND CARE CENTER INC., TREETOPS REHABILITATION & CARE CENTER LLC, SUTTON PARK CENTER FOR NURSING & REHABILITATION, LLC, SUFFOLK RESTORATIVE THERAPY & NURSING, LLC, OASIS REHABILITATION AND NURSING, LLC, FOREST MANOR CARE CENTER, INC., SURGE REHABILITATION & NURSING LLC, and QUANTUM | |

| REHABILITATION & NURSING LLC, |
| Defendants. |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that upon the attached Declaration of Karli E. Cozen, Defendants Long Island Care Center, Inc. ("LICC") and Forest Manor Care Center, Inc. d/b/a Glen Cove Center for Nursing and Rehabilitation ("Glen Cove") move this Court, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order allowing her withdrawal as counsel for LICC and Glen Cove in the above-captioned case.

Attorney Cozen will be leaving Troutman Pepper Hamilton Sanders LLP as of May 5, 2022.  Attorney Miranda Hooker will continue to represent the Defendants LICC and Glen Cove in this matter.

**PLEASE TAKE FURTHER NOTICE** that, given the nature of this motion, Defendants LICC and Glen Cove request that this Court determine this matter on submission and without the need for additional briefing or oral argument as permitted by Rule 78 of the Federal Rules of Civil Procedure.

Dated: April 29, 2022                              Respectfully submitted,

*/s/ Karli E. Cozen*
Miranda Hooker, Esquire (MA BBO #661569)
TROUTMAN PEPPER HAMILTON SANDERS LLP
19th Floor, High Street Tower

        125 High Street
        Boston, MA 02110-2736
        (617) 204-5160
        Miranda.Hooker@Troutman.com

        Karli E. Cozen, Esquire (PA. Bar No. 326204)
        TROUTMAN PEPPER HAMILTON SANDERS LLP
        3000 Two Logan Square
        18th & Arch Streets
        Philadelphia, PA  19103-2799
        *Karli.Cozen@Troutman.com*
        (215) 981-4000

**PROPOSED ENDORSED ORDER**

The Court finds that satisfactory reasons exist for allowing the withdrawal of Karli E. Cozen's appearance as counsel of record in this case.  Accordingly, the foregoing motion is GRANTED and Karli E. Cozen's participation in this case is hereby terminated.

        SO ORDERED:

        _____
        U.S.D.J.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2022, I caused the foregoing Notice of Motion to Withdraw as Counsel to be served on all parties in this action via ECF.

*/s/ Karli E. Cozen*
*Karli E. Cozen*