**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. INTEGRA MED ANALYTICS LLC,<br><br>   Plaintiff,<br><br> v.<br><br>ISAAC LAUFER, MONTCLAIR CARE CENTER, INC., EAST ROCKAWAY CENTER LLC, EXCEL AT WOODBURY FOR REHABILITATION AND NURSING, LLC, LONG ISLAND CARE CENTER INC., TREETOPS REHABILITATION & CARE, SUTTON PARK CENTER FOR NURSING & REHABILITATION, LLC, SUFFOLK RESTORATIVE THERAPY & NURSING, LLC, OASIS REHABILITATION AND NURSING, LLC, and FOREST MANOR CARE CENTER, INC.,<br><br>   Defendants. | **17 Civ. 9424 (CS)**<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>ISSAC LAUFER, TAMI WHITNEY, PARAGON MANAGEMENT SNF LLC, MONTCLAIR CARE CENTER, INC., EAST ROCKAWAY CENTER LLC, EXCEL AT WOODBURY FOR REHABILITATION AND NURSING, LLC, LONG ISLAND CARE CENTER INC., TREETOPS REHABILITATION & CARE CENTER LLC, SUTTON PARK CENTER FOR NURSING & REHABILITATION, LLC, SUFFOLK RESTORATIVE THERAPY & NURSING, LLC, OASIS REHABILITATION AND NURSING, LLC, FOREST MANOR CARE CENTER, INC., SURGE REHABILITATION & NURSING LLC, | |

| |
|---|
| and QUANTUM REHABILITATION & NURSING LLC, <br><br>    Defendants. |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Thomas H. Cordova, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Long Island Care Center Inc. and Glen Cove Center for Nursing and Rehabilitation, d/b/a Forest Manor Care Center, Inc. in the above-captioned action.

I am in good standing of the bar of the Commonwealth of Pennsylvania and the state of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  April 28, 2022

/s/ Thomas H. Cordova
Thomas H. Cordova Esquire (PA Bar No. 326204)
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4675
Thomas.Cordova@Troutman.com