UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA *ex rel.*
INTEGRA MED ANALYTICS LLC,

      Plaintiff,

  v.

ISAAC LAUFER, MONTCLAIR CARE CENTER, INC., EAST ROCKAWAY CENTER LLC, EXCEL AT WOODBURY FOR REHABILITATION AND NURSING, LLC, LONG ISLAND CARE CENTER INC., TREETOPS REHABILITATION & CARE, SUTTON PARK CENTER FOR NURSING & REHABILITATION, LLC, SUFFOLK RESTORATIVE THERAPY & NURSING, LLC, OASIS REHABILITATION AND NURSING, LLC, and FOREST MANOR CARE CENTER, INC.,

      Defendants.
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

      Plaintiff,

  v.

ISSAC LAUFER, TAMI WHITNEY, PARAGON MANAGEMENT SNF LLC, MONTCLAIR CARE CENTER, INC., EAST ROCKAWAY CENTER LLC, EXCEL AT WOODBURY FOR REHABILITATION AND NURSING, LLC, LONG ISLAND CARE CENTER INC., TREETOPS REHABILITATION & CARE CENTER LLC, SUTTON PARK CENTER FOR NURSING & REHABILITATION, LLC, SUFFOLK RESTORATIVE THERAPY & NURSING, LLC, OASIS REHABILITATION AND NURSING, LLC, FOREST MANOR CARE CENTER, INC., SURGE REHABILITATION & NURSING LLC, and QUANTUM REHABILITATION & NURSING LLC,

      Defendants.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No. 17 Civ. 9424 (CS)

5403177.v1

**PLEASE TAKE NOTICE** that Seth M. Pavsner, an associate at Cuddy & Feder LLP, hereby appears as an attorney for Defendant Montclair Care Center, Inc. in the above-captioned action.

Dated: White Plains, New York
       September 22, 2022

Respectfully submitted,

**CUDDY & FEDER LLP**
*Attorneys for Defendant*
*Montclair Care Center, Inc.*
445 Hamilton Avenue, 14th Floor
White Plains, New York 10601
(914) 761-1300

By:   */s/ Seth M. Pavsner*
      SETH M. PAVSNER (SP1983)