## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL. INTEGRA MED ANALYTICS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ISAAC LAUFER *et al.*, <br><br> Defendants. | Cause No. 7:17-cv-09424-CS-JCM |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Minyao Wang of Reid Collins & Tsai, LLP, hereby appears as counsel for qui tam relator, Integra Med Analytics, LLC in the above-captioned action.

Dated: November 6, 2022

**REID COLLINS & TSAI, LLP**

*/s/ Minyao Wang*
Minyao Wang (Bar No. 4744314)
330 West 58th Street, Suite 403
New York, NY 10019
Telephone: (212) 344-5200
Facsimile: (212) 344-5299
mwang@reidcollins.com