UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *ex rel.* INTEGRA MED ANALYTICS LLC,

          Plaintiff-Relator,

v.

ISSAC LAUFER, *et al.*,

          Defendants.

UNITED STATES OF AMERICA,

          Plaintiff,

v.

ISSAC LAUFER, *et al.*,

         Defendants.

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

No. 17 Civ. 9424 (CS) (JCM)

      The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. The case *is* to be tried by a jury.

2. Initial disclosures are due by November 23, 2022.

3. Joinder of additional parties must be accomplished by November 23, 2022.

4. Amended pleadings may be filed until November 23, 2022.

5. First request for production of documents shall be served by December 7, 2022.

6. Interrogatories are to be served by all counsel no later than January 31, 2023. The provisions of Local Civil Rule 33.3 shall not apply to this case.

7. Parties to meet and confer by March 17, 2023 regarding sampling and extrapolation issues, including whether and when sample patients will be identified, sample size, and methodology.

8. Document discovery between parties to be completed by June 30, 2023.

9. Parties shall disclose the names of any potential non-rebuttal expert witness(es) and the general topics of their anticipated testimony by June 30, 2023.

10. Non-expert depositions shall be completed by September 29, 2023.

11. Requests to admit, if any, shall be served no later than September 29, 2023.

12. Fact discovery shall be completed by October 31, 2023.

13. Parties shall disclose the names of any potential rebuttal expert witness(es) and the general topics of their anticipated testimony by October 31, 2023.

14. Parties shall serve any non-rebuttal expert reports no later than December 8, 2023.

15. Parties shall serve any non-rebuttal expert interrogatories no later than February 1, 2024.

16. Parties shall serve any rebuttal expert reports no later than April 30, 2024.

17. Parties shall serve any rebuttal expert interrogatories no later than May 31, 2024.

18. Expert depositions shall be completed by July 31, 2024.

19. **ALL DISCOVERY SHALL BE COMPLETED BY** July 31, 2024.

20. Additional provisions agreed upon by counsel are not attached hereto and made a part hereof.

21. Any motions shall be filed in accordance with the Court's Individual Practices.

22. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court. As the case develops, the parties reserve the right to request additional time if necessary.

23. The next case management conference is scheduled for January 25, 2023 at 10 AM.

Dated: 11-14-2022
White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE