UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* INTEGRA MED ANALYTICS LLC,<br><br>                Plaintiff-Relator,<br><br>    v.<br><br>ISSAC LAUFER, *et al.*,<br><br>                Defendants. | No. 7:17 Civ. 9424 (CS) (JCM) |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ISSAC LAUFER, *et al.*,<br><br>                Defendants. | |

## PRIVACY ACT STIPULATION AND ORDER

Pursuant to the provisions of Rule 26(c) of the Federal Rules of Civil Procedure, the Court enters this Stipulation and Order, upon the joint request of the parties, for the purposes of facilitating the disclosure of information that otherwise would be prohibited from disclosure under the Privacy Act of 1974, 5 U.S.C. § 552a (the "Privacy Act").

The Court, having found that good cause exists for entry of this Stipulation and Order, HEREBY ORDERS:

    1.    Pursuant to 5 U.S.C. § 552a(b)(11), this Order authorizes the United States to produce information that otherwise would be prohibited from disclosure under the Privacy Act without presenting Privacy Act objections to this Court for a decision regarding disclosure.  To the extent the Privacy Act allows the disclosure of information pursuant to a court order, this Order

1

constitutes such a court order and authorizes the disclosure of that information. However, nothing in this paragraph shall require production of information that is prohibited from disclosure (even with the entry of this Order) by other applicable privileges, statutes, regulations, or authorities.

2.  This Order is without prejudice to any other objections the parties may have to producing or using such documents and information.

**SO STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| Dated: November 25, 2022 | Dated: November 25, 2022 |
| DAMIAN WILLIAMS<br>United States Attorney for the<br>Southern District of New York<br>*Counsel for Plaintiff United States* | AARON KATZ LAW LLC<br>*Counsel for Defendant Issac Laufer* |
| By: */s/ Jacob M. Bergman*<br>PIERRE ARMAND<br>JACOB BERGMAN<br>DANIELLE LEVINE<br>MARK OSMOND<br>AMANDA LEE<br>TARA SCHWARTZ<br>Assistant U.S. Attorneys<br>86 Chambers Street, Third Floor<br>New York, NY 10007 | By: */s/ Aaron M Katz*<br>AARON M. KATZ<br>399 Boylston Street<br>Boston, MA 02116 |

Dated: November 25, 2022

    CUDDY & FEDER LLP
    *Counsel for Defendant Montclair Care Center, Inc.*

By:  */s/ Brendan Markham*
    BRENDAN MARKHAM
    GOODHOUSE
    SETH MAXWELL PAVSNER
    445 Hamilton Avenue, 14th Floor
    White Plains, NY 10601

Dated: November 25, 2022

    BRADLEY ARANT BOULT CUMMINGS LLP
    *Counsel for Defendants East Rockaway Center LLC, Excel at Woodbury for Rehabilitation and Nursing, LLC, Treetops Rehabilitation & Care Center LLC, Suffolk Restorative Therapy & Nursing, LLC, Oasis Rehabilitation and Nursing, LLC, Surge Rehabilitation & Nursing LLC, and Quantum Rehabilitation & Nursing LLC*

By:  */s/ J. Bradley Robertson*
    JACK W. SELDEN
    J. BRADLEY ROBERTSON
    One Federal Place
    1819 Fifth Avenue North
    Birmingham, AL 35203

    LYNDSAY MEDLIN
    JONATHAN H. FERRY
    214 North Tryon Street, Suite 3700
    Charlotte, NC 28202

    KRISTINA A. RELIFORD
    1600 Division Suite 700
    Nashville, TN 37203

| | |
|---|---|
| Dated: November 25, 2022 | Dated: November 25, 2022 |
| TROUTMAN PEPPER<br>*Counsel for Defendants Long Island Care Center Inc., and Forest Manor Care Center, Inc.* | THE HEALTH LAW PARTNERS, P.C.<br>*Counsel for Defendant Sutton Park Center for Nursing & Rehabilitation, LLC* |
| By: */s/ Miranda Hooker*<br>MIRANDA HOOKER<br>125 High Street<br>Ste. 19th Floor<br>Boston, MA 02110<br><br>THOMAS CORDOVA<br>3000 Two Logan Square<br>18th and Arch Streets<br>Philadelphia, PA 19103 | By: */s/ Clinton R. Mikel*<br>CLINTON R. MIKEL<br>ABBY PENDLETON<br>32000 Northwestern Highway, Suite 240<br>Farmington Hills, MI 48334<br><br>JONATHAN CHRISTOPHER MESSINA<br>15 West 38th Street, Fourth Floor<br>Suite 735<br>New York, NY 10018 |
| Dated: November 25, 2022 | Dated: November 25, 2022 |
| GLENN AGRE BERGMAN & FUENTES LLP<br>*Counsel for Defendant Tami Whitney* | THE LICHTMAN LAW FIRM<br>*Counsel for Defendant Paragon Management SNF LLC* |
| By: */s/ Michael Paul Bowen*<br>MICHAEL PAUL BOWEN<br>EDWARD E. SHAPIRO<br>1185 Avenue of the Americas<br>22nd Floor<br>New York, NY 10036 | By: */s/ Aaron C. Lichtman*<br>AARON C. LICHTMAN<br>The Lichtman Law Firm<br>584 Cross River Road<br>Katonah, NY 10536 |

Dated:   White Plains, New York
          _____, 2022

                                                        **SO ORDERED.**

                                                    _____
                                                    JUDITH C. McCARTHY
                                                    UNITED STATES MAGISTRATE JUDGE