

REID COLLINS & TSAI LLP
330 West 58th Street
Suite 403
New York, New York 10019
Main: 212.344.5200
Fax: 212.344.5299
www.reidcollins.com

Yonah Jaffe | Partner
Direct: 212.344-5209
yjaffe@reidcollins.com

December 13, 2022

**By ECF**
Honorable Cathy Seibel
United States District Judge
Charles L. Brieant U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    *U.S.* ex rel. *Integra Med Analytics LLC v. Isaac Laufer, et al.*,
            Case No. 7:17-cv-09424 (CS), USDC, Southern District of New York

Dear Judge Seibel:

      I write respectfully to inform the court that P. Jason Collins is no longer an attorney with Reid Collins & Tsai LLP ("Reid Collins"), counsel for Relator, Integra Med Analytics LLC ("Integra"). Accordingly, I request the entry of an order terminating P. Jason Collins's appearance in this matter.

      I, along with Reid Collins attorneys Jeremy Wells (*pro hac vice*) and Minyao Wang, have entered appearances in this case, and Reid Collins will continue to handle the case on behalf of Integra.

                                             Respectfully submitted,

                                             /s/ *Yonah Jaffe*
                                           Yonah Jaffe, Partner
                                           REID COLLINS & TSAI LLP