

The Clerk of Court is respectfully directed to terminate Mr. Bergman as counsel for the Government, and to terminate ECF No. 166.

SO ORDERED.

*Cathy Seibel*        3/14/23

CATHY SEIBEL, U.S.D.J.

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

March 14, 2023

**BY E-MAIL**

Hon. Cathy Seibel
Charles L. Brieant U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re:   *U.S.* ex rel. *Integra Med Analytics LLC v. Isaac Laufer* et al., 17 Civ. 9424 (CS)(JCM)

Dear Judge Seibel:

    I write respectfully to request entry of an order terminating my appearance in this matter, which is necessitated by other responsibilities of the undersigned counsel. My colleagues, AUSAs Pierre Armand, Danielle Levine, Tara Schwartz, Amanda Lee, and Mark Osmond have already appeared on behalf of the United States and will continue to handle the case as counsel of record for the United States.

    I thank the Court for its consideration of this request.

            Respectfully,

            DAMIAN WILLIAMS
            United States Attorney

     By: */s/ Jacob M. Bergman*
            JACOB M. BERGMAN
            Assistant United States Attorney
            86 Chambers Street, Third Floor
            New York, New York 10007
            Tel: (212) 637-2776

cc:    (BY ECF)
        All counsel of record