UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. INTEGRA MED ANALYTICS LLC,<br><br>     Plaintiff,<br><br>v.<br><br>ISSAC LAUFER, TAMI WHITNEY, PARAGON MANAGEMENT SNF LLC, MONTCLAIR CARE CENTER, INC., EAST ROCKAWAY CENTER LLC, EXCEL AT WOODBURY FOR REHABILITATION AND NURSING, LLC, LONG ISLAND CARE CENTER INC., TREETOPS REHABILITATION & CARE CENTER LLC, SUTTON PARK CENTER FOR NURSING & REHABILITATION, LLC, SUFFOLK RESTORATIVE THERAPY & NURSING, LLC, OASIS REHABILITATION AND NURSING, LLC, FOREST MANOR CARE CENTER, INC., SURGE REHABILITATION & NURSING LLC, and QUANTUM REHABILITATION & NURSING LLC,<br><br>     Defendants. | Civil Action No. 7:17-cv-09424<br><br>**STIPULATION FOR THE SUBSTITUTION OF COUNSEL** |

**PLEASE TAKE NOTICE** that it is hereby agreed that Michael Paul Bowen and Edward E. Shapiro of Glenn Agre Bergman & Fuentes LLP, located at 1185 Avenue of the Americas, 22nd Floor, New York, New York 10036, be substituted for Aaron C. Lichtman of The Lichtman Law Firm, located at 56 Westchester Ave, Pound Ridge, New York 10576, as attorneys of record for Paragon Management SNF LLC, in the above-captioned action effective as of May 22, 2023.

Dated: New York, New York
      May 22, 2023

Respectfully submitted,

**Outgoing Attorneys**

Aaron C. Lichtman (lichtman@outsidetbb.com)
THE LICHTMAN LAW FIRM
56 Westchester Ave
Pound Ridge, New York 10576
Tel: (914) 232-1005

**Incoming Attorneys**

/s/ *Michael Paul Bowen*
Michael Paul Bowen (mbowen@glennagre.com)
Edward E. Shapiro (eshapiro@glennagre.com)
GLENN AGRE BERGMAN & FUENTES LLP
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Tel: (212) 970-1600

Paragon Management SNF LLC

Amy Elba
VP of Operations and Development