**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* INTEGRA MED ANALYTICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ISAAC LAUFER, MONTCLAIR CARE CENTER, INC., EAST ROCKAWAY CENTER LLC, EXCEL AT WOODBURY FOR REHABILITATION AND NURSING, LLC, LONG ISLAND CARE CENTER INC., TREETOPS REHABILITATION & CARE, SUTTON PARK CENTER FOR NURSING & REHABILITATION, LLC, SUFFOLK RESTORATIVE THERAPY & NURSING, LLC, OASIS REHABILITATION AND NURSING, LLC, and FOREST MANOR CARE CENTER, INC.,<br><br>Defendants. | The Clerk of Court is respectfully directed to terminate Mr. Katz as counsel for Mr. Laufer, and to terminate ECF No. 193.<br><br>SO ORDERED.<br><br>*Cathy Seibel*<br>CATHY SEIBEL, U.S.D.J.<br><br>6/23/23 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISSAC LAUFER, TAMI WHITNEY, PARAGON MANAGEMENT SNF LLC, MONTCLAIR CARE CENTER, INC., EAST ROCKAWAY CENTER LLC, EXCEL AT WOODBURY FOR REHABILITATION AND NURSING, LLC, LONG ISLAND CARE CENTER INC., TREETOPS REHABILITATION & CARE CENTER LLC, SUTTON PARK CENTER FOR NURSING & REHABILITATION, LLC, SUFFOLK RESTORATIVE THERAPY & NURSING, LLC, OASIS REHABILITATION AND NURSING, LLC, FOREST MANOR CARE CENTER, INC., SURGE REHABILITATION & NURSING LLC, and QUANTUM REHABILITATION & NURSING LLC,<br><br>Defendants. | **MOTION TO WITHDRAW AS COUNSEL**<br><br>Case No. 17 Civ. 9424 (CS) |

The undersigned moves to withdraw as counsel for Issac Laufer in this matter.  Other counsel has entered appearances for Mr. Laufer in this matter, and Mr. Laufer will not be prejudiced by my withdrawal.  Mr. Laufer has agreed to the withdrawal.

Dated: June 22, 2023						Respectfully,

							*/s/ Aaron M. Katz*
							Aaron M. Katz
							AARON KATZ LAW LLC
							399 Boylston St., 6th Floor
							Boston, MA 02116
							(617) 915-6305
							akatz@aaronkatzlaw.com

## CERTIFICATE OF SERVICE

      I, Aaron M. Katz, hereby certify that a true and correct copy of the foregoing was served on all counsel of record via the CM/ECF system.

                                                      <u>/s/ Aaron M. Katz</u>
                                                      Aaron M. Katz