**Brad Robertson**
brobertson@bradley.com
205.521.8188 direct



July 17, 2023

<u>Via ECF</u> **[Courtesy Copy Via Federal Express]**

The Honorable Judith C. McCarthy
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

    Re: Consent Request to Adjourn Status Conference

    *United States of America ex rel. Integra Med Analytics LLC. v. Issac Laufer, et al.*, No. 7:17 Civ. 9424–CS

Dear Judge McCarthy:

    Defendants respectfully submit this letter requesting a brief adjournment of the Court's scheduled conference on July 19, 2023 by one week, so that the Parties might continue to confer on certain new developments. This is the Defendants' first request for adjournment of this conference date. An issue has arisen in the last week that will require additional conferrals, and the Defendants respectfully request an adjournment of the conference by one week, subject to the Court's availability, to continue those discussions. The Government consents to this request.

                                      Sincerely,

                                      <u>*/s/ J. Bradley Robertson*</u>
                                      BRADLEY ARANT BOULT CUMMINGS LLP
                                      Jack W. Selden
                                      J. Bradley Robertson
                                      1819 Fifth Avenue South
                                      Birmingham, AL 35203
                                      Phone: 205.521.8000
                                      Fax: 205.521.8800

4887-6434-0336.1

Bradley Arant Boult Cummings LLP | One Federal Place | 1819 Fifth Avenue North | Birmingham, AL 35203-2119 | 205.521.8000 | bradley.com

Jonathan H. Ferry
Lyndsay E. Medlin
Truist Center
214 North Tryon Street, Ste 3700
Charlotte, NC 28202
Phone: 704.338.6000
Fax: 704.332.8858

*Counsel for Defendants Excel at Woodbury for Rehabilitation and Nursing LLC; East Rockaway Center LLC d/b/a Lynbrook Restorative Therapy and Nursing; Oasis Rehabilitation and Nursing LLC; Suffolk Restorative Therapy & Nursing LLC d/b/a Momentum at South Bay for Rehabilitation and Nursing; Treetops Rehabilitation & Care Center LLC d/b/a North Westchester Restorative Therapy and Nursing Center; Quantum Rehabilitation and Nursing LLC; Surge Rehabilitation and Nursing LLC; Long Island Care Center, Inc. and Forest Manor Care Center, Inc.; Sutton Park Center for Nursing & Rehabilitation, LLC; and Montclair Care Center Inc.*


By: */s/ Eric D. Herschmann*
Eric D. Herschmann
210 Lavaca Street, Unit 3009
Austin, Texas 78701
Tel: (512) 551-3344
Fax: (512) 798-4376
EDHNotice@gmail.com
    &
KASOWITZ BENSON TORRES LLP
Daniel R. Benson
Amit R. Vora
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 835-5020
DBenson@kasowitz.com

*Counsel for Defendant Issac Laufer*

2

By: /s/ Michael Paul Bowen
GLENN AGRE BERGMAN & FUENTES LLP
Michael Paul Bowen (mbowen@glennagre.com)
Edward E. Shapiro (eshapiro@glennagre.com)
Avelino A. Garcia (agarcia@glennagre.com)
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Tel: (212) 970-1600

*Counsel for Defendants Paragon Management SNF LLC and Tami Whitney*