UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* INTEGRA MED ANALYTICS LLC,<br><br>                              Plaintiff-Relator,<br><br>        v.<br><br>ISSAC LAUFER, *et al.*,<br><br>                              Defendants. | No. 17 Civ. 9424 (CS) (JCM) |
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>ISSAC LAUFER, *et al.*,<br><br>                              Defendants. | |

## **ORDER STAYING PROCEEDINGS**

WHEREAS, upon the motion of the United States of America and with the consent of all parties:

IT IS HEREBY ORDERED that:

This action is stayed through January 26, 2024, and all pending deadlines are extended for a period of six months, and

The Status Conference scheduled for July 27, 2023 is canceled.

The parties are directed to file a joint letter by January 31, 2024, notifying the Court of the status of this matter.

SO ORDERED.

Dated:  July 26, 2023

White Plains, New York

HON. JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE