UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *ex rel.*
INTEGRA MED ANALYTICS LLC,

                              Plaintiff-Relator,

        v.                                          No. 17 Civ. 9424 (CS) (JCM)

ISSAC LAUFER, *et al.*,

                              Defendants.

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.

ISSAC LAUFER, *et al.*,

                              Defendants.

## **ORDER STAYING PROCEEDINGS**

        WHEREAS, upon the motion of the United States of America and with the consent of all

parties:

        IT IS HEREBY ORDERED that:

        This action is stayed through July 26, 2024, and all pending deadlines are extended for a

period of six months.

SO ORDERED.

Dated:   January 30, 2024
         White Plains, New York


HON. JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE