UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *ex rel.*
INTEGRA MED ANALYTICS LLC,

        Plaintiff-Relator,

v.

ISSAC LAUFER, *et al.*,

        Defendants.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ISSAC LAUFER, *et al.*,

        Defendants.

No. 17 Civ. 9424 (CS) (JCM)

## ORDER STAYING PROCEEDINGS

WHEREAS, upon the motion of the United States of America and with the consent of all parties:

IT IS HEREBY ORDERED that:

This action is stayed through January 26, 2025, and all pending deadlines are extended for a period of six months.

SO ORDERED.

Dated: 7-29-2024
White Plains, New York

_____
HON. JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE