UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA *ex rel.*
INTEGRA MED ANALYTICS LLC,

        Plaintiff-Relator,

    v.

ISSAC LAUFER, *et al.*,

        Defendants.

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

ISSAC LAUFER, *et al.*,

        Defendants.

No. 17 Civ. 9424 (CS) (JCM)

## ORDER STAYING PROCEEDINGS

WHEREAS, upon the motion of the United States of America and with the consent of all parties:

IT IS HEREBY ORDERED that:

This action is stayed through July 26, 2025, and all pending deadlines are extended for a period of six months.

Dated: January 27, 2025
       White Plains, New York

SO ORDERED:

_____
JUDITH C. McCARTHY
United States Magistrate Judge