

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

May 1, 2025

**VIA ECF**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *U.S.* ex rel. *Integra Med Analytics LLC v. Isaac Laufer* et al., No. 17 Civ. 9424

Dear Judge Seibel:

    I represent the United States of America in the above-referenced matter. I write to inform the Court that I will soon be leaving the United States Attorney's Office. Pursuant to Local Rule 1.4, I respectfully request that the Court enter an order terminating my appearance as counsel. The Government will continue to be represented by my colleagues, AUSAs Pierre Armand, Allison Rovner, Mark Osmond, and Tara Schwartz, who have previously entered appearances in this matter. My withdrawal as an attorney of record will not affect any deadlines or cause any delay in this matter.

    Respectfully,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:    */s/ Amanda Lee*
    AMANDA LEE
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, NY 10007
    Tel: (212) 637-2781
    Email: Amanda.Lee2@usdoj.gov