UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
UNITED STATES OF AMERICA ex rel. INTEGRA
MED ANALYTICS LLC,

                Plaintiff,

Case No.   7:17-cv-09424-CS-JCM

      -against-

ISSAC LAUFER, et al.,

                Defendant.
---------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending        ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Daniel R. Benson**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____   My State Bar Number is  1712223

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Kasowitz Benson Torres LLP
                FIRM ADDRESS: 1633 Broadway, New York, NY 10019
                FIRM TELEPHONE NUMBER: (212) 506-1700
                FIRM FAX NUMBER: (212) 506-1800

NEW FIRM:   FIRM NAME: Herschmann Benson Bowen LLP
                FIRM ADDRESS: 305 Broadway, 7th Floor, New York, NY 10007
                FIRM TELEPHONE NUMBER: (212) 226-4226
                FIRM FAX NUMBER: (512) 798-4376

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge _____.

Dated:  July 28, 2025

/s/ Daniel R. Benson
ATTORNEY'S SIGNATURE