UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

UNITED STATES OF AMERICA ex rel. INTEGRA MED ANALYTICS LLC,

                        Plaintiff,

Case No. 7:17-cv-09424-CS-JCM

-against-

ISSAC LAUFER, et al.,

                        Defendant.

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Michael Paul Bowen
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____  My State Bar Number is: 2534576

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Glenn Agre Bergman & Fuentes LLP
FIRM ADDRESS: 1185 Avenue of the Americas, 22nd Floor, New York, NY 10036
FIRM TELEPHONE NUMBER: (212) 970-1600
FIRM FAX NUMBER:

NEW FIRM:
FIRM NAME: Herschmann Benson Bowen LLP
FIRM ADDRESS: 305 Broadway, 7th Floor, New York, NY 10007
FIRM TELEPHONE NUMBER: (212) 226-4226
FIRM FAX NUMBER: (512) 798-4376

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: July 28, 2025

/s/ Michael Paul Bowen
ATTORNEY'S SIGNATURE