UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* INTEGRA MED ANALYTICS LLC,<br><br>                    Plaintiff-Relator,<br><br>    v.<br><br>ISSAC LAUFER, *et al.*,<br><br>                    Defendants. | No. 17 Civ. 9424 (CS) (JCM) |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>ISSAC LAUFER, *et al.*,<br><br>                    Defendants. | |

### ORDER STAYING PROCEEDINGS

WHEREAS, upon the motion of the United States of America:

IT IS HEREBY ORDERED that:

This action is stayed through September 26, 2025, and all pending deadlines are extended for a period of two months.

SO ORDERED.

Dated:  July 29, 2025
        White Plains, New York

                                                JUDITH C. McCARTHY
                                                United States Magistrate Judge