The Clerk of Court is respectfully directed to terminate Mr. Vora as counsel for Defendant Laufer.

SO ORDERED.

*Cathy Seibel*  8/1/25
CATHY SEIBEL, U.S.D.J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES EX REL. INTEGRA MED ANALYTICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ISSAC LAUFER ET AL.,<br><br>Defendants. | Case No. 17-cv-09424-CS-JCM |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that, under Local Civil Rule 1.4 and upon the accompanying Declaration, I hereby move this Court to withdraw my appearance as counsel of record for Defendant Issac Laufer and to remove my name from the ECF service list in the above-captioned action. Lead counsel Daniel R. Benson, now of the law firm of Herschmann Benson Bowen LLP, will continue to represent Defendant in this proceeding.

Dated: July 31, 2025
New York, New York

/s/ Amit R. Vora

Amit R. Vora
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
212.506.1834
avora@kasowitz.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES EX REL. INTEGRA MED ANALYTICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ISSAC LAUFER ET AL.,<br><br>Defendants. | Case No. 17-cv-09424-CS-JCM |

**DECLARATION OF AMIT R. VORA IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

I, Amit R. Vora, declare and state as follows:

1.  I am a partner at the law firm of Kasowitz LLP (formerly Kasowitz Benson Torres LLP). When I appeared in this action on May 26, 2023, I was a special counsel at the firm.

2.  I have personal knowledge of the facts set forth below, and if called upon as a witness, I could and would testify competently to them.

3.  Under Local Civil Rule 1.4, I submit this declaration to notify the Court that I am withdrawing as an attorney of record for Defendant Issac Laufer.

4.  Regarding this case's posture, the action has been stayed through September 26, 2025. *See* ECF No. 215 (July 29, 2025).

5.  I am not asserting a retaining or charging lien.

6.  Defendant has been informed of and consents to my withdrawal, which will not affect the case posture or any deadlines.

7. Defendant has been represented and will continue to be represented by lead counsel Daniel R. Benson, a former partner at Kasowitz LLP who has since departed and is now a partner at Herschmann Benson Bowen LLP, thus occasioning this motion.

8. I have caused a true and correct copy of this motion to be served on all parties via ECF.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on July 31, 2025.

/s/ Amit R. Vora

Amit R. Vora
**KASOWITZ LLP**
1633 Broadway
New York, NY 10019
212.506.1834
avora@kasowitz.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES EX REL. INTEGRA MED ANALYTICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>ISSAC LAUFER ET AL.,<br><br>Defendants. | Case No. 17-cv-09424-CS-JCM |

**CERTIFICATE OF SERVICE OF MOTION TO WITHDRAW**

Under Local Civil Rule 1.4, I hereby certify that my motion for leave to withdraw as counsel for Defendant Issac Laurer, which I filed on July 31, 2025 (*see* ECF No. 216), was served on Defendant via mail to his last known address on July 31, 2025.

| | |
|---|---|
| Dated: July 31, 2025<br>New York, New York | /s/ Amit R. Vora<br><br>Amit R. Vora<br>**KASOWITZ LLP**<br>1633 Broadway<br>New York, NY 10019<br>212.506.1834<br>avora@kasowitz.com |