UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA, ex rel.
INTERGRA MED ANALYTICS, LLC,

                            Plaintiff,         **ORDER**

      -against-                         17 Civ. 9424 (JCM)

ISAAC LAUFER, *et al.*,

                            Defendants.
-----------------------------------------------------------------x

        The stay in this matter is hereby lifted. The parties are directed to file an updated Civil Case Discovery Plan with the Court by October 10, 2025.

Dated: September 26, 2025
         White Plains, New York

                                              **SO ORDERED:**

                                              _____
                                              JUDITH C. McCARTHY
                                              United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

                                          Plaintiff(s),     **CIVIL CASE DISCOVERY PLAN**
                                                                **AND SCHEDULING ORDER**

      -against-

                                                                  Case No. _____

                                          Defendant(s).
------------------------------------------------------------X

        The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. The case (is / is not) to be tried to a jury.

2. Joinder of additional parties must be accomplished by _____.

3. Amended pleadings may be filed until _____.

4. Interrogatories are to be served by all counsel no later than _____, and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 (shall / shall not) apply to this case.

5. First request for production of documents shall be completed by _____.

6. Non-expert depositions shall be completed by _____.

    a. Unless counsel agree otherwise or the Court "So Orders," depositions shall not be held until all parties have responded to any first requests for production of documents.
    b. Depositions shall proceed concurrently.
    c. Whenever possible, unless counsel agree otherwise or the Court "So Orders," non-party depositions shall follow party depositions.

7. Any further interrogatories, including expert interrogatories, shall be served no later than _____.

8. Requests to admit, if any, shall be served no later than _____.

9. Expert reports shall be served no later than _____.

10. Rebuttal expert reports shall be served no later than _____.

11. Expert depositions shall be completed by _____.

12. **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

13. Additional provisions agreed upon by counsel (are /are not) attached hereto and made a part hereof.

14. Any motions shall be filed in accordance with the Court's Individual Practices.

15. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court.

16. The next case management conference is scheduled for _____.

Dated: _____
White Plains, New York

                                       **SO ORDERED:**

                                       _____
                                       JUDITH C. McCARTHY
                                       United States Magistrate Judge