UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* INTEGRA MED ANALYTICS LLC,<br><br>               Plaintiff-Relator,<br><br>      v.<br><br>ISSAC LAUFER, *et al.*,<br><br>               Defendants. | **[PROPOSED]**<br>**CIVIL CASE DISCOVERY**<br>**PLAN AND SCHEDULING**<br>**ORDER**<br><br>No. 17 Civ. 9424 (CS) (JCM) |
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>ISSAC LAUFER, *et al.*,<br><br>               Defendants. | |

The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. The case <u>is</u> to be tried by a jury.

2. Initial disclosures are due by <u>November 23, 2022</u>.

3. Joinder of additional parties must be accomplished by <u>November 23, 2022</u>.

4. Amended pleadings may be filed until <u>November 23, 2022</u>.

5. First request for production of documents shall be served by <u>December 7, 2022</u>.

6. Interrogatories are to be served by all counsel no later than <u>January 31, 2023</u>. The provisions of Local Civil Rule 33.3 <u>shall not</u> apply to this case.

7. Parties to meet and confer by <u>March 17, 2023</u> regarding sampling and extrapolation issues, including whether and when sample patients will be identified, sample size, and methodology.

8. Document discovery between parties to be completed by June 1, 2026.

9. Parties shall disclose the names of any potential non-rebuttal expert witness(es) and the general topics of their anticipated testimony by June 1, 2026.

10. Non-expert depositions shall be completed by October 1, 2026.

11. Requests to admit, if any, shall be served no later than October 1, 2026.

12. Fact discovery shall be completed by October 1, 2026.

13. Parties shall disclose the names of any potential rebuttal expert witness(es) and the general topics of their anticipated testimony by September 15, 2026.

14. Parties shall serve any non-rebuttal expert reports no later than November 16, 2026.

15. Parties shall serve any rebuttal expert reports no later than April 7, 2027.

16. Expert depositions shall be completed by May 28, 2027.

17. **ALL DISCOVERY SHALL BE COMPLETED BY** May 28, 2027.

18. Additional provisions agreed upon by counsel are not attached hereto and made a part hereof.

19. Any motions shall be filed in accordance with the Court's Individual Practices.

20. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court. As the case develops, the parties reserve the right to request additional time if necessary.

21. The next case management conference is scheduled for _____.

Dated: _____
       White Plains, New York

**SO ORDERED:**

_____
HON. JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE