**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA ex rel.
INTERGRA MED ANALYTICS, LLC,

         Plaintiff,      **SCHEDULING ORDER**

  -against-          17 Civ. 9424 (KMK)(JCM)

ISSAC LAUFER, *et al.*,

         Defendants.
-------------------------------------------------------------X

  The Court has scheduled a Status Conference for January 22, 2026 at 11:00 a.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421.

Dated: November 25, 2025
     White Plains, New York

                **SO ORDERED:**

                _____
                JUDITH C. McCARTHY
                United States Magistrate Judge