# HERSCHMANN BENSON BOWEN LLP

MICHAEL PAUL BOWEN  
DIRECT DIAL: (917) 341-4611  
MBOWEN@HBB-FIRM.COM

305 BROADWAY, 7TH FLOOR  
NEW YORK, NEW YORK 10007  
(212) 226-4226

NEW YORK  
NEW JERSEY  
TEXAS

January 21, 2026

<u>VIA ECF</u>

Hon. Judith C. McCarthy  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
300 Quarropas St.  
White Plains, NY 10601

      Re: <u>U.S. et rel. *Integra Med Analytics LLC v. Laufer,* et al., No. 17-cv-9424</u>

Dear Judge McCarthy:

      On behalf of defendants, I write in accordance with Standing Order No. M10-468 to request permission from the Court to bring two laptop computers to the status conference scheduled before Your Honor at 11:00 AM tomorrow, January 22, 2026 – one computer for me and the other for my partner Andrew Kurland, who will also be attending the conference. It is necessary to have the laptops to address issues that we expect to discuss with the Court tomorrow, including scheduling matters.

      A copy of the standard form of order filled out in connection with this request is attached hereto as Exhibit A. Thank you for your consideration of this request.

                                            Respectfully submitted,

                                            <u>*/s/ Michael Paul Bowen*</u>  
                                            Michael Paul Bowen