AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-CV-9424 (CS) (JCM) |
| Isaac Laufer, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 01/22/2026

/s/ Jeremy M. Liss
*Attorney's signature*

Jeremy M. Liss (5541347)
*Printed name and bar number*

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street
3rd Floor
New York, NY 10007
*Address*

Jeremy.Liss@usdoj.gov
*E-mail address*

(212) 637-2795
*Telephone number*

(212) 637-0032
*FAX number*