**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* INTEGRA MED ANALYTICS <br><br>               Plaintiffs, <br><br>       v. <br><br> ISSAC LAUFER, TAMI WHITNEY, PARAGON MANAGEMENT SNF LLC, MONTCLAIR CARE CENTER, INC., EAST ROCKAWAY CENTER LLC, EXCEL AT WOODBURY FOR REHABILITATION AND NURSING, LLC, LONG ISLAND CARE CENTER INC., TREETOPS REHABILITATION & CARE CENTER LLC, SUTTON PARK CENTER FOR NURSING & REHABILITATION, LLC, SUFFOLK RESTORATIVE THERAPY & NURSING, LLC, OASIS REHABILITATION AND NURSING, LLC, FOREST MANOR CARE CENTER, INC., SURGE REHABILITATION & NURSING LLC, and QUANTUM REHABILITATION & NURSING LLC. <br><br>               Defendants. | Case No.: 17-cv-9424-CS-JCM <br><br> **<u>NOTICE OF APPEARANCE</u>** |

      **PLEASE TAKE NOTICE** that Andrew R. Kurland, of Herschmann Benson Bowen

LLP, hereby enters an appearance in the above-captioned matter as counsel for all defendants.

      I certify that I am an attorney admitted to practice in this Court and request that all

subsequent papers be electronically served upon me at the address indicated below.

Dated: January 23, 2026
      New York, New York

Respectfully submitted,

HERSCHMANN BENSON BOWEN LLP

By:  _/s/_ Andrew R. Kurland
     Andrew R. Kurland
     305 Broadway, 7th Floor
     New York, New York 10007
     Tel.:  (212) 226-4226
     AKurland@hbb-firm.com

*Counsel for Defendants*