# HERSCHMANN BENSON BOWEN LLP

MICHAEL PAUL BOWEN
DIRECT DIAL: (917) 341-4611
MBOWEN@HBB-FIRM.COM

305 BROADWAY, 7ᵀᴴ FLOOR
NEW YORK, NEW YORK 10007
(212) 226-4226

NEW YORK
NEW JERSEY
TEXAS

June 25, 2026

VIA ECF

Hon. Judith C. McCarthy
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *U.S.* et rel. *Integra Med Analytics LLC v. Laufer,* et al., No. 17-cv-9424

Dear Judge McCarthy:

With the consent of plaintiffs' counsel, and pursuant to the Court's Individual Practices Rule 1(B), defendants request that the status conference scheduled for Monday, June 29, 2026 at 11:30 AM, be adjourned to the week of July 13, 2026, preferably either July 16 or 17, or another later date convenient for the Court.  This is the first request for an adjournment of this status conference and is made due to defendants' counsel family obligations and because there are no pressing issues to address with the Court at this time.

Respectfully submitted,

/s/ Michael Paul Bowen