HERSCHMANN BENSON BOWEN LLP
305 BROADWAY, 7TH FLOOR
NEW YORK, NY 10007
(212) 226-4226

ANDREW R. KURLAND
DIRECT DIAL: (917) 341-4636
AKURLAND@HBB-FIRM.COM

TEXAS
NEW YORK
NEW JERSEY
MISSISSIPPI

November 2, 2026

**VIA ECF**

Hon. Judith C. McCarthy
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *United States ex rel. Integra Med Analytics LLC v. Issac Laufer et al.*,
Case No. 17 Civ. 9424 (S.D.N.Y)

Dear Judge McCarthy:

Defendants have conferred with plaintiff regarding a proposed order setting forth the parameters for depositions in this matter, but were unable to reach an agreement on all terms. In light of this, enclosed herewith is defendants' version of a proposed order, in which defendants have provided for the ability to take *de bene esse* depositions, should any be necessary. Such depositions would be for the purpose of obtaining testimony from witnesses who may be unavailable to appear at trial, and therefore should not count against the limit of 50 fact depositions per side that would otherwise apply.

Thank you for your consideration of this proposed order.

Respectfully submitted,

*/s/ Andrew R. Kurland*

Encl.